FILED

JAN 1 4 1997

NORMAN L. GILLESPIE, CLERK
By D. Adams
Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:97CR006
18 U.S.C. 2
18 U.S.C. 1956(a)(1)(A)(i)
18 U.S.C. 3571
21 U.S.C. 841(a)(1)
21 U.S.C. 841(b)(1)(B)

MAURICE CLIFTON

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 12, 1996, in the Northern District of Mississippi, MAURICE CLIFTON, defendant herein, aided and abetted by another, did knowingly and intentionally distribute more than 5 grams of a mixture and substance containing a detectable amount of cocaine base (crack cocaine), a Schedule II narcotic controlled substance; in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

> (nm $2,000,000 and nl 5 yrs nm 40 yrs confinement, or both, followed by nl 4 yrs nm 5 yrs supervised release, and a mandatory $100 special assessment)

### COUNT TWO

On or about October 19, 1995, in the Northern District of Mississippi and elsewhere, MAURICE CLIFTON, defendant herein, did knowingly and unlawfully conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit: wiring funds via Western Union money transfer #8289772281 dated

October 19, 1995, in the amount of $2,500.00, with MAURICE CLIFTON listed as the payor and Dederick Norwood listed as the payee, with the intent to promote and carry on a specified unlawful activity, that is, the distribution of cocaine, knowing that said funds in fact represented the proceeds of that specified unlawful activity, to-wit: distribution of cocaine; all in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 3571.

> (nm $250,000 and nm 20 yrs confinement, or both, followed by nm 3 yrs supervised release, and a mandatory $100 special assessment)

A TRUE BILL

_____  
ALFRED E. MORETON III  
UNITED STATES ATTORNEY

_____  
FOREPERSON