IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:97-cr-006-NBB |
| ) | |
| MAURICE CLIFTON, ) | |
| ) | |
| Defendant/Movant. ) | |

**AMENDED MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO 28 U.S.C. §3582(c)(2)**

NOW COMES the Defendant MAURICE CLIFTON, Reg. No. 50634-083, by and through undersigned counsel, and moves this Honorable Court to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and to the amended United States Sentencing Guidelines. Mr. Clifton respectfully submits that changes to the substantive law governing his offense of conviction, as well as amendments to the United States Sentencing Guidelines, specifically listed in U.S.S.G § 1B1.10, warrant a reduction of his current sentence of 400 months.

As demonstrated in the accompanying memorandum of law, the Court has the authority to modify Mr. Clifton's sentence pursuant to 18 U.S.C. § 3582(c)(2). Mr. Clifton respectfully submits that the Court should now reduce the 400-month sentence to one sufficient but not greater than necessary to achieve the statutory goals set forth in 18 U.S.C. §3553.

Application of the Fair Sentencing Act of 2010 and United States Sentencing Guidelines Amendment 750 warrant a reduction in Mr. Clifton's 400-month sentence. For the reasons set forth in the accompanying memorandum of law, Mr. Clifton respectfully submits that under the Fair Sentencing Act of 2010 and Amendment 750, and Guideline Amendment 706, a sentence of 400 months constitutes an unreasonable sentence for the conduct attributable to Mr. Clifton.

1

Accordingly, he seeks modification of his sentence.

  Respectfully Submitted on this, the 14th day of October, 2012.

             _s/ Brian D. Mayo_____
              BRIAN D. MAYO
              Mayo Law Firm
              P.O. Box 471
              Newton, MS 39345
              601-906-9715
              bdmmayo@att.net

## CERTIFICATE OF SERVICE

  I hereby certify that on October 14, 2012, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

             _s/ Brian D. Mayo_____
              BRIAN D. MAYO