# EXHIBIT A

```
     YAZQH          *          INMATE EDUCATION DATA        *       05-15-2012
     PAGE 006 OF 006 *               TRANSCRIPT             *       18:52:03


     REGISTER NO: 28332-077      NAME..: CLIFTON                 FUNC: DIS
     FORMAT.....: TRANSCRIPT     RSP OF: YAZ-YAZOO CITY FCI


     ----------------------- EDUCATION COURSES -----------------------------
     SUB-FACL   DESCRIPTION            START DATE  STOP DATE  EVNT AC LV  HRS
     BMM        FOOTBALL CLINICS;SAT 7:30A   09-09-2003 10-24-2003  P  C  P    12
     BMM        PRESENTATION SKILLS          06-19-2003 06-27-2003  P  C  P    10
     BMM        ADVANCED MICROCOMPUTER CLASS 02-10-2003 06-06-2003  P  C  C   240
     BMM        MICROCOMPUTER VT,M-F,1230-1530 06-05-2002 09-27-2002  P  C  C   240
     BMM        BASKTBALL CLINIC;SAT 7:30A   02-14-2002 03-07-2002  P  C  P    12
     BMP        ADV TYPING 2:00-3:00         10-19-1998 11-17-1998  P  C  P    20
     BMP        TYPING MON-FRI 1:00 - 2:00PM 09-09-1998 10-19-1998  P  C  P    20
     BMP        SEWING VT: M-F 12:30P-3:30PM 09-16-1997 10-16-1997  P  C  E    60
     BMP        BUILDING MAINT: M-F 1230-3:30P 08-04-1997 08-29-1997  P  C  E    60




     G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
   YAZQH          *        INMATE EDUCATION DATA        *      05-15-2012
PAGE 005          *             TRANSCRIPT              *      18:52:03


REGISTER NO: 28332-077      NAME..: CLIFTON                FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: YAZ-YAZOO CITY FCI


------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                   START DATE  STOP DATE EVNT AC LV  HRS
BMM        EX-OFFENDERS' JOB TIPS        07-13-2004 07-14-2004  P   C  P     2
BMM        PREPARATION FOR EMPLOYMENT    07-12-2004 07-13-2004  P   C  P     2
BMM        PUBLIC SPEAKING               04-29-2004 06-17-2004  P   C  P    16
BMM        WORKING WITH YOUR SUPERVISOR  05-12-2004 05-13-2004  P   C  P     2
BMM        THE CUSTOMER IS OUR BOSS      05-06-2004 05-07-2004  P   C  P     2
BMM        YOU AND YOUR CO-WORKERS       05-05-2004 05-06-2004  P   C  P     2
BMM        HEADS UP                      05-03-2004 05-04-2004  P   C  P     2
BMM        TOUGH QUESTIONS&STRAIGHT ANSWE 03-03-2004 03-04-2004 P   C  P     2
BMM        WOULD I WORK WITH ME          03-01-2004 03-02-2004  P   C  P     2
BMM        ENTER HERE                    03-02-2004 03-03-2004  P   C  P     2
BMM        BASKTBALL CLINIC;SAT 7:30A    02-10-2004 03-03-2004  P   C  P    12
BMM        THE CUSTOMER IS OUR BOSS      02-26-2004 02-27-2004  P   C  P     2
BMM        WORLD OF WORK                 02-25-2004 02-26-2004  P   C  P     2
BMM        HANDBALL OFF CLASS,TH F 6-8 PM 11-02-2003 12-12-2003 P   C  P    16


G0002      MORE PAGES TO FOLLOW . . .
```

```
     YAZQH            *        INMATE EDUCATION DATA        *      05-15-2012
 PAGE 004             *            TRANSCRIPT               *      18:52:03


 REGISTER NO: 28332-077      NAME..: CLIFTON                FUNC: DIS
 FORMAT.....: TRANSCRIPT     RSP OF: YAZ-YAZOO CITY FCI


 --------------------------- EDUCATION COURSES ---------------------------
 SUB-FACL     DESCRIPTION                START DATE  STOP DATE EVNT AC LV  HRS
 BMM          HIRING EX-OFFENDERS PART 1    10-07-2004 10-08-2004  P  C  P    2
 BMM          HIRING EX-OFFENDERS PART 2    10-11-2004 10-12-2004  P  C  P    2
 BMM          DEVELOPING LEADERSHIP SKILLS 1 10-19-2004 10-20-2004 P  C  P    2
 BMM          ACE GEOMETRY                  08-09-2004 09-24-2004  P  C  P   16
 BMM          MOCK JOB FAIR                 10-14-2004 10-14-2004  P  C  P    7
 BMM          JOB INTERVIEWING              08-31-2004 10-14-2004  P  C  P    8
 BMM          RESUME WRITING CLASS          09-02-2004 09-02-2004  P  C  P    2
 BMM          FOOTBALL CLINICS;SAT 7:30A    09-02-2004 09-25-2004  P  C  P   12
 BMM          PERSONAL SUCCESS STORIES      08-05-2004 08-06-2004  P  C  P    2
 BMM          HOW TO LEAVE A JOB            08-04-2004 08-05-2004  P  C  P    2
 BMM          HOW TO GET AHEAD ON THE JOB   08-03-2004 08-04-2004  P  C  P    2
 BMM          HOW TO KEEP A JOB             08-02-2004 08-03-2004  P  C  P    2
 BMM          HIRING EX-OFFENDERS PART 2    07-15-2004 07-16-2004  P  C  P    2
 BMM          HIRING EX-OFFENDERS PART 1    07-14-2004 07-15-2004  P  C  P    2


 G0002        MORE PAGES TO FOLLOW . . .
```

```
     YAZQH           *         INMATE EDUCATION DATA          *      05-15-2012
  PAGE 003           *             TRANSCRIPT                 *      18:52:03


  REGISTER NO: 28332-077      NAME..: CLIFTON              FUNC: DIS
  FORMAT.....: TRANSCRIPT     RSP OF: YAZ-YAZOO CITY FCI


  --------------------------- EDUCATION COURSES ---------------------------
  SUB-FACL     DESCRIPTION               START DATE  STOP DATE EVNT AC LV  HRS
  YAM          YOGA                      06-28-2006 06-28-2006  P  C  P    10
  YAM          RPP2 PROGRAMS MOCK JOB FAIR 12-15-2005 12-15-2005 P  C  P    4
  YAM          CALISTHENICS              10-20-2005 01-05-2006  P  C  P    18
  YAM          RPP1 INFECTIOUS DISEASE AWARE 06-27-2005 06-27-2005 P C P    1
  BMM          EDUC AIDE APPRENTICE,4000 HRS 02-04-2004 06-14-2005 P W I 2720
  BMM          HOW TO KEEP A JOB         03-23-2005 03-24-2005  P  C  P     2
  BMM          HOW TO LEAVE A JOB        03-24-2005 03-25-2005  P  C  P     2
  BMM          HIRING EX-OFFENDERS PART 2 03-22-2005 03-23-2005 P  C  P     2
  BMM          HIRING EX-OFFENDERS PART 1 03-22-2005 03-23-2005 P  C  P     2
  BMM          EX-OFFENDERS' JOB TIPS    03-21-2005 03-22-2005  P  C  P     2
  BMM          TRANSITIONING BACK TO SOCIETY 03-17-2005 03-18-2005 P C P    2
  BMM          BLACK HISTORY REVIEW      02-01-2005 02-22-2005  P  C  P     9
  BMM          BASKTBALL CLINIC          02-25-2005 03-09-2005  P  C  P    12
  BMM          NOW YOU HAVE A JOB KEEP IT 03-08-2005 03-09-2005 P  C  P     2


  G0002       MORE PAGES TO FOLLOW . . .
```

```
     YAZQH           *        INMATE EDUCATION DATA        *      05-15-2012
     PAGE 002        *            TRANSCRIPT               *      18:52:03


     REGISTER NO: 28332-077     NAME..: CLIFTON              FUNC: DIS
     FORMAT.....: TRANSCRIPT     RSP OF: YAZ-YAZOO CITY FCI


     ------------------------- EDUCATION COURSES -------------------------
     SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV   HRS
     YAZ        JOB FAIR INTERVIEW        12-09-2010 12-09-2010  P  C  P     4
     YAZ        JOB SKILLS, THUR 1:00-3:00 10-06-2010 12-01-2010  P  C  P    16
     YAZ        JOB FAIR INTERVIEW        12-04-2009 12-04-2009  P  C  P     4
     YAZ        JOB SKILLS, THUR 1:00-3:00 10-02-2009 12-03-2009  P  C  P    16
     YAZ        ISO INTERNAL QUALITY AUDITING 11-19-2007 01-12-2009  P  C  P    15
     YAZ        RPP1 STRESS MANAGEMENT    09-22-2008 10-21-2008  P  C  P     6
     YAM        CALISTHENICS              07-29-2007 09-09-2007  P  C  P     6
     YAM        BASKETBALL OFFICIAL       07-08-2007 07-10-2007  P  C  P     2
     YAM        AEROBICS                  06-27-2007 06-27-2007  P  C  P    16
     YAM        BASKETBALL OFFICIAL       04-03-2007 06-05-2007  P  C  P     2
     YAM        RPP6 BLACK HISTORY REVIEW 02-06-2007 02-28-2007  P  C  P     8
     YAM        RPP2 JOB INTERVIEW        06-14-2006 07-05-2006  P  C  P     6
     YAM        RPP2 JOB APPLICATION      05-17-2006 06-07-2006  P  C  P     6
     YAM        RPP2 JOB SEARCH           04-24-2006 05-17-2006  P  C  P     6


     G0002       MORE PAGES TO FOLLOW . . .
```

```
   YAZQH           *        INMATE EDUCATION DATA        *      05-15-2012
PAGE 001           *              TRANSCRIPT             *      18:52:03


REGISTER NO: 28332-077      NAME..: CLIFTON                 FUNC: DIS
FORMAT.....: TRANSCRIPT      RSP OF: YAZ-YAZOO CITY FCI


----------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
YAZ  ESL HAS    ENGLISH PROFICIENT          07-22-1997 1951 CURRENT
YAZ  GED HAS    COMPLETED GED OR HS DIPLOMA 07-22-1997 1953 CURRENT


------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
YAZ        JUMP ROPE I-LOW             03-27-2012 04-23-2012  P   C  P    2
YAZ        CHALLENGE FOR CHANGE 2      09-13-2011 09-13-2011  P   C  P    2
YAZ        BETHESDA PARENTING SEM 1    09-29-2011 09-29-2011  P   C  P    2
YAZ        BUSINESS SEMINAR-LOW        08-23-2011 08-23-2011  P   C  P    2
YAZ        CAREER SEMINAR-LOW          08-10-2011 08-10-2011  P   C  P    2
YAZ        TEACHER AID APPRENTICESHIP-LOW 02-25-2011 09-07-2011  P  C  A 1000
YAZ        INSIDE OUT DAD 4-PARENT SEMINR 08-01-2011 08-03-2011  P  C  P    2
YAZ        CAREER RESOURCE SEMINAR     04-01-2011 04-01-2011  P   C  P    2
YAZ        INSIDE OUT DAD 2-PARENT SEMINR 12-29-2010 12-29-2010  P  C  P    2


G0002      MORE PAGES TO FOLLOW . . .
```