# EXHIBIT B

# MAURICE CLIFTON

## OBJECTIVE

*Seeking to obtain a position as a Procurement or Production Clerk.*

## EXPERIENCE

10/07 – 12/11    *UNICOR Federal Prison Industries*        Yazoo City, MS
**ISO Production Clerk**
- Maintained documentation in Adobe Reader for ISO purposes.
- Conducted and recorded periodic ISO Audits in the factory.
- Monitored Product Thru-Put times to formulate graphs for management.

6/05 – 10/07    *UNICOR Federal Prison Industries*        Yazoo City, MS
**Production Clerk**
- Monitored the daily production of ACU Trousers using SAP Program.
- Opened and closed Production Orders for various customers.
- Conducted MRP & created Bill of Materials for different products.

1997 – 2005    *UNICOR Federal Prison Industries*        Beaumont , TX
**Procurement Clerk/Document Control Clerk**
- Created Purchase Orders in SAP for materials based upon Factory needs.
- Developed Pre-Release classes inside of UNICOR for education department.
- Developed and maintained work procedures using Excel and Adobe Reader.

## EDUCATION

1980-1983    John F. Kennedy  High School        Mound Bayou , MS
- Attended 2 years at Malcolm X Community College (Nursing).
- Completed Educational Teacher's Aide  Apprenticeship Program.
- Obtained Basic and Advanced Computer Certificates while in prison.
- Completed ISO Auditing Class through UNICOR Industries.
- Participated in and taught several Victims' Impact classes during incarceration.

## OTHER SKILLS

Very proficient in the SAP Production Program. I have obtained extensive knowledge in WordPerfect, Quattro Pro, Adobe Reader and Microsoft Excel in relations to Procurement and Warehouse Productions for major companies. Also can develop Business Spreadsheets to maintain financial and procurement files.

## REFERENCES

Will furnish upon request.

5381 HWY 61 NORTH• MOUNDBAYOU, MS 38762
(662) 741-3313