# EXHIBIT C

# The United States Department of Labor

## Office of Apprenticeship

### Certificate of Completion of Apprenticeship

This is to certify that

**MARURICE CLIFTON**

**MS11N00817**

has completed an apprenticeship for the occupation

**TEACHERS AIDE**

under the sponsorship of

**UNITED STATES DEPARTMENT OF JUSTICE**

in accordance with the basic standards of apprenticeship
established by the Secretary of Labor

LIAISON DESIGNEE

08/22/11

Date Completed



Secretary of Labor

Administrator, Office of Apprenticeship



STRESS MANAGEMENT FCC YAZOO CITY

# Certificate of Achievement

This award is presented to

## Maurice Clifton

for his dedication, excellent attitude, and time as the

## Stress Management Instructor

_____
Class Supervisor

Date 10, 2010
_____
Date

# Certificate of Appreciation

## PRESENTED TO

# MAURICE CLIFTON

for your hard work and dedication as a tutor in the Education Department at FCC Yazoo City, Mississippi and is therefore entitled to this certificate given on this 4TH day of December 2008.



_____

Mr. G. Bratcher
Supervisor of Education



1st Place is Awarded To:

In The "38 AND OVER Basketball Championship

At FCC Yazoo City-Low

"DO MAGIC"

Awarded This Day:

June 28, 2008

J.Moore, Recreation Specialist

# Certificate of Completion

*Is Hereby Awarded to:*

## Maurice Clifton

*For his participation in the*

## "STRESS MANAGEMENT"

*On behalf of the 1 UNIT TEAM*

AT FCC YAZOO LOW

*Awarded this Day:*

*Wednesday, October 15, 2008*

Counselors Who Care

Unit 1 Team



_____
Counselor Fortenberry

# Certificate of Completion

## Maurice Clifton

is presented this certificate on this 1st day of December, 2010, in recognition of his outstanding performance and dedication for successfully completing the Release Preparation Course

## Job Skills

T. Murphy
Assistant Supervisor of Education

C. Murtagh
Education Specialist

# CERTIFICATE OF APPRECIATION

## PRESENTED TO

# MAURICE CLIFTON

for your participation in FCC Yazoo City
Education Department's Annual Mock Job Fair

Awarded on this 7th day of December 2007.



_____
JOB FAIR COORDINATOR

_____
SUPERVISOR OF EDUCATION



CERTIFICATE OF ACHIEVEMENT

awarded to:

Maurice Clifton

For his participation and completion
In The "Jump Rope 1 Class"
At FCC Yazoo City-Low
Awarded This Day:
April 28, 2012     Z. Benton, Recreation Specialist



# Certificate of Completion

## Maurice Clifton

has successfully completed the Release Preparation Course Work at FCC Yazoo City, Mississippi, for

## Parenting Seminar II

Assistant Supervisor of Education

Date 12/15/10

Teacher

# Certificate of Achievement

This certificate is hereby awarded to

## Maurice Clifton

for his participation in the Mock Job Fair held
at FCC Yazoo City, Mississippi, on December 9, 2010.



T. Murphy
Assistant Supervisor of Education



C. Murtagh
Mock Job Fair Coordinator