# EXHIBIT D

Honorable Neal B. Biggers, Senior District Judge
USDC Northern District of Mississippi
Chamber of Senior Judge Neal B. Biggers
911 Jackson Avenue
Oxford, MS 38655-1238

Re: Maurice Clifton

**Dear Judge Biggers:**

I respectfully write to you asking you to please consider Maurice Clifton for a sentence modification.

My name is Glenda Wann and I am a retired math teacher. My husband, Jim, and I have two adult children. One is a teacher and the other is an engineer. We have lived in Kokomo, Indiana for 37 years and have been members of the Kokomo Church of the Brethren for almost thirty years.

I met Maurice's son Michael a few months after his mother was murdered. I subsequently met the two older boys, Maurice Jr. and Tranell. The boys touched our hearts because of the poverty they were living in and lack of guidance in handling adult business. I retired four years ago and since then the boys have had a home with us when they chose to live here. Tranell lived with us for about a year and during that time earned his GED. The youngest, Michael, lives with us now and just graduated from high school and is enrolled at the University of Southern Indiana for the fall. They call us their grandparents to keep things simple.

We have taken the boys to visit their dad twice in the last four years. This is when Jim and I met him in person. He was open about his past. He was very demonstrative about how much he loves his family and the regret for having let them down. We communicate on Corrlinks as a way to keep him aware of events in his children's lives. He calls on a regular basis, also. I am truly impressed that, in all the years he has been incarcerated, he has maintained regular contact with his sons. I can attest to the fact that they love him and miss him. The older sons have their own homes and would welcome their dad should the situation arise. They want to be a family again.

I know your occupation requires you to read countless letters making similar requests, so I thank you for taking time to read mine. I do understand your job is not an easy one and I hope you decide that Maurice has earned a second chance to support his family.

Respectfully,

Glenda Wann
2204 Versailles Dr.
Kokomo, In. 46902

Re: Maurice Clifton

Dear Judge Biggers,
   Please accept this letter in support of Maurice Clifton's request for a sentence modification. My name is Arnetha Davis. I'm married and the mother of two beautiful kids. A daughter who is twenty years old, who is in her second year of college. and a son who is in the seventh grade. I'm an Independent Associate of an awesome company by the name of Legal Shield. I'm a member of the Order of Eastern Star. And, I love helping people and living life to the fullest.
   I've known Maurice for a very long time. I met him when I was in middle school. Even though he was older than my sisters and I we all grow up in the same neighborhood and attended the same church. He was always consider the big brother because my mom had all girls. Maurice has always told us right from wrong we he saw us doing something that we shouldn't have been doing. And when Maurice graduated and went away to the military, my family felt like one of our family members had went away.
   As we grew older and our lives lead us

into different directions. I've gotten the chance to reconnect with Maurice in October of 2011. And, I try to visit and write him as often as I can. Because he was like a big brother to my sisters and I. One visit just stuck in my mind. for weeks. And, it was the visit ~~that~~ when he told me about the lost of his wife who was in a trouble accident and how his boys literally almost had to raise themselves without the love and support of both parents. I know that has taken a huge toll on him. One thing I do know is he love his five boys unconditionally. And out of all the hardship they had to endure they all are college students now and the youngest is a junior in high school. He has been such a positive influence in their lives over the years. And, he, himself has made such positive changes in his own life. I must say. His whole outlook on life is so positive now. All he talks about is how he wants to go back home and do something positive for the community. He wants to start a mentor program where he can mentor at risk kids or young adults. And, let them know that that is not the way the want to live their lives. And, I truly believe he will be a great person to fill that position. because he really

has a big heart and care about people. He is very family orientend

    I realize if Maurice receives a sentence modification or not it's up to you. So, I'm asking can you're please give him a second chance. Since he's never been in trouble with the law before and 16 years, I know is a long time to be away from your kids and family. So, he can have the time to bond with his kids again and his grand kids some whom he's never seen in person before. Since, he's the only parent they have left. Besides, they have missed so much out of each other life and my heart really goes out to those boys for doing such an awesome job by keeping their ~~kids~~ heads on straight and staying focus. And Maurice still has time to start his life over if he choses to remarry or futher his education. I told him he needs to finish nursing school since he was only one semester away. But, I know he will be a good learner because he is so coachable. And whenever that day comes when he transitions from there to a law-abiding citizen. He always have a home which he know he is welcome to live with. I will always support Maurice in anyway I can.

me and my family.

So, Judge Biggers, I just want to take this time to thank you for taking the time out of your busy day to read my letter. Thank you so much. And, I'm hoping that he gets the modification. It will be so well deserved and appreciated. And, I'm looking so forward to him starting his life and accomplish all the things that he waits to do. Besides, he was so young when he made a bad choice. But now Judge, he has really grown into a Leader and an outstand man.

Respectfully yours,
Aunetha Davis
Avnetha Davis
1000 Sutton Place Apt.1122
Horn Lake, MS 38637