# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:97-cr-006-NBB |
| | ) |
| MAURICE CLIFTON, | ) |
| | ) |
| Defendant/Movant. | ) |

## MOTION TO CORRECT FEDERAL BUREAU OF PRISONS' INMATE NUMBER

NOW COMES the Defendant MAURICE CLIFTON, Reg. No. 28332-077, (hereinafter "Movant"), by and through undersigned counsel, and submits this Motion to Correct the pleadings filed by counsel on October 15, 2012. [R. 80, 81].[1]

Counsel's office inadvertently placed the wrong Bureau of Prisons inmate registration number in the body of the Motion for Retroactive Application of Amendment 750 to the United States Sentencing Guidelines. Movant's correct Federal Bureau of Prisons' inmate registration number is Reg. No. 28332-077. Movant respectfully requests that all previous filings be amended to reflect his correct inmate registration number.

Respectfully submitted,

s/Brian Douglas Mayo
Brian Douglas Mayo
MAYO LAW FIRM
P.O. Box 471
Newton, MS 39345
(601) 906-9715
Email: bdmmayo@att.net

---

[1] References are to the pleadings filed in case no. 3:97-cr-00006-NBB-1.

CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2013, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                              s/Brian Douglas Mayo
                                              Brian Douglas Mayo
                                              MAYO LAW FIRM
                                              P.O. Box 471
                                              Newton, MS 39345
                                              (601) 906-9715
                                              Email: bdmmayo@att.net