# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:97-cr-006-NBB |
| | ) |
| MAURICE CLIFTON, | ) |
| | ) |
| Defendant/Movant. | ) |

## ORDER GRANTING MOTION TO CORRECT

THIS CAUSE came before the Court on Defendant's Motion to Correct the pleadings filed by counsel on October 15, 2012 wherein counsel's office inadvertently placed the wrong Bureau of Prisons inmate registration number on the body of the Motion for Retroactive Application of Amendment 750 to the United States Sentencing Guidelines. The correct Federal Bureau of Prisons' inmate registration number is Reg. No. 28332-077. The Court finding that Defendant's Motion is well taken does hereby order that all prior filings be amended to reflect the Defendant's correct inmate registration number.

SO ORDERED, this the _____ day of _____,2013.

_____
DISTRICT COURT JUDGE

PREPARED BY:

Brian Douglas Mayo
MAYO LAW FIRM
P.O. Box 471
Newton, MS 39345
\(601) 906-9715
Email: bdmmayo@att.net