July 07, 2016

Maurice Clifton #28332077
FCI BENNEtsville (c-2)
P.O. Box 52020
Bennettsville, SC
29512

David Crews, Clerk
911 Jackson Ave, E
Room 369
Oxford, MS 38655

RECEIVED
JUL 12 2016
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

CS # 3:97CR0006-B-B

Dear Mr. CREWS,
    Could you please forward a copy of the enclosed to the Honorable Judge
NEAL Biggers, and a copy also to the Chief Probation officer Daniel Mckissick.
Thank you in advance for your Assistance.

Respectfully,
Maurice Clifton Sr.

Maurice Clifton #28332-077
FCI Bennettsville - C-2
P.O. Box 52020
Bennettsville, SC 29512

Barack Obama, President of the United States
1600 Pennsylvania Ave, NW
Washington, DC 20530                    Case No.: 3:97cr0006-b-b

Loretta Lynch, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-001

Honorable Neal Biggers
United States District Judge
Northern District of Mississipi
Oxford, MS 38655

To The Honorable Judge Biggers; Loretta Lynch,

  I am a defendant in the above captioned case, and I am respectfully submitting this correspondence seeking your Honors' consideration on the matters raised herein, and I humbly pray that it is read and reviewed with an open-mind and a spirit of compassion, justice and equity.

### Summary Facts of Case

  I was charged in a two count indictment with aiding and abetting the sale of five grams or more of cocaine base(6.4) and money laundering of $2,500 dollars. The crimes were committed on September 12, 1996 and October 19, 1995. An indictment was handed down on January 14, 1997.

  I was convicted after a two day jury trial and sentenced to 400 months for count 1(33yrs. 4mos) and 240 months for count two. I have served 19 years and 6 months already. If I were sentenced today under Apprendi I would only have recieved a 20 year sentence.

### Background Facts About Myself and Family

  I was born and raised in the Mississippi Delta, in a town called Mound Bayou, Mississippi, to sharecroppers. I am the 20th child born to Tilmon and Inez Clifton. My father passed February 21, 1990 and my mom recently passed May 06, 2016.

  During my incarceration I have also lost two brothers and a sister, and my wife was killed in December 2004. In order to keep my sons together I had to sign partial parental rights over to

her cousin who raised them to be adults. I was unable to pay my respects to either of the deceased family members, and have painstakingly tried to raise my sons from behind the walls of incarceration.

My mother's last wish was that she could see me free, so that she could stop suffering from knowing her son is in prison. I am 51 years old and the majority of my siblings are older than me.

## Factors Presented for Equitable Consideration

The Supreme Court has decided several cases during my incarceration that deals with any facts not presented to the jury should not be used to enhance you. I went to trial for aiding & abetting the sale of 6.4 grams of cocaine base; your honor held me responsible for 1.5 kilograms after several objections by my attorney. The PSI was totaled out at 54 kilograms based on *"Out Of Court"* statements compiled by IRS Agent Harry Bostic. No one at trial mentioned anything other than the 6.4 grams. This finding moved me from a level 26 in which I would have received anywhere from 60 to 71 months, to a level 38, and a leadership role of four points in spite of objections because I have no co-defendants but again based on *"Out of Court"* statements supplied to the Probation Officer by IRS Agent Harry Bostic. I was given a four point enhancement for a leadership role.

Had **Apprendi** or **Booker** been in place at the time, I would have received a maximum sentence of 20 years. And I still have a crack motion pending and have not filed for the 782 motion for "*All Drugs Minus Two*", because the issue of "*Relevant Conduct*" has not been resolved. My "*Statement of Reason*" and my "*Prison Security Designation Sheet*" says I am responsible for "*1.5 Kilograms*", making me eligible for all three reductions, reducing me from level 42 to a level 36.

Also, recently, Federal Judge Gleeson, in *US V. Holloway*, called upon the prosecutors that presided over the trial to withdraw one or two of his convictions so that the court could resentence Holloway to a more lenient sentence that matches the crime.

In considering *Holloway's* harsh sentence, Judge Gleeson indentified factors in *Holloway's* case and extraordinary circumstances that occured since his incarceration. These factors included that Holloway did not physically hurt anyone during his crime, and took in consideration that his crime punished "*black men*" greater than other races in a disappropriate manner. He considered the length of time Holloway was incarcerated, which was nine months short of 20 years; Holloway's age of 56; and his projected release date. Judge Gleeson considered Holloway's family ties, such as his five children whom he hadn't seen in 10-15 years because they resided in New York, while he was incarcerated in Florida; Holloway's eight grandchildren he has never seen; his ailing mother who was unable to travel; and Holloway's effort to better himself by participating in numerous BOP Programs. Some of the programs included Parenting, Stress Management, Basic Wellness and numerous other programs.

Upon consideration Judge Gleeson's request, Loretta Lynch, The United States Attorney

for the Eastern District of New York vacated its conviction, and Holloway was resentenced to time served. Here, my circumstances are comparatively the same as Holloway's except that I received 33 years and four months, 13 years less than Holloway, but as a first time felony offender.

I humbly submit this correspondence to your Honors with the understanding that Judge Gleeson's exercise of "**Sua Sponte Judicial Authority**" on Holloway's behalf is not binding on your Honors. However, I presented the Holloway decision in an attempt to invoke compassion, good will, and equitable authority, as Judge Gleeson exercised on Holloway's behalf. The 400 month(33yr)sentence imposed is 13 years and 4 months greater than the statutory maximum that is allowed by *Apprendi* and *Booker*, and I would have to serve 85% of my time which would make me 60 years old upon release. I was incarcerated at 31 years of age, and would have served 29 years for aiding & abetting the sale of 6.4 grams of cocaine as a first-time felony offender. I clearly acknowledge that such conduct is unacceptable in society and I deeply regret, and humbly apologize for my actions.

I am presently serving a sentence for crimes in which no one was hurt, and punishes me with a term of imprisonment that gives me absolutely no hope of gainful re-entry back into society, and even more severe than many state and federal crimes of violence. For instance, Big Meech is serving a 30 year sentence for being a king pin, and in Mississippi, I have seen convicted first degree murderers go home after 15 years.

During my 19 plus years of incarceration I have made every effort to better myself (as Holloway did) by participating in almost every available BOP Programs for Rehabilitation Re-entry, and Skill Development. The programs include a 4,000 hour Apprenticeship and 1,000 hour Apprenticeship for Teacher's Aide Assistant, numerous Computer Application Vocational Training, and over 6,000 hours of additional educationl programs. (See Attachments)

I am currently a VT Tutor for National Center For Construction Education and Research, and a member of the Protestant Church her at FCI Bennettsville, whose faith in Jesus Christ helps me to stand strong in understanding GOD's will for my life. To be a loving father, grandfather, uncle, sibling, youth counselor and a productive member in my community and the society at large.

Thus, my plea for leniency is that your honors mercy holds me responsible for the 6.4 grams I went to trial for and not relevant conduct, so that the Court can resentence me to a much lenient sentence that fit the crime of conviction.

### Future Contributions To The Community

During my incarceration, I've developed numerous skills, which fuels my passion to make a difference not only in my family but as a productive member of my community. One of these skills include, Teacher's Aide Apprenticeship. *I LOVE TEACHING!!* And Toastmasters, in which I have started a Gavel Club at one institution in which I served as Vice President of Education, and one charted club (*Inside Out #3281098*) in which I served as as President. I have decided {Should I be granted another chance in society}, to start and build a "**Black History Park**" in the

Mississippi Delta, to teach impoverished youth about their history, farming, business skills, life skills and character that will help them transition from a poverty stricken area to compete on a global scale.

I want to also seek ways to bring businesses to give the residents of the Mississippi Delta employment opportunities to assist them in purchasing and owning their own homes. There are numerous of homeless veterans, and a need for assisted living facilities. My goal is to bring stability to veterans, low income families who live below the poverty line. I plan to start a bike riding and fitness program to teach residents of the Mississippi Delta work-out regimens to help them control their weight and live and healthy lifestyle. Much of my programming in the BOP has been geared toward finding gainful employment and to better serve my community and the residents thereof.

My rehabilitative efforts has motivated me to plan for the future, but it seems useless at times to maintain that drive when my projected release date is 2026 and date that is still so far away, and I will be at a time where I will need assisted living.

## Request For Compassion And Leniency Through
## Court's Sua Sponte And Equitable Authority

I am very repentant, and of a contrite spirit, for my past criminal conduct. I made foolish decisions 20 years ago that cause me to relinquish my freedom, and family relationships. My ungodly choices has wreaked havoc among my immediate family and children and the community I grew up in. Sometimes I wish I could go back and the hands of time could be reversed to undo my past and allow me to make better choices. I'm thankful for God's Grace in my life, and His grace that saved me when I needed him the most. I have learned some of life's most valuable lessons during my incarceration, though I can complain the majority of the time as most inmates to, I made a conscious decision not to complain but to spend my time rehabilitating myself through constructive efforts to change internally and externally. This painful situation has molded me and transformed the inner man in redefining my character and integrity as a man of God.

Should your Honors take my request into consideration in seeking the U.S. Attorney to hold me responsible for the amount of drugs I went to trial for and grant me the Two Level reductions and pending Crack Motions, I'll assure your Honors that family support is readily available to assist me in transitioning back into society. My nephew is in Law Enforcement will be my main support and several sisters and brothers are readily available to provide financial assistance to help with my re-entry. And my children are readily available to assist me in rebuilding my family bond.

Wherefore, I respectfully pray that Your Honors take my request into consideration, along with my extraordinary circumstances, and the U.S. Sentencing Commission Report in amending the sentencing guidelines for crack from 100 to 1 ratio to 18-1 since Apprendi and Booker. There is no legal avenue by which I can be granted any relief except by Your Honor's sua sponte

judicial authority, or by the Executive Authority of the U.S. Attorney's Office as was done in the Holloway case. If there ever be a moment that Your Honors desire to grant someone a second chance, I assure Your Honors that taking such chance with me will not be regretted. I sincerely pray that the good Lord fill Your Honor's heart with compassion to consider my request, and that mercy and grace be administered, to give me an opportunity to see my family members and raise my sons into men and to become an integral part of my children and grandchildren's lives after being absent for almost 20 consecutive years. May the Lord stimulate Your Honor's heart to have pity and compassion on me, who is frequently weighed down under a burden of hopelessness.

Dated this _7th_ day of ~~June~~ July, 2016

Respectfully Submitted,

*Maurice Clifton*

Maurice Clifton Sr.

Case: 3:97-cr-●006-NBB Doc #: 1 Filed: 01/14/97 ●2 PageID #: 1

# FILED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JAN 1 4 1997

NORMAN L. GILLESPIE, CLERK
By _J. Adams_
Deputy

UNITED STATES OF AMERICA

v.

MAURICE CLIFTON

CRIMINAL NO. 3:97CR006
18 U.S.C. 2
18 U.S.C. 1956(a)(1)(A)(i)
18 U.S.C. 3571
21 U.S.C. 841(a)(1)
21 U.S.C. 841(b)(1)(B)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 12, 1996, in the Northern District of Mississippi, MAURICE CLIFTON, defendant herein, aided and abetted by another, did knowingly and intentionally distribute more than 5 grams of a mixture and substance containing a detectable amount of cocaine base (crack cocaine), a Schedule II narcotic controlled substance; in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

> (nm $2,000,000 and nl 5 yrs nm 40 yrs confinement, or both, followed by nl 4 yrs nm 5 yrs supervised release, and a mandatory $100 special assessment)

### COUNT TWO

On or about October 19, 1995, in the Northern District of Mississippi and elsewhere, MAURICE CLIFTON, defendant herein, did knowingly and unlawfully conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit: wiring funds via Western Union money transfer #8289772281 dated

October 19, 1995, in the amount of $2,500.00, with MAURICE

CLIFTON listed as the payor and Dederick Norwood listed as the

payee, with the intent to promote and carry on a specified

unlawful activity, that is, the distribution of cocaine, knowing

that said funds in fact represented the proceeds of that

specified unlawful activity, to-wit: distribution of cocaine; all

in violation of Title 18, United States Code, Sections

1956(a)(1)(A)(i) and 3571.

> (nm $250,000 and nm 20 yrs confinement, or
> both, followed by nm 3 yrs supervised
> release, and a mandatory $100 special
> assessment)

A TRUE BILL

ALFRED E. MORETON III
UNITED STATES ATTORNEY

Earnest Brown
FOREPERSON

2

0    2

# PRE-RELEASE

# PREPARATION AND RE - ENTRY

# <u>PLANNING OUTLINE</u>

## PRESENTED BY: MR. MAURICE CLIFTON

---------------------------------------------------

## RESPECTFULLY SUBMITTED

## FOR THE PURPOSE OF REVIEW

---------------------------------------------------

**MAURICE CLIFTON**
**REG. NO: 28332-077**
**FCI BENNETTSVILLE(MED)**
**696 MUCKERMAN ROAD**
**P.O. BOX 52020**
**BENNETTSVILLE, SC 29512**
---------------------------------------------

**<u>2016 (c) / All Rights Reserved - MC</u>**

# TABLE OF CONTENTS

**Contents** **Page**
**#**

PRE-RELEASE PREPARATION                         2

     SYNOPSIS                                  2

     CONTACT INFO                              2

EDU/VO-TEC TRAINING/ETC.                        3-5

WORK HISTORY/EMPLOYMENT                         6

LIFE SKILLS                                     7

RE-ENTRY PLANNING                               7

SECURE TRANSPORTATION                           7

SECURE EMPLOYMENT                               8

SECURE SAVINGS & EST.FINANCE MGT.               8

SECURE COMMUNICATIONS                           8

SECURE HOUSING                                  9

SECURE HEALTH CARE COVERAGE                     9

CONTINUE EDUCATION                              9

CAREER PLAN                                     10

PROGRAM PARTICIPATION                           10

STATE/FEDERAL PROGRAMMING                       11

CONCLUDING REMARKS                              12


**Apppendix [A - L]**                           **Page #**

Appendix & Attachments (A - L)                  13


**ACKNOWLEDGEMENT**                             **Page #**

Acknowledgements                                24

## PRE-RELEASE PREPARATION

## AND RE-ENTRY PLANNING OUTLINE

**BY:** Mr. Maurice Clifton

**Date of Submission:** July / 07 /2016

**Case No.:** 3:97cr00006 B-B

**Projected Release:** 01/2026

**Inmate's Name:** Maurice Clifton Sr.

**Register No.:** 28332-077

**D.O.B.:** 06/24/1965 **Age:** 51

**Institution:** FCI Bennettsville (Medium)

**Address:** 696 Muckerman Road

**P.O. Box:** 52020

**City:** Bennettsville

**State:** South Carolina

**Zip Code:** 29512

### SYNOPSIS

This outline is an effort by the incarcerated to present a projection of his intended resocialization process, and to be instrumental in assisting justice system officials in helping him achieve the ultimate goal of rehabilitation and program reformation. What has been documented herein is solely intended to allow the incarcerated the opportunity to maximize his prison experience, develop skills to meet the basic needs, become employed, address life and interpersonal concerns, and to present a career and focus plan in order to meet the demands of successful societal reintegration.

### CONTACT INFORMATION

**Release Residence:** Antonio Clifton, Brother    5381 Hwy 61 North, Mound Bayou, MS 38762

**Phone No:** (662) 402-0962          **Email:** alc264@yahoo.com

**Primary Emergency Contact:** Mary Honorable, Sister 221 26th AVE, Bellwood, IL 60104

**Phone No:** (708) 432-5524          **Email:** cookmary4745@sbcglobal.net

**Alternate Emergency Contact:** Jessica O'Banner, Fiance 6211 Waylawn Drive, Jackson, MS 39206

**Phone No:** (601) 383-4129          **Email:** jobanner12@gmail.com

### PRE-RELEASE PREPARATION PLANNING

This outline presents the incarcerated's education, training, skills, etc., obtained while in confinement, indicating his ability to maintain a healthy lifestyle balance and legitimate living upon release.

**A)    EDUCATIONAL/VOCATIONAL/TECHNICAL & SPECIALIZED TRAINING**

The incarcerated reports achievements in the following areas; (Certificates of Completion are submitted as Attachment A for classes and awards not listed on incarcerated's Educational Transcript in the Appendix to this outline):

**1)    MENTAL HEALTH & SOCIAL BEHAVIOR-RELATED PROGRAMS**
* Personal Success Stories - August 06, 2004
* Black History Review - February 22, 2005
* Transitioning Back To Society - March 18, 2005
* RPP1 Infectious Disease Awareness - June 27, 2005
* Yoga - June 28, 2006
* RPP1 Stress Management - October 21, 2008
* Inside-Out Dad 2-Parenting Seminar - December 29, 2010
* Inside-Out Dad 4 - Parenting Seminar - August 03, 2011
* Bethesda Parenting Seminar1 - September 29, 2011
* Challenge for Change - September 13, 2011
* Health Seminar - July 12, 2013
* Parenting Low T - October 18, 2013
* Theology Through Film Class - June 04, 2014
* Inside Out Dad 1 Parenting Seminar - June 17, 2014
* Self-Study Motivation for Change(A Guide to Personal Change) - 05-2015
* Building Resiliency - Self Study for Personal Growth - 06-2015

**2)    VOCATIONAL AND TECHNICAL TRAINING**
* Building Maintenance - 60 hrs - 08/29/1997
* Sewing VT - 60 hrs - 10-16-1997
* Typing - 20 hrs - 10-19-1998
* Advance Typing - 20 hrs - 11-17-1998
* MicroComputer VT - 240 hrs - 09-27-2002
* Advanced MicroComputer Class - 240 hrs - 06-06-2003
* Restaurant Management - 300 hrs - 02-05-2013
* Serve Safe Management - 100 hrs - 03-01-2013
* Keyboarding Class - 16 hrs - 02-09-2016
* NCCER CORE - 180 hrs - 03-17-2016

3)   **ACADEMIC/ACE & RE-ENTRY TRAINING**
   * Basketball Clinic - 12hrs - 03-07-2002
   * Presentation Skills - 10 hrs - 06-27-2003
   * Football Clinic - 12 hrs - 10-24-2003
   * Hanball Officiating Class - 16hrs - 12-12-2003
   * World of Work - 02-26-2004
   * The Customer is Our Boss - 02-27-2004
   * Basketball Clinic - 12 hrs - 03-03-2004
   * Enter Here - 03-03-2004
   * Would I Work With Me - 03-02-2004
   * Tough Questions & Straight Answers - 03-04-2004
   * Heads Up - 05-04-2004
   * You And Your Co-Workers - 05-06-2004
   * The Customer Is Our Boss - 05-07-2004
   * Working With Your Supervisor - 05-13-2004
   * Public Speaking - 16 hrs - 06-17-2004
   * Preparation for Employment - 07-13-2004
   * Ex-Offenders' Job Tips - 07-14-2004
   * Hiring Ex-Offenders Part 1 - 07-15-2004
   * Hiring Ex-Offenders Part 2 - 07-16-2004
   * How to keep a Job - 08-03-2004
   * How to get Ahead on the Job - 08-04-2004
   * How to Leave a Job - 08-05-2004
   * Football Clinic - 12 hrs - 09-25-2004
   * Resume Writing Class - 09-02-2004
   * Job Interviewing Class - 10-14-2004
   * Mock Job Fair - 10-14-2004
   * ACE Geometry - 16 hrs - 09-24-2004
   * Developing Leadership Skills 1 - 10-20-2004
   * Hiring Ex-Offenders Part 2 - 10-12-2004
   * Hiring Ex-Offenders Part 1 - 10-08-2004
   * Now You Have A Job/Keep It - 03-09-2005
   * Basketball Clinic - 12 Hrs - 03-09-2005
   * Ex-Offenders' Job Tips - 03-22-2005
   * Hiring Ex-Offenders Part 1 - 03-23-2005
   * Hiring Ex-Offenders Part 2 - 03-23-2005
   * How To Leave A Job - 03-25-2005
   * How To Keep A Job - 03-24-2005
   * Calistthenics - 01-05-2006

**ACADEMIC/ACE & RE-ENTRY TRAINING (Continued)**
* RPP2 Programs Mock Job Fair - 12-15-2005
* RPP2 Job Search - 05-17-2006
* RPP2 Job Application - 06-07-2006
* RPP2 Job Interview - 07-05-2006
* RPP6 Black History Review - 02-28-2007
* Basketball Official - 04-03-2007
* Aerobics -16 hrs - 06-27-2007
* Calisthenic - 09-09-2007
* Basketball Official - 07-10-2007
* Job Skills - 16 hrs - 12-03-2009
* Job Fair Interview - 12-04-2009
* Job Skills - 16hrs - 12-01-2010
* Job Fair Interview - 12-09-2010
* Career Resource Seminar - 04-01-2011
* Career Seminar Low - 08-10-2011
* Business Seminar-Low - 08-23-2011
* Jump Rope I - Low - 04-23-2012
* Calisthenics - I AM Low - 05-25-2013
* RPP2 Dress For Success - 10-29-2013
* RPP2 From Prison To Paycheck - 10-29-2013
* RPP6-Positive Parenting - 10-30-2013
* RPP2 From Prison To Paycheck II - 01-07-2014
* RPP2 Dress For Success II - 01-07-2014
* RPP5 Recovery Maintenance - 03-06-2014

4) **EXTRAORDINARY ACADEMIC AND TECHNICAL ACHIEVEMENTS**
* Education Aide Apprenticeship, 4000 hrs(Department of Labor) - 06-14-2005
* ISO INTERNAL QUALITY AUDITING - 01-12-2009
* Teacher's Aide Apprenticeship - Department of Labor- 1000 HRS - 09-07-2007
* Restaurant Management - 300 HRS(Holmes Community College) - 02-05-2013
* ServSafe Management - 100 HRS(Holmes Community College) - 03-01-2013
* TOASTMASTERS INTERNATIONAL - Charter Member/President 01-2014
* National Center for Construction and Education Research - 01-23-2016

All certificate verification may be checked for completion in the Inmate Education Data
Transcript(Submitted as an Attachment in the Appendix in this outline).

B) **WORK HISTORY/EMPLOYMENT**
1)    INSTITUTIONAL PARTICIPATION
The incarcerated reports the following institutional work history(submitted as an
Attachment in the Appendix in this outline). The incarcerated intends, while confined, to
obtain occupations to which an apprenticeship training program is annexed or are
vocational and/or technical skill based. The incarcerated intends to obtain institutional
occupations which may benefit his job marketing skills upon release.


2)    **EMPLOYMENT**


A)  APPLICATION, COVER LETTER AND RESUME
The incarcerated reports the following application, cover letter and resume
(submitted as Attachment E in the Appendix to this outline). The incarcerated
submits the application, cover letter and resume in anticipation of his forthcoming
release in an effort to strengthen his job application skills.

B) POST INCARCERATION EMPLOYMENT PACKAGE
The incarcerated reports the following post incarceration employment
documentation (submitted as Attachment F in the Appendix to this outline). The
incarcerated intends to prepare an employment package of the following:
* Cover Letter
* Resume
* Fidelity Bonding Insurance
* Work Opportunity Tax Credit (WOTC)
* Copy of Criminal Record
* Institutional Work History
* Institutional Progress Reports
The employment package is intended for use by the incarcerated to solicit
potential employers from prison prior to his release.

C)    **LIFE SKILLS**
1)    MEDICAL & MENTAL HEALTH EVALUATIONS
The incarcerated reports a medical status of care level 1, and is in sufficient
medical condition. The incarcerated reports a daily routine of exercise and
maintains a balance diet of fruits, vegetables, and proteins. The incarcerated
reports stable mental health conditions, and does not exhibit any mental health
deficiencies nor is there a reported history of such. The incarcerated exhibits no
disruptive behavioral problems and has been incident free since 2009, and
maintains clear institutional conduct at present. The incarcerated maintains clear
drug and alcohol screening and does not have a documented history of substance

Upon release the incarcerated intends to obtain a state indentification card and drivers license for the state of Mississippi.

5) **FINANCIAL SAVINGS**
Upon maintaining employment while incarcerated , the incarcerated will continue to save money in preparation for release. The incarcerated has a savings acct with Wells Fargo Bank in the amount of $500.00.

### RE-ENTRY PLANNING

This outline presents the incarcerated's reasonably established goals and objectives to strive for upon release from prison.

A) **SECURE TRANSPORTATION**
The incarcerated states his intentions to utilize public transportation (bus, metro-rail, taxicab, etc.) while confined within the half-way house. The incarcerated is knowledgeable of public transportation fares as well as schedules and routes in the Mississippi areas. My ultimate goal is to secure a State Drivers License and obtain finances to obtain a reliable vehicle.

B) **SECURE EMPLOYMENT**
As a prelude to securing employment, the incarcerated states his intention to obtain fidelity bonding insurance through the following:

       * Federal Bonding Program, 1725 DeSales Street, NW (Suite 700)
        Washington, DC 20036

The incarcerated states his intentions to utilize Internet Job Search Skills, want ads, and in-person applications to obtain meaningful employment while confined within the half-way house. The incarcerated avers that his ultimate objective is to secure employment in order to establish a career in the field of Production Planning, Procurement Clerk, and as a Safety Specialist or related field of employment.

C) **SECURE HEALTH CARE COVERAGE**
The incarcerated states his intentions to secure health care coverages through the Affordable Health Care Act. This will be done independantly or through employment insurance. The incarcerated will seek to obtain Veteran's Health Care Coverage and Disability from service related injuries.

D) **CONTINUE EDUCATION**
The incarcerated states his intentions is to continue his education towards a bachelor's degree in Parks & Recreation. This will be through Pell Grants and scholarships and veteran's assisted funding. The incarcerated intends to pursue this degree either through print course(s) or an on-line correspondence course.

E) **CAREER PLAN**
The incarcerated states his intentions to become an instructor as a National Center for Construction Education and Research(NCCER) independant firm or obtain

employment in the construction industry as a Safety Specialist. The incarcerated further intends to become gainfully employed as a Production/Procurement Clerk in the manufacturing industry where my hands-on prison industries employment has thoroughly prepared him for outside employment in a high production company. The incarcerated intends to follow-up on these industries as time, knowledge, and information progresses.

**F)**     **PROGRAM PARTICIPATION**

The incarcerated states that his intention is to maintain a network association and community membership with the following organizations:

> *** Toastmasters International - Mission Velajo, CA**
> *** Boy & Girls Club of America - Greater Mississippi Delta**
> *** NAACP - Local Chapter in Mississippi Delta**

The incarcerated further intends to utilize his acquired knowledge (e.g. trade skills, tutor and mentorship capabilites, life and prison experiences, leadership and communication experiences) for service in the surrounding communities in the Mississippi Delta to facilitate programs to encourage troubled youth and discourage them from participating in violent and destructive activities.

**G)**     **STATE/FEDERAL PROGRAMMING**

The incarcerated intends to apply for assistance with housing, education, employment, and health care coverage using all available resources from state and federal and local agencies in Mississippi and Bolivar and Sunflower Counties in the greater Mississippi Delta.

## CONCLUDING REMARKS

Concerns relevant to the incarcerated's institutional history may be verified through the Inmate Progress Report (Submitted as Attachment in the Appendix in this outline). At all times, material to this outline, the incarcerated invites and welcomes the insight and suggestions for making improvements towards his rehabilitation and preparation for a productive release back into society, from the Bureau of Prison (Unit Team Members) and U.S. Department of Justice (U.S. Probation Office) officials.

The incarcerated further prays that the pre-release package has given the readers a better understanding of Maurice Clifton the person, father, friend, mentor, christian, and inmate prior, during his incarceration. The incarcerated goals are to improve his chances to survive in society after being incarcerated.

*Respectfully Submitted,*

Dated: July / 07 /2016

*Maurice Clifton Sr.*
#28332077

# APPENDIX
## [ A - G ]

## BY: MR. MAURICE CLIFTON SR.

———————————————

**PRERELEASE PREPARATION PLANNING**

**A T T A C H M E N T**

———————————————

| APPENDIX | CONTENT | PAGE # |
|---|---|---|
| A | CERTIFICATES OF COMPLETION | 12 |
| B | EDUCATION & DATA TRANSCRIPT | 13 |
| C | INSTITUTION WORK HISTORY | 14 |
| D | RESUME | 15 |
| E | EMPLOYMENT PACKAGE | 16 |
| F | TOASTMASTER INFORMATION | 17 |
| G | INMATE PROGRESS REPORT | 18 |
| H | INMATE DISCIPLINARY REPORT | 19 |



# MISSISSIPPI HOSPITALITY & RESTAURANT ASSOCIATION

THIS CERTIFIES THAT

## Maurice Clifton

has successfully completed the Restaurant Management Program
and therefore awarded this certificate of completion

Given this 5th day of February, 2013

Grady Griffin - Director of Education

Instructor

Mississippi
Hospitality
& Restaurant
Association



# Holmes Community College
## Workforce Development Center

Certificate of Completion

This certifies that

# Maurice Clifton

Successfully completed the requirements for 300 hours

**Restaurant Management**

_Eulaiu B. Snff_
Workforce Program Manager

2/05/2013
Date of Class



# Certificate of Completion

This certifies that

**Maurice Clifton**

has successfully completed the

InsideOut Dad™ Training Institute

Conducted on

**October 18, 2013**

in

FCC Yazoo City

Roland C. Warren
President
NATIONAL FATHERHOOD INITIATIVE

Christopher A. Brown
Senior Vice President of National Programming
NATIONAL FATHERHOOD INITIATIVE

National Fatherhood Initiative®



National Restaurant Association

# ServSafe™

EXAM FORM NO. 4804

CERTIFICATE NO. 9819134

# ServSafe® CERTIFICATION

TO

## MAURICE CLIFTON SR

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

DATE OF ___

02/28/20__

DATE OF EXP___

Local laws apply. Che___ ___ for recertification requirements.

___ ___ urant Association

©2012 National Restaurant ___
The logo ___

ACCREDITED PROGRAM
American National Standards Institute
and the Conference for Food Protection
®
#0655

___mark of the NRAEF, used under license by National Restaurant Association Solutions, LLC.

# Certificate of Appreciation

## Maurice Clifton

is recognized for his service and assistance in the
Education Department at FCC Yazoo City, Mississippi, for
his assistance with the Release Preparation Program Class

### Job Skills

12/4/2013
Date



*D. Owens*
Teacher/ D. Owens

WWW-VTP-MO-220170-2020-PAGE-24-OF-60-TRIAL-EXHIBIT-VA-FURKPAGE#24.JPG

# CERTIFICATE OF APPRECIATION

Is hereby presented to:

## Maurice Clifton

For your Outstanding Service, Dedication, and Patience in
In Exemplifying True Character, Courage and Commitment
to the Organization & Facilitation of the

### "Women's History Program"

Here at Federal Correctional Complex Yazoo City

Given on this 20th day of March, 2014

**CELEBRATING**

**Women of Character
Courage & Commitment**

Bonita Mosley, W_____

Sylvester Jenkins, AW/C&E



# NCCER

Board of Trustees confers upon

## Maurice Clifton

this certificate of completion for

## Core Curriculum

in the Standardized Craft Training program
on this Twenty-ninth day of January, 2016



Donald E. Whyte
President, NCCER



# Certificate of Completion

This certifies that

## Clifton, Maurice

28332-077

has successfully completed

## Self-study: Building Resiliency

A workbook from the Psychology Department's SHU Self-Study Series for Personal Growth at the

FEDERAL CORRECTIONAL COMPLEX, MEDIUM

Yazoo City, MS

U.S. Department of Justice

Federal Bureau of Prisons

# Certificate of Completion

*This certifies that*

## Maurice Clifton

28332-007

*has successfully completed*

## Self-study: Motivation for Change

**A workbook from the Psychology Department's SHU Self-Study Series for Personal Growth at the**

FEDERAL CORRECTIONAL COMPLEX, MEDIUM

Yazoo City, MS
U.S. Department of Justice
Federal Bureau of Prisons



```
   BENJE          *        INMATE EDUCATION DATA        *        07-06-2016
   PAGE 001        *             TRANSCRIPT             *        15:20:57


REGISTER NO: 28332-077    NAME..: CLIFTON                   FUNC: DIS
FORMAT.....: TRANSCRIPT    RSP OF: BEN-BENNETTSVILLE FCI


-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
BEN  ESL HAS    ENGLISH PROFICIENT         07-22-1997 1951 CURRENT
BEN  GED HAS    COMPLETED GED OR HS DIPLOMA 07-22-1997 1953 CURRENT


-------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
BEN        NCCER GO GREEN M-F 2-3:30 P.M. 06-10-2016 06-23-2016   P  C  C   120
BEN        JOB FAIR MOK INTERVIEW MAIN   04-27-2016 04-27-2016   P  C  P     2
BEN        JOB FAIR INFORMATION RPP 2,5,6 04-27-2016 05-03-2016  P  C  P     1
BEN        EXPLORE INTERVIEW PROCESS#2/#6 04-18-2016 04-28-2016  P  C  P    16
BEN        INTRO TO RESUMES (EM#2/PG#6)  04-18-2016 04-28-2016   P  C  P    16
BEN        EMPLOYABILITY SKILLS EM#2/PG#6 04-18-2016 04-28-2016  P  C  P    16
BEN        NCCER CORE M-F HUDSON/RPP#6   12-14-2015 01-28-2016   P  C  C   180
BEN        KEYBOARDING CLASS             01-05-2016 02-09-2016   P  C  P    16
BEN        BASKETBALL OFFICIALS-RPP#6    11-23-2015 12-11-2015   P  C  P    24

G0002      MORE PAGES TO FOLLOW . . .
```

```
  BENJE          *         INMATE EDUCATION DATA          *      07-06-2016
  PAGE 002        *            TRANSCRIPT                 *        15:20:57

REGISTER NO: 28332-077     NAME..: CLIFTON                    FUNC: DIS
FORMAT.....: TRANSCRIPT    RSP OF: BEN-BENNETTSVILLE FCI

---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
YAZ        INSIDE OUT DAD 1-PARENT SEMINR 06-16-2014 06-17-2014  P  C  P    2
YAZ        THEOLOGY THROUGH FILM CLASS   05-01-2014 06-04-2014   P  C  P   14
YAZ        INTRODUCTION TO TOASTMASTERS  01-16-2014 03-14-2014   P  C  P   16
YAZ        RPP5 RECOVERY MAINTENANCE     03-06-2014 03-06-2014   P  C  P    1
YAZ        RPP2 DRESS FOR SUCCESS        01-07-2014 01-07-2014   P  C  P    1
YAZ        RPP2 FROM PRISON TO PAYCHECK  01-07-2014 01-07-2014   P  C  P    1
YAZ        PARENTING LOW T 1:00-3:00     08-08-2013 10-18-2013   P  C  P   16
YAZ        RPP6-POSTIVE PARENTING        10-30-2013 10-30-2013   P  C  P    1
YAZ        RPP2 FROM PRISON TO PAYCHECK  10-29-2013 10-29-2013   P  C  P    1
YAZ        RPP2 DRESS FOR SUCCESS        10-29-2013 10-29-2013   P  C  P    1
YAZ        HEALTH SEMINAR                05-23-2012 07-12-2013   P  C  P    2
YAZ        CALISTHENICS I AM-LOW         04-26-2013 05-25-2013   P  C  P    2
YAZ        SERVE SAFE MGMNT, M-F, 1-3    02-06-2013 03-01-2013   P  C  C  100
YAZ        RESTAURANT MGT, M-F,1:00-3:00 08-25-2012 02-05-2013   P  C  C  300

G0002     MORE PAGES TO FOLLOW . . .
```

```
  BENJE            *        INMATE EDUCATION DATA        *        07-06-2016
  PAGE 003         *             TRANSCRIPT              *        15:20:57


REGISTER NO: 28332-077    NAME..: CLIFTON                    FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: BEN-BENNETTSVILLE FCI


---------------------------- EDUCATION COURSES  ----------------------------
SUB-FACL    DESCRIPTION                     START DATE  STOP DATE EVNT AC LV   HRS
YAZ         JUMP ROPE I-LOW                 03-27-2012 04-23-2012   P  C  P     2
YAZ         CHALLENGE FOR CHANGE 2          09-13-2011 09-13-2011   P  C  P     2
YAZ         BETHESDA PARENTING SEM 1        09-29-2011 09-29-2011   P  C  P     2
YAZ         BUSINESS SEMINAR-LOW            08-23-2011 08-23-2011   P  C  P     2
YAZ         CAREER SEMINAR-LOW              08-10-2011 08-10-2011   P  C  P     2
YAZ         TEACHER AID APPRENTICESHIP-LOW  02-25-2011 09-07-2011   P  C  A  1000
YAZ         INSIDE OUT DAD 4-PARENT SEMINR  08-01-2011 08-03-2011   P  C  P     2
YAZ         CAREER RESOURCE SEMINAR         04-01-2011 04-01-2011   P  C  P     2
YAZ         INSIDE OUT DAD 2-PARENT SEMINR  12-29-2010 12-29-2010   P  C  P     2
YAZ         JOB FAIR INTERVIEW              12-09-2010 12-09-2010   P  C  P     4
YAZ         JOB SKILLS, THUR 1:00-3:00      10-06-2010 12-01-2010   P  C  P    16
YAZ         JOB FAIR INTERVIEW              12-04-2009 12-04-2009   P  C  P     4
YAZ         JOB SKILLS, THUR 1:00-3:00      10-02-2009 12-03-2009   P  C  P    16
YAZ         ISO INTERNAL QUALITY AUDITING   11-19-2007 01-12-2009   P  C  P    15


G0002      MORE PAGES TO FOLLOW . . .
```

```
  BENJE        *       INMATE EDUCATION DATA      *      07-06-2016
  PAGE 004      *           TRANSCRIPT            *      15:20:57

  REGISTER NO: 28332-077    NAME..: CLIFTON              FUNC: DIS
  FORMAT.....: TRANSCRIPT   RSP OF: BEN-BENNETTSVILLE FCI
```

```
-------------------------- EDUCATION COURSES --------------------------
SUB-FACL    DESCRIPTION                   START DATE  STOP DATE EVNT AC LV   HRS
YAZ         RPP1 STRESS MANAGEMENT        09-22-2008 10-21-2008  P  C  P     6
YAM         CALISTHENICS                  07-29-2007 09-09-2007  P  C  P     6
YAM         BASKETBALL OFFICIAL           07-08-2007 07-10-2007  P  C  P     2
YAM         AEROBICS                      06-27-2007 06-27-2007  P  C  P    16
YAM         BASKETBALL OFFICIAL           04-03-2007 06-05-2007  P  C  P     2
YAM         RPP6 BLACK HISTORY REVIEW     02-06-2007 02-28-2007  P  C  P     8
YAM         RPP2 JOB INTERVIEW            06-14-2006 07-05-2006  P  C  P     6
YAM         RPP2 JOB APPLICATION          05-17-2006 06-07-2006  P  C  P     6
YAM         RPP2 JOB SEARCH               04-24-2006 05-17-2006  P  C  P     6
YAM         YOGA                          06-28-2006 06-28-2006  P  C  P    10
YAM         RPP2 PROGRAMS MOCK JOB FAIR   12-15-2005 12-15-2005  P  C  P     4
YAM         CALISTHENICS                  10-20-2005 01-05-2006  P  C  P    18
YAM         RPP1 INFECTIOUS DISEASE AWARE 06-27-2005 06-27-2005  P  C  P     1
BMM         EDUC AIDE APPRENTICE,4000 HRS 02-04-2004 06-14-2005  P  W  I  2720

G0002      MORE PAGES TO FOLLOW . . .
```

```
  BENJE           *        INMATE EDUCATION DATA         *        07-06-2016
  PAGE 005        *             TRANSCRIPT               *        15:20:57


  REGISTER NO: 28332-077    NAME..: CLIFTON                     FUNC: DIS
  FORMAT.....: TRANSCRIPT   RSP OF: BEN-BENNETTSVILLE FCI
```

```
--------------------------- EDUCATION COURSES ---------------------------
```

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|----|
| BMM | HOW TO KEEP A JOB | 03-23-2005 | 03-24-2005 | P | C | P | 2 |
| BMM | HOW TO LEAVE A JOB | 03-24-2005 | 03-25-2005 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 2 | 03-22-2005 | 03-23-2005 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 1 | 03-22-2005 | 03-23-2005 | P | C | P | 2 |
| BMM | EX-OFFENDERS' JOB TIPS | 03-21-2005 | 03-22-2005 | P | C | P | 2 |
| BMM | TRANSITIONING BACK TO SOCIETY | 03-17-2005 | 03-18-2005 | P | C | P | 2 |
| BMM | BLACK HISTORY REVIEW | 02-01-2005 | 02-22-2005 | P | C | P | 9 |
| BMM | BASKTBALL CLINIC | 02-25-2005 | 03-09-2005 | P | C | P | 12 |
| BMM | NOW YOU HAVE A JOB KEEP IT | 03-08-2005 | 03-09-2005 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 1 | 10-07-2004 | 10-08-2004 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 2 | 10-11-2004 | 10-12-2004 | P | C | P | 2 |
| BMM | DEVELOPING LEADERSHIP SKILLS 1 | 10-19-2004 | 10-20-2004 | P | C | P | 2 |
| BMM | ACE GEOMETRY | 08-09-2004 | 09-24-2004 | P | C | P | 16 |
| BMM | MOCK JOB FAIR | 10-14-2004 | 10-14-2004 | P | C | P | 7 |

```
  G0002      MORE PAGES TO FOLLOW . . .
```

```
  BENJE         *        INMATE EDUCATION DATA        *        07-06-2016
  PAGE 006       *              TRANSCRIPT             *        15:20:57

  REGISTER NO: 28332-077    NAME..: CLIFTON                  FUNC: DIS
  FORMAT.....: TRANSCRIPT   RSP OF: BEN-BENNETTSVILLE FCI
```

```
-------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE EVNT AC LV   HRS
BMM        JOB INTERVIEWING            08-31-2004 10-14-2004   P  C  P     8
BMM        RESUME WRITING CLASS        09-02-2004 09-02-2004   P  C  P     2
BMM        FOOTBALL CLINICS;SAT 7:30A  09-02-2004 09-25-2004   P  C  P    12
BMM        PERSONAL SUCCESS STORIES    08-05-2004 08-06-2004   P  C  P     2
BMM        HOW TO LEAVE A JOB          08-04-2004 08-05-2004   P  C  P     2
BMM        HOW TO GET AHEAD ON THE JOB 08-03-2004 08-04-2004   P  C  P     2
BMM        HOW TO KEEP A JOB           08-02-2004 08-03-2004   P  C  P     2
BMM        HIRING EX-OFFENDERS PART 2  07-15-2004 07-16-2004   P  C  P     2
BMM        HIRING EX-OFFENDERS PART 1  07-14-2004 07-15-2004   P  C  P     2
BMM        EX-OFFENDERS' JOB TIPS      07-13-2004 07-14-2004   P  C  P     2
BMM        PREPARATION FOR EMPLOYMENT  07-12-2004 07-13-2004   P  C  P     2
BMM        PUBLIC SPEAKING             04-29-2004 06-17-2004   P  C  P    16
BMM        WORKING WITH YOUR SUPERVISOR 05-12-2004 05-13-2004  P  C  P     2
BMM        THE CUSTOMER IS OUR BOSS    05-06-2004 05-07-2004   P  C  P     2

G0002      MORE PAGES TO FOLLOW . . .
```

```
  BENJE          *      INMATE EDUCATION DATA      *     07-06-2016
  PAGE 007        *          TRANSCRIPT            *     15:20:57


REGISTER NO: 28332-077    NAME..: CLIFTON              FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: BEN-BENNETTSVILLE FCI


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV   HRS
BMM        YOU AND YOUR CO-WORKERS      05-05-2004 05-06-2004  P  C  P      2
BMM        HEADS UP                     05-03-2004 05-04-2004  P  C  P      2
BMM        TOUGH QUESTIONS&STRAIGHT ANSWE 03-03-2004 03-04-2004 P C  P      2
BMM        WOULD I WORK WITH ME         03-01-2004 03-02-2004  P  C  P      2
BMM        ENTER HERE                   03-02-2004 03-03-2004  P  C  P      2
BMM        BASKTBALL CLINIC;SAT 7:30A   02-10-2004 03-03-2004  P  C  P     12
BMM        THE CUSTOMER IS OUR BOSS     02-26-2004 02-27-2004  P  C  P      2
BMM        WORLD OF WORK                02-25-2004 02-26-2004  P  C  P      2
BMM        HANDBALL OFF CLASS,TH F 6-8 PM 11-02-2003 12-12-2003 P C  P     16
BMM        FOOTBALL CLINICS;SAT 7:30A   09-09-2003 10-24-2003  P  C  P     12
BMM        PRESENTATION SKILLS          06-19-2003 06-27-2003  P  C  P     10
BMM        ADVANCED MICROCOMPUTER CLASS 02-10-2003 06-06-2003  P  C  C    240
BMM        MICROCOMPUTER VT,M-F,1230-1530 06-05-2002 09-27-2002 P C  C    240
BMM        BASKTBALL CLINIC;SAT 7:30A   02-14-2002 03-07-2002  P  C  P     12


G0002      MORE PAGES TO FOLLOW . . .
```

```
  BENJE          *         INMATE EDUCATION DATA          *        07-06-2016
PAGE 008 OF 008 *              TRANSCRIPT                 *         15:20:57

REGISTER NO: 28332-077    NAME..: CLIFTON                    FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: BEN-BENNETTSVILLE FCI

---------------------------  EDUCATION COURSES  ----------------------------
SUB-FACL    DESCRIPTION                 START DATE   STOP DATE EVNT AC LV   HRS
BMP         ADV TYPING 2:00-3:00        10-19-1998 11-17-1998    P  C  P    20
BMP         TYPING MON-FRI 1:00 - 2:00PM 09-09-1998 10-19-1998   P  C  P    20
BMP         SEWING VT: M-F 12:30P-3:30PM 09-16-1997 10-16-1997   P  C  E    60
BMP         BUILDING MAINT: M-F 1230-3:30P 08-04-1997 08-29-1997  P  C  E   60



G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



## ServSafe
National Restaurant Association

| | |
|---|---|
| Student Name | MAURICE CLIFTON SR |
| Class Number | 1218666 |
| Exam Date | 02/28/2013 |
| Expiration Date | 02/28/2018 |
| Instructor Name | Danny Williams |
| Sponsor Name | Federal Bureau of Prisons |
| Exam Location | MS |
| Exam Form Name | 4804 |

| | |
|---|---|
| **Overall Point Score** | 75 |
| **Overall % Score** | 93 |
| **Passing % Score** | 75 |
| **Status** | **PASSED** |

| | Perfect Point Score | Your Point Score |
|---|---|---|
| | 80 | 75 |
| **Domain Names** | | |
| Implement Food Safety SOPs | 16 | 15 |
| Employee Hygiene and Health | 12 | 11 |
| Receipt, Storage, Transport | 13 | 12 |
| Food Prep, Display and Service | 28 | 26 |
| Compliance with Regulatory | 11 | 11 |

To have a certificate reprinted, complete a Certificate Request Form on our website at ServSafe.com and select Purchase a Duplicate Certificate under the Students tab.

©2012 National Restaurant Association Educational Foundation. All rights reserved.
10070201                                                                    v.1210



Exam Form No. 4804
Cert. No.      9819134

TO  MAURICE CLIFTON SR

## ServSafe
National Restaurant Association
**CERTIFICATION**

Date of Examination: 02/28/20

Date of Expiration:    02/28/2018



# THE STANDARD FOR DEVELOPING CRAFT PROFESSIONALS

13614 Progress Blvd • Alachua, Florida 32615 • p. 888.622.3720 f. 386.518.6255 • www.nccer.org

## Official Training Transcript

Below are your credentials from NCCER's National Registry. These industry-recognized credentials give you flexibility in planning your career and ensure your achievements follow you wherever you go.

To access your training online via the Automated National Registry (ANR) web site, go to **https://anr.nccer.org**, click the **Individuals** button, and enter your NCCER card number and PIN *(Note: Your card number is below, and also on your NCCER wallet card. The default PIN is the last four digits of your SSN, you can change it after you log in.)* The first time you log in you'll need to answer a few security questions.

**NCCER Card #:** 14310945
**Trainee Name:** Maurice Clifton
**Sponsor:** FCI Bennettsville
**Address:** 696 Muckerman Rd
Bennettsville, SC 29512
US

**Current Employer/School:**

Federal Bureau of Prison

| Module | Description | Instructor | Training Location | Completed |
|--------|-------------|-----------|-------------------|-----------|
| 00101-09 | Basic Safety | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00102-09 | Introduction to Construction Math | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00103-09 | Introduction to Hand Tools | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00104-09 | Introduction to Power Tools | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00105-09 | Introduction to Construction Drawings | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00107-09 | Basic Communication Skills | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00108-09 | Basic Employability Skills | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00109-09 | Introduction to Materials Handling | Anthony Ridges | FCI Bennettsville | 1/29/2016 |

## *NO ENTRIES BELOW THIS LINE*

```
         531.01  *                  INMATE HISTORY            *      07-01-2016
    J01          *                    WRK DETAIL              *      12:10:36


   REG NO..: 28332-077 NAME....: CLIFTON, MAURICE
   CATEGORY: WRK      FUNCTION: PRT       FORMAT:


FCL      ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
BEN      ED VT      EDUCATION VOC TRAINING       12-17-2015 1545 CURRENT
BEN      REC III    RECREATION                   10-21-2015 0001 12-17-2015 1545
BEN      A&O COMPLT A&O COMPLETE                  10-20-2015 1334 10-21-2015 0001
BEN      F UNASPA&O UNNASSIGNED PENDING A&O       09-24-2015 1200 10-20-2015 1334
ATL      DCU UNASSG DETENTION CENTER UNASSIGNED   09-15-2015 1352 09-24-2015 0549
YAZ      SAFETY OFF SAFETY OFFICE DETAIL          09-15-2015 0521 09-15-2015 0524
YAP      UNASSG/SHU UNASSIGNED SPECIAL HOUSING UNT 04-08-2015 1445 09-15-2015 0515
YAP      UNASSG/SHU UNASSIGNED SPECIAL HOUSING UNT 04-08-2015 1443 04-08-2015 1444
YAM      UNASSG/SHU UNASSIGNED SHU INMATES        08-13-2014 1559 04-08-2015 1238
YAZ      SAFETY OFF SAFETY OFFICE DETAIL          06-27-2014 1200 08-13-2014 1521
YAZ      UNASSG     UNASSIGNED WORK DETAIL        06-20-2014 1549 06-27-2014 1200
YAZ      SAFETY OFF SAFETY OFFICE DETAIL          06-03-2014 0730 06-20-2014 1549
YAZ      SAFETY OFF SAFETY OFFICE DETAIL          06-02-2014 1026 06-03-2014 0730
YAZ      TEXT 08    BUSINESS OFFICE - 301         06-20-2013 1245 06-02-2014 1026
YAZ      TEXT 07    SUB-ASSB BAC - 153            10-04-2012 1345 06-20-2013 1245
YAZ      TEXT 08    BUSINESS OFFICE - 301         11-15-2010 0001 10-04-2012 1345
YAZ      TEXT 07    SUB-ASSB BAC - 153            02-20-2010 0001 11-15-2010 0001
YAZ      TEXT 01    BUSINESS OFFICE - 301         02-08-2010 0001 02-20-2010 0001
YAZ      REC ORD I  RECREATION: ORDERLY I         06-26-2009 0001 02-17-2010 1035
YAZ      UNASSG     UNASSIGNED WORK DETAIL        06-19-2009 0001 06-26-2009 0001
YAZ      TEXT 01    BUSINESS OFFICE - 301         12-05-2008 0857 06-19-2009 0001
YAZ      TEXT 04    GENERAL FACTORY/CUTTING - 331 11-05-2007 0001 12-05-2008 0857
YAZ      A/O        WAITING FOR A&O               10-31-2007 1501 11-05-2007 0001
YAM      ACU 1      UNICOR OFFICE                 06-27-2005 0001 10-31-2007 1426
YAM      REC-AIDE   RECREATION: INSTRUCTOR        12-29-2005 0001 12-22-2006 0001
YAM      UNASSG     UNASSIGNED WORK DETAIL        06-24-2005 0809 06-27-2005 0001
YAM      A/O        WAITING FOR A&O               06-21-2005 1600 06-24-2005 0809
OKL      UNASSG     UNASSIGNED HOLDOVER           06-14-2005 1515 06-21-2005 0800
BMM      U BO       UNICOR BUS. OFFICE            12-23-2004 0001 06-14-2005 0505
BMM      VACATION   VACATION                      12-22-2004 0001 12-23-2004 0001
BMM      U BO       UNICOR BUS. OFFICE            07-24-2004 0001 12-22-2004 0001
BMM      VACATION   VACATION                      07-19-2004 0001 07-24-2004 0001
BMM      U BO       UNICOR BUS. OFFICE            11-26-2002 0818 07-19-2004 0001
BMM      U HELM AM  UNICOR HELMET AM              09-06-2002 0001 11-26-2002 0818
BMM      VACATION   VACATION                      09-03-2002 0001 09-06-2002 0001
BMM      U HELM AM  UNICOR HELMET AM              03-20-2002 0001 09-03-2002 0001
BMM      U HELM PM  UNICOR HELMET PM              01-22-2001 1410 03-20-2002 0001
BMM      U HELMET   UNICOR HELMET                 10-03-2000 1748 01-22-2001 1410
BMM      U HELMET   UNICOR HELMET                 07-17-2000 0001 10-03-2000 0629
BMM      LAND IN AM LAND SCAPE IN AM              06-08-2000 0001 07-17-2000 0001
BMM      A&O        ADMISSION & ORIENTATION       01-19-2000 1047 06-08-2000 0001




G0002       MORE PAGES TO FOLLOW . . .
```

```
 /  531.01 * ·          INMATE HISTORY          *    07-01-2016
 _ 002 OF 002 *           WRK DETAIL            *    12:10:36

 REG NO..: 28332-077 NAME....: CLIFTON, MAURICE
 CATEGORY: WRK       FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
BMP    BDU NINE   CLEAN/PACK                  09-23-1999 1751 01-19-2000 0940
BMP    BDU NINE   CLEAN/PACK                  09-22-1999 0001 09-23-1999 0607
BMP    CONVALESC  CONVALESCENT           ·  '  09-07-1999 0001 09-22-1999 0001
BMP    BDU NINE   CLEAN/PACK                  09-05-1999 1602 09-07-1999 0001
BMP    BDU NINE   CLEAN/PACK                  06-08-1999 1510 09-02-1999 0617
BMP    BDU NINE   CLEAN/PACK                  07-14-1998 1830 06-08-1999 0924
BMP    BDU NINE   CLEAN/PACK                  05-28-1998 1711 07-13-1998 0616
BMP    BDU NINE   CLEAN/PACK                  05-13-1998 0149 05-28-1998 0638
BMP    BDU NINE   CLEAN/PACK                  02-25-1998 0001 05-12-1998 2256
BMP    CONVALESC  CONVALESCENT                02-11-1998 0001 02-25-1998 0001
BMP    BDU NINE   CLEAN/PACK                  12-16-1997 0001 02-11-1998 0001
BMP    BDU SIX    SEW FRONTS                  10-27-1997 0001 12-16-1997 0001
BMP    PM YARD    PM - RECREATION YARD        07-18-1997 0001 10-27-1997 0001
BMP    IND SEW VT EDUC. VO-TECH SEWING CLASS  09-16-1997 0001 10-02-1997 1331
BMP    MAINT V/T  EDUC. VO-TECH MAINTENANCE CLAS 08-06-1997 1501 09-02-1997 0001
BMP    A&O        ADMISSION & ORIENTATION     07-15-1997 1813 07-18-1997 0001
OKL    UNASSG     UNASSIGNED HOLDOVER         07-07-1997 1520 07-15-1997 0945

G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

**Maurice Clifton**
5381 HWY 61 N, Mound Bayou, MS 38762, Home (662) 741-3260

**OBJECTIVE**

*To Obtain a position as a Production/Procurement Clerk where my skills and abilities will enhance your company.*

| | | |
|---|---|---|
| **EMPLOYMENT HISTORY** | 2015 - Current, FCI Bennettsville | Bennettsville, SC |

*Teacher's Aide*
- Develop and administer curriculum work base on NCCER Course work.
- Administer hands-on instruction in basic safety, proper tool handling and employability skills.
- Assist students in computer assessment using O-net profile, and resume maker.

2007 - 2014, UNICOR Industries     Yazoo City, MS
*Leadman/Procurement Clerk*
- Monitored Production Orders of Military Vests for vendors and customers to ensure timely delivery.
- Created credit card orders using SAP for staff to order materials for factory. Performed credit card reconciliation using MicroSoft Excel and SAP Programs.
- Supervised 15 to 20 workers to ensure they were performing jobs correctly and in a timely manner.

2005 - 2007, UNICOR Industries     Yazoo City, MS
*Production Clerk*
- Created Purchase orders for ACU Trousers using SAP Production Program for Woolrich.
- Monitored thru-put time of production orders and created BOM's to coincide with vendor orders.
- Developed Job Routing using SAP and Adobe Programs to provide management with data of production orders.

**EDUCATION**  *High School Diploma,* John F. Kennedy High School, Mound Bayou, Mississippi, 1983

**SKILLS SUMMARY**
- ISO 9002 Management; Proficient in MS Word, Excel, Adobe, WordPerfect, VIM Programs.
- Team Building

**VOCATIONAL TRAINING**
- *National Center for Construction Education and Research,* FCI Bennettsville. Bennettsville, SC, 2015 to 2016. 180 hours of hands-on and classroom instructions on basic safety, proper hand and power tool handling, basic communication, employability skills, and basic construction math.
- *Restaurant Management/SERV-SAFE,* NATIONAL RESTAURANT ASSOCIATION. Yazoo City, MS, 2010 to 2011. 300 Hours of restaurant management techniques.

**REFERENCES**
- *WILL FURNISH UPON REQUEST*

# STATE OF MISSISSIPPI




## MISSISSIPPI STATE DEPARTMENT OF HEALTH
### VITAL RECORDS

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE PUBLIC HEALTH SERVICE

**CERTIFICATE OF LIVE BIRTH**
**STATE OF MISSISSIPPI**

STATE FILE NUMBER 123- **20158**
REGISTRAR'S NUMBER 693

IVED
H. S.
3 1965

X
06X

Form No. 500

**1. PLACE OF BIRTH**
a. COUNTY Bolivar
b. CITY, TOWN, OR LOCATION Rosedale
c. NAME OF HOSPITAL OR INSTITUTION (If not in hospital, give street address)
d. IS PLACE OF BIRTH INSIDE CITY LIMITS? YES ☐ NO ☐

**2. USUAL RESIDENCE OF MOTHER (Where does mother live?)**
a. STATE Mississippi
b. COUNTY Bolivar
c. CITY, TOWN, OR LOCATION Rosedale
d. STREET ADDRESS
e. IS RESIDENCE INSIDE CITY LIMITS? YES ☐ NO ☐
f. IS RESIDENCE ON A FARM? YES ☑ NO ☐

**CHILD**
3. NAME (Type or print)
First Maurice
Middle (none)
Last Clifton

4. SEX M
5a. THIS BIRTH SINGLE ☑ TWIN ☐ TRIPLET ☐
5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1ST ☐ 2D ☐ 3D ☐
6 DATE OF BIRTH Month June Day 24 Year 1965

**FATHER**
7. NAME First Tilman Middle (none) Last Clifton
8. COLOR OR RACE Colored
9. AGE (At time of this birth) 52 YEARS
10. BIRTHPLACE (State or foreign country) Vicksburg, Miss.
11a. USUAL OCCUPATION Farming
11b. KIND OF BUSINESS OR INDUSTRY

**MOTHER**
12. MAIDEN NAME First Inez Middle (none) Last Hackler
13. COLOR OR RACE Colored
14. AGE (At time of this birth) 38 YEARS
15. BIRTHPLACE (State or foreign country) Panther Burn, Miss.
16. PREVIOUS DELIVERIES TO MOTHER (Do NOT include this birth)
a. How many OTHER children are now living? 12
b. How many OTHER children were born alive but are now dead? 6
c. How many total deaths (fetuses) born dead at ANY time after conception? 1

17. INFORMATION GIVEN BY Inez Clifton

18. MOTHER'S MAILING ADDRESS Rt. 1 Box 169-B; Rosedale, Mississippi

I hereby certify that this child was born alive on the date stated above.
19a. SIGNATURE R. J. Searcy
19b. ATTENDANT AT BIRTH M. D. ☑ MIDWIFE ☐ OTHER (Specify)
19c. ADDRESS 403 Cross St.; Cleveland, Miss.
19d. DATE SIGNED July 7, 1965

20. DATE RECD. BY LOCAL REG. 7-10-65
21. REGISTRAR'S SIGNATURE Jane B. Lowe
22. DATE ON WHICH GIVEN NAME ADDED
BY (Registrar)

Revised 1-1-56

2
6
1

**FOR MEDICAL AND HEALTH USE ONLY**
(This section MUST be filled out)

23a. LENGTH OF PREGNANCY 40 COMPLETED WEEKS
23b. WEIGHT AT BIRTH 6 LB. 0 OZ.
24. IS MOTHER MARRIED? YES ☑ NO ☐
The above Record is correct.
Signature of Mother

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFCE

JAN 10 2003

Judy Moulder
**STATE REGISTRAR**




**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD SAFEGUARD IT

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

| DD FORM 214 1 JUL 79 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. | CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY |
|---|---|---|

| 1 NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| CLIFTON, MAURICE | ARMY/RA | 587  06  1346 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| PV1 | E1 | 650624 | MEMPHIS, TN |

| 7 LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| HHB, 5TH INF DIV FC | FORT POLK, LA |

| 9 COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | |
|---|---|---|
| NA | AMOUNT $  35, 000 | NONE |

| 11 PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR(S) | MON (S) | DAY (S) |
|---|---|---|---|---|
| 94B10 FOOD SERVICE SPECIALIST, 7 MONTHS// | b. Date Entered AD This Period | 83 | 06 | 07 |
| NOTHING FOLLOWS | b. Separation Date This Period | 84 | 04 | 27 |
|  | c. Net Active Service This Period | 00 | 10 | 20 |
|  | d. Total Prior Active Service | 00 | 00 | 00 |
|  | e. Total Prior Inactive Service | 00 | 05 | 28 |
|  | f. Foreign Service | 00 | 00 | 00 |
|  | g. Sea Service | 00 | 00 | 00 |
|  | h. Effective Date of Pay Grade | 83 | 06 | 07 |
|  | i. Reserve Oblig. Term. Date | NA | | |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| ARMY SERVICE RIBBON//RIFLE M-16(MARKSMAN)//NOTHING FOLLOWS |

| 14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed) |
|---|
| FOOD SERVICE SPECIALIST, 8 WEEKS (1983)//NOTHING FOLLOWS |

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM [X] YES [ ] NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT [X] YES [ ] NO | 17. DAYS ACCRUED LEAVE PAID 18 |
|---|---|---|

| 18. REMARKS |
|---|
| DENTAL CARE  WAS NOT  PROVIDED WITHIN 90 DAYS PRIOR TO SEPARATION//NOTHING FOLLOWS |

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
|---|---|
| 610 STRINGER ST., KILLEEN, TX 76541 | SENT TO  TX  DIR. OF VET AFFAIRS [X] YES [ ] NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| Maurice Clifton | SIDNEY P. GUIDRY, GS7, CHIEF, TRANSFER POINT |

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Includes upgrades) | |
|---|---|---|
| DISCHARGE  FM 500 | UNDER HONORABLE CONDITIONS | |
| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENLISTMENT CODE |
| CHAPTER 13, AR 635-200 | JHJ(JKJ) | RE-3 |
| 28. NARRATIVE REASON FOR SEPARATION | | |
| UNSATISFACTORY PERFORMANCE | | |
| 29. DATES OF TIME LOST DURING THIS PERIOD | | 30. MEMBER REQUESTS COPY 4 |
| NONE | | M.C. INITIALS |

# Toastmasters International

certifies

## Maurice Clifton

as a

## Charter Member

of an officially chartered Toastmasters club with privileges
and responsibilities of active membership



Daniel Rex
Executive Director

3281098
Club Number

October 1, 2013
Date

Item 503



**TOASTMASTERS**
INTERNATIONAL

February 18, 2014

Maurice Clifton, CL
PO Box 5000
Yazoo City, MS  39194-5000

Dear Toastmaster Clifton,

Congratulations! By completing the *Competent Leadership* manual, you have earned recognition as a Competent Leader (CL) and gained valuable leadership skills that will benefit you in many aspects of your life.

Critical thinking, time management, planning and implementation, organizing and delegating, facilitation, motivating people and team building are just a few of the skills you have developed as you completed the 10 projects in this manual. You can develop your leadership skills even more by working toward the next level in Toastmasters' leadership track, the Advanced Leader Bronze award. This award requires you to serve as a club officer, participate in the preparation of a Club Success Plan and participate in district-sponsored club officer training, and conduct two programs from The Successful Club Series and/or The Leadership Excellence Series. You will gain even more experience in building and leading a team.

Of course, at the same time you may work in the communication track if you are not already doing so.  More information about both the communication and leadership tracks is enclosed.

I hope you will continue to participate in the Toastmasters program, and that you will meet whatever goals you set for yourself  inside and outside of your club.

Sincerely,

Daniel Rex
Chief Executive Officer

Enclosures



**President**
*Maurice Clifton*

**VP Education**
*Eric Tapscott*

**VP Membership**
*Micah Rudisill*

**VP Public Relations**
*Danny Van Velkinburgh*

**Secretary**
*Ruben Hernandez*

**Treasurer**
*Willie Myrick*

**Sergeant-At-Arms**

**Meeting Time & Place:**
*Thursday 1:00pm - 3:00pm*
*Chapel*

**Toastmasters International**
www.toastmasters.org

**Club Mission**
We provide a supportive and positive learning experience in which members are empowered to develop communication and leadership skills, resulting in greater self-confidence and personal growth.

**Announcements:**

# Inside Out Toastmasters, Club #3281098
**"Leave No Man Behind!!!"**

July 31, 2014 Meeting #1

1:00  President Calls Meeting To Order (TM Rudisill)
President Leads Club In Reading Of The Club Mission [3 min]

1:03  President Introduces The Toastmaster Of The Day (TM Clifton CC,CL)
Toastmaster Recognizes And Welcomes Guests [4 min]
Toastmaster Explains The Three Parts Of The Meeting
Toastmaster Introduces The Word Of The Day

1:08  Toastmaster Introduces The Speakers
First Speaker [5-7 min] (TM Mitchell CL)
Second Speaker [5-7 min] (TM Harp CC,CL)
Third Speaker [5-7 min] (TM R. Hernandez)

1:27  Toastmaster Introduces The Table Topics Master (TM L. Hernandez)
Topic Master Conducts Table Topics Session [8 min total]
Topic Master Returns Control To The Toastmaster

1:36  Toastmaster Introduces The General Evaluator (TM Rudisil CC,CL)
General Evaluator Provides Meeting And Leader Evaluations [3 min]
General Evaluator Calls For Reports

Evaluator First Speech [2 min] (TM Van Velkinburgh CC, CL)
Evaluator Second Speech [2 min] (TM Dacus)
Evaluator Third Speech [2 min] (TM Lopez)
Grammarian [2 min] (TM Barron)
Ah Counter [2 min] (TM Bonilla)
Timer [2 min] (TM E. Hernandez)
Returns Control To Toastmaster

1:51  Toastmaster Returns Control To President

1:55  Meeting Adjourns

## Page 1

**Department of Justice**
**INMATE SKILLS DEVELOPMENT PLAN**

**Current Program Review: 04-01-2016**

Federal Bureau of Prisons

**Name:** CLIFTON, MAURICE
**Register Number:** 28332-077
**Security/Custody:** MEDIUM/IN
**Age/DOB/Sec.:** 50 / 06-24-1965 / M

**Next Review Date:** 04-13-2016
**Next Custody Review Date:** 08-24-2016
**Projected Release:** Y
**CIM Status:**

If yes, reconciled: Y

**Institution:**

**Telephone:**

BENNETTSVILLE FCI
696 MUCKERMAN ROAD
BENNETTSVILLE, SC
29512
(843) 454-8200

**Phone/Fax:** (843) 454-8200

**Release Residence:**
Antonio Clifton, brother
5381 HWY 61 NORTH
MOUND BAYOU, MS 38762
(662) 741-3313

**Primary Emergency Contact:**
Antonio Clifton, Brother
5381 Hwy 61 North
Mound Bayou, MS 38762
(662) 402-0862

**Telephone:** (662) 741-3313

**Driver's License/State:** /
**FBI Number:**
**DCDC Number:**
**PDID Number:**
**INS Number:**
**Other IDs:**

**State ID / X2995610 /**

**Mentor Information:**

**Controlling Sentence Information:**

**Offense(s)/Violator Offense**

**Release Employer:**
**Contact:**
**Telephone:**

**Secondary Emergency**
**Contact:**
**Telephone:**

**Profile Comments:**

**Sentence**

| | | |
|---|---|---|
| 240 MONTHS | | |

3555 VCCLEA NON-VIOLENT
SENTENCE

**Controlling**
**Sentence Began**

05-20-1997

**Time Served/Jail**
**Credit/Inoperative Time**

19 YEARS 2 MONTHS
27 DAYS / 136 / 0

**Days**
**FSGT/WGT/DGCT**

1588 / 0 / 0

**Days**
**FSGT/WGT/DGCT**

0 / 0 / 0

**Sentencing Procedure**

Northern District
Miss/3:97CR00006-001

**Parole Status**

NOT ENTERED

**Detainers:** N

**Special Parole Term:** NOT ENTERED
**Pending Charges:** None Known
**CIM Status:** Y

**Case No./Court of Jurisdiction**

**CIM Reconciled:** Y

**Alleged/Scheduled Payment**

**Financial Responsibility**

ASSESSMENT USDC

**Imposed**

$200.00

**Balance**

$0.00

**Comm Dep-6 mos:** $425.00
**Commissary**
**Balance:** $983.32

**FINANC**
**RESP-COMPLETED**

**Financial Plan**
**Active:** N
**Financial Plan Date: (Date)**

**Payments**
**Commensurate:** N
**Missed:** N

**Judicial Recommendations:** N/A / N/A / N/A

**Special Conditions of**
**Supervision:** Mr. Clifton is prohibited from possessing any F/A

## Page 2

**Department of Justice**
**INMATE SKILLS DEVELOPMENT PLAN**

**PROGRAM REVIEW: 04-01-2016**

Federal Bureau of Prisons

**USPO**
**Sentencing:**

Danny McKittrick, Chief
Mississippi Northern Probation Office
Federal Building and United States Courthouse
911 Jackson Avenue East Room 273
Oxford, MS 38655

**Phone/Fax:** 662-234-2761 / 662-236-1458

**USPO**
**Relocation:**

**(POC)**
**(Dated)**
**(Street Address/Suite)**
**(City), (State) (Zip)**
**(Phone) / (Fax)**

**Phone/Fax:**

**DNA Required:** Y - (Date)
**Treaty Transfer Case:** N

**Subject to 18 U.S.C. 4042(B) Notification:**
- Past conviction for a crime of violence (state and federal)
- Conviction for a drug trafficking crime (state and federal)

**EDUCATION DATA**

**NCRC CORE M-F HUDSON/RP/P6**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BEN | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-22-1997 | CURRENT |
| BEN | ESL HAS | ENGLISH PROFICIENT | 07-22-1997 | CURRENT |

**COMPLETED EDUCATION COURSES**

| Course Description | | | Completion Date | Course Hours |
|---|---|---|---|---|
| NCRC CORE M-F HUDSON/RP/P6 | | | 02-06-2016 | 180 |
| KEYBOARDING CLASS | | | 02-09-2016 | 16 |
| BASKETBALL OFFICIAL S-RP/P6 | | | 12-11-2015 | 24 |
| INSIDE OUT DAD 1-PARENT SEMINAR | | | 06-17-2014 | 2 |
| THEOLOGY THROUGH FILM CLASS | | | 06-04-2014 | 14 |
| INTRODUCTION TO TOASTMASTERS | | | 03-14-2014 | 16 |
| RP6 RECOVERY MAINTENANCE | | | 03-06-2014 | 1 |
| RP2 DRESS FOR SUCCESS | | | 01-07-2014 | 1 |
| RP2 FROM PRISON TO PAYCHECK | | | 01-07-2014 | 1 |
| PARENTING LOW T 1:00-3:00 | | | 10-18-2013 | 16 |
| RP6 POSITIVE PARENTING | | | 10-30-2013 | 1 |
| RP6 FROM PRISON TO PAYCHECK | | | 10-29-2013 | 1 |
| RP2 FROM PRISON TO PAYCHECK | | | 10-29-2013 | 1 |
| RP2 DRESS FOR SUCCESS | | | 07-12-2013 | 2 |
| HEALTH SEMINAR | | | 05-29-2013 | 2 |
| CALISTHENICS I AM LOW | | | 03-01-2013 | 100 |
| SERVE SAFE MGMNT. M-F, 1-3 | | | 02-05-2013 | 300 |
| RESTAURANT MGT, M-F,1:00-3:00 | | | 04-23-2012 | 2 |
| JUMP ROPE II-LOW | | | 09-13-2011 | 2 |
| CHALLENGE FOR CHANGE 2 | | | 09-29-2011 | 2 |
| BETHESDA PARENTING SEM 1 | | | | |

**Name: CLIFTON, MAURICE** — RegNo: 28332-077

| | | |
|---|---|---|
| BUSINESS SEMINAR-LOW | 08-23-2011 | 2 |
| CAREER SEMINAR-LOW | 08-10-2011 | 2 |
| TEACHER AID APPRENTICESHIP-LOW | 09-07-2011 | 1000 |
| INSIDE OUT DAD 4-PARENT SEMNR | 08-03-2011 | 2 |
| CAREER RESOURCE SEMINAR | 04-01-2011 | 2 |
| INSIDE OUT DAD 2-PARENT SEMNR | 12-29-2010 | 2 |
| JOB FAIR INTERVIEW | 12-09-2010 | 4 |
| JOB SKILLS, THUR 1:00-3:00 | 12-01-2010 | 16 |
| JOB FAIR INTERVIEW | 12-04-2009 | 4 |
| JOB SKILLS, THUR 1:00-3:00 | 12-03-2009 | 16 |
| ISO INTERNAL QUALITY AUDITING | 01-12-2009 | 15 |
| RPP1 STRESS MANAGEMENT | 10-21-2008 | 6 |
| CALISTHENICS | 09-09-2007 | 6 |
| BASKETBALL OFFICIAL | 07-10-2007 | 2 |
| AEROBICS | 06-27-2007 | 16 |
| BASKETBALL OFFICIAL | 06-05-2007 | 2 |
| RPP6 BLACK HISTORY REVIEW | 02-28-2007 | 8 |
| RPP2 JOB INTERVIEW | 07-05-2006 | 6 |
| RPP2 JOB APPLICATION | 06-07-2006 | 6 |
| RPP2 JOB SEARCH | 05-17-2006 | 6 |
| YOGA | 06-28-2006 | 10 |
| RPP2 PROGRAMS MOCK JOB FAIR | 12-15-2005 | 6 |
| CALISTHENICS | 01-05-2006 | 18 |
| RPP1 INFECTIOUS DISEASE AWARE | 06-27-2005 | 1 |
| EDUC AIDE APPRENTICE,4000 HRS | 06-14-2005 | 2720 |
| HOW TO KEEP A JOB | 03-24-2005 | 2 |
| HOW TO LEAVE A JOB | 03-25-2005 | 2 |
| HIRING EX-OFFENDERS PART 2 | 03-23-2005 | 2 |
| HIRING EX-OFFENDERS PART 1 | 03-23-2005 | 2 |
| EX-OFFENDERS JOB TIPS | 03-22-2005 | 2 |
| TRANSITIONING BACK TO SOCIETY | 03-16-2005 | 2 |
| BLACK HISTORY REVIEW | 02-22-2005 | 9 |
| BASKETBALL CLINIC | 03-09-2005 | 12 |
| NOW YOU HAVE A JOB KEEP IT | 03-09-2005 | 2 |

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

**PROGRAM REVIEW: 04-01-2016**

Federal Bureau of Prisons

| | | |
|---|---|---|
| HIRING EX-OFFENDERS PART 1 | 10-08-2004 | 2 |
| HIRING EX-OFFENDERS PART 2 | 10-12-2004 | 2 |
| DEVELOPING LEADERSHIP SKILLS 1 | 10-20-2004 | 2 |
| ACE GEOMETRY | 09-24-2004 | 16 |
| MOCK JOB FAIR | 10-14-2004 | 7 |
| JOB INTERVIEWING | 10-14-2004 | 8 |
| RESUME WRITING CLASS | 09-02-2004 | 2 |
| FOOTBALL CLINIC,SSAT 7:30A | 09-25-2004 | 12 |
| PERSONAL SUCCESS STORIES | 08-06-2004 | 2 |
| HOW TO LEAVE A JOB | 08-05-2004 | 2 |
| HOW TO GET AHEAD ON THE JOB | 08-04-2004 | 2 |
| HOW TO KEEP A JOB | 08-03-2004 | 2 |
| HIRING EX-OFFENDERS PART 2 | 07-16-2004 | 2 |
| HIRING EX-OFFENDERS PART 1 | 07-15-2004 | 2 |
| EX-OFFENDERS JOB TIPS | 07-14-2004 | 2 |
| PREPARATION FOR EMPLOYMENT | 07-13-2004 | 2 |
| PUBLIC SPEAKING | 06-17-2004 | 16 |
| WORKING WITH YOUR SUPERVISOR | 05-13-2004 | 2 |
| THE CUSTOMER IS OUR BOSS | 05-07-2004 | 2 |
| YOU AND YOUR CO-WORKERS | 05-06-2004 | 2 |
| HEADS UP | 05-04-2004 | 2 |
| TOUGH QUESTIONS&STRAIGHT ANSWE | 03-04-2004 | 2 |
| WOULD I WORK WITH ME | 03-02-2004 | 2 |
| ENTER HERE | 03-03-2004 | 2 |
| BASKETBALL CLINIC,SAT 7:30A | 03-03-2004 | 12 |
| THE CUSTOMER IS OUR BOSS | 02-27-2004 | 2 |
| WORLD OF WORK | 02-26-2004 | 2 |
| HANDBALL OFF CLASS,TH F 6-8 PM | 12-12-2003 | 16 |
| FOOTBALL CLINIC,SSAT 7:30A | 10-24-2003 | 12 |
| PRESENTATION SKILLS | 06-27-2003 | 10 |
| ADVANCED MICROCOMPUTER CLASS | 06-06-2003 | 240 |
| MICROCOMPUTER VT,M-F 1230-1530 | 09-27-2002 | 240 |
| BASKETBALL CLINIC,SAT 7:30A | 03-07-2002 | 12 |
| ADV TYPING 2:00-3:00 | 11-17-1998 | 20 |

## Page 5

Name: CLIFTON, MAURICE

RegNo: 28332-077

### WORK DATA

| | Start Date | State |
|---|---|---|
| TYPING MON-FRI 1:00 - 2:00PM | 10-19-1998 | 20 |
| SEWING VT M-F 12:30P-3:30PM | 10-16-1997 | 60 |
| BUILDING MAINT. M-F 1230-3:30P | 08-29-1997 | 60 |

### HIGH TEST SCORES

| Test | Subtest | Score | Test Date | Test Fcil | Form | State |
|---|---|---|---|---|---|---|
| Inmate has no score history items in this area | | | | | | |

### DISCIPLINE HISTORY

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BEN | ED VT | EDUCATION VOC TRAINING | 12-17-2015 | CURRENT |

### WORK HISTORY

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| BEN | REC III | RECREATION | 10-21-2015 | 12-17-2015 |

### DISCIPLINE HISTORY

| UDC / Hearing Date | DHO | Report No. | Prohibited Act # Description | Sanction |
|---|---|---|---|---|
| Inmate has no disciplinary history items in this area | | | | |

### MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BEN | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-24-2015 | CURRENT |

### MOVEMENT HISTORY

| Facility | Assignment | Start Date | Stop Date |
|---|---|---|---|
| Inmate has no movement history items in this area | | | |

### CASE MANAGEMENT/ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BEN | RPP PART | RELEASE PREP PGM PARTICIPATES | 08-10-2005 | CURRENT |
| BEN | V94 PVS | V94 PAST VIOL-NO NOTIF HSED5TH | 08-09-2002 | CURRENT |
| BEN | V94 CDA913 | V94 CURR ORG TRAF ON/AFT 91394 | 11-05-1997 | CURRENT |

### MEDICAL/DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BEN | REG DUTY | NO MEDICAL RESTR.-REGULAR DUTY | 09-25-2015 | CURRENT |
| BEN | YES F/S | CLEARED FOR FOOD SERVICE | 09-24-2015 | CURRENT |

## Page 6

**Department of Justice**                                        **Federal Bureau of Prisons**

# INMATE SKILLS DEVELOPMENT PLAN          PROGRAM REVIEW: 04-01-2016

## ACADEMIC     *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary | Progress and Goals |
|---|---|---|
| | **INTELLECTUAL FUNCTIONING** | Previous TEAM 10-15-2015 |
| ✓ | no intellectual deficits. | No recommendations at this time. |
| ✓ | has NOT attended special education classes | Current TEAM |
| | **LITERACY** | No recommendations at this time. |
| ✓ | some college, with High School diploma | |
| ✓ | Not all test results passing | |
| | **LANGUAGE** | |
| ✓ | fluent in English as primary language | |
| | **COMPUTER SKILLS** | |
| ✓ | possesses keyboarding skills | |
| ✓ | possesses word processing skills | |
| ✓ | possesses internet navigation skills | |

## VOCATIONAL/CAREER     *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| | **EMPLOYMENT HISTORY** |
| ✓ | employed at time of arrest |
| ✓ | consistent employment history within 5 years prior to incarceration |
| | **CAREER DEVELOPMENT** |
| ✓ | possesses significant expertise in field |
| ⊕ | Building and Grounds Cleaning and Maintenance - 37 |
| ⊕ | Business and Financial Operations - 13 |
| ⊕ | Community and Social Services - 21 |
| ⊕ | Computer and Mathematical - 15 |
| ⊕ | Education, Training, and Library - 25 |
| ⊕ | Life, Physical, and Social Science - 19 |
| ⊕ | Management - 11 |
| ⊕ | Military Specific - 55 |
| ⊕ | Office and Administrative Support - 43 |
| ⊕ | Personal Care and Service - 39 |
| ⊕ | Production - 51 |
| ⊕ | Sales and Related - 41 |
| ⊕ | realistic career/job goals upon release |
| ⊕ | seeking position: Procurement/Production Clerk Quality/ISO Auditor |
| ⊕ | has more than two years work experience in this field |
| ⊕ | has an education degree related to this field |

## Page 7 (left)

Name: CLIFTON, MAURICE  Reg No: 28332-077

### VOCATIONAL/CAREER  *** Disregard Response Summary and utilize only the Progress & Goals section ***

**INSTITUTION WORK HISTORY** ✔
- has a consistent institution work history
  - Eval: 07-31-2012 Outstanding
  - Eval: 06-30-2012 Outstanding
  - Eval: 05-31-2012 Outstanding
  - Eval: 04-30-2012 Outstanding
  - Eval: 03-31-2012 Outstanding
  - Eval: 02-28-2012 Outstanding

**POST INCARCERATION EMPLOYMENT** ⊘
- post-incarceration employment not secured
- unable to locate employment

| Status | Progress and Goals |
| --- | --- |
| no release documents obtained to date | Previous TEAM 10-16-2015<br>No recommendations at this time.<br>Current TEAM<br>No recommendations at this time. |

### INTERPERSONAL  *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
| --- | --- |

**RELATIONSHIPS** ✔
- immediate family member engaged in substance abuse
- residence in a high crime neighborhood during childhood
- negative peer influences prior to incarceration
- criminal associates
- substance abuser associates

**FAMILY TIES/SUPPORT SYSTEM** ✔
- consistent social support available
  - Companion: Financial
  - Companion: Emotional
  - Immediate Family: Financial
  - Immediate Family: Emotional
  - Relative: Financial
  - Relative: Emotional
  - Relative: General

**PARENTAL RESPONSIBILITY** ⊘
- children under the age of 21
- contact maintained with children
- contact with other parent
- suspended child support payments for all children due to court order
- RRC (MINT) Placement is not applicable

## Page 8 (right)

Department of Justice                                Federal Bureau of Prisons
**INMATE SKILLS DEVELOPMENT PLAN**    **PROGRAM REVIEW: 04-01-2016**

### INTERPERSONAL  *** Disregard Response Summary and utilize only the Progress & Goals section ***

**COMMUNICATION** ✔
- displays good communication skills

| Status | Progress and Goals |
| --- | --- |
| | Previous TEAM 10-16-2015<br>There is no deficits noted in this skill area. Noted has completed the Parenting class. Goals for Next Program Review:<br>Continue to maintain good family ties via phone, email, general correspondence and social visits.<br>Long Term Goal: Enroll in the Communications class by 07-2016.<br>Current TEAM<br>No deficits noted in this skill area. Has completed the NCCER Core class. |

### WELLNESS  *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
| --- | --- |

**HEALTH PROMOTION/DISEASE PREVENT** ⊘
- overweight
- height 6 ft. 1 in.
- weight (lbs) 242
- BMI Score 31.9
- date calculated 06-05-2009

**DISEASE/ILLNESS MANAGEMENT** ✔
- maintains physical fitness thru regular exercise;
  - organized sports
- no evidence of behaviors associated with increased risk of infectious disease
- does not use tobacco (cigarettes, cigars, and/or smokeless tobacco)
- did not have a primary care provider or clinic (prior to incarceration)
- does not have health insurance coverage upon release
- complies with treatment recommendations and/or takes medications as prescribed, or none required
- healthy - No current health concerns
- no dental problems
- no non-routine service/assistance devices needed

**TRANSITIONAL PLAN** ✔
- does not require medication upon release from custody
- does not require on-going treatment or follow-up after release from custody
- TB Clearance Complete - See Exit Summary
- Health Services recommends for RRC placement

**GOVERNMENT ASSISTANCE** ⊘
- has not previously received Social Security assistance
- Inmate indicates he/she may not be eligible for Social Security assistance after release
- has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard
- spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard

## Page 9 (left)

Name: CLIFTON, MAURICE    RegNo. 20332-077

### WELLNESS

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Progress and Goals |
| --- | --- |

Previous TEAM 10-16-2015
No recommendations at this time.
Current TEAM
No recommendations at this time.

### MENTAL HEALTH

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary | Progress and Goals |
| --- | --- | --- |

**SUBSTANCE ABUSE MANAGEMENT**
(✓) no evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest
(i) history of substance abuse treatment not applicable
(i) not currently participating in substance abuse treatment

**MENTAL ILLNESS MANAGEMENT**
(✓) no history of mental health diagnosis prior to incarceration
(i) no history of mental health diagnosis during incarceration
(i) no history of serious suicidal ideation or attempts

**TRANSITIONAL PLAN**
(i) no medication required upon release from custody
(i) does not require on-going treatment after release from custody
(i) RRC placement not applicable

Previous TEAM 10-16-2015
Inmate's file has been reviewed and there are no recommendations from Psychology Services at this time.
Current TEAM
No recommendations at this time.

### COGNITIVE

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary | Progress and Goals |
| --- | --- | --- |

**CRIMINAL BEHAVIOR**
(i) no onset of criminal behavior before the age of 14
(i) criminal versatility; convictions in 3 or more categories

**GENERAL BEHAVIOR**
(i) evidence of behavioral problems as a juvenile
(i) arrest record as a juvenile
(i) evidence of behavioral problems as an adult
(i) 300 series incident reports
(i) 400 series incident reports

## Page 10 (right)

Department of Justice    Federal Bureau of Prisons
**INMATE SKILLS DEVELOPMENT PLAN    PROGRAM REVIEW: 04-01-2016**

### COGNITIVE

*** Disregard Response Summary and utilize only the Progress & Goals section ***

(✓) significant history of violence; 2 or more violent convictions

### CHARACTER

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary | Progress and Goals |
| --- | --- | --- |

**COGNITIVE**

Previous TEAM 10-16-2015
Goals for Next Program Review: Recommend to enroll in the Professionally Directed Change. Maintain clear conduct.
Long Term Goal: Complete by 07-2016.
Current TEAM
Has maintained clear conduct. Goals for Next Program Review: Recommend to enroll in the Professionally Directed Change again through Psychology.
Long Term Goal: Complete by 01-2017.

**CHARACTER**

**PERSONAL CHARACTER**
(i) behaviors indicative of positive personal character:
(i) regular volunteer work (not court ordered)
(i) active participation in social/civic (provides assistance to others) organization
(i) evidence of spirituality
   talks to a friend or mentor about spiritual/religious issues: Always
   active participation in a faith group: Always
   connected to outside spiritual/religious community: Always
   examines actions to see if they reflect values: Always
   finds meaning in times of hardship: Always
   assistance to strangers without expectation of reward
(i) fulfills financial obligations
(i) religious assignment: NO PREFER
(i) criminal history contains evidence of influence by others
(i) co-dependent/excessive reliance on others

**PERSONAL RESPONSIBILITY**
(i) reports responsibility for current incarceration as:
(i) self (sole responsibility)
(i) no efforts to make amends for their crime(s)

Previous TEAM 10-16-2015
Goals for Next Program Review: Recommend to enroll in the Next Step.
Long Term Goal: Complete by 06-2016.
Current TEAM
Non-compliance noted. Also noted did complete the Keyboarding class.
Goals for Next Program Review: Recommend to enroll in the Next Step again.
Long Term Goal: Complete by 01-2017.

Name: CLIFTON, MAURICE  RegNo: 28332-077

## Department of Justice
## INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRAM REVIEW: 04-01-2016

### LEISURE

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ☺ | **USE OF LEISURE TIME** |
| | ⊕ activities indicative of positive use of leisure time; |
| | ⊕ participation in a faith group |
| | ⊕ participation in a social/civic/community organization(s) |
| | ⊕ charitable organizations/volunteer work |
| | ⊕ family time |
| | ⊕ sports/exercise |
| | ⊕ movies/television/music |
| | ⊕ computer/video games |
| | ⊕ reading |
| | ⊕ cultural events/concerts/theater |
| | ⊕ hobbies (includes hunting, fishing, etc.) |
| | ⊕ education organizations |
| | ⊕ park/recreation facilities |

| Progress and Goals |
|---|
| Previous TEAM 10-16-2015 |
| No recommendations at this time. |
| Current TEAM |
| Recommend to enroll in a leisure class of your choice. |

### DAILY LIVING

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ☺ | **FINANCIAL MANAGEMENT** |
| | ⊕ knowledge in maintaining checking account |
| | ⊕ knowledge in maintaining savings account |
| | ⊕ knowledge in utilizing an ATM debit card |
| | ⊕ knowledge in obtaining loans |
| | ⊕ no positive credit history |
| | ⊕ lived within financial means |
| | ⊕ pays monthly bills on time |
| ☺ | **FOOD MANAGEMENT** |
| | ⊕ possesses grocery shopping/consumer skills |
| | ⊕ makes good nutritional choices to maintain health |
| | ⊕ possesses basic food preparation skills |
| | ⊕ knowledgeable in accessing community resources to obtain food |
| ☺ | **PERSONAL HYGIENE/SANITATION** |
| | ⊕ good personal hygiene and sanitation |
| | ⊕ quarters assignment: HOUSE ARRANGE 19/BED 004L |
| ☺ | **TRANSPORTATION** |
| | ⊕ does not have valid driver's license |
| | ⊕ Outstanding motor vehicle violations |
| | ⊕ does not own personal vehicle with appropriate insurance |

### DAILY LIVING

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| | Progress and Goals |
|---|---|
| ⊕ | possesses public transportation skills and has access to public transportation |
| ☺ | **IDENTIFICATION** |
| | ⊕ established housing year prior to incarceration |
| | ⊕ does not have photo identification |
| | ⊕ does not have birth certificate |
| | ⊕ has social security card |
| ☹ | **HOUSING** |
| | ⊕ established housing paid rent |
| | ⊕ established housing non-publicly assisted |
| | ⊕ established housing lived with friend |
| | ⊕ established housing in a high crime neighborhood |
| | ⊕ housing upon release |
| | ⊕ supervision district is not a relocation |
| | ⊕ anticipated housing plan NOT approved by USPO(x) |
| | ⊕ no concerns with anticipated housing plan |
| ☺ | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT** |
| | ☹ recommended or ordered for RRC placement |
| ☺ | **FAMILY CARE** |
| | ⊕ not responsible for obtaining child care for any dependent children upon release |
| | ⊕ not responsible for obtaining elder care for any dependent(s) upon release |
| | ⊕ not responsible for obtaining any other special services for dependents upon release |

| Progress and Goals |
|---|
| Previous TEAM 10-16-2015 |
| Goals for Next Program Review: Recommend to enroll in the Money Smart class. Continue to maintain good personal hygiene and sanitation. |
| Long Term Goal: Complete by 06-2016. |
| Current TEAM |
| Goals for Next Program Review: Recommend to again enroll in the Money Smart or a Finance Class of your choice. Continue to maintain good personal hygiene and sanitation. |
| Long Term Goal: Complete by 01-2017. |

```
  BENAW  606.00 *     MALE CUSTODY CLASSIFICATION FORM      *      03-30-2016
PAGE 001 OF 001                                                    18:19:19
                           (A) IDENTIFYING DATA
REG NO..: 28332-077              FORM DATE: 02-26-2016           ORG: BEN
NAME....: CLIFTON, MAURICE
                                 MGTV: GRTR SECU
PUB SFTY: NONE                   MVED: 02-25-2017
                          (B) BASE SCORING
DETAINER: (0) NONE              SEVERITY.......: (3) MODERATE
MOS REL.: 118                   CRIM HIST SCORE: (02) 3 POINTS
ESCAPES.: (0) NONE              VIOLENCE.......: (1) > 10 YRS MINOR
VOL SURR: (0) N/A               AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                          (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%      PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD        ██████████████████
FREQ DISCIP RPT.: (3) NONE        FAMILY/COMMUN..: (4) GOOD


                  --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+8   +20    -4      ████       MINIMUM    MEDIUM             IN     DECREASE


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



# *Black History Month Program*

*Sponsored by the Reentry Affairs Coordinator*

*K. Davis*

*Prepared by*

*Maurice Clifton*

*The event is scheduled for February 24, 2016, in the FCI Chapel beginning at 1:00 p.m. and concluding at 3: 00 p.m.*

*If you are interested in attending the Black History Month Program please submit an inmate request to Staff (Cop-Out) to Reentry Affairs Coordinator no later than February 22, 2016.*

# HONORING THEIR PATHS



**EVERY GREAT DREAM BEGINS WITH A DREAMER. ALWAYS REMEMBER, YOU HAVE WITHIN YOU THE STRENGTH, THE PATIENCE, AND THE PASSION TO REACH FOR THE STARS TO CHANGE THE WORLD.**

**~ HARRIET TUBMAN**

The lesson taught at this point by human experience is simply this, that the man who will get up will be helped up; and the man who will not get up will be allowed to stay down. Personal independence is a virtue and it is the soul out of which comes the sturdiest manhood. But there can be no independence without a large share of self-dependence, and this virtue cannot be bestowed. It must be developed from within.

*Frederick Douglass*



# Juneteenth Program

## History of Juneteenth

Juneteenth is the oldest known celebration commemorating the ending of slavery in the United States. Dating back to 1865, it was on June 19th that the Union Soldiers, led by Major General Gordon Granger, landed at Galveston, Texas with news that the war had ended ant that the enslaved were now free. Note that this was two and a half years after President Lincoln's Emancipation Proclamation — which had become official January 1, 1863. The Emancipation Proclamation had little impact on the Texans due to the minimal number of Union troops to enforce the new Executive Order. However, with the surrender of General Lee in April of 1865, and the arrival of General Granger's regiment, the forces were finally strong enough to influence and overcome the resistance.

Sponsored by the Reentry Affairs Coordinator

Prepared by

Maurice Clifton

The event is scheduled for June 15, 2016, in the FCI Chapel beginning at 1:00 p.m. and concluding at 3:00 p.m.

Keynote Speaker: Mr. Barber, Work Keys Instructor

If you interested in attending please forward an Electronic Inmate Request to Staff Form to Mrs. Black, Education Technician by *****June 14, 2016******



# JUNETEENTH
### Celebrating The End of Slavery
Galveston,
June 19
lem, NC
21, 1865

# Proof of Freedom
## "151 Years"
## 1865 - Present
## June 15, 2016
## 2:00 p.m. - 3:30 p.m.
## FCI Bennettsville Chapel



**Juneteenth celebration in Austin, Texas, on June 19, 1900**

| | |
|---|---|
| Also called | Freedom Day or Emancipation Day |
| Observed by | Residents of the United States, especially African Americans |
| Type | Ethnic, historical |
| Significance | Emancipation of last remaining slaves in the United States |
| Observances | Exploration and celebration of African-American history and heritage. |

[OFFICIAL]

HEADQUARTERS DISTRICT OF TEXAS,
GALVESTON TEXAS June 19, 1865.

General Orders, No. 3.

The people are informed that, in accordance with a proclamation from the Executive of the United States, all slaves are free. This involves an absolute equality of personal rights and rights of property, between former masters and slaves, and the connection heretofore existing between them, becomes that between employer and hired labor.— The Freedmen are advised to remain at their present homes, and work for wages. They are informed that they will not be allowed to collect at military posts; and that they will not be supported in idleness either there or elsewhere.

By order of
Major-General GRANGER,
F. W. EMERY, Maj. A. A. G.

(Signed.)



*Maurice's Boys*

TRULINCS 28332077 - CLIFTON, MAURICE - Unit: BEN-C-B

---------------------------------------------------------------------------------

FROM: Brock, Nathaniel
TO: 28332077
SUBJECT: RE: NATE
DATE: 04/20/2016 10:21:02 PM

I found an article on him......


PONTOTOC   An Oxford man notoriously pardoned by Gov. Haley Barbour as he left office in 2012 pleaded guilty today to the DUI-death of an Okolona woman.
Harry Russ Bostick, 57, admitted in circuit court in Pontotoc County that he was under the influence of alcohol when his Ford truck struck the car of Charity Smith and killed her.
Judge James L. Roberts Jr. then sentenced him to 15 years, seven suspended, and ordered him to pay Smith s funeral costs.
Bostick s attorney is Anthony Farese of Ashland.
The former IRS agent was indicted May 10, 2012, on three counts of driving under the influence, leaving the scene of an accident and DUI-death.
Eighteen-year-old Charity Smith of Okolona was killed in the Oct. 7, 2011, accident when Bostick s vehicle collided with hers as she drove on U.S. Highway 278 in Pontotoc County. Her sister was seriously injured.
At the time, Bostick was serving a one-year sentence on house arrest for a 2010 DUI-3rd offense. He also was participating in the local drug court program, for which completion would mean suspension of four more years on his sentence.
The Smith accident put him back in jail for violating a condition of that house arrest sentence.
Three months later, Bostick was one of more than 200 people that Barbour pardoned, or gave clemency or other leniency for prior misdeeds.
Barbour s pardon, which erased Bostick s third DUI conviction, caused a national media furor because of Barbour s high visibility as a top strategist with the national Republican Party who had previously considered but decided against a 2012 presidential run.
Barbour aides said they didn t know about Bostick s probation violation. But a few months later, CNN reported that it obtained emails that showed Barbour s office was aware of Bostick s October 2011 DUI arrest months before the pardon.
Bostick has been free on $50,000 bond since his May 11 arraignment.

(Below is a running account from the Pontotoc County courtroom. Please excuse the typos and glitches likely as I type rapidly. This courtroom also is infamous for its poor acoustics, so bear with me.)
As we wait for plea-day action in circuit court, I notice that behind the judge s bench, painted in foot-tall letters between the state seal and some other kind of heraldry is the phrase, "To Thine Own Self Be True." It is a line spoken by Polonius, a character in William Shakespeare s "Hamlet." He is King Claudius chief counsellor, and the father of Ophelia and Laertes. Polonius connives with Claudius to spy on Hamlet. Hamlet unknowingly kills Polonius, provoking Ophelia s fit of madness and death and the climax of the play: a duel between Laertes and Hamlet.
9:16   District Attorney Trent Kelly enters the courtroom. Asst DA Paul Gault usually handles Pontotoc County prosecutions, although Kelly often participates in high-profile cases.
Kelly just helped the court reporter take transcription equipment out of the courtroom, probably the judge s chambers. (I m curious to know why they need a record of chambers conversation.)
9:23   Kelly, court reporter back in courtroom. Farese and Bostick enter too. (Chambers action could very well have related to them.) Farese, Bostick take their seats at the defense table. Looks like they are first up today.
9:26   Judge enters courtroom. Opens court day for plea and revocation day.
First matter   to take a plea.
Farese and Bostick step to the podium.
Judge calls the case   MS versus Harry Russ Bostick.
Indicates a desire to plead guilty to Count 3, charging DUI-death. State recommends moving Counts 1-2 to the file. (Judge asks Bostick standard questions before accepting his plea.)
(Bostick tells court about his previous convictions and pardon. Says he s undergone chemical dependency treatment. He s answering in a strong voice to all Roberts questions.)
Judge   Count 3 says you   operated vehicle under influence of intoxicating liquor   negligently cause death of Charity Smith. Do you understand that? (Yes.) Did you commit that crime? (Yes sir)
Kelly   max is 25 year, min is 5 years. Max fine $10,000. (Judge   any of that mandatory?) Kelly says 5 years, none on fine.
Judge   REcommendation for Bostick? Kelly says   15 years, 7 suspended, 8 years to serve, 5 years post-release supervision, $1,000 fine, court costs and restitution for Smith s funeral expenses. (Jduge   how much?) Kelly looks to family in audience says he willget him information.
Did you hear that and understand it? (Yes sir)
Plead? (Guilty, your honor) Asks Kelly if other issues.
Kelly   2 of victim s family asks to address the court. Should I also state to the court what we would have proved if we went to

TRULINCS 28332077 - CLIFTON, MAURICE - Unit: BEN-C-B

---------------------------------------------------------------------------------------------

trial? (Judge   proceed) State would show that on Oct. 7, 2011 in Pontotoc County, Bostick operated vehicle Ford F150 Truck Smith in Buick LeSabre  7:22 p.m. collision. Sister was passenger in car. Front of his truck his driver side of car, Charity Smith died. Blood analysis of Bostick DUI when it happened 0.16% BAC which is more than 0.08%. He was going 73 mph, limit was 55.

9:47  Kelly accompanies woman before judge. Judge asks her to speak up. She says she s a Smith. (She s reading statement hard to hear what she s saying because she s weeping. She s reading something Charity wrote. Says she was writing a book maybe one day on the NYT Best Seller s List. Mother says it was a day she will never forget. No way to tell you how much I love her. Want her to be home. Tell me she loves me. Never hold her in my arms again. Never feel her arms around my neck. Never see her grow up. Charity will never have her baby. Always called me Mama, she always went with me. She loved family. 9:52)

Judge   Farese, anything? (No sir) Kelly says no one else.

Judge   About restitution? Kelly says give us a week to get that figure for the file. Judge agreed.

Asks Farese anything to say or Bostick?

BOSTICK   Want to apologize to the family (deep sighs) actions that occurred 2011, I accept full responsibility  sincerely sorry for causing the death of Charity Smith. I am a recovering alcoholic. Thought I was on the road to recovery until this occurred. Never my intent to harm Charity or anyone else. I will forever be sorry. I pray for the Smith family every day since Oct. 7, 2011 and will continue to do so. Don t know if you will be able to find in your hearts  asking for your Christian forgiveness.

FARESE   Absolute tragedy for both families. Smith family and Bostick family. Hard to fathom how someone can serve 27 1/2 years as IRS investigator and find himself here today. Ironically, he lost a son a theology student at Arkansas. His son stayed with his mother, and there was a house fire. Mother and husband escape. Son burned up. That began his spiral, that loss has haunted him. He turned to alcohol, fought it. Thought he had it conquered, obviously didn t. Extenuating circumstances. Think it s a fair plea offer. Believe his apology is sincere. Always maintained that position. I ask court to accept state s recommendation.

JUDGE   Factual basis for his guilty plea. Accepted. Will accept state e recommendation for sentence. After more than 42 years in courtroom  I have learned and believe  that no matter what my personal opinion might be about cases  these lawyers negotiate in good faith. They know more about circumstances and case than the court does. As a result I generally accept recommendaitons made. I understand better than I wish to personally some of the facts of this case. I buried a child 40 years ago and I understand fully well your situation and  the loss of a child in a tragic circumstances  extremely difficult.

Appears to me   could pick this apart  a reasonable solution to a tragic event. Accept state s recommendation as to sentence: 15 years in MDOC custody, 7 suspended, leaving 8 years to serve, 5 years post-release supervision, fined $1,000, $100 MCVF, costs of court and restitution for Smith s funeral. 30 days to provide.

Neither Bostick, Farese, Kelly have questions. Retires Counts 1-2 to the file. 10:02

MAURICE CLIFTON on 4/20/2016 7:51:17 PM wrote

How are you? Im' good. Thanks for putting up the page... I really appreciate that.. Can I write a poem and put it on there.. but what I would really like to is to find information on the two police that are on my case who went to prison.. One name is HARRY BOSTIC, he testified at my trial and he was the one that Governor Haley Barbour pardoned in 2010, for Vehicular homicide.. He was the one who arrested me and testified at my sentencing.. Google him.. And see if you can find the family of the girl he killed.. and the other one's name is "RONNIE JONES - Central Delta Task Force" He was arrested for extortion and bribery.. He bribed  this lady who's boyfriend was a drug dealer..He went to federal prison in 2004... I think people should know that and that I only went to jail for 6.4 grams of cocaine as a first time offender..

I love you and thanks..

Dad...

Oh, People are saying they have problems with the link!! Allie and bookie.. Love you



## A C K N O W L E D G E M E N T

I wish to thank you, the members of the administration for taking time out of your business work schedules to review my **Pre-Release Preparation Planning Outline**. I truly hope you can consider the fact that I have worked very hard to not only achieve this outline, but on the personal life-style changes I have made toward these accomplishments. Please use this re-entry plan to readjust my classification level, recalculate my custody score, depart my sentence, or provide me with a favorable sentence computation as I look forward to being a better man, a better father, and a more productive citizen in society by adding value to the people of my community.

**2016(c) All Rights Reserved. MC**