IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL ACTION NO. 3:97CR06-001

MAURICE CLIFTON  DEFENDANT

## ORDER

This cause comes before the court upon a Motion for Clarification filed by defendant Maurice Clifton. Clifton asks the court to provide him a specific reason as to why the court chose to deny Clifton's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2).

The Fifth Circuit consistently has held that, in denying a petitioner's Motion for Sentence Reduction, the district court need not expressly refer to the 18 U.S.C. § 3553(a) factors, nor is it required to provide specific reasons in support of its determination that a reduction of sentence is unwarranted. *See United States v. Evans*, 587 F. 3d 667, 673-674 (5th Cir. 2009); *United States v. Cooley*, 590 F. 3d 293, 297-298 (5th Cir. 2009); *United States v. Ross*, 2016 WL 3018767 at *1 (5th Cir. 2016).

Accordingly, the court finds that the defendant's Motion for Clarification is not well-taken, and is, therefore, **DENIED**.

**SO ORDERED AND ADJUDGED** this, the 11th day of August, 2016.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE**