**RECEIVED**

**SEP 6 5 2016**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.     CRIMINAL ACTION NO. 3:97CR06-NBB-1

MAURICE CLIFTON     DEFENDANT

## ACKNOWLEDGMENT OF RECEIPT

**TO THE CLERK OF THE COURT:**

I am the defendant in the above entitled action, and I hereby acknowledge that I am in receipt of: **ORDER** Denying Motion for Clarification dated August 11, 2016.

**THIS** the 17th day of August, 2016.

_Maurice Clifton Sr. #28332-077_
**DEFENDANT**

**Please return this Acknowledgment Form to:**

Clerk, U.S. District Court
911 Jackson Ave., Suite 369
Oxford, MS 38655

Maurice Clifton
#28332-077
Federal Correctional Institution (C-2)
P.O. Box 52020
Bennettsville, SC 29512

COLUMBIA SC 290

28332-077
Clerk Of The Court
US District Court
911 Jefferson AVE, RM 369
Oxford, MS 38655
United States

38655-360711