IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.    CRIMINAL NO. 3:97-cr-00006-NBB

MAURICE CLIFTON

### GOVERNMENT'S MOTION TO REPLACE DEFENDANT'S MOTION FOR SENTENCE REDUCTION (DOC. 90) WITH REDACTED VERSION ELIMINATING CERTAIN PERSONAL IDENTIFICATION INFORMATION OF THE DEFENDANT

The government hereby moves the Court to replace the Defendant's Motion for Sentence Reduction (Doc. 90) with a version attached to this motion as Exhibit 1 that has been redacted to remove certain personal identification information of the defendant and other persons. In support the government would show:

On November 1, 2017 the defendant filed a Motion for Sentence Reduction (Doc. 90). In the Motion the defendant includes various documents that contain his date of birth and Social Security Account Number, as well as addresses and telephone numbers of certain family members and friends of the Defendant. Such information could be used to defraud or harass the defendant or others and should be removed from the public record of the case.

Rule 49.1, FRCrP, provides that filings in criminal cases should be redacted to protect individuals and this action is done with the intent to further the purposes of said rule. Even though Rule 49.1(h) might apply to the defendant's Motion because he filed the motion with his personal identification openly in it, to protect the defendant and others, the government is proactively seeking this redaction.

The government has prepared a redacted version of the Defendant's Motion and requests that the redacted version be filed in place of Document 90 in this cause. The

undersigned counsel for the government has contacted the defendant's case worker at the Forrest City Correctional Institution to advise the defendant of this motion.

        Respectfully submitted,

        ROBERT H. NORMAN
        Acting United States Attorney
        Mississippi Bar No. 3880

By: *s/Paul D. Roberts*
        PAUL D. ROBERTS, MSB # 5592
        Assistant United States Attorney
        900 Jefferson Avenue
        Oxford, MS  38655
        paul.roberts@usdoj.gov
        662.234.3351

## CERTIFICATE OF SERVICE

I, PAUL D. ROBERTS, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I electronically filed the foregoing Government's Motion to Replace Defendant's Motion for Sentence Reduction (Doc. 90) with Redacted Version Eliminating Certain Personal Identification Information of the Defendant with the Clerk of the Court using the ECF system which sent notification of such filing to:

None.

and I hereby certify that I have mailed via United States Postal Service the document to the following non-ECF participants:

Maurice Clifton
FCC Forrest City – Low
Post Office Box 9000
Forrest City, AR 72336
*Pro se*

This the 3rd day of November, 2017.

*s/ Paul D. Roberts*
PAUL D. ROBERTS
Assistant United States Attorney