IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA,

        Plaintiff,

                                        Case No. 3:97-CR-0006-001
v.                                 Hon. Neal B. Biggers, Jr.

MAURICE CLIFTON,

        Defendant.

_____/

MOTION FOR SENTENCE REDUCTION PURSUANT TO
18 U.S.C. § 3582 AND RETROACTIVE AMENDMENT 782, U.S.S.G.

    Defendant Maurice Clifton, appearing pro se, moves, pursuant to 18 U.S.C.
§ 3582, Sentencing Guidelines § 1B1.10 and Amendment 782, for a reduction of
the sentence this Court imposed. For the reasons stated below, Defendant
asks that the Court reduce his sentence commensurate with retroactive
Amendment 782, U.S.S.G.

1. Defendant was indicted on two count(s) for – Count One – Distribution of
   more than 5 grams of cocaine base (crack) pursuant to 21 U.S.C. § 841(a)(a)
   and (b)(1)(B). Count two was for conducting a financial transaction with
   the intent to promote and carry on specified unlawful activity listed in
   Count One pursuant to 18 U.S.C. § 1956(a)(1)(A)(i).

2. Defendant was found guilty by a jury and was subsequently sentenced on
   May 20, 1997 to a term of 400 months imprisonment on Count One and a
   term of 240 months on Count Two to be served concurrently.

3. Pursuant to the sentencing transcripts generated from the May 20, 1997
   sentencing hearing, the Defendant's base offense level was 42, with a
   criminal history category of II resulting in a Guideline range of 360 to
   480 months imprisonment. [Sent. Tr. pg. 41, Line(s) 19-25]. The total
   Guideline range in this case was based on a total drug quantity of "up

to 1.5 Kilograms." [Sent. Tr. pg. 45, Line(s) 9-11]. The Court imposed a
400 month sentence and Mr. Clifton is currently serving that sentence.

4. Mr. Clifton is eligible for a reduction of his sentence by retroactive
   application of Sentencing Guidelines Amendment 782 related to drug offenses
   pursuant to 18 U.S.C. § 3582(c)(2) and policy statement § 1B1.10 as
   amended.

5. Mr. Clifton respectfully asks the Court to reduce the 400 month sentence
   originally imposed commensurate with the above "2-level" Guideline
   change implemented by the U.S. Sentencing Commission. As such, Mr.
   Clifton respectfully asks the Court to resentence him to no more than
   324 months imprisonment. (This calculation is based on reducing the
   original base offense level of 42 with a range of 360-480 to a "new"
   range of 40 resulting in a 324-405 month range.). See Guidelines §2D1.1.

6. Section 3582(c)(2) authorizes the district court to re-calculate the
   Defendant's sentencing range under the Amendment, and determine an
   appropriate sentence in accordance with applicable § 3553(a) factors.
   Policy Statement § 1B1.10 provides the courts have discretion in making
   a determination whether, and to what extent, to reduce the sentence of
   any person eligible to be considered for retroactive application of an
   amended Guideline. Courts may also consider a defendant's conduct while
   incarcerated. U.S.S.G. § 1B1.10, comment. (n.1).

7. While serving his sentence, Mr. Clifton has completed a wealth of education
   and rehabilitation programs within the Bureau of Prisons designed to
   help him better himself and to prepare for a new life outside prison.
   [See all attached documents related to Mr. Clifton's educational and
   rehabilitative efforts achieved while incarcerated.].

8. Mr. Clifton respectfully asks the Court to direct the U.S. Probation
   Office to re-calculate his amended Guideline range based on the above

to ensure the new sentencing range requested by Mr. Clifton is correct.
Mr. Clifton would agree with their analysis.

9. Mr. Clifton recently sought, and was denied a reduction in his sentence
   based on Guidelines Amendment § 750 the "Fair Sentencing Act." The Court
   provided no explanation or opinion as to why it felt that Mr. Clifton
   should not receive a reduced sentence based on the Fair Sentencing Act.
   As such, he has a currently pending motion before the Court for the
   purpose of requesting an explanation as to why he was denied a reduction
   under Amendment 750. [See Crim. Doc. 80, Motion for Reduction of Sentence,
   and Doc. 84, Order denying Motion for reduction of sentence.].

10. It is noteworthy to draw attention to the PSR in this case wherein
    hearsay statements were incorporated taken from former IRS-CID Agent
    Harry Bostic with regard to the individuals involved in this case and
    the drug quantity amount found to be "relevant conduct" by the Court.
    This unsworn, non-testimonial statement made to the PSR writer equates
    to double hearsay - something that defense counsel objected to but was
    overruled. More importantly, Agent Bostic - who was a former IRS-CID
    Agent at the time this hearsay statement was taken, was fired by the IRS
    due to a drunk driving conviction wherein he killed someone while driving
    his government vehicle. His hearsay statements to the PSR writer should
    be stricken from the record and not counted as relevant conduct.

11. If the Court should find that based on relevant conduct the drug amount
    in this case equals more than 6.4 grams to 1.5 kilograms, Defendant
    respectfully requests an evidentiary hearing in order for the Court to
    factually determine a correct drug quantity amount attributed to Defendant.

WHEREFORE, as Defendant qualifies for a sentence reduction as of November
1, 2014, it is respectfully requested that the Court enter an amended Judgment
reducing Defendant's sentence to no more than 324 months imprisonment.

Respectfully submitted this 25th day of $October$ , 2017.

Maurice Clifton #28332-077
Maurice Clifton, pro se
Reg. No. 28332-077
FCI Forrest City - Low

# PRE-RELEASE

# PREPARATION AND RE - ENTRY

# PLANNING OUTLINE

## PRESENTED BY: MR. MAURICE CLIFTON

-------------------------------------------------

## RESPECTFULLY SUBMITTED

## FOR THE PURPOSE OF REVIEW

-------------------------------------------------

**MAURICE CLIFTON**
**REG. NO: 28332-077**
**FCI BENNETTSVILLE(MED)**
**696 MUCKERMAN ROAD**
**P.O. BOX 52020**
**BENNETTSVILLE, SC 29512**

-------------------------------------------

2016 (c) / All Rights Reserved - MC

# TABLE OF CONTENTS

| **Contents #** | **Page** |
|---|---|
| PRE-RELEASE PREPARATION | 2 |
| SYNOPSIS | 2 |
| CONTACT INFO | 2 |
| EDU/VO-TEC TRAINING/ETC. | 3-5 |
| WORK HISTORY/EMPLOYMENT | 6 |
| LIFE SKILLS | 7 |
| RE-ENTRY PLANNING | 7 |
| SECURE TRANSPORTATION | 7 |
| SECURE EMPLOYMENT | 8 |
| SECURE SAVINGS & EST.FINANCE MGT. | 8 |
| SECURE COMMUNICATIONS | 8 |
| SECURE HOUSING | 9 |
| SECURE HEALTH CARE COVERAGE | 9 |
| CONTINUE EDUCATION | 9 |
| CAREER PLAN | 10 |
| PROGRAM PARTICIPATION | 10 |
| STATE/FEDERAL PROGRAMMING | 11 |
| CONCLUDING REMARKS | 12 |

| **Apppendix [A - L]** | **Page #** |
|---|---|
| Appendix & Attachments (A - L) | 13 |

| **ACKNOWLEDGEMENT** | **Page #** |
|---|---|
| Acknowledgements | 24 |

# PRE-RELEASE PREPARATION

# AND RE-ENTRY PLANNING OUTLINE

### BY: Mr. Maurice Clifton



**Date of Submission:** _____/_____/2016
**Case No.:** 3:97cr00006 B-B
**Projected Release:** 01/2026
**Inmate's Name:** Maurice Clifton Sr.
**Register No.:** 28332-077
**D.O.B.:** 1965 **Age:** 51
**Institution:** FCI Bennettsville (Medium)
**Address:** 696 Muckerman Road
**P.O. Box:** 52020
**City:** Bennettsville
**State:** South Carolina
**Zip Code:** 29512

---

## SYNOPSIS

This outline is an effort by the incarcerated to present a projection of his intended resocialization process, and to be instrumental in assisting justice system officials in helping him achieve the ultimate goal of rehabilitation and program reformation. What has been documented herein is solely intended to allow the incarcerated the opportunity to maximize his prison experience, develop skills to meet the basic needs, become employed, address life and interpersonal concerns, and to present a career and focus plan in order to meet the demands of successful societal reintegration.

---

## CONTACT INFORMATION

**Release Residence:** Antonio Clifton, Brother          Mound Bayou, MS 38762
**Phone No:** (662)                    Email:      @yahoo.com

**Primary Emergency Contact:** Mary Honorable, Sister          Bellwood, IL 60104
**Phone No:** (708)                    Email:      @sbcglobal.net

**Alternate Emergency Contact:** Jessica O'Banner, Fiance          Jackson, MS
39206
**Phone No:** (601)                    Email:      @gmail.com

## PRE-RELEASE PREPARATION PLANNING

This outline presents the incarcerated's education, training, skills, etc., obtained while in confinement, indicating his ability to maintain a healthy lifestyle balance and legitimate living upon release.

### A)    EDUCATIONAL/VOCATIONAL/TECHNICAL & SPECIALIZED TRAINING

The incarcerated reports achievements in the following areas; (Certificates of Completion are submitted as Attachment A for classes and awards not listed on incarcerated's Educational Transcript in the Appendix to this outline):

### 1)    MENTAL HEALTH & SOCIAL BEHAVIOR-RELATED PROGRAMS
* Personal Success Stories - August 06, 2004
* Black History Review - February 22, 2005
* Transitioning Back To Society - March 18, 2005
* RPP1 Infectious Disease Awareness - June 27, 2005
* Yoga - June 28, 2006
* RPP1 Stress Management - October 21, 2008
* Inside-Out Dad 2-Parenting Seminar - December 29, 2010
* Inside-Out Dad 4 - Parenting Seminar - August 03, 2011
* Bethesda Parenting Seminar1 - September 29, 2011
* Challenge for Change - September 13, 2011
* Health Seminar - July 12, 2013
* Parenting Low T - October 18, 2013
* Theology Through Film Class - June 04, 2014
* Inside Out Dad 1 Parenting Seminar - June 17, 2014
* Self-Study Motivation for Change(A Guide to Personal Change) - 05-2015
* Building Resiliency - Self Study for Personal Growth - 06-2015

### 2)    VOCATIONAL AND TECHNICAL TRAINING
*   Building Maintenance - 60 hrs - 08/29/1997
* Sewing VT - 60 hrs - 10-16-1997
* Typing - 20 hrs - 10-19-1998
*   Advance Typing - 20 hrs - 11-17-1998
* MicroComputer VT - 240 hrs - 09-27-2002
*   Advanced MicroComputer Class - 240 hrs - 06-06-2003
* Restaurant Management - 300 hrs - 02-05-2013
* Serve Safe Management - 100 hrs - 03-01-2013
*   Keyboarding Class - 16 hrs - 02-09-2016
* NCCER CORE - 180 hrs - 03-17-2016

**3)** **ACADEMIC/ACE & RE-ENTRY TRAINING**

* Basketball Clinic - 12hrs - 03-07-2002
* Presentation Skills - 10 hrs - 06-27-2003
* Football Clinic - 12 hrs - 10-24-2003
* Hanball Officiating Class - 16hrs - 12-12-2003
* World of Work - 02-26-2004
* The Customer is Our Boss - 02-27-2004
* Basketball Clinic - 12 hrs - 03-03-2004
* Enter Here - 03-03-2004
* Would I Work With Me - 03-02-2004
* Tough Questions & Straight Answers - 03-04-2004
* Heads Up - 05-04-2004
* You And Your Co-Workers - 05-06-2004
* The Customer Is Our Boss - 05-07-2004
* Working With Your Supervisor - 05-13-2004
* Public Speaking - 16 hrs - 06-17-2004
* Preparation for Employment - 07-13-2004
* Ex-Offenders' Job Tips - 07-14-2004
* Hiring Ex-Offenders Part 1 - 07-15-2004
* Hiring Ex-Offenders Part 2 - 07-16-2004
* How to keep a Job - 08-03-2004
* How to get Ahead on the Job - 08-04-2004
* How to Leave a Job - 08-05-2004
* Football Clinic - 12 hrs - 09-25-2004
* Resume Writing Class - 09-02-2004
* Job Interviewing Class - 10-14-2004
* Mock Job Fair - 10-14-2004
* ACE Geometry - 16 hrs - 09-24-2004
* Developing Leadership Skills 1 - 10-20-2004
* Hiring Ex-Offenders Part 2 - 10-12-2004
* Hiring Ex-Offenders Part 1 - 10-08-2004
* Now You Have A Job/Keep It - 03-09-2005
* Basketball Clinic - 12 Hrs - 03-09-2005
* Ex-Offenders' Job Tips - 03-22-2005
* Hiring Ex-Offenders Part 1 - 03-23-2005
* Hiring Ex-Offenders Part 2 - 03-23-2005
* How To Leave A Job - 03-25-2005
* How To Keep A Job - 03-24-2005
* Calistthenics - 01-05-2006

## ACADEMIC/ACE & RE-ENTRY TRAINING (Continued)

* RPP2 Programs Mock Job Fair - 12-15-2005
* RPP2 Job Search - 05-17-2006
* RPP2 Job Application - 06-07-2006
* RPP2 Job Interview - 07-05-2006
* RPP6 Black History Review - 02-28-2007
* Basketball Official - 04-03-2007
* Aerobics -16 hrs - 06-27-2007
* Calisthenic - 09-09-2007
* Basketball Official - 07-10-2007
* Job Skills - 16 hrs - 12-03-2009
* Job Fair Interview - 12-04-2009
* Job Skills - 16hrs - 12-01-2010
* Job Fair Interview - 12-09-2010
* Career Resource Seminar - 04-01-2011
* Career Seminar Low - 08-10-2011
* Business Seminar-Low - 08-23-2011
* Jump Rope I - Low - 04-23-2012
* Calisthenics - I AM Low - 05-25-2013
* RPP2 Dress For Success - 10-29-2013
* RPP2 From Prison To Paycheck - 10-29-2013
* RPP6-Positive Parenting - 10-30-2013
* RPP2 From Prison To Paycheck II - 01-07-2014
* RPP2 Dress For Success II - 01-07-2014
* RPP5 Recovery Maintenance - 03-06-2014

## 4) EXTRAORDINARY ACADEMIC AND TECHNICAL ACHIEVEMENTS

* Education Aide Apprenticeship, 4000 hrs(Department of Labor) - 06-14-2005
* ISO INTERNAL QUALITY AUDITING - 01-12-2009
* Teacher's Aide Apprenticeship - Department of Labor- 1000 HRS - 09-07-2007
* Restaurant Management - 300 HRS(Holmes Community College) - 02-05-2013
* ServSafe Management - 100 HRS(Holmes Community College) - 03-01-2013
* TOASTMASTERS INTERNATIONAL - Charter Member/President 01-2014
* National Center for Construction and Education Research - 01-23-2016

All certificate verification may be checked for completion in the Inmate Education Data Transcript(Submitted as an Attachment in the Appendix in this outline).

B)  **WORK HISTORY/EMPLOYMENT**
1)  INSTITUTIONAL PARTICIPATION
The incarcerated reports the following institutional work history(submitted as an Attachment in the Appendix in this outline). The incarcerated intends, while confined, to obtain occupations to which an apprenticeship training program is annexed or are vocational and/or technical skill based. The incarcerated intends to obtain institutional occupations which may benefit his job marketing skills upon release.

2)  **EMPLOYMENT**

A) APPLICATION, COVER LETTER AND RESUME
The incarcerated reports the following application, cover letter and resume (submitted as Attachment E in the Appendix to this outline). The incarcerated submits the application, cover letter and resume in anticipation of his forthcoming release in an effort to strengthen his job application skills.

B) POST INCARCERATION EMPLOYMENT PACKAGE
The incarcerated reports the following post incarceration employment documentation (submitted as Attachment F in the Appendix to this outline). The incarcerated intends to prepare an employment package of the following:
* Cover Letter
* Resume
* Fidelity Bonding Insurance
* Work Opportunity Tax Credit (WOTC)
* Copy of Criminal Record
* Institutional Work History
* Institutional Progress Reports
The employment package is intended for use by the incarcerated to solicit potential employers from prison prior to his release.

C)  **LIFE SKILLS**
1)  MEDICAL & MENTAL HEALTH EVALUATIONS
The incarcerated reports a medical status of care level 1, and is in sufficient medical condition. The incarcerated reports a daily routine of exercise and maintains a balance diet of fruits, vegetables, and proteins. The incarcerated reports stable mental health conditions, and does not exhibit any mental health deficiencies nor is there a reported history of such. The incarcerated exhibits no disruptive behavioral problems and has been incident free since 2009, and maintains clear institutional conduct at present. The incarcerated maintains clear drug and alcohol screening and does not have a documented history of substance

abuse within the institution. The incarcerated is on a regimen of aspirin daily because he is now over 50 years of age and family members have a history of heart problems.

2) INTERPERSONAL

The incarcerated reports a religious profession and participation in the Protestant Christian Community as well as interact with other faith based communities to put forth educational and spiritual programs. (SEE ATTACHMENTS IN THE APPENDIX IN THIS OUTLINE). The incarcerated reports regular communication with family and friends and seeks to establish community based ties prior to release in order to build a healthy social network.

3) **SUPPORT SYSTEM**

The incarcerated reports the following family, friends and organizations as an established support system:

**FAMILY/FRIENDS**

| | | |
|---|---|---|
| **God-Mother:** Clarice King, | U. City, MO 73130, (314) | |
| **Sister:** Mary Honorable. | Bellwood, IL 60104, (708) | **Brother:** |
| Antonio Clifton, | , Mound Bayou, MS 38762 (662) | |
| **Brother:** Dan Clifton, | . Chicago, IL 60636 (773) | . **Sister:** |
| Amanda Gordon, | , Oak Park, IL 60302, (708) | **Niece:** Dr. |
| Lamonica Taylor, | , Ridgeland, MS 39157 (601) | |
| **Son:** Nathaniel Brock, | Belleville, IL 62226, (618) | **Son:** |
| Michael Clifton, | Kokomo, IN 46902 (765) | **Fiance:** |
| Jessica O'Banner, | Jackson, MS 39206, (601) | . **Friend:** Judy |
| Nelson, | Greenville, MS 38701 (662) | |

**BUSINESSES**

The Incarcerated is a standing member in "INSIDE OUT" Toastmaster Club #3281098; Toastmasters International, P.O. Box 9052, Mission Viejo, CA 92690. The incarcerated has obtained Advanced Leadership Bronze(ALB) and the Competent Commicator Certification and served as President of the Inside Out Charter at FCC Yazoo City, in Yazoo City, MS, 2225 Haley Barbour Pkwy.

4) **PRERELEASE DOCUMENTS**

The incarcerated reports possession of the following pre-release documents (submitted as Attachment in the Appendix in this outline).
* Birth Certificate
* Social Security Card
* DD214-U.S. Army

Upon release the incarcerated intends to obtain a state indentification card and drivers license for the state of Mississippi.

5) **FINANCIAL SAVINGS**

Upon maintaining employment while incarcerated , the incarcerated will continue to save money in preparation for release. The incarcerated has a savings acct with Wells Fargo Bank in the amount of $500.00.

## RE-ENTRY PLANNING

This outline presents the incarcerated's reasonably established goals and objectives to strive for upon release from prison.

**A)** **SECURE TRANSPORTATION**

The incarcerated states his intentions to utilize public transportation (bus, metro-rail, taxicab, etc.) while confined within the half-way house. The incarcerated is knowledgeable of public transportation fares as well as schedules and routes in the Mississippi areas. My ultimate goal is to secure a State Drivers License and obtain finances to obtain a reliable vehicle.

**B)** **SECURE EMPLOYMENT**

As a prelude to securing employment, the incarcerated states his intention to obtain fidelity bonding insurance through the following:

* Federal Bonding Program, 1725 DeSales Street, NW (Suite 700) Washington, DC 20036

The incarcerated states his intentions to utilize Internet Job Search Skills, want ads, and in-person applications to obtain meaningful employment while confined within the half-way house. The incarcerated avers that his ultimate objective is to secure employment in order to establish a career in the field of Production Planning, Procurement Clerk, and as a Safety Specialist or related field of employment.

C) **SECURE HEALTH CARE COVERAGE**

The incarcerated states his intentions to secure health care coverages through the Affordable Health Care Act. This will be done independantly or through employment insurance. The incarcerated will seek to obtain Veteran's Health Care Coverage and Disability from service related injuries.

D) **CONTINUE EDUCATION**

The incarcerated states his intentions is to continue his education towards a bachelor's degree in Parks & Recreation. This will be through Pell Grants and scholarships and veteran's assisted funding. The incarcerated intends to pursue this degree either through print course(s) or an on-line correspondence course.

**E)** **CAREER PLAN**

The incarcerated states his intentions to become an instructor as a National Center for Construction Education and Research(NCCER) independant firm or obtain

employment in the construction industry as a Safety Specialist. The incarcerated further intends to become gainfully employed as a Production/Procurement Clerk in the manufacturing industry where my hands-on prison industries employment has thoroughly prepared him for outside employment in a high production company. The incarcerated intends to follow-up on these industries as time, knowledge, and information progresses.

**F)     PROGRAM PARTICIPATION**

The incarcerated states that his intention is to maintain a network association and community membership with the following organizations:

*\* Toastmasters International - Mission Velajo, CA*

*\* Boy & Girls Club of America - Greater Mississippi Delta*

*\* NAACP - Local Chapter in Mississippi Delta*

The incarcerated further intends to utilize his acquired knowledge (e.g. trade skills, tutor and mentorship capabilites, life and prison experiences, leadership and communication experiences) for service in the surrounding communities in the Mississippi Delta to facilitate programs to encourage troubled youth and discourage them from participating in violent and destructive activities.

**G)     STATE/FEDERAL PROGRAMMING**

The incarcerated intends to apply for assistance with housing, education, employment, and health care coverage using all available resources from state and federal and local agencies in Mississippi and Bolivar and Sunflower Counties in the greater Mississippi Delta.

**CONCLUDING REMARKS**

Concerns relevant to the incarcerated's institutional history may be verified through the Inmate Progress Report (Submitted as Attachment in the Appendix in this outline). At all times, material to this outline, the incarcerated invites and welcomes the insight and suggestions for making improvements towards his rehabilitation and preparation for a productive release back into society, from the Bureau of Prison (Unit Team Members) and U.S. Department of Justice (U.S. Probation Office) officials.

The incarcerated further prays that the pre-release package has given the readers a better understanding of Maurice Clifton the person, father, friend, mentor, christian, and inmate prior, during his incarceration. The incarcerated goals are to improve his chances to survive in society after being incarcerated.

*Respectfully Submitted,*

Dated: _____/_____/2016

*Maurice Clifton Sr.*
*#28332-077*

_____

# APPENDIX
## [ A - G ]

### BY: MR. MAURICE CLIFTON SR.

---

### PRERELEASE PREPARATION PLANNING

### A T T A C H M E N T

---

| APPENDIX | CONTENT | PAGE # |
|----------|---------|--------|
| A | CERTIFICATES OF COMPLETION | 12 |
| B | EDUCATION & DATA TRANSCRIPT | 13 |
| C | INSTITUTION WORK HISTORY | 14 |
| D | RESUME | 15 |
| E | EMPLOYMENT PACKAGE | 16 |
| F | TOASTMASTER INFORMATION | 17 |
| G | INMATE PROGRESS REPORT | 18 |
| H | INMATE DISCIPLINARY REPORT | 19 |

```
FOR10          *          INMATE EDUCATION DATA        *        08-08-2017
PAGE 001        *                 TRANSCRIPT           *          17:27:11

REGISTER NO: 28332-077    NAME..: CLIFTON                    FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: FOR-FORREST CITY FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP DATE/TIME
FOR  ESL HAS    ENGLISH PROFICIENT              07-22-1997 1951 CURRENT
FOR  GED HAS    COMPLETED GED OR HS DIPLOMA     07-22-1997 1953 CURRENT

--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
FOR         BASKETBALL OFFICIATING       06-01-2017 CURRENT
FOR         UNICOR ASQ CQIA              07-11-2017 CURRENT
FOR         RPP ORIENT RELRQMTS A&O CORE5 05-11-2017 05-11-2017   P  C  P    1
BEN         2 HR ANNUAL HEALTH FAIR-RPP#1 12-08-2016 12-08-2016   P  C  P    2
BEN         NCCER 2-3PM M-F/HUDSON-RPP#6  08-08-2016 12-02-2016   P  C  C  120
BEN         QTRLY MEN'S HEALTH SEM/3-RPP#1 08-04-2016 08-04-2016  P  C  P    2
BEN         NCCER GO GREEN M-F 2-3:30 P.M. 06-10-2016 06-23-2016  P  C  C  120
BEN         JOB FAIR MOK INTERVIEW MAIN   04-27-2016 04-27-2016   P  C  P    2
BEN         JOB FAIR INFORMATION RPP 2,5,6 04-27-2016 05-03-2016  P  C  P    1
BEN         EXPLORE INTERVIEW PROCESS#2/#6 04-18-2016 04-28-2016  P  C  P   16
BEN         INTRO TO RESUMES (EM#2/PG#6)   04-18-2016 04-28-2016  P  C  P   16
BEN         EMPLOYABILITY SKILLS EM#2/PG#6 04-18-2016 04-28-2016  P  C  P   16
BEN         NCCER CORE M-F HUDSON/RPP#6    12-14-2015 01-28-2016  P  C  C  180
BEN         KEYBOARDING CLASS            01-05-2016 02-09-2016   P  C  P   16
BEN         BASKETBALL OFFICIALS-RPP#6   11-23-2015 12-11-2015   P  C  P   24
YAZ         INSIDE OUT DAD 1-PARENT SEMINR 06-16-2014 06-17-2014  P  C  P    2
YAZ         THEOLOGY THROUGH FILM CLASS  05-01-2014 06-04-2014   P  C  P   14
YAZ         INTRODUCTION TO TOASTMASTERS 01-16-2014 03-14-2014   P  C  P   16
YAZ         RPP5 RECOVERY MAINTENANCE    03-06-2014 03-06-2014   P  C  P    1
YAZ         RPP2 DRESS FOR SUCCESS       01-07-2014 01-07-2014   P  C  P    1
YAZ         RPP2 FROM PRISON TO PAYCHECK 01-07-2014 01-07-2014   P  C  P    1
YAZ         PARENTING LOW T 1:00-3:00    08-08-2013 10-18-2013   P  C  P   16
YAZ         RPP6-POSTIVE PARENTING       10-30-2013 10-30-2013   P  C  P    1
YAZ         RPP2 FROM PRISON TO PAYCHECK 10-29-2013 10-29-2013   P  C  P    1
YAZ         RPP2 DRESS FOR SUCCESS       10-29-2013 10-29-2013   P  C  P    1
YAZ         HEALTH SEMINAR               05-23-2012 07-12-2013   P  C  P    2
YAZ         CALISTHENICS I AM-LOW        04-26-2013 05-25-2013   P  C  P    2
YAZ         SERVE SAFE MGMNT, M-F, 1-3   02-06-2013 03-01-2013   P  C  C  100
YAZ         RESTAURANT MGT, M-F,1:00-3:00 08-25-2012 02-05-2013  P  C  C  300
YAZ         JUMP ROPE I-LOW              03-27-2012 04-23-2012   P  C  P    2
YAZ         CHALLENGE FOR CHANGE 2       09-13-2011 09-13-2011   P  C  P    2
YAZ         BETHESDA PARENTING SEM 1     09-29-2011 09-29-2011   P  C  P    2
YAZ         BUSINESS SEMINAR-LOW         08-23-2011 08-23-2011   P  C  P    2
YAZ         CAREER SEMINAR-LOW           08-10-2011 08-10-2011   P  C  P    2
YAZ         TEACHER AID APPRENTICESHIP-LOW 02-25-2011 09-07-2011 P  C  A 1000
YAZ         INSIDE OUT DAD 4-PARENT SEMINR 08-01-2011 08-03-2011 P  C  P    2
YAZ         CAREER RESOURCE SEMINAR      04-01-2011 04-01-2011   P  C  P    2
YAZ         INSIDE OUT DAD 2-PARENT SEMINR 12-29-2010 12-29-2010 P  C  P    2
YAZ         JOB FAIR INTERVIEW           12-09-2010 12-09-2010   P  C  P    4
YAZ         JOB SKILLS, THUR 1:00-3:00   10-06-2010 12-01-2010   P  C  P   16

G0002       MORE PAGES TO FOLLOW . . .
```

REGISTER NO: 28332-077 NAME..: CLIFTON FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: FOR-FORREST CITY FCI

---------------------------- EDUCATION COURSES ----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| YAZ | JOB FAIR INTERVIEW | 12-04-2009 | 12-04-2009 | P | C | P | 4 |
| YAZ | JOB SKILLS, THUR 1:00-3:00 | 10-02-2009 | 12-03-2009 | P | C | P | 16 |
| YAZ | ISO INTERNAL QUALITY AUDITING | 11-19-2007 | 01-12-2009 | P | C | P | 15 |
| YAZ | RPP1 STRESS MANAGEMENT | 09-22-2008 | 10-21-2008 | P | C | P | 6 |
| YAM | CALISTHENICS | 07-29-2007 | 09-09-2007 | P | C | P | 6 |
| YAM | BASKETBALL OFFICIAL | 07-08-2007 | 07-10-2007 | P | C | P | 2 |
| YAM | AEROBICS | 06-27-2007 | 06-27-2007 | P | C | P | 16 |
| YAM | BASKETBALL OFFICIAL | 04-03-2007 | 06-05-2007 | P | C | P | 2 |
| YAM | RPP6 BLACK HISTORY REVIEW | 02-06-2007 | 02-28-2007 | P | C | P | 8 |
| YAM | RPP2 JOB INTERVIEW | 06-14-2006 | 07-05-2006 | P | C | P | 6 |
| YAM | RPP2 JOB APPLICATION | 05-17-2006 | 06-07-2006 | P | C | P | 6 |
| YAM | RPP2 JOB SEARCH | 04-24-2006 | 05-17-2006 | P | C | P | 6 |
| YAM | YOGA | 06-28-2006 | 06-28-2006 | P | C | P | 10 |
| YAM | RPP2 PROGRAMS MOCK JOB FAIR | 12-15-2005 | 12-15-2005 | P | C | P | 4 |
| YAM | CALISTHENICS | 10-20-2005 | 01-05-2006 | P | C | P | 18 |
| YAM | RPP1 INFECTIOUS DISEASE AWARE | 06-27-2005 | 06-27-2005 | P | C | P | 1 |
| BMM | EDUC AIDE APPRENTICE,4000 HRS | 02-04-2004 | 06-14-2005 | P | W | I | 2720 |
| BMM | HOW TO KEEP A JOB | 03-23-2005 | 03-24-2005 | P | C | P | 2 |
| BMM | HOW TO LEAVE A JOB | 03-24-2005 | 03-25-2005 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 2 | 03-22-2005 | 03-23-2005 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 1 | 03-22-2005 | 03-23-2005 | P | C | P | 2 |
| BMM | EX-OFFENDERS' JOB TIPS | 03-21-2005 | 03-22-2005 | P | C | P | 2 |
| BMM | TRANSITIONING BACK TO SOCIETY | 03-17-2005 | 03-18-2005 | P | C | P | 2 |
| BMM | BLACK HISTORY REVIEW | 02-01-2005 | 02-22-2005 | P | C | P | 9 |
| BMM | BASKTBALL CLINIC | 02-25-2005 | 03-09-2005 | P | C | P | 12 |
| BMM | NOW YOU HAVE A JOB KEEP IT | 03-08-2005 | 03-09-2005 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 1 | 10-07-2004 | 10-08-2004 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 2 | 10-11-2004 | 10-12-2004 | P | C | P | 2 |
| BMM | DEVELOPING LEADERSHIP SKILLS 1 | 10-19-2004 | 10-20-2004 | P | C | P | 2 |
| BMM | ACE GEOMETRY | 08-09-2004 | 09-24-2004 | P | C | P | 16 |
| BMM | MOCK JOB FAIR | 10-14-2004 | 10-14-2004 | P | C | P | 7 |
| BMM | JOB INTERVIEWING | 08-31-2004 | 10-14-2004 | P | C | P | 8 |
| BMM | RESUME WRITING CLASS | 09-02-2004 | 09-02-2004 | P | C | P | 2 |
| BMM | FOOTBALL CLINICS;SAT 7:30A | 09-02-2004 | 09-25-2004 | P | C | P | 12 |
| BMM | PERSONAL SUCCESS STORIES | 08-05-2004 | 08-06-2004 | P | C | P | 2 |
| BMM | HOW TO LEAVE A JOB | 08-04-2004 | 08-05-2004 | P | C | P | 2 |
| BMM | HOW TO GET AHEAD ON THE JOB | 08-03-2004 | 08-04-2004 | P | C | P | 2 |
| BMM | HOW TO KEEP A JOB | 08-02-2004 | 08-03-2004 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 2 | 07-15-2004 | 07-16-2004 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 1 | 07-14-2004 | 07-15-2004 | P | C | P | 2 |
| BMM | EX-OFFENDERS' JOB TIPS | 07-13-2004 | 07-14-2004 | P | C | P | 2 |
| BMM | PREPARATION FOR EMPLOYMENT | 07-12-2004 | 07-13-2004 | P | C | P | 2 |
| BMM | PUBLIC SPEAKING | 04-29-2004 | 06-17-2004 | P | C | P | 16 |
| BMM | WORKING WITH YOUR SUPERVISOR | 05-12-2004 | 05-13-2004 | P | C | P | 2 |
| BMM | THE CUSTOMER IS OUR BOSS | 05-06-2004 | 05-07-2004 | P | C | P | 2 |

G0002 MORE PAGES TO FOLLOW . . .

```
 FOR10          *           INMATE EDUCATION DATA          *      08-08-2017
 PAGE 003 OF 003 *              TRANSCRIPT                 *       17:27:11

 REGISTER NO: 28332-077    NAME..: CLIFTON              FUNC: PRT
 FORMAT.....: TRANSCRIPT   RSP OF: FOR-FORREST CITY FCI
```

```
---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
BMM         YOU AND YOUR CO-WORKERS      05-05-2004 05-06-2004   P  C  P     2
BMM         HEADS UP                     05-03-2004 05-04-2004   P  C  P     2
BMM         TOUGH QUESTIONS&STRAIGHT ANSWE 03-03-2004 03-04-2004 P  C  P     2
BMM         WOULD I WORK WITH ME         03-01-2004 03-02-2004   P  C  P     2
BMM         ENTER HERE                   03-02-2004 03-03-2004   P  C  P     2
BMM         BASKTBALL CLINIC;SAT 7:30A   02-10-2004 03-03-2004   P  C  P    12
BMM         THE CUSTOMER IS OUR BOSS     02-26-2004 02-27-2004   P  C  P     2
BMM         WORLD OF WORK                02-25-2004 02-26-2004   P  C  P     2
BMM         HANDBALL OFF CLASS,TH F 6-8 PM 11-02-2003 12-12-2003 P  C  P    16
BMM         FOOTBALL CLINICS;SAT 7:30A   09-09-2003 10-24-2003   P  C  P    12
BMM         PRESENTATION SKILLS          06-19-2003 06-27-2003   P  C  P    10
BMM         ADVANCED MICROCOMPUTER CLASS 02-10-2003 06-06-2003   P  C  C   240
BMM         MICROCOMPUTER VT,M-F,1230-1530 06-05-2002 09-27-2002 P  C  C   240
BMM         BASKTBALL CLINIC;SAT 7:30A   02-14-2002 03-07-2002   P  C  P    12
BMP         ADV TYPING 2:00-3:00         10-19-1998 11-17-1998   P  C  P    20
BMP         TYPING MON-FRI 1:00 - 2:00PM 09-09-1998 10-19-1998   P  C  P    20
BMP         SEWING VT: M-F 12:30P-3:30PM 09-16-1997 10-16-1997   P  C  E    60
BMP         BUILDING MAINT: M-F 1230-3:30P 08-04-1997 08-29-1997 P  C  E    60
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# MISSISSIPPI HOSPITALITY & RESTAURANT ASSOCIATION

THIS CERTIFIES THAT

## Maurice Clifton

has successfully completed the Restaurant Management Program

and therefore awarded this certificate of completion

Given this 5th day of February, 2013

Grady Griffin - Director of Education

Instructor

Mississippi
Hospitality
& Restaurant
Association



# Holmes Community College
## Workforce Development Center

Certificate of Completion

This certifies that

# Maurice Clifton

Successfully completed the requirements for 300 hours

**Restaurant Management**

_Earlui B. Sn't_
Workforce Program Manager

2/05/2013
Date of Class



*Certificate of Completion*

This certifies that

**Maurice Clifton**

has successfully completed the

InsideOut Dad™ Training Institute

Conducted on
**October 18, 2013**

in
**FCC Yazoo City**

Roland C. Warren
President
NATIONAL FATHERHOOD INITIATIVE

Christopher A. Brown
Senior Vice President of National Programming
NATIONAL FATHERHOOD INITIATIVE

National
Fatherhood
Initiative®



National Restaurant Association

**ServSafe**

EXAM FORM NO.   4804

CERTIFICATE NO.  9819134

# ServSafe
## CERTIFICATION

TO

# MAURICE CLIFTON SR

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)-Conference for Food Protection (CFP).

DATE OF

02/28/20

DATE OF EXP

Local laws apply. Che

...rant Association

...or recertification requirements.

ACCREDITED PROGRAMS
American National Standard Institute
and the Conference for Food Protection
**#0655**

©2012 National Restaurant
The logo appear.

...rademark of the NRAEF, used under license by National Restaurant Association Solutions, LLC.

# Certificate of Appreciation

## Maurice Clifton

is recognized for his service and assistance in the
Education Department at FCC Yazoo City, Mississippi, for
his assistance with the Release Preparation Program Class

## Job Skills

12/4/2013
**Date**

*D. Owens*
**Teacher/ D. Owens**

Case 1:07-cv-00000-XXX Document 11-23 Filed 11/23/15 Page 23 of 52

# CERTIFICATE OF APPRECIATION

*Is hereby presented to:*

## Maurice Clifton

*For your Outstanding Service, Dedication, and Patience in*
*In Exemplifying True Character, Courage and Commitment*
*to the Organization & Facilitation of the*

### "Women's History Program"

*Here at Federal Correctional Complex Yazoo City*

*Given on this 20th day of March, 2014*

CELEBRATING

**Women of Character**
**Courage & Commitment**

Bonita Mosley, Warden–Low

Sylvester Jenkins, AW/I&E

Case 3:16-cv-00042-MCR-CJK Document 1-13 Filed 11/09/17 Page 1 of 1 PageID 225



# NCCER

Board of Trustees confers upon

*Maurice Clifton*

this certificate of completion for

## Core Curriculum

in the Standardized Craft Training program
on this Twenty-ninth day of January, 2016



Donald E. Whyte
President, NCCER



# Certificate of Completion

This certifies that

## Clifton, Maurice

28332-077

has successfully completed

### Self-study:
### Building Resiliency

A workbook from the Psychology Department's
SHU Self-Study Series for Personal Growth at the

FEDERAL CORRECTIONAL COMPLEX, MEDIUM

Yazoo City, MS

U.S. Department of Justice
Federal Bureau of Prisons

# Certificate of Completion

*This certifies that*

## Maurice Clifton

28332-007

*has successfully completed*

### Self-study:
### Motivation for Change

**A workbook from the Psychology Department's SHU Self-Study Series for Personal Growth at the**

FEDERAL CORRECTIONAL COMPLEX, MEDIUM

Yazoo City, MS

U.S. Department of Justice

Federal Bureau of Prisons





ServSafe
National Restaurant Association

| Student Name | MAURICE CLIFTON SR |
| Class Number | 1218666 |
| Exam Date | 02/28/2013 |
| Expiration Date | 02/28/2018 |
| Instructor Name | Danny Williams |
| Sponsor Name | Federal Bureau of Prisons |
| Exam Location | MS |
| Exam Form Name | 4804 |

| | |
|---|---|
| **Overall Point Score** | 75 |
| **Overall % Score** | 93 |
| **Passing % Score** | 75 |
| **Status** | **PASSED** |

| | Perfect Point Score | Your Point Score |
|---|---|---|
| | 80 | 75 |
| **Domain Names** | | |
| Implement Food Safety SOPs | 16 | 15 |
| Employee Hygiene and Health | 12 | 11 |
| Receipt, Storage, Transport | 13 | 12 |
| Food Prep, Display and Service | 28 | 26 |
| Compliance with Regulatory | 11 | 11 |

To have a certificate reprinted, complete a Certificate Request Form on our website at ServSafe.com and select **Purchase a Duplicate Certificate** under the **Students** tab.

©2012 National Restaurant Association Educational Foundation. All rights reserved.
10070201

v.1210



ServSafe
ServSafe
CERTIFICATION

TO  MAURICE CLIFTON SR

Exam Form No. 4804
Cert. No.  9819134

Date of Examination: 02/28/20

Date of Expiration:  02/28/2018

for successful completion...set forth by the National Restaurant Association Educational Foundation for the ServSafe® Food Protection Manager Certification Examination.

Local laws apply. Check with your local regu...lication requirements.
©2012 National Restaurant Association E...AEF). All rights reserved.
ServSafe is a registered trademark of th...e by National Restaurant
Association Solutions, LLC. The...is a trademark of the
National Restaurant Asso...



# THE STANDARD FOR DEVELOPING CRAFT PROFESSIONALS

13614 Progress Blvd • Alachua, Florida 32615 • p. 888.622.3720 f. 386.518.6255 • www.nccer.org

## Official Training Transcript

Below are your credentials from NCCER's National Registry. These industry-recognized credentials give you flexibility in planning your career and ensure your achievements follow you wherever you go.

To access your training online via the Automated National Registry (ANR) web site, go to **https://anr.nccer.org**, click the **Individuals** button, and enter your NCCER card number and PIN *(Note: Your card number is below, and also on your NCCER wallet card. The default PIN is the last four digits of your SSN, you can change it after you log in.)* The first time you log in you'll need to answer a few security questions.

**NCCER Card #:** 14310945
**Trainee Name:** Maurice Clifton
**Sponsor:** FCI Bennettsville
**Address:** 696 Muckerman Rd
Bennettsville, SC 29512
US

**Current Employer/School:**

Federal Bureau of Prison

| Module | Description | Instructor | Training Location | Completed |
|--------|-------------|------------|-------------------|-----------|
| 00101-09 | Basic Safety | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00102-09 | Introduction to Construction Math | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00103-09 | Introduction to Hand Tools | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00104-09 | Introduction to Power Tools | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00105-09 | Introduction to Construction Drawings | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00107-09 | Basic Communication Skills | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00108-09 | Basic Employability Skills | Anthony Ridges | FCI Bennettsville | 1/29/2016 |
| 00109-09 | Introduction to Materials Handling | Anthony Ridges | FCI Bennettsville | 1/29/2016 |

## *NO ENTRIES BELOW THIS LINE*

```
REG NO..: 28332-077 NAME....: CLIFTON, MAURICE
CATEGORY: WRK       FUNCTION: PRT      FORMAT:

FCL       ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
BEN       ED VT      EDUCATION VOC TRAINING       12-17-2015 1545 CURRENT
BEN       REC III    RECREATION                   10-21-2015 0001 12-17-2015 1545
BEN       A&O COMPLT A&O COMPLETE                  10-20-2015 1334 10-21-2015 0001
BEN       F UNASPA&O UNNASSIGNED PENDING A&O       09-24-2015 1200 10-20-2015 1334
ATL       DCU UNASSG DETENTION CENTER UNASSIGNED   09-15-2015 1352 09-24-2015 0549
YAZ       SAFETY OFF SAFETY OFFICE DETAIL          09-15-2015 0521 09-15-2015 0524
YAP       UNASSG/SHU UNASSIGNED SPECIAL HOUSING UNT 04-08-2015 1445 09-15-2015 0515
YAP       UNASSG/SHU UNASSIGNED SPECIAL HOUSING UNT 04-08-2015 1443 04-08-2015 1444
YAM       UNASSG/SHU UNASSIGNED SHU INMATES        08-13-2014 1559 04-08-2015 1238
YAZ       SAFETY OFF SAFETY OFFICE DETAIL          06-27-2014 1200 08-13-2014 1521
YAZ       UNASSG     UNASSIGNED WORK DETAIL        06-20-2014 1549 06-27-2014 1200
YAZ       SAFETY OFF SAFETY OFFICE DETAIL          06-03-2014 0730 06-20-2014 1549
YAZ       SAFETY OFF SAFETY OFFICE DETAIL          06-02-2014 1026 06-03-2014 0730
YAZ       TEXT 08    BUSINESS OFFICE - 301         06-20-2013 1245 06-02-2014 1026
YAZ       TEXT 07    SUB-ASSB BAC - 153            10-04-2012 1345 06-20-2013 1245
YAZ       TEXT 08    BUSINESS OFFICE - 301         11-15-2010 0001 10-04-2012 1345
YAZ       TEXT 07    SUB-ASSB BAC - 153            02-20-2010 0001 11-15-2010 0001
YAZ       TEXT 01    BUSINESS OFFICE - 301         02-08-2010 0001 02-20-2010 0001
YAZ       REC ORD I  RECREATION: ORDERLY I         06-26-2009 0001 02-17-2010 1035
YAZ       UNASSG     UNASSIGNED WORK DETAIL        06-19-2009 0001 06-26-2009 0001
YAZ       TEXT 01    BUSINESS OFFICE - 301         12-05-2008 0857 06-19-2009 0001
YAZ       TEXT 04    GENERAL FACTORY/CUTTING - 331 11-05-2007 0001 12-05-2008 0857
YAZ       A/O        WAITING FOR A&O               10-31-2007 1501 11-05-2007 0001
YAM       ACU 1      UNICOR OFFICE                 06-27-2005 0001 10-31-2007 1426
YAM       REC-AIDE   RECREATION: INSTRUCTOR        12-29-2005 0001 12-22-2006 0001
YAM       UNASSG     UNASSIGNED WORK DETAIL        06-24-2005 0809 06-27-2005 0001
YAM       A/O        WAITING FOR A&O               06-21-2005 1600 06-24-2005 0809
OKL       UNASSG     UNASSIGNED HOLDOVER           06-14-2005 1515 06-21-2005 0800
BMM       U BO       UNICOR BUS. OFFICE            12-23-2004 0001 06-14-2005 0505
BMM       VACATION   VACATION                      12-22-2004 0001 12-23-2004 0001
BMM       U BO       UNICOR BUS. OFFICE            07-24-2004 0001 12-22-2004 0001
BMM       VACATION   VACATION                      07-19-2004 0001 07-24-2004 0001
BMM       U BO       UNICOR BUS. OFFICE            11-26-2002 0818 07-19-2004 0001
BMM       U HELM AM  UNICOR HELMET AM              09-06-2002 0001 11-26-2002 0818
BMM       VACATION   VACATION                      09-03-2002 0001 09-06-2002 0001
BMM       U HELM AM  UNICOR HELMET AM              03-20-2002 0001 09-03-2002 0001
BMM       U HELM PM  UNICOR HELMET PM              01-22-2001 1410 03-20-2002 0001
BMM       U HELMET   UNICOR HELMET                 10-03-2000 1748 01-22-2001 1410
BMM       U HELMET   UNICOR HELMET                 07-17-2000 0001 10-03-2000 0629
BMM       LAND IN AM LAND SCAPE IN AM              06-08-2000 0001 07-17-2000 0001
BMM       A&O        ADMISSION & ORIENTATION       01-19-2000 1047 06-08-2000 0001


G0002          MORE PAGES TO FOLLOW . . .
```

```
REG NO..: 28332-077 NAME....: CLIFTON, MAURICE
CATEGORY: WRK          FUNCTION: PRT          FORMAT:

FCL     ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
BMP     BDU NINE   CLEAN/PACK                      09-23-1999 1751 01-19-2000 0940
BMP     BDU NINE   CLEAN/PACK                      09-22-1999 0001 09-23-1999 0607
BMP     CONVALESC  CONVALESCENT             '      09-07-1999 0001 09-22-1999 0001
BMP     BDU NINE   CLEAN/PACK                      09-05-1999 1602 09-07-1999 0001
BMP     BDU NINE   CLEAN/PACK                      06-08-1999 1510 09-02-1999 0617
BMP     BDU NINE   CLEAN/PACK                      07-14-1998 1830 06-08-1999 0924
BMP     BDU NINE   CLEAN/PACK                      05-28-1998 1711 07-13-1998 0616
BMP     BDU NINE   CLEAN/PACK                      05-13-1998 0149 05-28-1998 0638
BMP     BDU NINE   CLEAN/PACK                      02-25-1998 0001 05-12-1998 2256
BMP     CONVALESC  CONVALESCENT                    02-11-1998 0001 02-25-1998 0001
BMP     BDU NINE   CLEAN/PACK                      12-16-1997 0001 02-11-1998 0001
BMP     BDU SIX    SEW FRONTS                      10-27-1997 0001 12-16-1997 0001
BMP     PM YARD    PM - RECREATION YARD            07-18-1997 0001 10-27-1997 0001
BMP     IND SEW VT EDUC. VO-TECH SEWING CLASS      09-16-1997 0001 10-02-1997 1331
BMP     MAINT V/T  EDUC. VO-TECH MAINTENANCE CLAS  08-06-1997 1501 09-02-1997 0001
BMP     A&O        ADMISSION & ORIENTATION         07-15-1997 1813 07-18-1997 0001
OKL     UNASSG     UNASSIGNED HOLDOVER             07-07-1997 1520 07-15-1997 0945
```

    G0000      TRANSACTION SUCCESSFULLY COMPLETED

**Maurice Clifton**
Mound Bayou, MS 38762, Home (662)

**OBJECTIVE**

*To Obtain a position as a Production/Procurement Clerk where my skills and abilities will enhance your company.*

| EMPLOYMENT HISTORY | 2015 - Current, FCI Bennettsville | Bennettsville, SC |
|---|---|---|

**Teacher's Aide**
- Develop and administer curriculum work base on NCCER Course work.
- Administer hands-on instruction in basic safety, proper tool handling and employability skills.
- Assist students in computer assessment using O-net profile, and resume maker.

2007 - 2014, UNICOR Industries                                    Yazoo City, MS
**Leadman/Procurement Clerk**
- Monitored Production Orders of Military Vests for vendors and customers to ensure timely delivery.
- Created credit card orders using SAP for staff to order materials for factory. Performed credit card reconciliation using MicroSoft Excel and SAP Programs.
- Supervised 15 to 20 workers to ensure they were performing jobs correctly and in a timely manner.

2005 - 2007, UNICOR Industries                                    Yazoo City, MS
**Production Clerk**
- Created Purchase orders for ACU Trousers using SAP Production Program for Woolrich.
- Monitored thru-put time of production orders and created BOM's to coincide with vendor orders.
- Developed Job Routing using SAP and Adobe Programs to provide management with data of production orders.

**EDUCATION**  *High School Diploma,* John F. Kennedy High School, Mound Bayou, Mississippi, 1983

**SKILLS SUMMARY**
- ISO 9002 Management; Proficient in MS Word, Excel, Adobe, WordPerfect, VIM Programs.
- Team Building

**VOCATIONAL TRAINING**
- *National Center for Construction Education and Research,* FCI Bennettsville. Bennettsville, SC, 2015 to 2016. 180 hours of hands-on and classroom instructions on basic safety, proper hand and power tool handling, basic communication, employability skills, and basic construction math.
- *Restaurant Management/SERV-SAFE,* NATIONAL RESTAURANT ASSOCIATION. Yazoo City, MS, 2010 to 2011. 300 Hours of restaurant management techniques.

**REFERENCES**  • *WILL FURNISH UPON REQUEST*




STATE OF MISSISSIPPI

## MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS

IVED
H. S.
3 1965

X

⊃6X

Form No. 500

**DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE PUBLIC HEALTH SERVICE**

### CERTIFICATE OF LIVE BIRTH
### STATE OF MISSISSIPPI

STATE FILE NUMBER **123- 20158**

REGISTRAR'S NUMBER **693**

| | | |
|---|---|---|
| 1. PLACE OF BIRTH — a. COUNTY **Bolivar** | 2. USUAL RESIDENCE OF MOTHER (Where does mother live?) **Mississippi** | b. COUNTY **Bolivar** |
| b. CITY, TOWN, OR LOCATION **Rosedale** | c. CITY, TOWN, OR LOCATION **Rosedale** | |
| c. NAME OF (If not in hospital, give street address) HOSPITAL OR INSTITUTION | d. STREET ADDRESS | |
| d. IS PLACE OF BIRTH INSIDE CITY LIMITS? YES ☐ NO ☑ | e. IS RESIDENCE INSIDE CITY LIMITS? YES ☐ NO ☑ | f. IS RESIDENCE ON A FARM? YES ☑ NO ☐ |

**CHILD**
3. NAME (Type or print) — First **Maurice** — Middle **(none)** — Last **Clifton**

4. SEX **M** — 5a. THIS BIRTH SINGLE ☑ TWIN ☐ TRIPLET ☐ — 5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1ST ☐ 2D ☐ 3D ☐ — 6 DA OF BIRI — Year **1965**

**FATHER**
7. NAME — First **Tilman** — Middle **(none)** — Last **Clifton** — COLOR OR RACE **Colored**

9. AGE (At time of this birth) **52** YEARS — 10. BIRTHPLACE (State or foreign country) **Vicksburg, Miss.** — 11a. USUAL OCCUPATION **Farming** — 11b. KIND OF BUSINESS OR INDUSTRY

**MOTHER**
12. MAIDEN NAME — First **Inez** — Middle **(none)** — Last **Hackler** — 13. COLOR OR RACE **Colored**

14. AGE (At time of this birth) **38** YEARS — 15. BIRTHPLACE (State or foreign country) **Panther Burn, Miss.**

16. PREVIOUS DELIVERIES TO MOTHER (Do NOT include this birth)

| a. How many OTHER children are now living? | b. How many OTHER children were born alive but are now dead? | c. How many 'etd deaths (fetuses born dead) at ANY time after conception)? |
|---|---|---|
| 12 | 6 | 1 |

17. INFORMATION GIVEN BY **Inez Clifton**

18. MOTHER'S MAILING ADDRESS **Rosedale, Mississippi**

I hereby certify that this child was born alive on the date stated above.
19a. SIGNATURE **R. J. Searcy**
19b. ATTENDANT AT BIRTH M. D. ☑ MIDWIFE ☐ OTHER (Specify)
19c. ADDRESS **Cleveland, Miss.**
19d. DATE SIGNED **July 7, 1965**

20. DATE RECD. BY LOC... **7-10-65**
21. REGISTRAR'S SIGNATURE **Jane B. Lewis**
22. DATE ON WHICH GIVEN NAME ADDED — BY — (Registrar)

Revised 1-1-56

2
6
1

FOR MEDICAL AND HEALTH USE ONLY
(This section MUST be filled out)

| 23a. LENGTH OF PREGNANCY **40** COMPLETED WEEKS | 23b. WEIGHT AT BIRTH **6** LB. **0** OZ. | 24. IS MOTHER MARRIED? YES ☑ NO ☐ | The above Record is correct. |
|---|---|---|---|

Signature of Mother

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFCE




JAN 10 2003

Judy Moulder
**STATE REGISTRAR**

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

Case 3:07-cv-00006-NBB-DGC #:990 Filed:11/01/17 33 of 52 PageID #:2288

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD SAFEGUARD IT

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

| DD FORM 214 1 JUL 79 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. | CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY |
|---|---|---|

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| CLIFTON, MAURICE | ARMY/RA | |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY | |
|---|---|---|---|---|
| PV1 | E1 | 65( | MEMPHIS, TN | |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| HHB, 5TH INF DIV FC | FORT POLK, LA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | | |
|---|---|---|---|
| NA | AMOUNT $ 35, 000 | | NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR(s) | MON (s) | DAY(s) |
|---|---|---|---|---|
| 94B10 FOOD SERVICE SPECIALIST, 7 MONTHS// NOTHING FOLLOWS | a. Date Entered AD This Period | 83 | 06 | 07 |
| | b. Separation Date This Period | 84 | 04 | 27 |
| | c. Net Active Service This Period | 00 | 10 | 20 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 05 | 28 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 83 | 06 | 07 |
| | i. Reserve Oblig. Term. Date | NA | | |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| ARMY SERVICE RIBBON//RIFLE M-16 (MARKSMAN)//NOTHING FOLLOWS |

| 14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed) |
|---|
| FOOD SERVICE SPECIALIST, 8 WEEKS (1983)//NOTHING FOLLOWS |

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM [X] YES [ ] NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT [X] YES [ ] NO | 17. DAYS ACCRUED LEAVE PAID 18 |
|---|---|---|

| 18. REMARKS |
|---|
| DENTAL CARE WAS NOT PROVIDED WITHIN 90 DAYS PRIOR TO SEPARATION//NOTHING FOLLOWS |

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
|---|---|
| 610 STRINGER ST., KILLEEN, TX 76541 | SENT TO TX DIR. OF VET AFFAIRS [X] YES [ ] NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL |
|---|---|
| Maurice | SIDNEY P. GUIDRY, GS7, CHIEF, TRANSFER POINT |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Includes upgrades) | |
|---|---|---|
| DISCHARGE FM 500 | UNDER HONORABLE CONDITIONS | |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENLISTMENT CODE |
|---|---|---|
| CHAPTER 13, AR 635-200 | JHJ(JKJ) | RE-3 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| UNSATISFACTORY PERFORMANCE |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | M.C. INITIALS |

# Toastmasters International

certifies

## Maurice Clifton

as a

## Charter Member

of an officially chartered Toastmasters club with privileges
and responsibilities of active membership



October 1, 2013

Date

_Daniel Rex_
Executive Director

3281098

Club Number



**TOASTMASTERS**
INTERNATIONAL

February 18, 2014

Maurice Clifton, CL
PO Box 5000
Yazoo City, MS  39194-5000

Dear Toastmaster Clifton,

Congratulations! By completing the *Competent Leadership* manual, you have earned recognition as a Competent Leader (CL) and gained valuable leadership skills that will benefit you in many aspects of your life.

Critical thinking, time management, planning and implementation, organizing and delegating, facilitation, motivating people and team building are just a few of the skills you have developed as you completed the 10 projects in this manual. You can develop your leadership skills even more by working toward the next level in Toastmasters' leadership track, the Advanced Leader Bronze award. This award requires you to serve as a club officer, participate in the preparation of a Club Success Plan and participate in district-sponsored club officer training, and conduct two programs from The Successful Club Series and/or The Leadership Excellence Series. You will gain even more experience in building and leading a team.

Of course, at the same time you may work in the communication track if you are not already doing so.  More information about both the communication and leadership tracks is enclosed.

I hope you will continue to participate in the Toastmasters program, and that you will meet whatever goals you set for yourself  inside and outside of your club.

Sincerely,

Daniel Rex
Chief Executive Officer

Enclosures



**TOASTMASTERS**
INTERNATIONAL

**President**
*Maurice Clifton*

**VP Education**
*Eric Tapscott*

**VP Membership**
*Micah Rudisill*

**VP Public Relations**
*Danny Van Velkinburgh*

**Secretary**
*Ruben Hernandez*

**Treasurer**
*Willie Myrick*

**Sergeant-At-Arms**

**Meeting Time & Place:**
*Thursday 1:00pm - 3:00pm*
*Chapel*

**Toastmasters International**
www.toastmasters.org

**Club Mission**
We provide a supportive and positive learning experience in which members are empowered to develop communication and leadership skills, resulting in greater self-confidence and personal growth.

**Announcements:**

# Inside Out Toastmasters, Club #3281098
### "Leave No Man Behind!!!"

July 31, 2014 Meeting #1

1:00  President Calls Meeting To Order (TM Rudisill)
     President Leads Club In Reading Of The Club Mission [3 min]➤←

1:03  President Introduces The Toastmaster Of The Day (TM Clifton CC,CL)
     Toastmaster Recognizes And Welcomes Guests [4 min]
     Toastmaster Explains The Three Parts Of The Meeting
     Toastmaster Introduces The Word Of The Day

1:08  Toastmaster Introduces The Speakers
     First Speaker [5-7 min] (TM Mitchell CL)
     Second Speaker [5-7 min] (TM Harp CC,CL)
     Third Speaker [5-7 min] (TM R. Hernandez)

1:27  Toastmaster Introduces The Table Topics Master (TM L. Hernandez)
     Topic Master Conducts Table Topics Session [8 min total]
     Topic Master Returns Control To The Toastmaster

1:36  Toastmaster Introduces The General Evaluator (TM Rudisil CC,CL)
     General Evaluator Provides Meeting And Leader Evaluations [3 min]
     General Evaluator Calls For Reports

     Evaluator First Speech [2 min] (TM Van Velkinburgh CC, CL)
     Evaluator Second Speech [2 min] (TM Dacus)
     Evaluator Third Speech [2 min] (TM Lopez)
     Grammarian [2 min] (TM Barron)
     Ah Counter [2 min] (TM Bonilla)
     Timer [2 min] (TM E. Hernandez)
     Returns Control To Toastmaster

1:51  Toastmaster Returns Control To President

1:55  Meeting Adjourns

# Department of Justice
## INMATE SKILLS DEVELOPMENT PLAN
### Current Program Review: 04-01-2016
*Federal Bureau of Prisons*

**Name:** CLIFTON, MAURICE
**Register Number:** 28332-077
**Security/Custody:** MEDIUM/IN
**Projected Release:** 01-19-2028 / GCT REL

**Institution:**
BENNETTSVILLE FCI
696 MUCKERMAN ROAD
BENNETTSVILLE, SC
29512
**Telephone:** (843) 454-8200

**Next Review Date:** 04-13-2016
**Next Custody Review Date:** 08-24-2016
**Age/DOB/Sex:** 50 / 965 / M
**Clm Status:** Y
If yes, recorded: Y

**Driver's License/State:** /
**FBI Number:** 838196CA5
**DCDC Number:**
**INS Number:**
**PDID Number:**
**Other IDs:**
**State ID** / K2995610 /

Subject to 18 U.S.C. 4042(B) Notification:
- Past conviction for a crime of violence (state and federal)
- Conviction for a drug trafficking crime (federal) Y

**Profile Comments:**

| Release Residence: | Release Employer: | |
|---|---|---|
| Antonio Clifton, brother (662) | (Name) (Address) (POC) | |

**Telephone:** NKUNU BAYOU, MS 38762 (662)
**Contact:**
**Telephone:**

**Primary Emergency Contact:** Antonio Clifton, Brother
**Telephone:** Nound Bayou, MS 38762 (662)
**Secondary Emergency Contact:**
**Telephone:** (POC) (Mc) (Phone)

**Mentor Information:**

## Controlling Sentence Information:

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| 240 MONTHS | | 3559 VCCLEA NON-VIOLENT SENTENCE | 3 YEARS |

| Controlling Sentence Begin | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/MGT | Days PSGT/WSGT/DDGCT | Parole Status |
|---|---|---|---|---|
| 05-20-1997 | 19 YEARS 2 MONTHS 27 DAYS / 196 / 0 | 1568 / 0 / 0 | 0 / 0 / 0 | NOT ENTERED |

**Detainers:** N

**Special Parole Term:** NOT ENTERED
**Pending Charges:** None known
**Clm Status:** Y

| | Clm Reconciled: Y | | |
|---|---|---|---|
| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assign/Schedule Payment |

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assign/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $200.00 | $0.00 | Northern District Miss/3:97CR00006-001 | FINANC RESP-COMPLETED |

**Financial Plan Active:** N
**Financial Plan Date:** [Date]

| Payments | Comm Dep-6 mos: $425.00 |
|---|---|
| | Commissary |
| | Balance: $983.32 |

**Commensurate:** Y
**Missed:** N

**Judicial Recommendations:** N/A / N/A / N/A

**Special Conditions of Supervision:** Mr. Clifton is prohibited from possessing any F/A

---

# Department of Justice
## INMATE SKILLS DEVELOPMENT PLAN
### PROGRAM REVIEW: 04-01-2016
*Federal Bureau of Prisons*



**USPO:**
Danny McKittrick, Chief
Mississippi Northern Probation Office
Federal Building and United States Courthouse
911 Jackson Avenue East Room 273
Oxford, MS 38655
**Phone/Fax:** (662) 234-2781 / 662-236-1458

**USPO:** [POC]
**Relocation:** (District)
(Street Address/Suite)
(City), (State) (Zip)
**Phone/Fax:** [Phone] / [Fax]

**DNA Required:** Y - (Date)
**Timely Transfer Case:** N

**Sentencing:**

## EDUCATION DATA:

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BEN | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-22-1997 | CURRENT |
| BEN | E.SL HAS | ENGLISH PROFICIENT | 07-22-1997 | CURRENT |

## COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| NCCER CORE M-F HUDSON/RPP96 | 01-28-2016 | 180 |
| KEYBOARDING CLASS | 02-09-2016 | 16 |
| BASKETBALL OFFICIALS-RPP86 | 12-11-2015 | 24 |
| INSIDE OUT DAD 1-PARENT SEMNR | 06-17-2014 | 2 |
| THEOLOGY THROUGH FILM CLASS | 06-04-2014 | 14 |
| INTRODUCTION TO TOASTMASTERS | 03-14-2014 | 16 |
| RPP5 RECOVERY MAINTENANCE | 03-06-2014 | 1 |
| RPP3 DRESS FOR SUCCESS | 01-07-2014 | 1 |
| RPP2 FROM PRISON TO PAYCHECK | 01-07-2014 | 1 |
| PARENTING LOW T 1:00-3:00 | 10-16-2013 | 16 |
| RPP6 POSITIVE PARENTING | 10-30-2013 | 1 |
| RPP2 PRISON TO PAYCHECK | 10-29-2013 | 1 |
| RPP2 DRESS FOR SUCCESS | 10-29-2013 | 1 |
| HEALTH SEMINAR | 07-12-2013 | 2 |
| CALISTHENICS I AM-LOW | 05-25-2013 | 2 |
| SERVE SAFE MGMT, M.F. 1-3 | 03-01-2013 | 100 |
| RESTAURANT MGT, M-F,1:00-3:00 | 02-05-2013 | 300 |
| JUMP ROPE I-LOW | 04-23-2012 | 2 |
| CHALLENGE FOR CHANGE 2 | 09-13-2011 | 2 |
| BETHESDA PARENTING SEM 1 | 09-29-2011 | 2 |

**Name: CLIFTON, MAURICE**  RegNo: 28332-077

| | | |
|---|---|---|
| BUSINESS SEMINAR-LOW | 08-23-2011 | 2 |
| CAREER SEMINAR-LOW | 08-10-2011 | 2 |
| TEACHER AND APPRENTICESHIP-LOW | 09-07-2011 | 1000 |
| INSIDE OUT DAD 4-PARENT SEMINAR | 08-03-2011 | 2 |
| CAREER RESOURCE SEMINAR | 04-01-2011 | 2 |
| INSIDE OUT DAD 2-PARENT SEMINAR | 12-29-2010 | 2 |
| JOB FAIR INTERVIEW | 12-09-2010 | 4 |
| JOB SKILLS, THUR 1:00-3:00 | 12-01-2010 | 16 |
| JOB FAIR INTERVIEW | 12-04-2009 | 4 |
| JOB SKILLS, THUR 1:00-3:00 | 12-03-2009 | 16 |
| ISO INTERNAL QUALITY AUDITING | 01-12-2009 | 15 |
| RPP1 STRESS MANAGEMENT | 10-21-2008 | 8 |
| CALISTHENICS | 09-09-2007 | 6 |
| BASKETBALL OFFICIAL | 07-10-2007 | 2 |
| AEROBICS | 06-27-2007 | 16 |
| BASKETBALL OFFICIAL | 06-05-2007 | 2 |
| RPP8 BLACK HISTORY REVIEW | 02-28-2007 | 8 |
| RPP2 JOB INTERVIEW | 07-05-2006 | 6 |
| RPP2 JOB APPLICATION | 06-07-2006 | 6 |
| RPP2 JOB SEARCH | 05-17-2006 | 6 |
| YOGA | 06-28-2006 | 10 |
| RPP2 PROGRAMS MOCK JOB FAIR | 12-15-2005 | 4 |
| CALISTHENICS | 01-05-2006 | 18 |
| RPP1 INFECTIOUS DISEASE AWARE | 06-27-2005 | 1 |
| EDUC AIDE APPRENTICE,4000 HRS | 06-14-2005 | 2720 |
| HOW TO KEEP A JOB | 03-24-2005 | 2 |
| HOW TO LEAVE A JOB | 03-25-2005 | 2 |
| HIRING EX-OFFENDERS PART 2 | 03-23-2005 | 2 |
| HIRING EX-OFFENDERS PART 1 | 03-23-2005 | 2 |
| EX-OFFENDERS' JOB TIPS | 03-22-2005 | 2 |
| TRANSITIONING BACK TO SOCIETY | 03-18-2005 | 2 |
| BLACK HISTORY REVIEW | 02-22-2005 | 9 |
| BASKETBALL CLINIC | 03-09-2005 | 12 |
| NOW YOU HAVE A JOB KEEP IT | 03-09-2005 | 2 |

**Department of Justice**
**INNATE SKILLS DEVELOPMENT PLAN**

**PROGRAM REVIEW: 04-01-2016**

| | | |
|---|---|---|
| HIRING EX-OFFENDERS PART 1 | 10-08-2004 | 2 |
| HIRING EX-OFFENDERS PART 2 | 10-12-2004 | 2 |
| DEVELOPING LEADERSHIP SKILLS 1 | 10-20-2004 | 2 |
| ACE GEOMETRY | 09-24-2004 | 16 |
| MOCK JOB FAIR | 10-14-2004 | 7 |
| JOB INTERVIEWING | 10-14-2004 | 8 |
| RESUME WRITING CLASS | 09-02-2004 | 8 |
| FOOTBALL CLINIC,SAT 7:30A | 09-25-2004 | 12 |
| PERSONAL SUCCESS STORIES | 08-06-2004 | 2 |
| HOW TO LEAVE A JOB | 08-05-2004 | 2 |
| HOW TO GET AHEAD ON THE JOB | 08-04-2004 | 2 |
| HOW TO KEEP A JOB | 08-03-2004 | 2 |
| HIRING EX-OFFENDERS PART 2 | 07-16-2004 | 2 |
| HIRING EX-OFFENDERS PART 1 | 07-15-2004 | 2 |
| EX-OFFENDERS JOB TIPS | 07-14-2004 | 2 |
| PREPARATION FOR EMPLOYMENT | 07-13-2004 | 2 |
| PUBLIC SPEAKING | 06-17-2004 | 16 |
| WORKING WITH YOUR SUPERVISOR | 05-13-2004 | 2 |
| THE CUSTOMER IS OUR BOSS | 05-07-2004 | 2 |
| YOU AND YOUR CO-WORKERS | 05-06-2004 | 2 |
| HEADS UP | 05-04-2004 | 2 |
| TOUGH QUESTIONS&STRAIGHT ANSWE | 03-04-2004 | 2 |
| WOULD I WORK WITH ME | 03-02-2004 | 2 |
| ENTER HERE | 03-03-2004 | 2 |
| BASKTBALL CLINIC,SAT 7:30A | 03-03-2004 | 12 |
| THE CUSTOMER IS OUR BOSS | 02-27-2004 | 2 |
| WORLD OF WORK | 02-26-2004 | 2 |
| HANDBALL OFF CLASS,TH F 6-8 PM | 12-12-2003 | 16 |
| FOOTBALL CLINICS,SAT 7:30A | 10-24-2003 | 12 |
| PRESENTATION SKILLS | 06-27-2003 | 10 |
| ADVANCED MICROCOMPUTER CLASS | 08-06-2003 | 240 |
| MICROCOMPUTER V7,M-F,1230-1530 | 08-27-2002 | 240 |
| BASKTBALL CLINIC,SAT 7:30A | 03-07-2002 | 12 |
| ADV TYPING 2:00-3:00 | 11-17-1998 | 20 |

## Name: CLIFTON, MAURICE — RegNo: 28332-077

### WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| | TYPING MON-FRI 1:00 - 2:00PM | | 10-18-1998 | 20 |
| | SEWING VT: M-F 12:30P-3:30PM | | 10-16-1997 | 60 |
| | BUILDING MAINT: M-F 1230-330P | | 06-29-1997 | 60 |

### HIGH TEST (SCORES)

| Test | Subject | Score | Test Date | Test Paid | Form | Status |
|---|---|---|---|---|---|---|

Inmate has no score history items in this area

### WORK HISTORY

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| BEN | ED VT | EDUCATION VOC-TRAINING | 12-17-2015 | CURRENT |
| BEN | REC III | RECREATION | 10-21-2015 | 12-17-2015 |

### DISCIPLINE HISTORY

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|

Inmate has no disciplinary history items in this area

### MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BEN | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-24-2015 | CURRENT |

### MOVEMENT HISTORY

| Facility | Assignment | Start Date | Stop Date |
|---|---|---|---|

Inmate has no movement history items in this area

### CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BEN | RPP PART | RELEASE PREP PGM PARTICIPATES | 08-10-2005 | CURRENT |
| BEN | V94 PVS | V94 PAST VIOL-NO NOTIF HSEDSTH | 06-08-2002 | CURRENT |
| BEN | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 11-05-1997 | CURRENT |

### MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BEN | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-28-2015 | CURRENT |
| BEN | YES F/S | CLEARED FOR FOOD SERVICE | 09-24-2015 | CURRENT |

---

Department of Justice  
**INMATE SKILLS DEVELOPMENT PLAN**  
Federal Bureau of Prisons  
**PROGRAM REVIEW: 04-01-2016**

## ACADEMIC    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|

**INTELLECTUAL FUNCTIONING**
- no intellectual deficits
- has NOT attended special education classes

**LITERACY**
- some college, with High School diploma
- Not all test results passing

**LANGUAGE**
- fluent in English as primary language

**COMPUTER SKILLS**
- possesses keyboarding skills
- possesses word processing skills
- possesses internet navigation skills

| | Progress and Goals |
|---|---|

Previous TEAM 10-16-2015  
No recommendations at this time.  
Current TEAM  
No recommendations at this time.

## VOCATIONAL/CAREER    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|

**EMPLOYMENT HISTORY**
- employed at time of arrest
- consistent employment history within 5 years prior to incarceration

**CAREER DEVELOPMENT**
- possesses significant expertise in field
- Building and Grounds Cleaning and Maintenance - 37
- Business and Financial Operations - 13
- Community and Social Services - 21
- Computer and Mathematical - 15
- Education, Training, and Library - 25
- Life, Physical, and Social Science - 19
- Management - 11
- Military Specific - 55
- Office and Administrative Support - 43
- Personal Care and Service - 39
- Production - 51
- Sales and Related - 41
- realistic career/job goals upon release
- seeking position in Procurement/Production Clerk Quality/ISO Auditor
- has more than two years work experience in this field
- has an education degree related to this field

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

### INSTITUTION WORK HISTORY
⊘ has a consistent institution work history
  Eval 07-31-2012 Outstanding
  Eval 06-30-2012 Outstanding
  Eval 05-31-2012 Outstanding
  Eval 04-30-2012 Outstanding
  Eval 03-31-2012 Outstanding
  Eval 02-29-2012 Outstanding

### POST INCARCERATION EMPLOYMENT
⊕ post-incarceration employment not secured
⊕ unable to locate employment
⊘ no release documents obtained to date

| Progress and Goals |
| --- |

## INTERPERSONAL   *** Disregard Response Summary and utilize only the Progress & Goals section ***

**Previous TEAM 10-16-2015**
No recommendations at this time.
**Current TEAM**
No recommendations at this time.

| Status | Response Summary |
| --- | --- |

### RELATIONSHIPS
⊕ immediate family member engaged in substance abuse
⊕ residence in a high crime neighborhood during childhood
⊕ negative peer influences prior to incarceration
⊕ criminal associates
⊕ substance abuser associates

### FAMILY TIES/SUPPORT SYSTEM
⊘ consistent social support available
  Companion: Financial
  Companion: Emotional
  Immediate Family: Financial
  Immediate Family: Emotional
  Relative: Financial
  Relative: Emotional
  Relative: General

### PARENTAL RESPONSIBILITY
⊕ children under the age of 21
⊕ contact maintained with children
⊕ contact with other parent
⊕ suspended child support payments for all children due to court order
⊕ RRC (MINT) Placement is not applicable

---

## INTERPERSONAL   *** Disregard Response Summary and utilize only the Progress & Goals section ***

### COMMUNICATION
⊘ displays good communication skills

| Progress and Goals |
| --- |

**Previous TEAM 10-16-2015**
There is no deficits noted in this skill area. Noted I has completed the Parenting class. Goals for Next Program Review:
Continue to maintain good family ties via phone, email, general correspondence and social visits.
Long Term Goal: Enroll in the Communications class by 07-2016.
**Current TEAM**
No deficits noted in this skill area.  Has completed the NCCER Core class.

## WELLNESS   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
| --- | --- |

### HEALTH PROMO/DISEASE PREVENT
⊕ overweight
⊕ height 6 ft. 1 in.
⊕ weight (lbs) 242
⊕ BMI Score 31.9
⊕ date calculated 08-05-2009
⊕ maintains physical fitness thru regular exercise;
⊕ organized sports
⊕ no evidence of behaviors associated with increased risk of infectious disease
⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco)
⊕ did not have a primary care provider or clinic (prior to incarceration)
⊕ does not have health insurance coverage upon release

### DISEASE/ILLNESS MANAGEMENT
⊘ complies with treatment recommendations and/or takes medications as prescribed, or none required

### TRANSITIONAL PLAN
⊕ healthy - No current health concerns
⊕ no dental problems
⊕ no non-routine service/assistance devices needed
⊘ does not require medication upon release from custody
⊕ does not require on-going treatment or follow-up after release from custody
⊕ TB Clearance Complete - See Exit Summary
⊕ health Services recommends for RRC placement

### GOVERNMENT ASSISTANCE
⊘ has not previously received Social Security assistance
⊕ inmate indicates he/she may not be eligible for Social Security assistance after release
⊕ has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard
⊕ spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard

Name: CLIFTON, MAURICE                                                      RegNo: 28332-077

## WELLNESS

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Progress and Goals |
|---|---|
| | **Previous TEAM 10-16-2015**<br>No recommendations at this time.<br>**Current TEAM**<br>No recommendations at this time. |

## MENTAL HEALTH

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⊘ | **SUBSTANCE ABUSE MANAGEMENT**<br>① no evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest<br>① history of substance abuse treatment not applicable<br>① not currently participating in substance abuse treatment |
| ⊘ | **MENTAL ILLNESS MANAGEMENT**<br>① no history of mental health diagnosis prior to incarceration<br>① no mental health diagnosis during incarceration |
| ⊘ | **TRANSITIONAL PLAN**<br>① no history of serious suicidal ideation or attempts<br>① no medication required upon release from custody<br>① does not require on-going treatment after release from custody<br>① RRC placement not applicable |

## COGNITIVE

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Progress and Goals |
|---|---|
| | **Previous TEAM 10-16-2015**<br>Inmate's file has been reviewed and there are no recommendations from Psychology Services at this time.<br>**Current TEAM**<br>No recommendations at this time. |

---

## COGNITIVE

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Progress and Goals |
|---|---|
| ① significant history of violence: 2 or more violent convictions | |
| | **Previous TEAM 10-16-2015**<br>Goals for Next Program Review: Recommend to enroll in the Professionally Directed Change. Maintain clear conduct.<br>Long Term Goal: Complete by 07-2018.<br>**Current TEAM**<br>Has maintained clear conduct. Goals for Next Program Review: Recommend to enroll in the Professionally Directed Change again through Psychology.<br>Long Term Goal: Complete by 01-2017. |

## CHARACTER

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ● | **PERSONAL CHARACTER**<br>① behaviors indicative of positive personal character;<br>① regular volunteer work (not court ordered)<br>① active participation in social/civic (provides assistance to others) organization<br>① evidence of spirituality<br>① talks to a friend or mentor about spiritual/religious issues; Always<br>① active participation in a faith group: Always<br>① connected to outside spiritual/religious community: Always<br>① examines actions to see if they reflect values: Always<br>① finds meaning in times of hardship: Always<br>① assistance to strangers without expectation of reward<br>① fulfills financial obligations<br>① religious assignment: NO PREFER |
| ① | criminal history contains evidence of influence by others<br>① co-dependent/excessive reliance on others |
| ● | **PERSONAL RESPONSIBILITY**<br>① reports responsibility for current incarceration as:<br>① self (sole responsibility)<br>① no efforts to make amends for their crime(s) |

| Status | Progress and Goals |
|---|---|
| | **Previous TEAM 10-16-2015**<br>Goals for Next Program Review: Recommend to enroll in the Next Step.<br>Long Term Goal: Complete by 05-2018.<br>**Current TEAM**<br>Non-compliance noted. Also noted did complete the Keyboarding class.<br>Goals for Next Program Review: Recommend to enroll in the Next Step again.<br>Long Term Goal: Complete by 01-2017. |

---



Name: CLIFTON, MAURICE

RegNo: 28332-077

## LEISURE

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⊘ | **USE OF LEISURE TIME** |
| | + activities indicative of positive use of leisure time: |
| | + participation in a faith group |
| | + participation in a social/civic/community organization(s) |
| | + charitable organizations/volunteer work |
| | + family time |
| | + sports/exercise |
| | + movies/television/music |
| | + computers/video games |
| | + reading |
| | + cultural events/concert/theater |
| | + hobbies (includes hunting, fishing, etc.) |
| | + education organizations |
| | + park/recreation facilities |

**Progress and Goals**

Previous TEAM 10-16-2015
No recommendations at this time.
Current TEAM
Recommend to enroll in a leisure class of your choice.

## DAILY LIVING

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⊘ | **FINANCIAL MANAGEMENT** |
| | + knowledge in maintaining checking account |
| | + knowledge in maintaining savings account |
| | + knowledge in utilizing an ATM debit card |
| | + knowledge in obtaining loans |
| | + no positive credit history |
| | + lived within financial means |
| | + pays monthly bills on time |
| ⊘ | **FOOD MANAGEMENT** |
| | + possesses grocery shopping/consumer skills |
| | + makes good nutritional choices to maintain health |
| | + possesses basic food preparation skills |
| | + knowledgeable in accessing community resources to obtain food |
| ● | **PERSONAL HYGIENE/SANITATION** |
| | + good personal hygiene and sanitation |
| | + quarters assignment: HOUSE ARANGE 13/BED 004L |
| | **TRANSPORTATION** |
| | O does not have valid driver's license |
| | O Outstanding motor vehicle violations |
| | O does not own personal vehicle with appropriate insurance |

---

Department of Justice

**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons

**PROGRAM REVIEW: 04-01-2016**

## DAILY LIVING

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| | |
|---|---|
| ● | + possesses public transportation skills and has access to public transportation |
| ● | **IDENTIFICATION** |
| | O does not have photo identification |
| | O does not have birth certificate |
| | + has social security card |
| ● | **HOUSING** |
| | + established housing year prior to incarceration |
| | + established housing: paid rent |
| | + established housing: lived with friend |
| | + established housing: non-publicly assisted |
| | + established housing in a high crime neighborhood |
| | + housing upon release |
| | + supervision district is not a relocation |
| | + anticipated housing plan NOT approved by USPO(s) |
| | O no concerns with anticipated housing plan |
| ⊘ | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT** |
| | O recommended or ordered for RRC placement |
| ⊘ | **FAMILY CARE** |
| | + not responsible for obtaining child care for any dependent children upon release |
| | + not responsible for obtaining elder care for any dependent(s) upon release |
| | + not responsible for obtaining any other special services for dependents upon release |

**Progress and Goals**

Previous TEAM 10-16-2015

Goals for Next Program Review: Recommend to enroll in the Money Smart class. Continue to maintain good personal hygiene and sanitation.
Long Term Goal: Complete by 06-2016.
Current TEAM
Goals for Next Program Review: Recommend to again enroll in the Money Smart or a Finance Class of your choice.
Continue to maintain good personal hygiene and sanitation.
Long Term Goal: Complete by 01-2017.

Case 3:97-cr-00006-NBB-DOC #: 9-1 Filed: 11/03/17 43 of 52 PageID #: 282   Case 3:97-cr-00006-NBB-DOC #: 9-1 Filed: 11/03/17 43 of 52 PageID #: 282   Page 1 of 1

```
   BENAW  606.00  *     MALE CUSTODY CLASSIFICATION FORM     *     03-30-2016
   PAGE 001 OF 001                                                 18:19:19
                            (A) IDENTIFYING DATA
   REG NO..: 28332-077              FORM DATE: 02-26-2016          ORG: BEN
   NAME....: CLIFTON, MAURICE
                                         MGTV: GRTR SECU
   PUB SFTY: NONE                        MVED: 02-25-2017
                            (B) BASE SCORING
   DETAINER: (0) NONE               SEVERITY.......: (3) MODERATE
   MOS REL.: 118                    CRIM HIST SCORE: (02) 3 POINTS
   ESCAPES.: (0) NONE               VIOLENCE.......: (1) > 10 YRS MINOR
   VOL SURR: (0) N/A                AGE CATEGORY...: (2) 36 THROUGH 54
   EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                            (C) CUSTODY SCORING
   TIME SERVED.....: (4) 26-75%     PROG PARTICIPAT: (2) GOOD
   LIVING SKILLS...: (2) GOOD       TYPE DISCIP RPT: (5) NONE
   FREQ DISCIP RPT.: (3) NONE       FAMILY/COMMUN..: (4) GOOD

                    --- LEVEL AND CUSTODY SUMMARY ---
   BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
   +8   +20     -4        +4      MINIMUM     MEDIUM          IN      DECREASE


   G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

TRULINCS 28332077 · CLIFTON, MAURICE · Unit: BEN-C-B

---------------------------------------------------------------------------------------------

FROM: Brock, Nathaniel
TO: 28332077
SUBJECT: RE: NATE
DATE: 04/20/2016 10:21:02 PM

I found an article on him......

PONTOTOC   An Oxford man notoriously pardoned by Gov. Haley Barbour as he left office in 2012 pleaded guilty today to the DUI-death of an Okolona woman.
Harry Russ Bostick, 57, admitted in circuit court in Pontotoc County that he was under the influence of alcohol when his Ford truck struck the car of Charity Smith and killed her.
Judge James L. Roberts Jr. then sentenced him to 15 years, seven suspended, and ordered him to pay Smith s funeral costs. Bostick s attorney is Anthony Farese of Ashland.
The former IRS agent was indicted May 10, 2012, on three counts of driving under the influence, leaving the scene of an accident and DUI-death.
Eighteen-year-old Charity Smith of Okolona was killed in the Oct. 7, 2011, accident when Bostick s vehicle collided with hers as she drove on U.S. Highway 278 in Pontotoc County. Her sister was seriously injured.
At the time, Bostick was serving a one-year sentence on house arrest for a 2010 DUI-3rd offense. He also was participating in the local drug court program, for which completion would mean suspension of four more years on his sentence.
The Smith accident put him back in jail for violating a condition of that house arrest sentence.
Three months later, Bostick was one of more than 200 people that Barbour pardoned, or gave clemency or other leniency for prior misdeeds.
Barbour s pardon, which erased Bostick s third DUI conviction, caused a national media furor because of Barbour s high visibility as a top strategist with the national Republican Party who had previously considered but decided against a 2012 presidential run.
Barbour aides said they didn t know about Bostick s probation violation. But a few months later, CNN reported that it obtained emails that showed Barbour s office was aware of Bostick s October 2011 DUI arrest months before the pardon.
Bostick has been free on $50,000 bond since his May 11 arraignment.

(Below is a running account from the Pontotoc County courtroom. Please excuse the typos and glitches likely as I type rapidly. This courtroom also is infamous for its poor acoustics, so bear with me.)
As we wait for plea-day action in circuit court, I notice that behind the judge s bench, painted in foot-tall letters between the state seal and some other kind of heraldry is the phrase, "To Thine Own Self Be True." It is a line spoken by Polonius, a character in William Shakespeare s "Hamlet." He is King Claudius chief counsellor, and the father of Ophelia and Laertes.
Polonius connives with Claudius to spy on Hamlet. Hamlet unknowingly kills Polonius, provoking Ophelia s fit of madness and death and the climax of the play: a duel between Laertes and Hamlet.
9:16   District Attorney Trent Kelly enters the courtroom. Asst DA Paul Gault usually handles Pontotoc County prosecutions, although Kelly often participates in high-profile cases.
Kelly just helped the court reporter take transcription equipment out of the courtroom, probably the judge s chambers. (I m curious to know why they need a record of chambers conversation.)
9:23   Kelly, court reporter back in courtroom. Farese and Bostick enter too. (Chambers action could very well have related to them.) Farese, Bostick take their seats at the defense table. Looks like they are first up today.
9:26   Judge enters courtroom. Opens court day for plea and revocation day.
First matter   to take a plea.
Farese and Bostick step to the podium.
Judge calls the case   MS versus Harry Russ Bostick.
Indicates a desire to plead guilty to Count 3, charging DUI-death. State recommends moving Counts 1-2 to the file. (Judge asks Bostick standard questions before accepting his plea.)
(Bostick tells court about his previous convictions and pardon. Says he s undergone chemical dependency treatment. He s answering in a strong voice to all Roberts questions.)
Judge   Count 3 says you   operated vehicle under influence of intoxicating liquor   negligently cause death of Charity Smith. Do you understand that? (Yes.) Did you commit that crime? (Yes sir)
Kelly   max is 25 year, min is 5 years. Max fine $10,000. (Judge   any of that mandatory?) Kelly says 5 years, none on fine.
Judge   REcommendation for Bostick? Kelly says   15 years, 7 suspended, 8 years to serve, 5 years post-release supervision, $1,000 fine, court costs and restitution for Smith s funeral expenses. (Jduge   how much?) Kelly looks to family in audience says he willget him information.
Did you hear that and understand it? (Yes sir)
Plead? (Guilty, your honor) Asks Kelly if other issues.
Kelly   2 of victim s family asks to address the court. Should I also state to the court what we would have proved if we went to

TRULINCS 28332077 - CLIFTON, MAURICE - Unit: BEN-C-B

---------------------------------------------------------------------------------------------------

trial? (Judge proceed) State would show that on Oct. 7, 2011 in Pontotoc County, Bostick operated vehicle Ford F150 Truck Smith in Buick LeSabre 7:22 p.m. collision. Sister was passenger in car. Front of his truck his driver side of car, Charity Smith died. Blood analysis of Bostick DUI when it happened 0.16% BAC which is more than 0.08%. He was going 73 mph, limit was 55.

9:47 Kelly accompanies woman before judge. Judge asks her to speak up. She says she s a Smith. (She s reading statement hard to hear what she s saying because she s weeping. She s reading something Charity wrote. Says she was writing a book maybe one day on the NYT Best Seller s List. Mother says it was a day she will never forget. No way to tell you how much I love her. Want her to be home. Tell me she loves me. Never hold her in my arms again. Never feel her arms around my neck. Never see her grow up. Charity will never have her baby. Always called me Mama, she always went with me. She loved family. 9:52)

Judge Farese, anything? (No sir) Kelly says no one else.

Judge About restitution? Kelly says give us a week to get that figure for the file. Judge agreed.

Asks Farese anything to say or Bostick?

BOSTICK Want to apologize to the family (deep sighs) actions that occurred 2011, I accept full responsibility sincerely sorry for causing the death of Charity Smith. I am a recovering alcoholic. Thought I was on the road to recovery until this occurred. Never my intent to harm Charity or anyone else. I will forever be sorry. I pray for the Smith family every day since Oct. 7, 2011 and will continue to do so. Don t know if you will be able to find in your hearts asking for your Christian forgiveness.

FARESE Absolute tragedy for both families. Smith family and Bostick family. Hard to fathom how someone can serve 27 1/2 years as IRS investigator and find himself here today. Ironically, he lost a son a theology student at Arkansas. His son stayed with his mother, and there was a house fire. Mother and husband escape. Son burned up. That began his spiral, that loss has haunted him. He turned to alcohol, fought it. Thought he had it conquered, obviously didn t. Extenuating circumstances. Think it s a fair plea offer. Believe his apology is sincere. Always maintained that position. I ask court to accept state s recommendation.

JUDGE Factual basis for his guilty plea. Accepted. Will accept state e recommendation for sentence. After more than 42 years in courtroom I have learned and believe that no matter what my personal opinion might be about cases these lawyers negotiate in good faith. They know more about circumstances and case than the court does. As a result I generally accept recommendaitons made. I understand better than I wish to personally some of the facts of this case. I buried a child 40 years ago and I understand fully well your situation and the loss of a child in a tragic circumstances extremely difficult.

Appears to me could pick this apart a reasonable solution to a tragic event. Accept state s recommendation as to sentence: 15 years in MDOC custody, 7 suspended, leaving 8 years to serve, 5 years post-release supervision, fined $1,000, $100 MCVF, costs of court and restitution for Smith s funeral. 30 days to provide.

Neither Bostick, Farese, Kelly have questions. Retires Counts 1-2 to the file. 10:02

MAURICE CLIFTON on 4/20/2016 7:51:17 PM wrote

How are you? Im' good. Thanks for putting up the page... I really appreciate that.. Can I write a poem and put it on there.. but what I would really like is to find information on the two police that are on my case who went to prison.. One name is HARRY BOSTIC, he testified at my trial and he was the one that Governor Haley Barbour pardoned in 2010, for Vehicular homicide.. He was the one who arrested me and testified at my sentencing.. Google him.. And see if you can find the family of the girl he killed.. and the other one's name is "RONNIE JONES - Central Delta Task Force" He was arrested for extortion and bribery.. He bribed this lady who's boyfriend was a drug dealer..He went to federal prison in 2004... I think people should know that and that I only went to jail for 6.4 grams of cocaine as a first time offender..

I love you and thanks..

Dad...

Oh, People are saying they have problems with the link!! Allie and bookie.. Love you



## Black History Month Program

*Sponsored by the Reentry Affairs Coordinator*

*K. Davis*

*Prepared by*

*Maurice Clifton*

*The event is scheduled for February 24, 2016, in the FCI Chapel*

*beginning at 1:00 p.m. and concluding at 3:00 p.m.*

*If you are interested in attending the Black History Month Program*

*please submit an inmate request to Staff (Cop-Out) to Reentry*

*Affairs Coordinator no later than February 22, 2016.*

# HONORING THEIR PATHS



**EVERY GREAT DREAM BEGINS WITH A DREAMER. ALWAYS REMEMBER, YOU HAVE WITHIN YOU THE STRENGTH, THE PATIENCE, AND THE PASSION TO REACH FOR THE STARS TO CHANGE THE WORLD.**

**– HARRIET TUBMAN**

The lesson taught at this point by human experience is simply this, that the man who will get up will be helped up; and the man who will not get up will be allowed to stay down. Personal independence is a virtue and it is the soul out of which comes the sturdiest manhood. But there can be no independence without a large share of self-dependence, and this virtue cannot be bestowed. It must be developed from within.

*Frederick Douglass*



# Juneteenth Program

## History of Juneteenth

Juneteenth is the oldest known celebration commemorating the ending of slavery in the United States Dating back to 1865, it was on June 19th that the Union Soldiers, led by Major General Gordon Granger, landed at Galveston, Texas with news that the war had ended ant that the enslaved were now free. Note that this was two and a half years after President Lincoln's Emancipation Proclamation – which had become official January 1, 1863. The Emancipation Proclamation had little impact on the Texans due to the minimal number of Union troops to enforce the new Executive Order. However, with the surrender of General Lee in April of 1865, and the arrival of General Granger's regiment, the forces were finally strong enough to influence and overcome the resistance.

Sponsored by the Reentry Affairs Coordinator

Prepared by

Maurice Clifton

The event is scheduled for June 15, 2016, in the FCI Chapel beginning at 1:00 p.m. and concluding at 3:00 p.m.

Keynote Speaker: Mr. Barber, Work Keys Instructor

If you interested in attending please forward an Electronic Inmate Request to Staff Form to Mrs. Black,

Education Technician by *****June 14, 2016******

# JUNETEENTH
## Celebrating The End of Slavery

Galveston, TX — June 19, 1865

...lem, NC — ...y 21, 1865

## Proof of Freedom
### "151 Years"
### 1865 – Present

### June 22, 2016
### 2:00 p.m. – 3:30 p.m.

### FCI Bennettsville Chapel



| | |
|---|---|
| **Juneteenth** | celebration in Austin, Texas, on June 19, 1900 |
| **Also called** | Freedom Day or Emancipation Day |
| **Observed by** | Residents of the United States, especially African Americans |
| **Type** | Ethnic, historical |
| **Significance** | Emancipation of last remaining slaves in the United States |
| **Observances** | Exploration and celebration of African-American history and heritage. |



[OFFICIAL.]

HEADQUARTERS DISTRICT OF TEXAS,
GALVESTON TEXAS, June 19, 1865.

*General Orders, No. 3.*

The people are informed that, in accordance with a proclamation from the Executive of the United States, all slaves are free. This involves an absolute equality of personal rights and rights of property, between former masters and slaves, and the connection heretofore existing between them, becomes that between employer and hired labor.— The Freedmen are advised to remain at their present homes, and work for wages. They are informed that they will not be allowed to collect at military posts; and that they will not be supported in idleness either there or elsewhere. By order of

Major-General GRANGER,
F. W. EMERY, Maj. & A. A. G.

(Signed.)



*Maurice's Boys*



---

## ACKNOWLEDGEMENT

---

I wish to thank you, the members of the administration for taking time out of your business work schedules to review my **Pre-Release Preparation Planning Outline**. I truly hope you can consider the fact that I have worked very hard to not only achieve this outline, but on the personal life-style changes I have made toward these accomplishments. Please use this re-entry plan to readjust my classification level, recalculate my custody score, depart my sentence, or provide me with a favorable sentence computation as I look forward to being a better man, a better father, and a more productive citizen in society by adding value to the people of my community.

**2016(c) All Rights Reserved. MC**

Maurice Clifton Sr
28332-077
Federal Correctional Complex
P.O. Box 9000 (Low-Wd)
Forrest CITY, AR 72336
United States



U.S. POSTAGE
PAID
FOREST CITY, AR
72335
OCT 25, 17
AMOUNT
$0.00
R2305E124709-10

1000
38655

⟨⟩28332-077⟨⟩
David Crews - Clerk
Judge Neal Biggers
911 Jackson AVE E
Federal Building, Rm 369
Oxford, MS 38655
United States