RECEIVED

JAN 22 2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Maurice Clifton #28332-077
FCI Forrest City-W/D
P.O. Box 9000
Forrest City, AR 72336

**Honorable Judge Neal Biggers**
**Northern District of Mississippi**
**911 Jackson Avenue, Suite 369**
**Oxford, MS 38655**

CS# 3:97Cr:0006B-B

*In Re: Appointment of Counsel*

To The Honorable Judge Biggers,

    I am writing in regards to the above case number wherein I have two officers on my case who have been convicted of charges in the Northern District. This has just come to my attention in regards to Central Delta Task Force Chief Ronnie Jones, who was convicted of Bribery and Extortion while holding this office and acting within the scope of his duty.

The other officer is Harry Bostic, IRS-CID, whom testified at my trial and is the one who arrested me in Lake Village Arkansas in 1997. Both these men offered testimony at my trial under oath and were instrumental in the investigation of my case. My defense was the alibi, in which I was not in the state of Mississippi.

    Also before you is a motion of expungement in which two charges that were used to move me to category II were dismissed. So I should be resentenced in Category I. A new Supreme Court case has come out **Nelson, 137 CT, 1249**, that talks about charges that were dismissed should not be used to enhance a defendant. It also relies on **Johnson V. Mississippi, 486 US, 578, 585**, *which states that after a conviction has been reversed unless the defendant is retried, he shall be considered innocent of the charges.*

    I would appreciate you appointing counsel to assist me with any of these findings against the officers and the pending motions before your court. Thank you in advance and I appreciate your time and consideration in this matter.

Respectfully,

*Maurice Clifton*
Maurice Clifton Sr. #28332-077

1/17/18

