IN THE UNITED STATES DISTRICT Court
FOR THE NORTHERN DISTRICT of MISSISSIPPI

MAURICE CLIFTON, Petitioner
             VS.
UNITED STATES OF AMERICA

Date: August 07, 2017      Criminal No: 3:97-CR-0006-001
                           Hon: NEAL Biggers JR.

IN RE: PLEA for EQuitabLE Justice (2 Level Reduction/Appt of Counsel)

To The Honorable Judge NEAL Biggers JR,
    Sir, I'm writing to request your consideration, in giving me the Two-level reduction, and consider the factors of 3553, based upon my Educational accomplishments while incarcerated. I humbly ask that you consider this motion, based upon the amount of time I've served, and other factors that I will present.

### Summary of The facts
    Your Honor, I was indicted, on a two count federal indictment, in which the charges were, Aiding & Abetting the Distribution of 5 grams or More of Cocaine base, 21 USC 841(a)(1) and (b)(1)(B) and Conducting a financial transaction with the intent to Promote and Carry on a specified unlawful activity pursuant to 18 USC §1956.
    I was sentenced in May of 1997 to 400 months and 240 months to be served concurrently, with an additional five years of supervised release after being found guilty of a Jury Trial.
    I have been incarcerated 20 years and 8 Months as of the writing of this letter. I have completely finished my full term for the Money Laundering (240 mos) and now serving the remainder of the Drug charge. The Amount of Drugs entered into evidence was 6.4 grams of "Cocaine Base", and the amount you held me responsible for was "1.5 Kilogram" which is

evident by my Statement of Reasons in my J&C, and sentencing Transcript. You mentioned the possibility of clarifying the amount in an Evidentiary hearing, but until this date I have never received one to clarify this Amount.

The two-level reduction, along with your consideration would greatly reduce my sentence to a Range of 260 months to 297 months, and would give me an opportunity to become a productive citizen, Loving Father, and grandfather, and sibling to the remainder of my family.

The past twenty years have been brutal and harsh your honor, in that working my way from the USP to now a Low facility has given me a number of harsh realities. Seeing men die from violence, suicide and drugs is a psychological nightmare; And to have lost two brothers, and my wife in 2004, and most recently my mother in 2016, has weighed heavily on my duration in prison.

Yet, I have sought to be a Role Model, in Taking Educational Courses, Teaching Educational Courses; working in UNICOR since October 1997, and still trying to raise sons who were forced to Live without their father and then Mother since 2004.

For my family hasn't had the resources to effectively get, or obtain a Lawyer to Litigate, the Crack Law of 2008, the one which contained the 18-1 in 2012, nor the most recent 2 Level reduction. I can say, I honestly don't know where to start. So my plea, is for an Appointment of Counsel to help me in receiving this reduction, or in the alternative have you consider granting it to me, and to humbly and earnestly consider my attached Educational Transcript of all that I have accomplished since being incarcerated, and my disciplinary report, and consider granting whatever reduction you see fit.

Sir, in no way am I trying to cost the Court anymore money or problems. I am now 52 years old, and a much different person than the 31 year old that you sentenced

in May 1997. This is certainly not an attempt to circumvent the Legal Process. This is just an earnest Plea for Mercy and Compassion. I was never offered a Plea agreement, or Rather my Attorney's first case in federal Court was mine, and neither of us knew how to effectively argue at Sentencing. But that is history. I accept responsibility for all that has happened, and today your honor, throw myself on the mercy of your Court.

I humbly Thank you for your Time and Consideration in reviewing this Matter. May God Bless you and again, Thank you.

Respectfully Submitted,
Maurice Clifton - #28332-077
Maurice Clifton - 28332-077
August 07, 2017

```
FOR10           *       INMATE EDUCATION DATA      *     08-08-2017
PAGE 001        *           TRANSCRIPT             *     17:27:11

REGISTER NO: 28332-077    NAME..: CLIFTON              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: FOR-FORREST CITY FCI

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
FOR  ESL HAS    ENGLISH PROFICIENT          07-22-1997 1951 CURRENT
FOR  GED HAS    COMPLETED GED OR HS DIPLOMA 07-22-1997 1953 CURRENT

-------------------------- EDUCATION COURSES  --------------------------
SUB-FACL   DESCRIPTION                 START DATE STOP DATE  EVNT AC LV  HRS
FOR        BASKETBALL OFFICIATING      06-01-2017 CURRENT
FOR        UNICOR ASQ CQIA             07-11-2017 CURRENT
FOR        RPP ORIENT RELRQMTS A&O CORE5 05-11-2017 05-11-2017  P  C  P    1
BEN        2 HR ANNUAL HEALTH FAIR-RPP#1 12-08-2016 12-08-2016  P  C  P    2
BEN        NCCER 2-3PM M-F/HUDSON-RPP#6 08-08-2016 12-02-2016   P  C  C  120
BEN        QTRLY MEN'S HEALTH SEM/3-RPP#1 08-04-2016 08-04-2016 P  C  P    2
BEN        NCCER GO GREEN M-F 2-3:30 P.M. 06-10-2016 06-23-2016 P  C  C  120
BEN        JOB FAIR MOK INTERVIEW MAIN  04-27-2016 04-27-2016   P  C  P    2
BEN        JOB FAIR INFORMATION RPP 2,5,6 04-27-2016 05-03-2016 P  C  P    1
BEN        EXPLORE INTERVIEW PROCESS#2/#6 04-18-2016 04-28-2016 P  C  P   16
BEN        INTRO TO RESUMES (EM#2/PG#6) 04-18-2016 04-28-2016   P  C  P   16
BEN        EMPLOYABILITY SKILLS EM#2/PG#6 04-18-2016 04-28-2016 P  C  P   16
BEN        NCCER CORE M-F HUDSON/RPP#6  12-14-2015 01-28-2016   P  C  C  180
BEN        KEYBOARDING CLASS            01-05-2016 02-09-2016   P  C  P   16
BEN        BASKETBALL OFFICIALS-RPP#6   11-23-2015 12-11-2015   P  C  P   24
YAZ        INSIDE OUT DAD 1-PARENT SEMINR 06-16-2014 06-17-2014 P  C  P    2
YAZ        THEOLOGY THROUGH FILM CLASS  05-01-2014 06-04-2014   P  C  P   14
YAZ        INTRODUCTION TO TOASTMASTERS 01-16-2014 03-14-2014   P  C  P   16
YAZ        RPP5 RECOVERY MAINTENANCE    03-06-2014 03-06-2014   P  C  P    1
YAZ        RPP2 DRESS FOR SUCCESS       01-07-2014 01-07-2014   P  C  P    1
YAZ        RPP2 FROM PRISON TO PAYCHECK 01-07-2014 01-07-2014   P  C  P    1
YAZ        PARENTING LOW T 1:00-3:00    08-08-2013 10-18-2013   P  C  P   16
YAZ        RPP6-POSTIVE PARENTING       10-30-2013 10-30-2013   P  C  P    1
YAZ        RPP2 FROM PRISON TO PAYCHECK 10-29-2013 10-29-2013   P  C  P    1
YAZ        RPP2 DRESS FOR SUCCESS       10-29-2013 10-29-2013   P  C  P    1
YAZ        HEALTH SEMINAR               05-23-2012 07-12-2013   P  C  P    2
YAZ        CALISTHENICS I AM-LOW        04-26-2013 05-25-2013   P  C  P    2
YAZ        SERVE SAFE MGMNT, M-F, 1-3   02-06-2013 03-01-2013   P  C  C  100
YAZ        RESTAURANT MGT, M-F,1:00-3:00 08-25-2012 02-05-2013  P  C  C  300
YAZ        JUMP ROPE I-LOW              03-27-2012 04-23-2012   P  C  P    2
YAZ        CHALLENGE FOR CHANGE 2       09-13-2011 09-13-2011   P  C  P    2
YAZ        BETHESDA PARENTING SEM 1     09-29-2011 09-29-2011   P  C  P    2
YAZ        BUSINESS SEMINAR-LOW         08-23-2011 08-23-2011   P  C  P    2
YAZ        CAREER SEMINAR-LOW           08-10-2011 08-10-2011   P  C  P    2
YAZ        TEACHER AID APPRENTICESHIP-LOW 02-25-2011 09-07-2011 P  C  A 1000
YAZ        INSIDE OUT DAD 4-PARENT SEMINR 08-01-2011 08-03-2011 P  C  P    2
YAZ        CAREER RESOURCE SEMINAR      04-01-2011 04-01-2011   P  C  P    2
YAZ        INSIDE OUT DAD 2-PARENT SEMINR 12-29-2010 12-29-2010 P  C  P    2
YAZ        JOB FAIR INTERVIEW           12-09-2010 12-09-2010   P  C  P    4
YAZ        JOB SKILLS, THUR 1:00-3:00   10-06-2010 12-01-2010   P  C  P   16


G0002       MORE PAGES TO FOLLOW . . .
```

```
FOR10           *          INMATE EDUCATION DATA          *      08-08-2017
PAGE 002        *               TRANSCRIPT                *      17:27:11

REGISTER NO: 28332-077    NAME..: CLIFTON                 FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: FOR-FORREST CITY FCI
```

```
------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
YAZ       JOB FAIR INTERVIEW           12-04-2009 12-04-2009   P   C  P    4
YAZ       JOB SKILLS, THUR 1:00-3:00   10-02-2009 12-03-2009   P   C  P   16
YAZ       ISO INTERNAL QUALITY AUDITING 11-19-2007 01-12-2009  P   C  P   15
YAZ       RPP1 STRESS MANAGEMENT       09-22-2008 10-21-2008   P   C  P    6
YAM       CALISTHENICS                 07-29-2007 09-09-2007   P   C  P    6
YAM       BASKETBALL OFFICIAL          07-08-2007 07-10-2007   P   C  P    2
YAM       AEROBICS                     06-27-2007 06-27-2007   P   C  P   16
YAM       BASKETBALL OFFICIAL          04-03-2007 06-05-2007   P   C  P    2
YAM       RPP6 BLACK HISTORY REVIEW    02-06-2007 02-28-2007   P   C  P    8
YAM       RPP2 JOB INTERVIEW           06-14-2006 07-05-2006   P   C  P    6
YAM       RPP2 JOB APPLICATION         05-17-2006 06-07-2006   P   C  P    6
YAM       RPP2 JOB SEARCH              04-24-2006 05-17-2006   P   C  P    6
YAM       YOGA                         06-28-2006 06-28-2006   P   C  P   10
YAM       RPP2 PROGRAMS MOCK JOB FAIR  12-15-2005 12-15-2005   P   C  P    4
YAM       CALISTHENICS                 10-20-2005 01-05-2006   P   C  P   18
YAM       RPP1 INFECTIOUS DISEASE AWARE 06-27-2005 06-27-2005  P   C  P    1
BMM       EDUC AIDE APPRENTICE,4000 HRS 02-04-2004 06-14-2005  P   W  I  2720
BMM       HOW TO KEEP A JOB            03-23-2005 03-24-2005   P   C  P    2
BMM       HOW TO LEAVE A JOB           03-24-2005 03-25-2005   P   C  P    2
BMM       HIRING EX-OFFENDERS PART 2   03-22-2005 03-23-2005   P   C  P    2
BMM       HIRING EX-OFFENDERS PART 1   03-22-2005 03-23-2005   P   C  P    2
BMM       EX-OFFENDERS' JOB TIPS       03-21-2005 03-22-2005   P   C  P    2
BMM       TRANSITIONING BACK TO SOCIETY 03-17-2005 03-18-2005  P   C  P    2
BMM       BLACK HISTORY REVIEW         02-01-2005 02-22-2005   P   C  P    9
BMM       BASKTBALL CLINIC             02-25-2005 03-09-2005   P   C  P   12
BMM       NOW YOU HAVE A JOB KEEP IT   03-08-2005 03-09-2005   P   C  P    2
BMM       HIRING EX-OFFENDERS PART 1   10-07-2004 10-08-2004   P   C  P    2
BMM       HIRING EX-OFFENDERS PART 2   10-11-2004 10-12-2004   P   C  P    2
BMM       DEVELOPING LEADERSHIP SKILLS 1 10-19-2004 10-20-2004 P   C  P    2
BMM       ACE GEOMETRY                 08-09-2004 09-24-2004   P   C  P   16
BMM       MOCK JOB FAIR                10-14-2004 10-14-2004   P   C  P    7
BMM       JOB INTERVIEWING             08-31-2004 10-14-2004   P   C  P    8
BMM       RESUME WRITING CLASS         09-02-2004 09-02-2004   P   C  P    2
BMM       FOOTBALL CLINICS;SAT 7:30A   09-02-2004 09-25-2004   P   C  P   12
BMM       PERSONAL SUCCESS STORIES     08-05-2004 08-06-2004   P   C  P    2
BMM       HOW TO LEAVE A JOB           08-04-2004 08-05-2004   P   C  P    2
BMM       HOW TO GET AHEAD ON THE JOB  08-03-2004 08-04-2004   P   C  P    2
BMM       HOW TO KEEP A JOB            08-02-2004 08-03-2004   P   C  P    2
BMM       HIRING EX-OFFENDERS PART 2   07-15-2004 07-16-2004   P   C  P    2
BMM       HIRING EX-OFFENDERS PART 1   07-14-2004 07-15-2004   P   C  P    2
BMM       EX-OFFENDERS' JOB TIPS       07-13-2004 07-14-2004   P   C  P    2
BMM       PREPARATION FOR EMPLOYMENT   07-12-2004 07-13-2004   P   C  P    2
BMM       PUBLIC SPEAKING              04-29-2004 06-17-2004   P   C  P   16
BMM       WORKING WITH YOUR SUPERVISOR 05-12-2004 05-13-2004   P   C  P    2
BMM       THE CUSTOMER IS OUR BOSS     05-06-2004 05-07-2004   P   C  P    2

G0002        MORE PAGES TO FOLLOW . . .
```

```
FOR10            *         INMATE EDUCATION DATA         *     08-08-2017
PAGE 003 OF 003 *              TRANSCRIPT                *     17:27:11

REGISTER NO: 28332-077     NAME..: CLIFTON                    FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: FOR-FORREST CITY FCI
```

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| BMM | YOU AND YOUR CO-WORKERS | 05-05-2004 | 05-06-2004 | P | C | P | 2 |
| BMM | HEADS UP | 05-03-2004 | 05-04-2004 | P | C | P | 2 |
| BMM | TOUGH QUESTIONS&STRAIGHT ANSWE | 03-03-2004 | 03-04-2004 | P | C | P | 2 |
| BMM | WOULD I WORK WITH ME | 03-01-2004 | 03-02-2004 | P | C | P | 2 |
| BMM | ENTER HERE | 03-02-2004 | 03-03-2004 | P | C | P | 2 |
| BMM | BASKTBALL CLINIC;SAT 7:30A | 02-10-2004 | 03-03-2004 | P | C | P | 12 |
| BMM | THE CUSTOMER IS OUR BOSS | 02-26-2004 | 02-27-2004 | P | C | P | 2 |
| BMM | WORLD OF WORK | 02-25-2004 | 02-26-2004 | P | C | P | 2 |
| BMM | HANDBALL OFF CLASS,TH F 6-8 PM | 11-02-2003 | 12-12-2003 | P | C | P | 16 |
| BMM | FOOTBALL CLINICS;SAT 7:30A | 09-09-2003 | 10-24-2003 | P | C | P | 12 |
| BMM | PRESENTATION SKILLS | 06-19-2003 | 06-27-2003 | P | C | P | 10 |
| BMM | ADVANCED MICROCOMPUTER CLASS | 02-10-2003 | 06-06-2003 | P | C | C | 240 |
| BMM | MICROCOMPUTER VT,M-F,1230-1530 | 06-05-2002 | 09-27-2002 | P | C | C | 240 |
| BMM | BASKTBALL CLINIC;SAT 7:30A | 02-14-2002 | 03-07-2002 | P | C | P | 12 |
| BMP | ADV TYPING 2:00-3:00 | 10-19-1998 | 11-17-1998 | P | C | P | 20 |
| BMP | TYPING MON-FRI 1:00 - 2:00PM | 09-09-1998 | 10-19-1998 | P | C | P | 20 |
| BMP | SEWING VT: M-F 12:30P-3:30PM | 09-16-1997 | 10-16-1997 | P | C | E | 60 |
| BMP | BUILDING MAINT: M-F 1230-3:30P | 08-04-1997 | 08-29-1997 | P | C | E | 60 |

```
G0000           TRANSACTION SUCCESSFULLY COMPLETED
```



Honorable Judge Neal Biggers Jr
U.S. District Ct Judge (Rm 369)
Federal Building
911 Jackson Ave E
Oxford, MS 38655

Name Maurice Clifton
Reg # 28332-077
Federal Correctional Complex (Low)
P.O. Box 9000-Low
Forrest City, AR 72336

"LEGAL MAIL"

