## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

v.  **CASE NO. 3:97cr006-NBB**

**MAURICE CLIFTON**

## ORDER

This cause comes before the court on the motion of the government requesting the court to replace defendant's Motion for Sentence Reduction [Docket No. 90] with a version attached to their motion as Exhibit 1 that has been redacted to remove certain personal identification information of the defendant and other persons.

The court finds that the government's motion is well-taken and the same is hereby granted.

The Clerk of the Court is authorized to replace the redacted version attached to the government's motion as Exhibit 1 in place of defendant's motion [Docket No. 90].

**SO ORDERED AND** ADJUDGED, this, the 12th day of February, 2018.

    /s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITE STATES DISTRICT JUDGE**