May 15, 2018

Maurice Clifton, Sr. #28332-077
FCI Forrest City Low
P.O. Box 9000
Forrest City, AR 72336

Honorable Debra M. Brown, United States District Judge
Northern District of Mississippi
305 Main Street
Suite 329
Greenville, MS 38701

RE: 3:97cr0006

Dear Judge Brown,

  I write in regards to the above case number, where I was sentenced to 400 months for aiding and abetting the sale of 6.4 grams of cocaine base, and money laundering where I received 240 months in May 1997. I was sentenced by the Honorable Neal Biggers.

  It has come to my attention that Judge Biggers has retired. Before his retirement, I made two motions to the Court. I still have a crack motion from 2012 pending, and an all drugs minus two motion pending. Also, I have written the Court requesting a review of my case, because two agents who testified at trial and sentencing have been convicted, sentenced, and incarcerated. One is Harry Bostic, IRS-CID and the other is former Head of the Central Delta Task Force, Agent Ronnie Jones, who pled guilty to extortion and bribery in Southern District of Mississippi.

  I have not heard anything in regards to these inquiries and was wondering if it were possible for my case to be assigned to your Court. I am a former resident of Mound Bayou, MS.

  Enclosed is a copy of some of my accomplishments in prison, and work history along with my disciplinary report.

  Your assistance would be greatly appreciated and thank you for your time and consideration.

Thank you and God Bless.

Respectfully,

Maurice Clifton, Sr.

*Maurice Clifton Sr.*



**U.S. Department of Justice**
**UNICOR**
**Federal Prison Industries**
Federal Bureau of Prisons
*Federal Correctional Institution*
*Forrest City, AR 72335*

May 15, 2018

**MEMORANDUM FOR RECORD**

**FROM:** B. Hunt, Quality Assurance Manager

**SUBJECT:** Work Performance of Maurice Clifton

This memorandum is to document the work performance of Maurice Clifton. He has been gainfully employed in this furniture factory since May 2017. During this time he has been characterized as an energetic, highly motivated achiever. He has enthusiastically tackled all assignments given to him and completed them with precision and accuracy.

He has been employed as a Lead-man and SAP Production Clerk Trainer among other duties in UNICOR here at Forrest City for the past 12 months. During his employment here, he has been under my direct supervision and daily observation. I have found him to be exceptionally reliable, always at his job on time, with a good work attitude and good work ethics. He is exceptionally respectful and helpful to the staff and other inmates and gets along well with everyone he is in contact with. During his almost twenty-one (21) years of incarceration he has maintained a spotless record. This type of conduct is expected from all inmates but seldom achieved for this length of time. He has implemented production monitoring processes that has lowered the cost of Rework, thus saving Unicor money.

I have had several conversations with this inmate during the last few months regarding his future plans after his release. His plans and goals of using his ASQ certification are well grounded, reasonable, and attainable. He has a home and family to go to, and life-long friends for moral support.

He follows organization policy and supports any changes or decisions that are made by management. He is well respected by all those who have had the pleasure to work with him in this factory. His extremely cooperative demeanor and willing personality have promoted harmony in this environment and will be greatly missed.

His industrious attitude and ability to get a job done correctly will inspire great trust and confidence in others ensuring success in any environment he is placed into in the future.

Boris Hunt,
Quality Assurance Manager

```
   FORFR           *       INMATE EDUCATION DATA        *     05-15-2018
   PAGE 001        *            TRANSCRIPT              *     10:55:08

 REGISTER NO: 28332-077    NAME..: CLIFTON                    FUNC: PRT
 FORMAT....: TRANSCRIPT    RSP OF: FOR-FORREST CITY FCI

 ---------------------------- EDUCATION INFORMATION ----------------------------
  FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
  FOR  ESL HAS    ENGLISH PROFICIENT         07-22-1997 1951 CURRENT
  FOR  GED HAS    COMPLETED GED OR HS DIPLOMA 07-22-1997 1953 CURRENT

 ----------------------------- EDUCATION COURSES  ------------------------------
 SUB-FACL   DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
 FOR        UNICOR ASQ CQIA                07-11-2017 10-26-2017   P   C  P    16
 FOR        BASKETBALL OFFICIATING         06-01-2017 09-18-2017   P   C  P     1
 FOR        RPP ORIENT RELRQMTS A&O CORE5  05-11-2017 05-11-2017   P   C  P     1
 BEN        2 HR ANNUAL HEALTH FAIR-RPP#1  12-08-2016 12-08-2016   P   C  P     2
 BEN        NCCER 2-3PM M-F/HUDSON-RPP#6   08-08-2016 12-02-2016   P   C  C   120
 BEN        QTRLY MEN'S HEALTH SEM/3-RPP#1 08-04-2016 08-04-2016   P   C  P     2
 BEN        NCCER GO GREEN M-F 2-3:30 P.M. 06-10-2016 06-23-2016   P   C  C   120
 BEN        JOB FAIR MOK INTERVIEW MAIN    04-27-2016 04-27-2016   P   C  P     2
 BEN        JOB FAIR INFORMATION RPP 2,5,6 04-27-2016 05-03-2016   P   C  P     1
 BEN        EXPLORE INTERVIEW PROCESS#2/#6 04-18-2016 04-28-2016   P   C  P    16
 BEN        INTRO TO RESUMES (EM#2/PG#6)   04-18-2016 04-28-2016   P   C  P    16
 BEN        EMPLOYABILITY SKILLS EM#2/PG#6 04-18-2016 04-28-2016   P   C  P    16
 BEN        NCCER CORE M-F HUDSON/RPP#6    12-14-2015 01-28-2016   P   C  C   180
 BEN        KEYBOARDING CLASS              01-05-2016 02-09-2016   P   C  P    16
 BEN        BASKETBALL OFFICIALS-RPP#6     11-23-2015 12-11-2015   P   C  P    24
 YAZ        INSIDE OUT DAD 1-PARENT SEMINR 06-16-2014 06-17-2014   P   C  P     2
 YAZ        THEOLOGY THROUGH FILM CLASS    05-01-2014 06-04-2014   P   C  P    14
 YAZ        INTRODUCTION TO TOASTMASTERS   01-16-2014 03-14-2014   P   C  P    16
 YAZ        RPP5 RECOVERY MAINTENANCE      03-06-2014 03-06-2014   P   C  P     1
 YAZ        RPP2 DRESS FOR SUCCESS         01-07-2014 01-07-2014   P   C  P     1
 YAZ        RPP2 FROM PRISON TO PAYCHECK   01-07-2014 01-07-2014   P   C  P     1
 YAZ        PARENTING LOW T 1:00-3:00      08-08-2013 10-18-2013   P   C  P    16
 YAZ        RPP6-POSTIVE PARENTING         10-30-2013 10-30-2013   P   C  P     1
 YAZ        RPP2 FROM PRISON TO PAYCHECK   10-29-2013 10-29-2013   P   C  P     1
 YAZ        RPP2 DRESS FOR SUCCESS         10-29-2013 10-29-2013   P   C  P     1
 YAZ        HEALTH SEMINAR                 05-23-2012 07-12-2013   P   C  P     2
 YAZ        CALISTHENICS I AM-LOW          04-26-2013 05-25-2013   P   C  P     2
 YAZ        SERVE SAFE MGMNT, M-F, 1-3     02-06-2013 03-01-2013   P   C  C   100
 YAZ        RESTAURANT MGT, M-F,1:00-3:00  08-25-2012 02-05-2013   P   C  C   300
 YAZ        JUMP ROPE I-LOW                03-27-2012 04-23-2012   P   C  P     2
 YAZ        CHALLENGE FOR CHANGE 2         09-13-2011 09-13-2011   P   C  P     2
 YAZ        BETHESDA PARENTING SEM 1       09-29-2011 09-29-2011   P   C  P     2
 YAZ        BUSINESS SEMINAR-LOW           08-23-2011 08-23-2011   P   C  P     2
 YAZ        CAREER SEMINAR-LOW             08-10-2011 08-10-2011   P   C  P     2
 YAZ        TEACHER AID APPRENTICESHIP-LOW 02-25-2011 09-07-2011   P   C  A  1000
 YAZ        INSIDE OUT DAD 4-PARENT SEMINR 08-01-2011 08-03-2011   P   C  P     2
 YAZ        CAREER RESOURCE SEMINAR        04-01-2011 04-01-2011   P   C  P     2
 YAZ        INSIDE OUT DAD 2-PARENT SEMINR 12-29-2010 12-29-2010   P   C  P     2
 YAZ        JOB FAIR INTERVIEW             12-09-2010 12-09-2010   P   C  P     4
 YAZ        JOB SKILLS, THUR 1:00-3:00     10-06-2010 12-01-2010   P   C  P    16

 G0002       MORE PAGES TO FOLLOW . . .
```

```
 FORFR            *       INMATE EDUCATION DATA        *      05-15-2018
 PAGE 002         *              TRANSCRIPT            *      10:55:08

 REGISTER NO: 28332-077      NAME..: CLIFTON                 FUNC: PRT
 FORMAT.....: TRANSCRIPT     RSP OF: FOR-FORREST CITY FCI
```

--------------------------- EDUCATION COURSES ---------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| YAZ | JOB FAIR INTERVIEW | 12-04-2009 | 12-04-2009 | P | C | P | 4 |
| YAZ | JOB SKILLS, THUR 1:00-3:00 | 10-02-2009 | 12-03-2009 | P | C | P | 16 |
| YAZ | ISO INTERNAL QUALITY AUDITING | 11-19-2007 | 01-12-2009 | P | C | P | 15 |
| YAZ | RPP1 STRESS MANAGEMENT | 09-22-2008 | 10-21-2008 | P | C | P | 6 |
| YAM | CALISTHENICS | 07-29-2007 | 09-09-2007 | P | C | P | 6 |
| YAM | BASKETBALL OFFICIAL | 07-08-2007 | 07-10-2007 | P | C | P | 2 |
| YAM | AEROBICS | 06-27-2007 | 06-27-2007 | P | C | P | 16 |
| YAM | BASKETBALL OFFICIAL | 04-03-2007 | 06-05-2007 | P | C | P | 2 |
| YAM | RPP6 BLACK HISTORY REVIEW | 02-06-2007 | 02-28-2007 | P | C | P | 8 |
| YAM | RPP2 JOB INTERVIEW | 06-14-2006 | 07-05-2006 | P | C | P | 6 |
| YAM | RPP2 JOB APPLICATION | 05-17-2006 | 06-07-2006 | P | C | P | 6 |
| YAM | RPP2 JOB SEARCH | 04-24-2006 | 05-17-2006 | P | C | P | 6 |
| YAM | YOGA | 06-28-2006 | 06-28-2006 | P | C | P | 10 |
| YAM | RPP2 PROGRAMS MOCK JOB FAIR | 12-15-2005 | 12-15-2005 | P | C | P | 4 |
| YAM | CALISTHENICS | 10-20-2005 | 01-05-2006 | P | C | P | 18 |
| YAM | RPP1 INFECTIOUS DISEASE AWARE | 06-27-2005 | 06-27-2005 | P | C | P | 1 |
| BMM | EDUC AIDE APPRENTICE,4000 HRS | 02-04-2004 | 06-14-2005 | P | W | I | 2720 |
| BMM | HOW TO KEEP A JOB | 03-23-2005 | 03-24-2005 | P | C | P | 2 |
| BMM | HOW TO LEAVE A JOB | 03-24-2005 | 03-25-2005 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 2 | 03-22-2005 | 03-23-2005 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 1 | 03-22-2005 | 03-23-2005 | P | C | P | 2 |
| BMM | EX-OFFENDERS' JOB TIPS | 03-21-2005 | 03-22-2005 | P | C | P | 2 |
| BMM | TRANSITIONING BACK TO SOCIETY | 03-17-2005 | 03-18-2005 | P | C | P | 2 |
| BMM | BLACK HISTORY REVIEW | 02-01-2005 | 02-22-2005 | P | C | P | 9 |
| BMM | BASKTBALL CLINIC | 02-25-2005 | 03-09-2005 | P | C | P | 12 |
| BMM | NOW YOU HAVE A JOB KEEP IT | 03-08-2005 | 03-09-2005 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 1 | 10-07-2004 | 10-08-2004 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 2 | 10-11-2004 | 10-12-2004 | P | C | P | 2 |
| BMM | DEVELOPING LEADERSHIP SKILLS 1 | 10-19-2004 | 10-20-2004 | P | C | P | 2 |
| BMM | ACE GEOMETRY | 08-09-2004 | 09-24-2004 | P | C | P | 16 |
| BMM | MOCK JOB FAIR | 10-14-2004 | 10-14-2004 | P | C | P | 7 |
| BMM | JOB INTERVIEWING | 08-31-2004 | 10-14-2004 | P | C | P | 8 |
| BMM | RESUME WRITING CLASS | 09-02-2004 | 09-02-2004 | P | C | P | 2 |
| BMM | FOOTBALL CLINICS;SAT 7:30A | 09-02-2004 | 09-25-2004 | P | C | P | 12 |
| BMM | PERSONAL SUCCESS STORIES | 08-05-2004 | 08-06-2004 | P | C | P | 2 |
| BMM | HOW TO LEAVE A JOB | 08-04-2004 | 08-05-2004 | P | C | P | 2 |
| BMM | HOW TO GET AHEAD ON THE JOB | 08-03-2004 | 08-04-2004 | P | C | P | 2 |
| BMM | HOW TO KEEP A JOB | 08-02-2004 | 08-03-2004 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 2 | 07-15-2004 | 07-16-2004 | P | C | P | 2 |
| BMM | HIRING EX-OFFENDERS PART 1 | 07-14-2004 | 07-15-2004 | P | C | P | 2 |
| BMM | EX-OFFENDERS' JOB TIPS | 07-13-2004 | 07-14-2004 | P | C | P | 2 |
| BMM | PREPARATION FOR EMPLOYMENT | 07-12-2004 | 07-13-2004 | P | C | P | 2 |
| BMM | PUBLIC SPEAKING | 04-29-2004 | 06-17-2004 | P | C | P | 16 |
| BMM | WORKING WITH YOUR SUPERVISOR | 05-12-2004 | 05-13-2004 | P | C | P | 2 |
| BMM | THE CUSTOMER IS OUR BOSS | 05-06-2004 | 05-07-2004 | P | C | P | 2 |

G0002        MORE PAGES TO FOLLOW . . .

```
  FORFR          *       INMATE EDUCATION DATA         *      05-15-2018
PAGE 003 OF 003  *             TRANSCRIPT              *       10:55:08

REGISTER NO: 28332-077    NAME..: CLIFTON              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: FOR-FORREST CITY FCI
```

```
---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL  DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
BMM       YOU AND YOUR CO-WORKERS      05-05-2004  05-06-2004   P   C  P    2
BMM       HEADS UP                     05-03-2004  05-04-2004   P   C  P    2
BMM       TOUGH QUESTIONS&STRAIGHT ANSWE 03-03-2004 03-04-2004  P   C  P    2
BMM       WOULD I WORK WITH ME         03-01-2004  03-02-2004   P   C  P    2
BMM       ENTER HERE                   03-02-2004  03-03-2004   P   C  P    2
BMM       BASKTBALL CLINIC;SAT 7:30A   02-10-2004  03-03-2004   P   C  P   12
BMM       THE CUSTOMER IS OUR BOSS     02-26-2004  02-27-2004   P   C  P    2
BMM       WORLD OF WORK                02-25-2004  02-26-2004   P   C  P    2
BMM       HANDBALL OFF CLASS,TH F 6-8 PM 11-02-2003 12-12-2003  P   C  P   16
BMM       FOOTBALL CLINICS;SAT 7:30A   09-09-2003  10-24-2003   P   C  P   12
BMM       PRESENTATION SKILLS          06-19-2003  06-27-2003   P   C  P   10
BMM       ADVANCED MICROCOMPUTER CLASS 02-10-2003  06-06-2003   P   C  C  240
BMM       MICROCOMPUTER VT,M-F,1230-1530 06-05-2002 09-27-2002  P   C  C  240
BMM       BASKTBALL CLINIC;SAT 7:30A   02-14-2002  03-07-2002   P   C  P   12
BMP       ADV TYPING 2:00-3:00         10-19-1998  11-17-1998   P   C  P   20
BMP       TYPING MON-FRI 1:00 - 2:00PM 09-09-1998  10-19-1998   P   C  P   20
BMP       SEWING VT: M-F 12:30P-3:30PM 09-16-1997  10-16-1997   P   C  E   60
BMP       BUILDING MAINT: M-F 1230-3:30P 08-04-1997 08-29-1997  P   C  E   60
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
   FORFR          *        INMATE DISCIPLINE DATA          *    05-15-2018
PAGE 001 OF 001   *     CHRONOLOGICAL DISCIPLINARY RECORD  *    11:02:33

REGISTER NO: 28332-077  NAME..: CLIFTON, MAURICE
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-15-2018

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1866018 - SANCTIONED  INCIDENT DATE/TIME: 05-07-2009 1100
UDC HEARING DATE/TIME: 05-08-2009 1000
FACL/UDC/CHAIRPERSON.: YAZ/1L/P. JACKSON
REPORT REMARKS.......: INMATE COUNSELED AND UNDERSTANDS THE POLICY REGARDING
                       THE DNA TESTING PROCESS.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP COMM    / 30 DAYS / CS / SUSPENDED 30 DAYS
          COMP:     LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1157125 - SANCTIONED  INCIDENT DATE/TIME: 10-29-2003 1100
UDC HEARING DATE/TIME: 10-31-2003 1635
FACL/UDC/CHAIRPERSON.: BMM/P/GARY
REPORT REMARKS.......: INMATE STATED DIRTY CLOTHES WERE UNDER CHAIR.
   317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
        LP COMM    / 10 DAYS / CS
          COMP:     LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 517548 - SANCTIONED   INCIDENT DATE/TIME: 08-17-1997 1142
UDC HEARING DATE/TIME: 08-20-1997 1030
FACL/UDC/CHAIRPERSON.: BMP/C-3/J. HANKS
REPORT REMARKS.......: INMATE ADMITTED MAKING CALL
   406  USING PHONE OR MAIL W/O AUTH - FREQ: 1
        EXTRA DUTY / 15 HOURS / CS
          COMP:     LAW:      EXTRA DUTY FOR UNIT OFFICER
        LOSE PRIV  / 15 DAYS / CS / SUSPENDED 90 DAYS
          COMP:     LAW:      PENDING CLEAR CONDUCT




G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Maurice C
Federal Correctional Complex - w/c
P.O. Box 9000
Forrest City, AR 72336

28332-077
Honorable Debra Brown,
District Judge Chambers
305 MAIN ST
Suite 329
Greenville, MS 38701
United States

MEMPHIS PBDC 381
THU 17 MAY 2018 PM