RECEIVED
JUN 20 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES COURT FOR THE
Northern District of Mississippi
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>Maurice CLIFTON<br>Defendant, | Case No. 3:97-CR-00006-NBB<br><br>Honorable Neal B. Biggers<br>UNITED STATES District Court<br>Judge Presiding |

Notice of Address Change

Please TAKE Notice that Defendant Maurice's Clifton's New Address of Record is As Follows:

Maurice Clifton (Non-Attorney, Non-Lawyer) In Propria Persona
USM # 10590-042 or 28332-077
Forrest City Correctional Complex
1301 Dale Bumpers Drive
Post Office Box 9000 (Low)
Forrest City, Arkansas 72336-9000

## CERTIFICATE OF SERVICE

Maurice Clifton being first duly sworn and under oath states that he served this Notice on the following parties-in-interest along with all relevant attachments *via* first class mail, addressed as indicated, with proper postage prepaid and mailed from the U.S. Postal receptacle in the Wynne Unit C *(mail box rule applies)* building on Friday, June 15, 2018, before the hour of 4:00 p.m., Federal Correctional Complex, Forrest City, Arkansas 72336-9000.

Respectfully Submitted,

*Maurice Clifton*
Maurice Clifton, Defendant
Non-Attorney, Non-Lawyer, *Pro Se*

Office of the U.S. Attorney
Mr. Robert H. Norman
900 Jefferson Avenue
Oxford, MS 38655-3608

Federal Public Defender's Office
Northern District of Mississippi
1200 Jefferson Avenue, Suite 1000
Oxford, MS 38655

Office of the Clerk
Clerk of the U.S. District Court
Northern District of Mississippi
911 Jefferson Avenue
Oxford, Mississippi 38655


"C.O.A."