RECEIVED
JUN 25 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAURICE CLIFTON ) <br> Defendant, ) <br> ) <br> ) | Case No.3:97-CR-00006-NBB <br><br> Honorable Neal B. Biggers <br> United States District Court <br> Judge Presiding |

## MOTION TO REOPEN CASE

NOW COMES Defendant, Maurice Clifton, non-attorney, non-lawyer, *In Propria Persona* ("*Pro Se*") and pursuant to Rule 60(b) of the Federal Rules of Civil Procedure as related to relevant rules of Criminal Procedure, et al., and the First, Fifth, Sixth and Fourteenth (U.S.C.A., Amends. 1st, 5th, 6th and 14th) Amendments of the United States Constitution, very respectfully moves this Honorable Court for entitled relief, by stating under oath (18 U.S.C. Section 1001, et al.,) and in good faith and/or pursuant to the penalty of perjury states as follows:

### INTRODUCTION

Good cause exists to reopen this prematurely closed case because the indictment; conviction, sentence and resulting questionable imprisonment is repugnant to the First, Fifth, Sixth and Fourteenth Amendments (U.S.C.A., Amends. 1st, 5th, 6th and 14th) of the United States Constitution and contrary to the mandate of the Supreme Court which specifically sets forth that "any judgment

or conviction repugnant to the constitution shall never be sustained or allowed to go undisturbed." (See Memorandum in Support Hereof for Citation).

## VERIFIED STATEMENT OF RELEVANT FACTS

1.) On January 14, 1997, Defendant Maurice Clifton was indicted on a two (2) count indictment as recorded by the "concurring" grand jurors as placed in restricted vault. See ECF. No. Blank; and ECF. No. One (1).

2.) On March 20, 2008, Eleven (11) years thereafter, the fully litigated indictment was impermissively modified, with "additional attachment(s) added," without notice as purportedly entered on February 6, 1997. (If at all lawfully possible). See ECF No. One (1).

3.) On January 15, 1997, Defendant Clifton made his initial appearance before Magistrate Judge Eugene M. Bogen on an arrest warrant returned as entered on February 6, 1997, without "entry of appearance" of required defense counsel.

4.) On January 24, 1997, an "Order of Detention" as to Defendant Maurice Clifton was entered on February 6, 1997, without appearance of appointed counsel, Attorney Nathan P. Adams, Jr., ever being received and filed by the Clerk of the Court or made a part of the federal record.

5.) From the date of indictment (January 14, 1997) through and including the final docket entry of the Clerk of the Court, on October 15, 2012, the record demonstrates that appointed defense counsel failed to file an appearance as required to be entered by the Clerk of the Court. See for example a copy of the docket of the Clerk of the Court. (Attached hereto and made a part hereof).

6.) Abandonment of defense counsel violated Defendant's Sixth Amendment Constitutional Right as pronounced by the Supreme Court in **United States vs. Cronic** (See attached Memorandum in Support hereof).

7.) The twenty-one (21) year delay in defense counsel filing his required appearance or complying with the Circuit, Local, and Federal Rules of Procedure constitutionally violates Defendant's absolute right to a speedy trial. (See Memorandum in Support hereof.)

8.) The Clerk's docket constitutes *prima facie* evidence that Defendant was at all critical times relevant herein, without the required Sixth Amendment assistance of counsel.

9.) The good cause for re-opening this case for constitutional disposition of the unresolved critical issues is patently lucid.

10.) The clear prejudice to Defendant Maurice Clifton is beyond disturbing. Due process is warranted without further ado!

## SUMMARY ARGUMENT

There are no valid reasons in law, fact or equity to allow this Honorable Court to continue to deprive the "constitutionally victimized" Defendant, entitled relief. Moreover, there can be no meritorious objections by any party in interest or prejudice to the Government or potential adversary.

There is nothing excusable nor justifiable for the Government or the Court's failure to safeguard Defendant's absolute right to counsel (Sixth Amendment); speedy trial (Fifth and Fourteenth Amendments); and right to due process of law (Fifth Amendment).[1] Construed as a Motion Under Federal Rule of Civil Procedure 60(b), Defendant has lawfully satisfied all legal standards and required elements and constitutional requirements for this Honorable Court to reopen this case. See for example: **Green v. State Farm, No 3-17-CV-1032-D-BH, 2017 U.S. Dist. Lexis 142022, 2017 WL 3835873, At 2 (N.D. Tex. Aug. 7, 2017); Webb vs. Dallas Area Rapid Transit, 2018 U.S. Dist. Lexis 29273 (February 23, 2018); or Padilla v. Griffins, 2018 U.S. Dist. Lexis 5064 (January 11, 2018) – USDC 5th Circuit.**

All Courts are in accord that "a *Pro Se* motion attempting to reopen a closed case must be liberally construed and falls under FRCP 60(b)." Accordingly, it would constitute dereliction of duty to consciously deprive defendant of entitled relief, which very respectfully suggested should include summary acquittal and dismissal with prejudice, as a sanction for litigation misconduct and fraud on the Court.

Wherefore, Movant and Defendant Maurice Clifton, non-attorney, non-lawyer, *In Propria Persona* ("*Pro Se*") very respectfully prays for the opening of the foregoing captioned closed case as constitutionally entitled and for summary acquittal and dismissal with prejudice with finding of abandonment of counsel; violation of speedy trial requirements; and criminal contempt or fraud on the Court; and criminal violation of due process (18 U.S.C. Sections 241 and 242) of law. And for such further and additional relief as constitutionally warranted. God bless this Honorable Court. God bless America.

                                                      Respectfully Submitted,

                                                      */s/ Maurice Clifton*
                                                      Maurice Clifton, Defendant
                                                      USM# 10590-042 and 28332-077
                                                      Petitioner, Movant, *Pro Se*

Dated: June 14, 2018

Non-Attorney, Non-Lawyer
Defendant, Petitioner, Movant
*In Propria Persona*
Maurice Clifton
USM# 10590-042 or 28332-077
Forrest City Correctional Complex
1301 Dale Bumpers Drive
Post Office Box 9000 (Low)
Forrest City, Arkansas 72336-9000

## CERTIFICATE OF SERVICE

Maurice Clifton being first duly sworn and under oath states that he served this notice on the following parties-in-interest along with all relevant attachments <u>via</u> first class mail, addressed as indicated, with proper postage prepaid and mailed from the U.S. Postal receptacle in the Wynne Unit Charlie (mail box rule applies) building on Thursday, June 14, 2018, before the hour of 4:00 p.m, Federal Correctional Complex, Forrest City, Arkansas 72336-9000.

Respectfully Submitted,

*Maurice Clifton*
Maurice Clifton, Defendant
Non-Attorney, Non-Lawyer, *Pro Se*

Office of the U.S. Attorney
Mr. Robert H. Norman
900 Jefferson Avenue
Oxford, MS 38655-3608

Federal Public Defender's Office
Northern District of Mississippi
1200 Jefferson Avenue, Suite 1000
Oxford, MS 38655

Office of the Clerk
Clerk of the U.S. District Court
Northern District of Mississippi
911 Jefferson Avenue
Oxford, Mississippi 38655

## FOOTNOTE

1. Requirement to enter and file Appearance for Counsel to be lawfully before the Court (both defense counsel and representative counsel for he Government) can be substantiated by the randomly selected exemplar and copy of Clerk of Court Docket for this Judicial District "**Entering the Appearance of Defense Counsel**" (emphasis respectfully added) at U.S.A. v Mathis, *et al.*, 3:97-CR-00083-LTS @ ECF. No. 21, Page 7 of 11, made a part of memorandum in relevant part in support hereof and a part hereof by reference.

CLOSED

# U.S. District Court
## Northern District of Mississippi (Western Division)
### CRIMINAL DOCKET FOR CASE #: 3:97-cr-00006-NBB All Defendants

Case title: USA v. Clifton

Date Filed: 01/14/1997

Assigned to: Neal B. Biggers

Appeals court case numbers: 00-60302, 97-60352, 97-60352

**Defendant (1)**

**Maurice Clifton**     represented by **FPD**
FEDERAL PUBLIC DEFENDER'S OFFICE
Northern District of Mississippi
1200 Jefferson Avenue, Suite 100
Oxford, MS 38655
(662) 236-2889
Fax: (662) 234-0428
Email: greg_park@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Brian Douglas Mayo**
MAYO LAW FIRM
P.O. Box 471
Newton, MS 39345
(601) 906-9715
Email: bdmmayo@att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan P. Adams, Jr.**
MANSOUR & ADAMS
P.O. Box 1406
Greenville, MS 38702-1406
(601) 378-2244
Email: nate@mansouradams.com
*TERMINATED: 05/23/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE: Knowingly distributed a mixture containing a Sched. II narcotic controlled substance (crack cocaine); 18:2 Aided & Abetted (1) | IMPRISONMENT: 400 months on Count 1 and 240 months on Count 2, to be served concurrently (TOTAL IMPRISONMENT: 400 months); SUPERVISED RELEASE: 5 years on Count 1 and 3 years on Count 2, to run concurrently (TOTAL SUPERVISED RELEASE: 5 years); SPECIAL ASSESSMENT: $200.00. |
| 18:1956-6800.F MONEY LAUNDERING - CONTINUING CRIMINAL ENTERPRISE: Knowingly conducted a financial transaction affecting interstate commerce w/intent to promote an unlawful activity (2) | IMPRISONMENT: 400 months on Count 1 and 240 months on Count 2, to be served concurrently (TOTAL IMPRISONMENT: 400 months); SUPERVISED RELEASE: 5 years on Count 1 and 3 years on Count 2, to run concurrently (TOTAL SUPERVISED RELEASE: 5 years); SPECIAL ASSESSMENT: $200.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

United States of America        represented by    **Robert H. Norman**
U.S. ATTORNEY'S OFFICE
900 Jefferson Avenue
Oxford, MS 38655-3608
(662) 234-3351
Email: bob.norman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 10/15/2012 | 81 | Memorandum in Support by Maurice Clifton re 80 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D) (Mayo, Brian) |
|---|---|---|
| 10/15/2012 | 80 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Maurice Clifton. (Mayo, Brian) |
| 03/05/2008 | 79 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Maurice Clifton. (tab, USDC) |
| 05/12/2005 | 78 | MOTION to Modify Sentence by Maurice Clifton. (tab, USDC) |
| 01/21/2003 | 77 | CLERK'S USCA NOTICE: Authorization to file a Successive Habeas Corpus Petition is DENIED for failure to comply with this Court's notice of 11/29/02 (tab) (Entered: 01/22/2003) |
| 11/13/2000 |  | Original Record on Appeal, transcript, and exhibits as to Maurice Clifton returned from U.S. Court of Appeals: [75-1] appeal, [72-1] appeal [1 Record Vol.; 3 Transcript Vols; 1 Sealed PSI Report; 1 Exhibit Envelope] (tab) (Entered: 11/15/2000) |
| 11/13/2000 | 76 | JUDGMENT OF USCA (certified copy) as to Maurice Clifton Re: [72-1] appeal DENYING motion for leave to proceed in forma pauperis (tab) (Entered: 11/15/2000) |
| 07/06/2000 |  | Certified and transmitted record on appeal (1 Record Volume; 4 Transcript Volumes; 1 Exhibit Volume; 1 Sealed PSI Report) to U.S. Court of Appeals as to Maurice Clifton : [75-1] appeal, [72-1] appeal (tab) |
| 07/06/2000 | 75 | CERTIFICATE OF APPEALABILITY should not issue that the issues raised on 2255 were disposed of on direct appeal or failed to meet legal standards; and the party appealing is not entitled to proceed in forma pauperis the appeal is not taken in good faith as to Maurice Clifton (signed by Chief Judge Neal B. Biggers on 7/6/00) (tab) |
| 05/15/2000 | 74 | ORDER as to Maurice Clifton DENYING [73-1] motion to Proceed in Forma Pauperis On Appeal as to Maurice Clifton (1) (Signed by Chief Judge Neal B. Biggers on 5/12/00) Date Entry: 5/15/00 (tab) (Entered: 05/17/2000) |
| 05/04/2000 | 73 | MOTION by Maurice Clifton to Proceed in Forma Pauperis On Appeal (tab) (Entered: 05/05/2000) |
| 05/01/2000 |  | USCA Case Number as to Maurice Clifton Re: [72-1] appeal USCA Number: 00-60302 (tab) |
| 04/13/2000 |  | Notice of appeal and certified copy of docket as to Maurice Clifton to USCA: [72-1] appeal (tab) |
| 04/13/2000 | 72 | NOTICE OF APPEAL of order denying motion to vacate by Maurice Clifton (1) count(s) 1, 2 Appeal record due on 5/13/00 for Maurice Clifton (tab) |
| 03/29/2000 | 71 | ORDER as to Maurice Clifton DENYING [69-1] motion to Vacate sentence under 28 U.S.C. 2255 as to Maurice Clifton (1) ( Signed by Chief Judge Neal B. Biggers on 3/28/00) MB # 37 pg. 96-100 Date of Entry: 3/29/00 (tab) |

| | | |
|---|---|---|
| | | Modified on 03/29/2000 |
| 03/27/2000 | 70 | ADDENDUM TO 2255 MOTION by Maurice Clifton (tab) |
| 01/31/2000 | | NOTICE OF ASSIGNMENT OF 2255 to Chief Judge Neal B. Biggers (tab) (Entered: 02/03/2000) |
| 01/31/2000 | 69 | MOTION by Maurice Clifton to Vacate sentence under 28 U.S.C. 2255 (Civil Action # 3:00cv23-B) (tab) (Entered: 02/03/2000) |
| 11/24/1999 | 68 | ORDER as to Maurice Clifton denying [67-1] motion For Copies as to Maurice Clifton (1) (Signed by Chief Judge Neal B. Biggers on 11/24/99) Date of Entry: 11/24/99 (sta) |
| 11/15/1999 | 67 | Letter MOTION by Maurice Clifton For Copies (tab) (Entered: 11/17/1999) |
| 07/30/1999 | 66 | ORDER as to Maurice Clifton denying [65-1] motion For Copies of Documents as to Maurice Clifton (1), denying [64-1] motion To Direct Inspection of Grand Jury Minutes and Production of Certain Documents as to Maurice Clifton (1), denying [63-1] motion to Compel Disclosure of Preferential Agreements With Witnesses as to Maurice Clifton (1) (Signed by Chief Judge Neal B. Biggers Jr. on 07/30/99) Date of Entry: 08/02/99 (sta) (Entered: 08/02/1999) |
| 06/02/1999 | 65 | MOTION by Maurice Clifton For Copies of Documents (tab) |
| 06/02/1999 | 64 | MOTION by Maurice Clifton To Direct Inspection of Grand Jury Minutes and Production of Certain Documents (tab) |
| 06/02/1999 | 63 | MOTION by Maurice Clifton to Compel Disclosure of Preferential Agreements With Witnesses (tab) |
| 10/13/1998 | 62 | SLIP OPINION of USCA as to Maurice Clifton (sta) (Entered: 10/15/1998) |
| 10/13/1998 | 61 | JUDGMENT OF USCA (certified copy) as to Maurice Clifton Re: affirming judgment/order Maurice Clifton (1) count(s) 1, 2 (sta) (Entered: 10/15/1998) |
| 10/13/1998 | | Original Record on Appeal, transcript, and exhibits as to Maurice Clifton returned from U.S. Court of Appeals: [56-1] appeal, [50-1] appeal, [49-1] appeal (sta) (Entered: 10/15/1998) |
| 01/08/1998 | | Certified and transmitted record on appeal ( 1 Record Volume, 3 Transcript Volumes, 1 Exhibit Volume, & Sealed PSI) to U.S. Court of Appeals as to Maurice Clifton : [56-1] appeal, [50-1] appeal, [49-1] appeal (tab) |
| 01/07/1998 | | CJA 24 as to Maurice Clifton Authorization to Pay Marilyn Rea for Transcript Voucher # 4280400576 (tab) |
| 01/05/1998 | | TRANSCRIPT of Sentencing filed as to Maurice Clifton for dates of 5/20/97 before Judge Neal B. Biggers Jr. (tab) |
| 01/05/1998 | | APPEAL TRANSCRIPT of Trial filed as to Maurice Clifton for dates of 3/3-4/97 Re: Appeal record due on 1/20/98 for Maurice Clifton [56-1] appeal (tab) |
| 12/22/1997 | 60 | LETTER by Maurice Clifton (tab) (Entered: 01/08/1998) |

| | | |
|---|---|---|
| 08/18/1997 | 59 | Judgment Returned Executed as to Maurice Clifton ; on 07/15/97 Defendant in custody at FCC Beaumont USP, Beaumont, TX. (nfs) (Entered: 08/20/1997) |
| 07/29/1997 | 58 | ORDER as to Maurice Clifton GRANTING [57-1] motion to Include Certain Additional Information and/or Testimony in the Record; the proceedings held 3/3-4/97, sentencing proceedings held on 5/20/97, voir dire, closing arguments of U. S. and jury instructions with payment to be made through the CJA Funds as to Maurice Clifton (1) ( Signed by Judge Neal B. Biggers Jr. on 7/29/97) Date of Entry: 7/29/97 (tab) (Entered: 07/31/1997) |
| 07/03/1997 | 57 | NOTICE/MOTION by Maurice Clifton to Include Certain Additional Information and/or Testimony in the Record (tab) (Entered: 07/08/1997) |
| 06/25/1997 | | SECOND AMENDED Transcript ordered of Trial in appeal as to Maurice Clifton [56-1] appeal (tab) (Entered: 06/26/1997) |
| 06/25/1997 | 56 | SECOND AMENDED NOTICE OF APPEAL by Maurice Clifton (1) count(s) 1, 2. Appeal record due on 7/25/97 for Maurice Clifton. (tab) (Entered: 06/26/1997) |
| 06/20/1997 | 55 | ORDER as to Maurice Clifton denying [34-1] motion for New Trial as to Maurice Clifton (1) ( Signed by Judge Neal B. Biggers Jr. on 06/20/97) (admin) (Entered: 06/24/1997) |
| 06/20/1997 | 54 | ORDER as to Maurice Clifton DENYING [47-1] motion to Correct Sentence as to Maurice Clifton (1) ( Signed by Judge Neal Biggers Jr. on 6/19/97) Date of Entry: 6/20/97 (tab) |
| 06/20/1997 | 53 | DENIAL of Federal Benefits as to Maurice Clifton (tab) |
| 06/13/1997 | | USCA Case Number as to Maurice Clifton Re: [50-1] appeal USCA Number: 97-60352, [49-1] appeal USCA Number: 97-60352 (tab) |
| 06/06/1997 | 52 | ORDER DENYING post-trial motion for Brady Material as to Maurice Clifton (Signed by Judge Neal B. Biggers Jr. on 6/6/97) Date of Entry: 6/6/97 (tab) (Entered: 06/09/1997) |
| 06/02/1997 | | AMENDED Transcript ordered of Trial & Sentencing in appeal as to Maurice Clifton [50-1] appeal, [49-1] appeal (tab) (Entered: 06/03/1997) |
| 06/02/1997 | | USCA Case Number as to Maurice Clifton Re: [50-1] appeal USCA Number: 97-60352, [49-1] appeal USCA Number: 97-60352 (tab) |
| 06/02/1997 | 51 | RESPONSE by USA as to Maurice Clifton re [47-1] motion to Correct Sentence (tab) |
| 05/30/1997 | | RECEIVED copy of letter addressed to Marilyn Rea from Nathan P. Adams confirming telephone conversation of 5/28/97 (tab) (Entered: 06/02/1997) |
| 05/29/1997 | 50 | FIRST AMENDED NOTICE OF APPEAL by Maurice Clifton (1) count(s) 1, 2 Appeal record due on 6/28/97 for Maurice Clifton (tab) |
| 05/29/1997 | | Transcript ordered of Trial & Sentencing Hearing in appeal as to Maurice Clifton [49-1] appeal (tab) |

| | | |
|---|---|---|
| 05/23/1997 | | Notice of appeal and certified copy of docket as to Maurice Clifton to USCA: [49-1] appeal (tab) (Entered: 05/27/1997) |
| 05/23/1997 | 49 | NOTICE OF APPEAL by Maurice Clifton (1) count(s) 1, 2, Detention Order entered 1/21/97 & Jury Verdict on 3/4/97. Appeal record due on 6/22/97 for Maurice Clifton (tab) (Entered: 05/27/1997) |
| 05/23/1997 | 48 | RESPONSE & MEMORANDUM by USA as to Maurice Clifton re [34-1] motion for New Trial (tab) (Entered: 05/27/1997) |
| 05/23/1997 | 47 | MOTION by Maurice Clifton to Correct Sentence (tab) (Entered: 05/27/1997) |
| 05/23/1997 | 46 | JUDGMENT Maurice Clifton (1) count(s) 1, 2. IMPRISONMENT: 400 months on Count 1 and 240 months on Count 2, to be served concurrently (TOTAL IMPRISONMENT: 400 months); SUPERVISED RELEASE: 5 years on Count 1 and 3 years on Count 2, to run concurrently (TOTAL SUPERVISED RELEASE: 5 years); SPECIAL ASSESSMENT: $200.00. (Signed by Judge Neal B. Biggers Jr. on 05/22/97); JC #48, pgs. 68-73; Date of Entry: 05/23/97. (nfs) Additional attachment(s) added on 3/20/2008 (sta, USDC). |
| 05/23/1997 | 44 | CRIMINAL MINUTES for: Sentencing as to Maurice Clifton held 05/20/97, denying [41-1] supplemental amended motion (Supplemental) For Production of Grand Jury Testimony as to Maurice (1), denying [40-1] motion For Production of Brady Material as to Maurice Clifton (1); Location: Oxford, before Judge Neal B. Biggers Jr. Court Reporter: Marilyn Rea. Court overruled defendant's objections to presentence report. Defendant sentenced accordingly and remanded to the custody of the U. S. Marshal. (nfs) |
| 05/20/1997 | 45 | Witness list as to Maurice Clifton (nfs) (Entered: 05/23/1997) |
| 05/20/1997 | | Sentencing held on 5/20/97 in Oxford before Judge Neal B. Biggers, Jr. Maurice Clifton (1) count(s) 1, 2. (nfs) (Entered: 05/23/1997) |
| 05/16/1997 | 43 | RESPONSE by USA as to Maurice Clifton re [41-1] supplemental amended motion (Supplemental) For Production of Grand Jury Testimony (tab) (Entered: 05/19/1997) |
| 05/14/1997 | | Sentencing reset for 4:00, 5/20/97 for Maurice Clifton (1) count(s) 1, 2 Location: Courtroom No. 1, Third Floor, Oxford before Judge Neal B. Biggers Jr. (tab) |
| 05/06/1997 | 42 | MOTION by Maurice Clifton For Copies of Documents (tab) |
| 05/06/1997 | 41 | SUPPLEMENTAL MOTION by Maurice Clifton (Supplemental) For Production of Grand Jury Testimony referring to: [38-1] motion For Documents (tab) |
| 05/05/1997 | | Sentencing set for 3:30, 5/20/97 for Maurice Clifton (1) count(s) 1, 2 Location: Courtroom No. 1, Third Floor, Oxford before Judge Neal B. Biggers Jr. (tab) |
| 04/21/1997 | 40 | MOTION by Maurice Clifton For Production of Brady Material [40-1] motion referred to Magistrate Judge Eugene M. Bogen (tab) (Entered: 04/22/1997) |
| 04/07/1997 | 39 | MOTION by Maurice Clifton For Temporary Release of Defendant (tab) |

| 03/19/1997 | 38 | MOTION by Maurice Clifton For Documents (tab) |
|---|---|---|
| 03/10/1997 | 37 | WRIT of Habeas Corpus ad Testificandum returned unexecuted for Earl Nelson in case as to Maurice Clifton (tab) (Entered: 03/11/1997) |
| 03/07/1997 | 35 | CRIMINAL MINUTES for: MVD/Jury Trial as to Maurice Clifton held 03/03/97 and 03/04/97; Location: Oxford, before Judge Neal B. Biggers Jr. and a jury. Court Reporter: Marilyn Rea. Defendant found guilty on counts 1 and 2 of the Indictment. Defendant remanded to custody of U. S. Marshal. (nfs) (Entered: 03/10/1997) |
| 03/07/1997 | 34 | MOTION by Maurice Clifton for New Trial , and/or for Judgment of Acquittal , or, alternatively, for Judgment notwithstanding the verdict of the jury or arrest of judgment . (nfs) (Entered: 03/10/1997) |
| 03/04/1997 | 36 | Jury instructions given/refused/withdrawn as to Maurice Clifton (nfs) (Entered: 03/10/1997) |
| 03/04/1997 | 33 | Receipt for returned exhibits as to Maurice Clifton (nfs) (Entered: 03/10/1997) |
| 03/04/1997 | 32 | JURY VERDICT of Guilty: Maurice Clifton (1) count(s) 1, 2 (nfs) (Entered: 03/10/1997) |
| 03/04/1997 | 31 | Witness list as to Maurice Clifton (nfs) (Entered: 03/10/1997) |
| 03/04/1997 | 30 | Exhibit list as to Maurice Clifton (nfs) (Entered: 03/10/1997) |
| 03/03/1997 | 29 | ORDER impaneling jurors (with jury list attached) as to Maurice Clifton. (nfs) (Entered: 03/10/1997) |
| 03/03/1997 | | Jury trial as to Maurice Clifton held on 3/3/97 and 03/04/97 in Oxford before Judge Neal B. Biggers, Jr., and a jury. (nfs) (Entered: 03/10/1997) |
| 03/03/1997 | | Voir dire begun as to Maurice Clifton (1) count(s) 1, 2. Terminated motions: [13-1] motion For Review and Appeal of Order of Detention Pending Trial as to Maurice Clifton (1). (nfs) (Entered: 03/10/1997) |
| 03/03/1997 | 28 | WRIT of Habeas Corpus ad Testificandum returned unexecuted for Thomas Bilbo Spann; Spann in USM custody as to Maurice Clifton (tab) (Entered: 03/04/1997) |
| 03/03/1997 | 27 | WRIT of Habeas Corpus ad Testificandum returned unexecuted for Dona Ray Bell, Bell in USM custody as to Maurice Clifton (tab) (Entered: 03/04/1997) |
| 02/26/1997 | | WRIT of Habeas Corpus ad Testificandum issued for Earl Nelson for 3/3/97 as to Maurice Clifton Re: [21-1] petition motion for Writ of Habeas Corpus ad testificandum as to Earl Nelson per trial set 3/3/97, Oxford (tab) |
| 02/26/1997 | 26 | ORDER as to Maurice Clifton GRANTING [21-1] petition for Writ of Habeas Corpus ad testificandum as to Earl Nelson per trial set 3/3/97, Oxford as to Maurice Clifton (1) ( Signed by Magistrate Judge S. Allan Alexander on 2/20/97) Date of Entry: 2/26/97 (tab) |
| 02/21/1997 | | WRIT of Habeas Corpus ad Testificandum issued for Thomas Spann for 3/3/97 as to Maurice Clifton Re: [19-1] petition for Writ of Habeas Corpus ad |

| | | |
|---|---|---|
| | | testificandum as to Thomas (Bilbo) Spann per trial set 3/3/97, Oxford (tab) |
| 02/21/1997 | 25 | ORDER as to Maurice Clifton GRANTING [19-1] petition for Writ of Habeas Corpus ad testificandum as to Thomas (Bilbo) Spann per trial set 3/3/97, Oxford as to Maurice Clifton (1) ( Signed by Magistrate Judge S. Allan Alexander on 2/20/97) Date of Entry: 2/20/97 (tab) |
| 02/21/1997 | | WRIT of Habeas Corpus ad Testificandum issued for Dona Ray Bell for 3/3/97 as to Maurice Clifton Re: [20-1] petition for Writ of Habeas Corpus ad testificandum as to Dona Ray Bell (male) per trial set 3/3/97, Oxford (tab) |
| 02/21/1997 | 24 | ORDER as to Maurice Clifton GRANTING [20-1] petition for Writ of Habeas Corpus ad testificandum as to Dona Ray Bell (male) per trial set 3/3/97, Oxford as to Maurice Clifton (1) ( Signed by Magistrate Judge S. Allan Alexander on 2/21/97) Date of Entry: 2/21/97 (tab) |
| 02/21/1997 | 23 | ORDER as to Maurice Clifton GRANTING [22-1] motion for Issuance of Trial Subpoenas; and service by the USM with the expenses paid by the U. S. Justice Dept. (Signed by Magistrate Judge Eugene M. Bogen on 2/18/97) Date of Entry: 2/21/97 (tab) Modified on 02/24/1997 |
| 02/19/1997 | 21 | PETITION by USA as to Maurice Clifton for Writ of Habeas Corpus ad testificandum as to Earl Nelson per trial set 3/3/97, Oxford (tab) (Entered: 02/20/1997) |
| 02/19/1997 | 20 | PETITION by USA as to Maurice Clifton for Writ of Habeas Corpus ad testificandum as to Dona Ray Bell (male) per trial set 3/3/97, Oxford (tab) (Entered: 02/20/1997) |
| 02/19/1997 | 19 | PETITION by USA as to Maurice Clifton for Writ of Habeas Corpus ad testificandum as to Thomas (Bilbo) Spann per trial set 3/3/97, Oxford (tab) (Entered: 02/20/1997) |
| 02/18/1997 | 22 | MOTION by Maurice Clifton for Issuance of Trial Subpoenas [22-1] motion referred to Magistrate Judge Eugene M. Bogen (tab) (Entered: 02/21/1997) |
| 02/11/1997 | 18 | RESPONSE by USA as to Maurice Clifton re [13-1] motion For Review and Appeal of Order of Detention Pending Trial (tab) |
| 02/10/1997 | 17 | ORDER as to Maurice Clifton MOOTING [14-1] motion for Discovery of Confidential Informant as to Maurice Clifton (1) (Signed by Magistrate Judge Eugene M. Bogen on 2/6/97) Date of Entry: 2/10/97 (tab) |
| 02/06/1997 | 16 | LETTER From Deft, Maurice Clifton per Writ of Habeas Corpus Hearing (copy given to Judge Biggers) (sta) |
| 02/06/1997 | 15 | LETTER to Clerk from deft, Maurice Clifton (copy given to Judge Biggers) (sta) |
| 02/04/1997 | 14 | MOTION by Maurice Clifton for Discovery of Confidential Informant [14-1] motion referred to Magistrate Judge Eugene M. Bogen (tab) (Entered: 02/06/1997) |
| 01/29/1997 | 13 | MOTION by Maurice Clifton For Review and Appeal of Order of Detention Pending Trial (tab) (Entered: 02/06/1997) |

| | | |
|---|---|---|
| 01/29/1997 | 12 | Arrest WARRANT Returned Executed as to Maurice Clifton on 1/15/97 (tab) (Entered: 02/06/1997) |
| 01/27/1997 | 11 | SCHEDULING ORDER as to Maurice Clifton setting Voir Dire for 9:30 3/3/97, Oxford, MS for Maurice Clifton; Jury Trial for 9:30 3/3/97, Oxford, MS for Maurice Clifton; Discovery cutoff 2/5/97 for Maurice Clifton; Motion Filing deadline on 2/10/97 for Maurice Clifton; Plea Agreement deadline on 2/17/97 for Maurice Clifton. ( Signed by Magistrate Judge Eugene M. Bogen on 01/24/97) (sta) (Entered: 02/06/1997) |
| 01/24/1997 | 10 | ORDER OF DETENTION as to Maurice Clifton ( Signed by Magistrate Judge Eugene M. Bogen on 1/21/97) (tab) (Entered: 02/06/1997) |
| 01/21/1997 | 9 | Witness list per Detention Hearing as to Maurice Clifton (tab) (Entered: 02/06/1997) |
| 01/21/1997 | 8 | CRIMINAL MINUTES for: Arraignment & Detention Hearing held 1/17/97 as to Maurice Clifton Location: Greenville before Magistrate Judge Eugene M. Bogen Court Reporter: Tape Nos. 1, 2. After Hearing for reasons stated in the court's oral findings the deft. is ordered detained pending trial (tab) (Entered: 02/06/1997) |
| 01/17/1997 | | TAKING OF PLEA Not Guilty: Maurice Clifton (1) count(s) 1, 2 Location: Greenville before Magistrate Judge Eugene M. Bogen Court accepts plea. (tab) (Entered: 02/06/1997) |
| 01/17/1997 | | Detention hearing as to Maurice Clifton held on 1/17/97, Greenville before Mag. Judge Bogen (tab) (Entered: 02/06/1997) |
| 01/17/1997 | | Arraignment as to Maurice Clifton held on 1/17/97, Greenville before Mag. Judge Bogen (tab) (Entered: 02/06/1997) |
| 01/17/1997 | 7 | CJA 20 as to Maurice Clifton : Appointment of Attorney Nathan P. Adams Jr. Voucher # 0854112 ( Signed by Magistrate Judge Eugene M. Bogen on 1/15/97) (tab) (Entered: 02/06/1997) |
| 01/16/1997 | | RECEIVED tape of initial appearance as to Maurice Clifton held 1/15/97 in Greenville before Mag. Judge Bogen; placed in accordion folder. (tab) (Entered: 02/06/1997) |
| 01/16/1997 | 6 | PRAECIPE for Warrant by USA as to Maurice Clifton (tab) (Entered: 02/06/1997) |
| 01/16/1997 | | Arraignment as to Maurice Clifton reset for 2:30, 1/17/97 for Maurice Clifton Location: Courtroom No. 2, Greenville before Magistrate Judge Eugene M. Bogen (tab) (Entered: 02/06/1997) |
| 01/16/1997 | 5 | CRIMINAL MINUTES for: Initial Appearance held 1/15/97 as to Maurice Clifton Location: Greenville before Magistrate Judge Eugene M. Bogen Court Reporter: Tape 1. Deft. appeared in custody. (tab) (Entered: 02/06/1997) |
| 01/15/1997 | 4 | ORDER OF TEMPORARY DETENTION as to Maurice Clifton GRANTING [0-0] oral motion for Temporary Detention as to Maurice Clifton (1) (Signed by Magistrate Judge Eugene M. Bogen on 1/15/97) (tab) (Entered: 02/06/1997) |

| 01/15/1997 | | MOTION Ore Tenus by USA as to Maurice Clifton for Temporary Detention (tab) (Entered: 02/06/1997) |
|---|---|---|
| 01/15/1997 | | Initial appearance as to Maurice Clifton held on 1/15/97, Greenville (before Magistrate Judge Eugene M. Bogen) (tab) (Entered: 02/06/1997) |
| 01/15/1997 | | ARREST of Maurice Clifton (tab) (Entered: 02/06/1997) |
| 01/15/1997 | | Arrest WARRANT issued as to Maurice Clifton (tab) (Entered: 02/06/1997) |
| 01/15/1997 | 3 | CJA 23 FINANCIAL AFFIDAVIT by Maurice Clifton (tab) (Entered: 02/06/1997) |
| 01/14/1997 | 2 | Criminal Information Sheet by USA as to Maurice Clifton ( Bolivar County) (tab) (Entered: 02/06/1997) |
| 01/14/1997 | 1 | INDICTMENT as to Maurice Clifton (1) count(s) 1, 2, estimated trial days: 2 (tab) Additional attachment(s) added on 3/20/2008 (sta, USDC). (Entered: 02/06/1997) |
| 01/14/1997 | | RECORD of Grand Jurors Concurring (placed in restricted vault) as to Maurice Clifton (tab) (Entered: 02/06/1997) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/13/2012 13:37:18 | | | |
| PACER Login: | al5226 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:97-cr-00006-NBB |
| Billable Pages: | 10 | Cost: | 1.00 |

Maurice Clifton #28332-077
Federal Correctional Complex - (L/C)
P.O. Box 9000
Forrest City, AR 72336

"LEGAL MAIL"



⇔28332-077⇔
Clerk Of The Court
Federal Building Rm 369
911 Jackson AVE E
Oxford, MS 38655
United States


