In The United States District Court
For the Northern District of Mississippi
Oxford Division

Maurice Clifton
VS                                      3:97-CR-006-NBB
USA

## ACKNOWLEDGMENT OF RECEIPT

**TO THE CLERK OF THE COURT:**

I, Maurice Clifton, in the above entitled action, and I hereby acknowledge that I am in receipt of Order entered 8/30/18.

THIS 4th day of September, 2018.

_____
Maurice Clifton