IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-60620
_____

In re: MAURICE CLIFTON,

　　　　　　Movant

A True Copy
Certified order issued Oct 17, 2018

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

_____

Authorization to file a Successive 2255 Petition

_____

CLERK'S OFFICE:

　　Authorization to file a successive 2255 motion is dismissed for failure to comply with this Court's notice of August 31, 2018.

　　　　　　　　　　　　　LYLE W. CAYCE
　　　　　　　　　　　　　Clerk of the United States Court
　　　　　　　　　　　　　of Appeals for the Fifth Circuit

　　　　　　　　　　　　　*Mary Stewart*

　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　Mary C. Stewart, Deputy Clerk

　　　　　ENTERED AT THE DIRECTION OF THE COURT