# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 17, 2018

Mr. David Crews
Northern District of Mississippi, Oxford
United States District Court
911 Jackson Avenue
Room 369
Oxford, MS 38655

    No. 18-60620   In re: Maurice Clifton
                         USDC No. 3:00-CV-23
                         USDC No. 3:97-CR-6-1

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        */s/ Mary Stewart*
                        By: _____
                        Mary C. Stewart, Deputy Clerk
                        504-310-7694

cc w/encl:
    Mr. Maurice Clifton