IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL ACTION NO. 3:97-CR-00006-NBB

MAURICE CLIFTON  DEFENDANT

### ORDER

This matter comes before the court upon Defendant Maurice Clifton's motion to strike, vacate and dismiss fraud on the federal court. In the instant motion, Clifton requests relief from the court's previous order transferring his §2255 petition to the Fifth Circuit Court of Appeals. Since the filing of this motion, however, the Fifth Circuit entered an order dismissing Clifton's petition. Accordingly, the court finds that the instant motion should be **DENIED as moot**.

**SO ORDERED AND ADJUDGED** this, the 21st day of December, 2018.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**