**RECEIVED**

JAN 10 2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF MISSISSIPPI

MAURICE CLIFTON,                    )
                                    )
                                    )    CASE No ; 3;97-CR-0006
                                    )
          V                         )    Judge Neal Biggers
                                    )
                                    )
                                    )
UNITED STATES OF AMERICA,           )


### MOTION FOR REQUEST APPOINTMENT OF COUNSEL


Comes Now, Maurice Clifton, Pro Se , requests this Honorable
Court to appoint Counsel to this case. And in support of submits the
following:

1. December 21, 2018 the President of the United States signed
into law the "First Step Act". Within this newly passed law is
the "Fair Sentencing Act" that became law in 2010. Then the
Fair Sentencing Act was not retroactive, but with the First
Step Act it is retroactive. This brings my 1997 conviction, that
sentenced me to 100:1 ratio to the existing 18:1 ratio. This new
law directly effects petitioners case.
Although, the new bill is straight forward, Petitioner lacks
the required legal aptitude to compently draft a persuasive
argument towards this issue.

1

Petitioner has been incarcerated since January 1997. Petitioner has no means to hire an attorney the help him so he asks for a Court appointed one.

## CONCLUSION

For the reasons stated above, clearly Mr Clifton is now qualified for the 18:1 ratio, whereas appointment of Counsel is warrented, requested and is in the best interest of justice.

Respectfully submitted,

Maurice Clifton 28332-077
FCC Forrest City Low
Po Box 9000
Forrest City AR 72336

Certificate of Service

I certitfy that a copy of this motion has been mailed to the Public Defenders Office and the U.S. Attorney on this day

_____        by        _____

2

December 3 1, 2018

United States Public Defenders Office
Honorable George Lucas
Northern District of Mississippi
911 Jefferson Ave.
Oxford, MS 38655

**RE: Case No. 3:97 CR006-001**

Dear Sir, " To Whom it May Concern

I am writing in regards to the above case, which was tried in March of 1997. My name is Maurice Clifton Sr. and I am serving a 400 month sentence, for aiding and abetting the sale of cocaine, in September of 1996. On March 20, 1997, I was sentenced to 400 months, after IRS-CID Harry Bostic, testified at sentencing, that he had information that guys provided him out of court statement; that they worked for me, and the names of these individuals have never been made available to me.

Agent Bostic was arrested for felony DUI, and vehicular homicide, after being pardoned by Governor Haley Barbour. Also the head of the task force that investigated me was arrested, found guilty and served time in Texarkana for bribery and extortion. Both these men testified under oath at my trial and sentencing, thus casting a dark cloud over any information that was provided by them.

But that is hind-sight; because I am not writing in an attempt to re-argue my case, but to simply ask for a review of my crack motions, and two-point reductions. Judge Biggers made an oral pronouncement, of his finding me responsible for 1.5 kilograms, after several back and forth debates about the 6.4 grams that I was found guilty of coming into question. "SEE Attachment".

Congress recently passed H.R. 5682 – First Step Act, which made the "Fair Sentencing Act" of 2010 retroactive for those individuals sentenced before 2010. This is essence, effects my sentence greatly in that it makes me eligible for immediate release.

Mr.          , I don't know what kind of picture Harry Bostic, or any of your agents painted for you, but I am not or ever was that person. I have always been a hard worker, and an advocate for change in my community. I am not saying I am totally innocent, but that I am not guilty of the amounts I am held responsible for (1.5 kilograms). I was never offered a plea, and I was not even the principal in the above case. The principal in my case received 31 months.

I have served 22 years, and have taken numerous educational classes to rehabilitate myself. "SEE Attachment". You can call any institution and ask the staff in the Education Department and the FPI Industries called UNICOR, where I have been employed since October 1997.

Maurice Clifton, Sr. Page 2

Basically, what I am trying to say is that I have been a model prisoner, who has sought, since day one, to prepare for his release someday. I have lost my mother, two brothers, and two sisters and a host of other relatives and friends.

I pray that you would consider urging the Public Defender's Office and you have them file the necessary motion on my behalf. I apologize for any misunderstanding that may have occurred over the years, and I just want an opportunity to be a productive citizen in society.

Thank you in advance for your time, patience and assistance in this matter.


Respectfully,


Maurice Clifton, Sr,

**FILED**

JAN 5 - 1998

NORMAN L. GILLESPIE, CLERK

By _____

Deputy

USA VS. MAURICE CLIFTON

```
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
             CRIMINAL DIVISION

----------------------------------------------

UNITED STATES OF AMERICA              GOVERNMENT

VS.               NO. 3:97CR006

MAURICE CLIFTON                        DEFENDANT

----------------------------------------------
WHEREUPON, the following proceedings were held
before the Honorable NEAL B. BIGGERS, JR., District
Judge, presiding.
----------------------------------------------

                  SENTENCING
                 MAY 20, 1997
               FEDERAL BUILDING
               COURTROOM NO. I
             OXFORD, MISSISSIPPI
```

*ORIGINAL*

```
APPEARANCES:


FOR THE GOVERNMENT:        HON. CHADWICK LAMAR
                           ASST. U.S. ATTORNEY
                           OXFORD, MISSISSIPPI


FOR THE DEFENDANT:         HON. NATE ADAMS
                           GREENVILLE, MISSISSIPPI
```

24

AGENT BOSTICK - DIRECT

```
 1   of thing of Wyatt Williams.  Knowing that he is a
 2   convicted felon, Mr. Williams has worked on several
 3   undercover operations that we have had ongoing for
 4   over a two year period of time, worn numerous wires
 5   for us in the investigation of numerous
 6   individuals, which have pled guilty, been
 7   sentenced.  Part of them -- one of them right now,
 8   I believe, is still under indictment.  He
 9   purchased -- he has purchased cocaine for us
10   through other drug dealers.  His credibility as far
11   as wearing a wire, his testimony where he has
12   testified, not only before grand jury but in other
13   trials, has been completely honest and forth right
14   and is one of the most credible individuals as far
15   as being an informant that I have ever worked with
16   in my 20 years or 19 years of conducting
17   investigations.
18           THE COURT:  Mr. Adams, in regard to the
19   amount, the statute provides that this defendant
20   was convicted of selling or distributing whatever
21   it was, more than 5 grams.  That is all that needs
22   to be shown to the Court's satisfaction, and in the
23   trial of the case, he bought 6.4 grams from a CI
24   and it was submitted to the Mississippi Crime Lab
25   and weighed and total weight was 6.4 grams.  That
```

25

AGENT BOSTICK - DIRECT

1   in itself satisfies the statute.

2         MR. ADAMS:  Judge, I understand that is

3   what the testimony is, but the Government has run

4   this thing up where it is 50 plus kilograms.

5         THE COURT:  Well, does that enhance the

6   guidelines in any way?

7         MR. ADAMS:  It enhances the guidelines,

8   yes, sir.

9         MR. LAMAR:  Your Honor, the trial

10  testimony did definitely establish this in excess

11  of 6 grams.  However, under relevant conduct, the

12  United States Probation Service has determined that

13  he is responsible for distributing in excess of 1.5

14  kilograms, that is of crack cocaine.  That is the

15  upper end of the guideline range.  The guideline

16  range goes no higher than 1.5 kilograms.  The trial

17  testimony established that, the grand jury

18  testimony established that, the memorandum from the

19  interviews of Mr. Bostick established that.  The

20  precise amount is irrelevant once it exceeds 1.5

21  kilograms.

22        THE COURT:  Okay.  All right.  You may

23  continue.

24        MR. ADAMS:

25  Q   All right, sir.  Now, with respect to this

38

ARGUMENT

1  but to the prove the elements of the offense;

2  number one, he is a dope dealer, and, number two,

3  the Government had to prove the proceeds of the

4  money laundering charge.  Mr. Clifton was charged

5  with wire transferring the proceeds of his drug

6  distribution to California.

7          And pursuant to the Fifth Circuit case

8  law and across the country, you may show that by

9  showing that he had no legitimate source of income,

10  he was a drug dealer of a large magnitude --.

11          THE COURT:  But basically what I asked

12  was whether or not they testified at trial that

13  they had been supplying him certain amounts of

14  drugs over certain periods of time?

15          MR. LAMAR:  Your Honor, they did say

16  enough that would exceed 1.5 kilograms, and that is

17  the only relevant portion of the argument.

18          THE COURT:  That's my question.

19          MR. LAMAR:  The other part of the

20  argument is a jury believed these people.  The

21  argument that counsel is making is a closing

22  argument.  He made that argument.  He said don't

23  believe them.  The Court instructed them, be

24  careful when you consider the testimony of these

25  men.  They considered that.  They convicted Mr.

39

ARGUMENT

1  Clifton.  Mr. Clifton got a fair trial.  He got a
2  trial by a jury of his peers and, unfortunately for
3  Mr. Clifton, he was found guilty and --.
4       THE COURT:  It sounds like you are making
5  a closing argument.
6       MR. LAMAR:  Yes, sir, and I will sit
7  down.
8       THE COURT:  All right.  One minute.
9       MR. ADAMS:  Sir?
10      THE COURT:  One minute.
11      MR. ADAMS:  If Your Honor, please, the
12  thing about the jury finding this man guilty, they
13  did find him guilty, but, Judge, under the
14  sentencing guidelines, under the sentencing rules
15  and regulations that we now have, the Court makes
16  the determination as to the quantity of drugs, not
17  the jury.  The jury finds whether the man is guilty
18  of distribution or not, but the judge makes the
19  factual determination of what he, in fact, sold or
20  did not sell or what the relevant conduct consists
21  of.
22      THE COURT:  That's correct.  As counsel
23  has stated, the amount -- the maximum that is --
24  that can be charged that has any relevance, the
25  maximum amount that has any relevance to this

40

RULING

1    particular statute is 1.5 kilograms, not the 50

2    kilograms that the presentence report charges him

3    with.

4              So the Court need only determine that at

5    least 1.5 kilograms were involved in this

6    defendant's transactions, and the Court finds that

7    to be the case.

8              That's a minimum amount that was involved

9    based on the testimony at trial from these

10   individuals who worked for him for a number of

11   years in rather large amounts.

12             All right.  That objection will be

13   overruled concerning the amount involved.

14             And the Court also heard testimony

15   concerning the number of people that were involved

16   that worked for this defendant, and that objection

17   is overruled also.

18             Any other -- Anything else that you want

19   to speak to, Mr. Adams?

20             MR. ADAMS:  No, Your Honor.

21             THE COURT:  All right.  Let your client

22   come up.

23             All right.

24             MR. ADAMS:  The Defendant has written a

25   letter addressed to Your Honor that he has asked me

```
FOR87              *        INMATE EDUCATION DATA        *     07-17-2018
PAGE 001           *            TRANSCRIPT               *     13:06:30

REGISTER NO: 28332-077    NAME..: CLIFTON                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: FOR-FORREST CITY FCI


------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
FOR  ESL HAS    ENGLISH PROFICIENT             07-22-1997 1951 CURRENT
FOR  GED HAS    COMPLETED GED OR HS DIPLOMA    07-22-1997 1953 CURRENT


------------------------- EDUCATION COURSES -------------------------
SUB-FACL    DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
FOR    UNICOR ASQ CQIA               07-11-2017 10-26-2017  P  C  P   16
FOR    BASKETBALL OFFICIATING        06-01-2017 09-18-2017  P  C  P    1
FOR    RPP ORIENT RELRQMTS A&O CORE5 05-11-2017 05-11-2017  P  C  P    1
BEN    2 HR ANNUAL HEALTH FAIR-RPP#1 12-08-2016 12-08-2016  P  C  P    2
BEN    NCCER 2-3PM M-F/HUDSON-RPP#6  08-08-2016 12-02-2016  P  C  C  120
BEN    QTRLY MEN'S HEALTH SEM/3-RPP#1 08-04-2016 08-04-2016 P  C  P    2
BEN    NCCER GO GREEN M-F 2-3:30 P.M. 06-10-2016 06-23-2016 P  C  C  120
BEN    JOB FAIR MOK INTERVIEW MAIN   04-27-2016 04-27-2016  P  C  P    2
BEN    JOB FAIR INFORMATION RPP 2,5,6 04-27-2016 05-03-2016 P  C  P    1
BEN    EXPLORE INTERVIEW PROCESS#2/#6 04-18-2016 04-28-2016 P  C  P   16
BEN    INTRO TO RESUMES (EM#2/PG#6)  04-18-2016 04-28-2016  P  C  P   16
BEN    EMPLOYABILITY SKILLS EM#2/PG#6 04-18-2016 04-28-2016 P  C  P   16
BEN    NCCER CORE M-F HUDSON/RPP#6   12-14-2015 01-28-2016  P  C  C  180
BEN    KEYBOARDING CLASS             01-05-2016 02-09-2016  P  C  P   16
BEN    BASKETBALL OFFICIALS-RPP#6    11-23-2015 12-11-2015  P  C  P   24
YAZ    INSIDE OUT DAD 1-PARENT SEMINR 06-16-2014 06-17-2014 P  C  P    2
YAZ    THEOLOGY THROUGH FILM CLASS   05-01-2014 06-04-2014  P  C  P   14
YAZ    INTRODUCTION TO TOASTMASTERS  01-16-2014 03-14-2014  P  C  P   16
YAZ    RPP5 RECOVERY MAINTENANCE     03-06-2014 03-06-2014  P  C  P    1
YAZ    RPP2 DRESS FOR SUCCESS        01-07-2014 01-07-2014  P  C  P    1
YAZ    RPP2 FROM PRISON TO PAYCHECK  01-07-2014 01-07-2014  P  C  P    1
YAZ    PARENTING LOW T 1:00-3:00     08-08-2013 10-18-2013  P  C  P   16
YAZ    RPP6-POSTIVE PARENTING        10-30-2013 10-30-2013  P  C  P    1
YAZ    RPP2 FROM PRISON TO PAYCHECK  10-29-2013 10-29-2013  P  C  P    1
YAZ    RPP2 DRESS FOR SUCCESS        10-29-2013 10-29-2013  P  C  P    1
YAZ    HEALTH SEMINAR                05-23-2012 07-12-2013  P  C  P    2
YAZ    CALISTHENICS I AM-LOW         04-26-2013 05-25-2013  P  C  P    2
YAZ    SERVE SAFE MGMNT, M-F, 1-3    02-06-2013 03-01-2013  P  C  C  100
YAZ    RESTAURANT MGT, M-F,1:00-3:00 08-25-2012 02-05-2013  P  C  C  300
YAZ    JUMP ROPE I-LOW               03-27-2012 04-23-2012  P  C  P    2
YAZ    CHALLENGE FOR CHANGE 2        09-13-2011 09-13-2011  P  C  P    2
YAZ    BETHESDA PARENTING SEM 1      09-29-2011 09-29-2011  P  C  P    2
YAZ    BUSINESS SEMINAR-LOW          08-23-2011 08-23-2011  P  C  P    2
YAZ    CAREER SEMINAR-LOW            08-10-2011 08-10-2011  P  C  P    2
YAZ    TEACHER AID APPRENTICESHIP-LOW 02-25-2011 09-07-2011 P  C  A 1000
YAZ    INSIDE OUT DAD 4-PARENT SEMIN 08-01-2011 08-03-2011  P  C  P    2
YAZ    CAREER RESOURCE SEMINAR       04-01-2011 04-01-2011  P  C  P    2
YAZ    INSIDE OUT DAD 2-PARENT SEMINR 12-29-2010 12-29-2010 P  C  P    2
YAZ    JOB FAIR INTERVIEW            12-09-2010 12-09-2010  P  C  P    4
YAZ    JOB SKILLS, THUR 1:00-3:00    10-06-2010 12-01-2010  P  C  P   16

G0002     MORE PAGES TO FOLLOW . . .
```

```
FOR87            *        INMATE EDUCATION DATA        *    07-17-2018
PAGE 002         *           TRANSCRIPT               *    13:06:30

REGISTER NO: 28332-077     NAME..: CLIFTON                  FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: FOR-FORREST CITY FCI
```

```
----------------------------- EDUCATION COURSES -----------------------------
SUB-FACL     DESCRIPTION                   START DATE  STOP DATE  EVNT AC LV   HRS
YAZ          JOB FAIR INTERVIEW            12-04-2009 12-04-2009   P   C  P     4
YAZ          JOB SKILLS, THUR 1:00-3:00    10-02-2009 12-03-2009   P   C  P    16
YAZ          ISO INTERNAL QUALITY AUDITING 11-19-2007 01-12-2009   P   C  P    15
YAZ          RPP1 STRESS MANAGEMENT        09-22-2008 10-21-2008   P   C  P     6
YAM          CALISTHENICS                  07-29-2007 09-09-2007   P   C  P     6
YAM          BASKETBALL OFFICIAL           07-08-2007 07-10-2007   P   C  P     2
YAM          AEROBICS                      06-27-2007 06-27-2007   P   C  P    16
YAM          BASKETBALL OFFICIAL           04-03-2007 06-05-2007   P   C  P     2
YAM          RPP6 BLACK HISTORY REVIEW     02-06-2007 02-28-2007   P   C  P     8
YAM          RPP2 JOB INTERVIEW            06-14-2006 07-05-2006   P   C  P     6
YAM          RPP2 JOB APPLICATION          05-17-2006 06-07-2006   P   C  P     6
YAM          RPP2 JOB SEARCH               04-24-2006 05-17-2006   P   C  P     6
YAM          YOGA                          06-28-2006 06-28-2006   P   C  P    10
YAM          RPP2 PROGRAMS MOCK JOB FAIR   12-15-2005 12-15-2005   P   C  P     4
YAM          CALISTHENICS                  10-20-2005 01-05-2006   P   C  P    18
YAM          RPP1 INFECTIOUS DISEASE AWARE 06-27-2005 06-27-2005   P   C  P     1
BMM          EDUC AIDE APPRENTICE,4000 HRS 02-04-2004 06-14-2005   P   W  I  2720
BMM          HOW TO KEEP A JOB             03-23-2005 03-24-2005   P   C  P     2
BMM          HOW TO LEAVE A JOB            03-24-2005 03-25-2005   P   C  P     2
BMM          HIRING EX-OFFENDERS PART 2    03-22-2005 03-23-2005   P   C  P     2
BMM          HIRING EX-OFFENDERS PART 1    03-22-2005 03-23-2005   P   C  P     2
BMM          EX-OFFENDERS' JOB TIPS        03-21-2005 03-22-2005   P   C  P     2
BMM          TRANSITIONING BACK TO SOCIETY 03-17-2005 03-18-2005   P   C  P     2
BMM          BLACK HISTORY REVIEW          02-01-2005 02-22-2005   P   C  P     9
BMM          BASKTBALL CLINIC              02-25-2005 03-09-2005   P   C  P    12
BMM          NOW YOU HAVE A JOB KEEP IT    03-08-2005 03-09-2005   P   C  P     2
BMM          HIRING EX-OFFENDERS PART 1    10-07-2004 10-08-2004   P   C  P     2
BMM          HIRING EX-OFFENDERS PART 2    10-11-2004 10-12-2004   P   C  P     2
BMM          DEVELOPING LEADERSHIP SKILLS 1 10-19-2004 10-20-2004  P   C  P     2
BMM          ACE GEOMETRY                  08-09-2004 09-24-2004   P   C  P    16
BMM          MOCK JOB FAIR                 10-14-2004 10-14-2004   P   C  P     7
BMM          JOB INTERVIEWING              08-31-2004 10-14-2004   P   C  P     8
BMM          RESUME WRITING CLASS          09-02-2004 09-02-2004   P   C  P     2
BMM          FOOTBALL CLINICS;SAT 7:30A    09-02-2004 09-25-2004   P   C  P    12
BMM          PERSONAL SUCCESS STORIES      08-05-2004 08-06-2004   P   C  P     2
BMM          HOW TO LEAVE A JOB            08-04-2004 08-05-2004   P   C  P     2
BMM          HOW TO GET AHEAD ON THE JOB   08-03-2004 08-04-2004   P   C  P     2
BMM          HOW TO KEEP A JOB             08-02-2004 08-03-2004   P   C  P     2
BMM          HIRING EX-OFFENDERS PART 2    07-15-2004 07-16-2004   P   C  P     2
BMM          HIRING EX-OFFENDERS PART 1    07-14-2004 07-15-2004   P   C  P     2
BMM          EX-OFFENDERS' JOB TIPS        07-13-2004 07-14-2004   P   C  P     2
BMM          PREPARATION FOR EMPLOYMENT    07-12-2004 07-13-2004   P   C  P     2
BMM          PUBLIC SPEAKING               04-29-2004 06-17-2004   P   C  P    16
BMM          WORKING WITH YOUR SUPERVISOR  05-12-2004 05-13-2004   P   C  P     2
BMM          THE CUSTOMER IS OUR BOSS      05-06-2004 05-07-2004   P   C  P     2

G0002        MORE PAGES TO FOLLOW . . .
```

```
FOR87            *          INMATE EDUCATION DATA         *       07-17-2018
PAGE 003 OF 003  *              TRANSCRIPT                *       13:06:30

REGISTER NO: 28332-077     NAME..: CLIFTON              FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: FOR-FORREST CITY FCI
```

```
---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL    DESCRIPTION                    START DATE  STOP DATE EVNT AC LV  HRS
BMM         YOU AND YOUR CO-WORKERS        05-05-2004 05-06-2004  P   C  P     2
BMM         HEADS UP                       05-03-2004 05-04-2004  P   C  P     2
BMM         TOUGH QUESTIONS&STRAIGHT ANSWE 03-03-2004 03-04-2004  P   C  P     2
BMM         WOULD I WORK WITH ME           03-01-2004 03-02-2004  P   C  P     2
BMM         ENTER HERE                     03-02-2004 03-03-2004  P   C  P     2
BMM         BASKTBALL CLINIC;SAT 7:30A     02-10-2004 03-03-2004  P   C  P    12
BMM         THE CUSTOMER IS OUR BOSS       02-26-2004 02-27-2004  P   C  P     2
BMM         WORLD OF WORK                  02-25-2004 02-26-2004  P   C  P     2
BMM         HANDBALL OFF CLASS,TH F 6-8 PM 11-02-2003 12-12-2003  P   C  P    16
BMM         FOOTBALL CLINICS;SAT 7:30A     09-09-2003 10-24-2003  P   C  P    12
BMM         PRESENTATION SKILLS            06-19-2003 06-27-2003  P   C  P    10
BMM         ADVANCED MICROCOMPUTER CLASS   02-10-2003 06-06-2003  P   C  C   240
BMM         MICROCOMPUTER VT,M-F,1230-1530 06-05-2002 09-27-2002  P   C  C   240
BMM         BASKTBALL CLINIC;SAT 7:30A     02-14-2002 03-07-2002  P   C  P    12
BMP         ADV TYPING 2:00-3:00           10-19-1998 11-17-1998  P   C  P    20
BMP         TYPING MON-FRI 1:00 - 2:00PM   09-09-1998 10-19-1998  P   C  P    20
BMP         SEWING VT: M-F 12:30P-3:30PM   09-16-1997 10-16-1997  P   C  E    60
BMP         BUILDING MAINT: M-F 1230-3:30P 08-04-1997 08-29-1997  P   C  E    60
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# CERTIFICATE OF APPRECIATION

Is hereby presented to:

## Maurice Clifton

For your Outstanding Service, Dedication, and Patience in
In Exemplifying True Character, Courage and Commitment
to the Organization & Facilitation of the

## "Women's History Program"



CELEBRATING
Women of Character
Courage & Commitment

Here at Federal Correctional Complex Yazoo City

Given on this 20th day of March, 2014

_Bonita Mosley, Warden-Low_

_Sylvester Jenkins, AWI&E_

# ServSafe
National Restaurant Association

# ServSafe CERTIFICATION

EXAM FORM NO.   4804

CERTIFICATE NO.   9819134

TO   MAURICE CLIFTON SR

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

DATE OF EXAMINATION
02/28/2013

DATE OF EXPIRATION
02/28/2018

Local laws apply. Check with your local regulatory agency for recertification requirements.

ACCREDITED PROGRAM
American National Standards Institute
and the Conference for Food Protection
#0655

©2012 National Restaurant
The logo and ...

... trademark of the NRAEF, used under license by National Restaurant Association Solutions, LLC.

... by Vice President, National Restaurant Association

(ANSI)



ServSafe
National Restaurant Association

| | |
|---|---|
| Student Name | MAURICE CLIFTON SR |
| Class Number | 1218666 |
| Exam Date | 02/28/2013 |
| Expiration Date | 02/28/2018 |
| Instructor Name | Danny Williams |
| Sponsor Name | Federal Bureau of Prisons |
| Exam Location | MS |
| Exam Form Name | 4804 |

| | |
|---|---|
| Overall Point Score | 75 |
| Overall % Score | 93 |
| Passing % Score | 75 |
| Status | PASSED |

| | Perfect Point Score | Your Point Score |
|---|---|---|
| | 80 | 75 |
| **Domain Names** | | |
| Implement Food Safety SOPs | 16 | 15 |
| Employee Hygiene and Health | 12 | 11 |
| Receipt, Storage, Transport | 13 | 12 |
| Food Prep, Display and Service | 28 | 26 |
| Compliance with Regulatory | 11 | 11 |

**American Society for Quality**

Maurice Clifton

has satisfactorily fulfilled the requirements established by the Society for professional attainment and is, therefore, certified by the Society as a

Certified Quality Improvement Associate

Certification Number | Date Issued

12931 | 10/26/2017



ServSafe
National Restaurant Association

ServSafe
CERTIFICATION

Exam Form No. 4804
Cert. No. 9819134

TO MAURICE CLIFTON SR

for successfully compl... ... ... set forth by the National Restaurant Association Educational Foundation for the ServSafe® Food ... ... ... ster Certification Examination.

Date of Examination: 02/28/20...

Date of Expiration: 02/28/2018

Local laws apply. Check with your local regul... ...fication requirements. ©2012 National Restaurant Association Ed... ...AEF). All rights reserved. ServSafe is a registered trademark of t... ...se by National Restaurant Association Solutions, LLC. The l... ...is a trademark of the National Restaurant Associa...

ANSI
#0655



## ASQ
### The Global Voice of Quality

December 6, 2017

65638428
Maurice Clifton
UNICOR
PO Box 7000
Forrest City, AR 72336-7000

Dear Maurice Clifton:

CONGRATULATIONS! The Certification Board is pleased to announce that you have passed the written examination for the ASQ Certified Quality Improvement Associate Certificate. You have reached an important milestone in your professional development.

Certification is not a license. It is peer recognition of proficiency in the prescribed body of knowledge. Please refer to your certification in terms which are consistent with the legal requirements found in many states. We recommend that you refer to yourself as an "ASQ Certified Quality Improvement Associate." It is very important that you associate the Society with your certification.

Enclosed are your certificate and wallet card. Please review this information and call ASQ Headquarters if there are any discrepancies. As a certified individual, the ASQ Code of Ethics should serve as your professional guide.

You can be rightfully proud of your certification as recognition of your professional knowledge by your peers in a professional society. Your name will be given to the Chair of your ASQ section for recognition through the Section.

We look forward to your continued participation in the Society.

Sincerely,

Michael R. Villa, Chair
ASQ Certification Board

Enclosures



# American Society for Quality

## *Maurice Clifton*

*has satisfactorily fulfilled the requirements established
by the Society for professional attainment in*

## *Quality Improvement*

*and is, therefore, certified by the Society as a*

## *Certified Quality Improvement Associate*

| | |
|---|---|
| *Certification Number* | *12931* |
| *Certification Date* | *10/26/2017* |



Chair, Certification Board

Chair



Maurice Clifton

14310945

---

**UNICOR INMATE WORKER**

Forrest City, Arkansas FCC-Low

This is to verify that the following inmate is enrolled in the UNICOR Program

Name: Clifton, Maurice

BOP#: 28332-077

Work Detail: IBO

Issue Date: 12/20/2017

Certifying Official: 

unicor
*where life's changing*

---

**CERTIFICATION CARD**

Q
ASQ
*The Global Voice of Quality*

600 North Plankinton Avenue
P.O. Box 3005
Milwaukee, WI 53201-3005
414-272-8575  Fax 414-272-1734
800-248-1946 (USA, CANADA)
001-877-442-8726 (MEXICO)
+01-414-272-8575 (INTERNATIONAL)

_____

asq.org

# Holmes Community College
## Workforce Development Center

Certificate of Completion
This certifies that

# Maurice Clifton

Successfully completed the requirements for 300 hours

**Restaurant Management**

_Earline R. Smith_
_____
Workforce Program Manager

2/05/2013
Date of Class



## MISSISSIPPI HOSPITALITY & RESTAURANT ASSOCIATION

THIS CERTIFIES THAT

# Maurice Clifton

has successfully completed the Restaurant Management Program

and therefore awarded this certificate of completion

Given this 5th day of February, 2013

Grady Griffin - Director of Education

Mississippi Hospitality & Restaurant Association

Instructor

# Toastmasters International

certifies

## *Maurice Clifton*

as a

# Charter Member

*of an officially chartered Toastmasters club with privileges
and responsibilities of active membership*



October 1, 2013

*Daniel Rex
Executive Director*

3281098

Date

Club Number

Item 503

Maurice Clifton
# 28332-077
Federal Correctional Complex
P.O. Box 9000
Forrest City, AR 72336



"LEGAL MAIL"



WC

<<28332-077<>
David Crews - Clerk
Judge Neal Biggers
911 Jackson AVE E
Federal Building, Rm 369
Oxford, MS 38655
United States

