IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-60867
_____

In re: MAURICE CLIFTON,

        Petitioner

A True Copy
Certified order issued Jan 22, 2019

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

_____

Petition for a Writ of Mandamus
to the United States District Court for the
Northern District of Mississippi
_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the petition is dismissed as of January 22, 2019, for want of prosecution. The petitioner failed to timely comply with the court's notice of December 17, 2018.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _____
                Monica R. Washington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT