RECEIVED
FEB 15 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES COURT FOR THE**
**NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MAURICE CLIFTON<br>Defendant. | Case No. 3:97-CR-00006-NBB<br><br>Honorable Neal B. Biggers<br>United States District Court<br>Judge Presiding<br><br>Related USCA No. 19-60038 |

---

## MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS* WITHOUT PREPAYMENT OF FILING FEES AND COSTS

---

NOW COMES Movant and Defendant, Maurice Clifton, Non-attorney, Non-lawyer, *In Propria Persona* ("*Pro Se*") and pursuant to relevant Local Rules 7.1(c) and 7.6 (Local Rules of Civil Procedure); and Relevant Federal Rules of Civil and Criminal Procedure, FRCP 55(b)(1); 55(b)(2); 55(e), *et al.*, very respectfully moves this Honorable Court under oath, and in consideration of the penalty of perjury states as follows:

PRELIMINARY STATEMENT

Defendant's absolute right to meaningful access to the United States Federal Court has been criminally and circumstantially compromised by Judge Biggers' willful negligence to consider Defendant Clifton's meritorious claims for good cause for entitled relief and appeal.

## BACKGROUND

On June 14, 2018, Defendant Maurice Clifton filed with the Clerk of the Court a verified motion to reopen this criminal case because the administration of justice was contrary to due process requirements of the Fifth Amendment and prejudicial to defendant causing continuant and irreparable harm. The Lower Court Judge Neal B. Biggers thought so little of Defendant's *Pro Se* documents that he failed to even consider any of his claims and summarily denied Defendant's Motion to Reopen Case on *Habeas Corpus* grounds without first reestablishing the Court's subject matter jurisdiction by first reopening this case.

The procedural default of the Lower Court violates due process and must be corrected on review.

Defendant is a prisoner and is unable to prepay the required filing fees. See Bureau of Prison's inmate pay ledger as made a part hereof as **Exhibit, A.**

This appeal is taken in good faith and for good cause. Further declarant sayeth naught.

Wherefore, Maurice Clifton, Non-lawyer, Non-attorney, Defendant *Pro Se* very respectfully prays that this Honorable Court will grant entitled relief and to allow this appeal to proceed without prepayment of filing fees or providing economic security. And grant such further relief as morally and constitutionally warranted.

*Very Respectfully Submitted,*

*Maurice Clifton Sr*
Maurice Clifton, Defendant
Petitioner, Movant, *In Propria Persona*
USM# 10590-042; and USM# 28332-077

Dated: February 7, 2019

Non-Attorney, Non-Lawyer
Defendant, Petitioner, Movant
Maurice Clifton, *In Propria Persona*
Forrest City Correctional Complex
Post Office Box 9000 (Low)
Forrest City, Arkansas 72336-9000

## CERTIFICATE OF SERVICE

Maurice Clifton being first duly sworn and under oath states that he served this Notice on the following parties-in-interest along with all relevant attachments *via* first class mail, addressed as indicated, with proper postage prepaid and mailed from the U.S. Postal receptacle in the Wynne Unit C *(mail box rule applies)* building on Thursday, February 7, 2019, before the hour of 4:00 p.m., Federal Correctional Complex, Forrest City, Arkansas 72336-9000.

*Respectfully Submitted,*

/s/ Maurice Clifton
Maurice Clifton, Defendant
Non-Attorney, Non-Lawyer, *Pro Se*

Mr. Matthew G. Whitaker, Esq.
Acting United States Attorney General
c/o General Counsel, Office of Professional Responsibility
935-950 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Office of the U.S. Attorney
Mr. Robert H. Norman, Esq.
Mr. Paul D. Roberts, Esq.
Mr. William C. Lamar, Esq.
Office of the U.S. Attorney
900 Jefferson Avenue
Oxford, MS 38655-3608

Mr. Lyle W. Cayce
Clerk of the Court
United States Court of Appeals
For the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130
Case No. 18-60620

Office of the Clerk
Clerk of the U.S. District Court
Northern District of Mississippi
911 Jefferson Avenue
Oxford, Mississippi 38655

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 28332077 | Current Institution: | Forrest City - FCC |
| Inmate Name: | CLIFTON, MAURICE | Housing Unit: | FOR-W-C |
| Report Date: | 02/12/2019 | Living Quarters: | W11-140L |
| Report Time: | 2:51:14 PM | | |

General Information   |   Account Balances   |   Commissary History   |   Commissary Restrictions   |   Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6456 |
| PAC #: | 215434256 |
| Revalidation Date: | 7th |
| FRP Participation Status: | Completed |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 5/5/2017 3:13:38 AM |
| Sort Codes: | |
| Last Account Update: | 2/11/2019 8:12:46 PM |
| Account Status: | Active |
| Phone Balance: | $2.44 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☐ Payroll   ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $3,645.95 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

|  |  |
|---:|:---|
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $3,645.95 |
| National 6 Months Deposits: | $2,478.55 |
| National 6 Months Withdrawals: | $1,480.35 |
| Available Funds to be considered for IFRP Payments: | $2,028.55 |
| National 6 Months Avg Daily Balance: | $2,889.55 |
| Local Max. Balance - Prev. 30 Days: | $3,657.95 |
| Average Balance - Prev. 30 Days: | $3,358.51 |

## Commissary History

### Purchases

|  |  |
|---:|:---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $515.05 |
| Last Sales Date: | 2/6/2019 11:28:18 AM |

### SPO Information

|  |  |
|---:|:---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

|  |  |
|---:|:---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $360.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $360.00 |

## Commissary Restrictions

### Spending Limit Restrictions

|  |  |
|---:|:---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

**Comments**

**Comments:**

---


Maurice Clifton
#28332-077
Federal Correctional Complex-u/c
P.O. Box 9000
Forrest city, AR 72336

"LEGAL MAIL"



28332-077
David Crews - Clerk
Judge Neal Biggers
911 Jackson AVE E
Federal Building, Rm 369
Oxford, MS 38655
United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

RECEIVED
FEB 15 2019





U.S. POSTAGE PAID
FCM LG ENV
FORREST CITY, AR
72335
FEB 13, 19
AMOUNT
$0.00
R2305E125361-88



