IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

V.                                                       CRIMINAL ACTION NO. 3:97-CR-00006-NBB

MAURICE CLIFTON                                                                         DEFENDANT

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the above-captioned case from the final order in a proceeding under 28 U.S.C. § 2255, the Court, considering the record in the case and the requirements of Fed. R.App. P. 22(b) and 28 U.S.C. § 2253(c), hereby finds that:

☐   The applicant has made a substantial showing of the denial of a constitutional right.

☒   **A certificate of appealability should not issue**.

**REASONS FOR DENIAL**:

For the reasons stated in the order, the Court finds that the Petitioner has failed to "demonstrate that the issues are debatable among jurists of reason; that a court could resolve issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1993) (superseded by statute) (citations and quotations omitted); 28 U.S.C. § 2253 (c)(1) and (2). Specifically, the Court finds, for the reasons set forth in its December 20, 2018, order, that the instant motion to vacate, set aside, or correct sentence should be denied.

**SO ORDERED**, this the 17th day of May, 2019.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**