July 1, 2019

RECEIVED
JUL 05 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Maurice Clifton #28332-077
Federal Prison Camp - Delta
P.O. Box 8000
Forrest City, AR 72336

The Honorable Sharion Aycock,
Senior Judge
Northern District of Mississippi
911 Jackson Avenue E
Oxford, MS 38655

CS# 3:97 CR 0006-B-B
"Northern District of Mississippi"

Dear Your Honor,

I'm writing thanking you for appointing me an Attorney pursuant to the Retroactivity of the Fair Sentencing Act, and the Applications under 404. I still have not received a PSR Addendum with the 2019 application as it pertains to my Charge and indictment.

There were no drugs in my indictment, but it was 6.4 grams entered into evidence. My Statute was 5 to 40, and now is 0-20 under the Fair Sentencing Act.

Also, attached is my Educational Transcript, which will show over six thousand hours of training, and numerous certifications over the past twenty-two years. I have several more that are from outside educational sources, and will present them on request; if they are considered under 3553(a).

Thank you for your time and consideration in this matter.

Respectfully,
Maurice Clifton
28332-077 / 10590-042

7/01/19

Clerk of The Court;
Could you Please send me a copy stamped filed.

CS# 3:97CR0006-BB

RECEIVED
JUL 05 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

```
 FORA9            *        INMATE EDUCATION DATA        *     07-01-2019
 PAGE 001         *              TRANSCRIPT             *     14:53:07

 REGISTER NO: 28332-077    NAME..: CLIFTON              FUNC: PRT
 FORMAT.....: TRANSCRIPT   RSP OF: FOR-FORREST CITY FCI

 -------------------------- EDUCATION INFORMATION --------------------------
 FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
 FOR  ESL HAS    ENGLISH PROFICIENT           07-22-1997 1951 CURRENT
 FOR  GED HAS    COMPLETED GED OR HS DIPLOMA  07-22-1997 1953 CURRENT

 -------------------------- EDUCATION COURSES   --------------------------
 SUB-FACL  DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
 FOR       UNICOR ASQ CQIA              07-11-2017 10-26-2017   P   C  P   16
 FOR       BASKETBALL OFFICIATING       06-01-2017 09-18-2017   P   C  P    1
 FOR       RPP ORIENT RELRQMTS A&O CORE5 05-11-2017 05-11-2017  P   C  P    1
 BEN       2 HR ANNUAL HEALTH FAIR-RPP#1 12-08-2016 12-08-2016  P   C  P    2
 BEN       NCCER 2-3PM M-F/HUDSON-RPP#6 08-08-2016 12-02-2016   P   C  C  120
 BEN       QTRLY MEN'S HEALTH SEM/3-RPP#1 08-04-2016 08-04-2016 P   C  P    2
 BEN       NCCER GO GREEN M-F 2-3:30 P.M. 06-10-2016 06-23-2016 P   C  C  120
 BEN       JOB FAIR MOK INTERVIEW MAIN  04-27-2016 04-27-2016   P   C  P    2
 BEN       JOB FAIR INFORMATION RPP 2,5,6 04-27-2016 05-03-2016 P   C  P    1
 BEN       EXPLORE INTERVIEW PROCESS#2/#6 04-18-2016 04-28-2016 P   C  P   16
 BEN       INTRO TO RESUMES (EM#2/PG#6) 04-18-2016 04-28-2016   P   C  P   16
 BEN       EMPLOYABILITY SKILLS EM#2/PG#6 04-18-2016 04-28-2016 P   C  P   16
 BEN       NCCER CORE M-F HUDSON/RPP#6  12-14-2015 01-28-2016   P   C  C  180
 BEN       KEYBOARDING CLASS            01-05-2016 02-09-2016   P   C  P   16
 BEN       BASKETBALL OFFICIALS-RPP#6   11-23-2015 12-11-2015   P   C  P   24
 YAZ       INSIDE OUT DAD 1-PARENT SEMINR 06-16-2014 06-17-2014 P   C  P    2
 YAZ       THEOLOGY THROUGH FILM CLASS  05-01-2014 06-04-2014   P   C  P   14
 YAZ       INTRODUCTION TO TOASTMASTERS 01-16-2014 03-14-2014   P   C  P   16
 YAZ       RPP5 RECOVERY MAINTENANCE    03-06-2014 03-06-2014   P   C  P    1
 YAZ       RPP2 DRESS FOR SUCCESS       01-07-2014 01-07-2014   P   C  P    1
 YAZ       RPP2 FROM PRISON TO PAYCHECK 01-07-2014 01-07-2014   P   C  P    1
 YAZ       PARENTING LOW T 1:00-3:00    08-08-2013 10-18-2013   P   C  P   16
 YAZ       RPP6-POSTIVE PARENTING       10-30-2013 10-30-2013   P   C  P    1
 YAZ       RPP2 FROM PRISON TO PAYCHECK 10-29-2013 10-29-2013   P   C  P    1
 YAZ       RPP2 DRESS FOR SUCCESS       10-29-2013 10-29-2013   P   C  P    1
 YAZ       HEALTH SEMINAR               05-23-2012 07-12-2013   P   C  P    2
 YAZ       CALISTHENICS I AM-LOW        04-26-2013 05-25-2013   P   C  P    2
 YAZ       SERVE SAFE MGMNT, M-F, 1-3   02-06-2013 03-01-2013   P   C  C  100
 YAZ       RESTAURANT MGT, M-F,1:00-3:00 08-25-2012 02-05-2013  P   C  C  300
 YAZ       JUMP ROPE I-LOW              03-27-2012 04-23-2012   P   C  P    2
 YAZ       CHALLENGE FOR CHANGE 2       09-13-2011 09-13-2011   P   C  P    2
 YAZ       BETHESDA PARENTING SEM 1     09-29-2011 09-29-2011   P   C  P    2
 YAZ       BUSINESS SEMINAR-LOW         08-23-2011 08-23-2011   P   C  P    2
 YAZ       CAREER SEMINAR-LOW           08-10-2011 08-10-2011   P   C  P    2
 YAZ       TEACHER AID APPRENTICESHIP-LOW 02-25-2011 09-07-2011 P   C  A 1000
 YAZ       INSIDE OUT DAD 4-PARENT SEMINR 08-01-2011 08-03-2011 P   C  P    2
 YAZ       CAREER RESOURCE SEMINAR      04-01-2011 04-01-2011   P   C  P    2
 YAZ       INSIDE OUT DAD 2-PARENT SEMINR 12-29-2010 12-29-2010 P   C  P    2
 YAZ       JOB FAIR INTERVIEW           12-09-2010 12-09-2010   P   C  P    4
 YAZ       JOB SKILLS, THUR 1:00-3:00   10-06-2010 12-01-2010   P   C  P   16

 G0002         MORE PAGES TO FOLLOW . . .
```

*Factors To be Considered under 3553(a), as evidence of Rehabilitation.*

*Given to inmate Pendergrass*
*Do all 3 pgs*

```
FORA9            *          INMATE EDUCATION DATA       *     07-01-2019
PAGE 002         *               TRANSCRIPT             *     14:53:07

REGISTER NO: 28332-077    NAME..: CLIFTON                FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: FOR-FORREST CITY FCI
```

```
------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV   HRS
YAZ       JOB FAIR INTERVIEW          12-04-2009  12-04-2009  P   C  P     4
YAZ       JOB SKILLS, THUR 1:00-3:00  10-02-2009  12-03-2009  P   C  P    16
YAZ       ISO INTERNAL QUALITY AUDITING 11-19-2007 01-12-2009 P   C  P    15
YAZ       RPP1 STRESS MANAGEMENT      09-22-2008  10-21-2008  P   C  P     6
YAM       CALISTHENICS                07-29-2007  09-09-2007  P   C  P     6
YAM       BASKETBALL OFFICIAL         07-08-2007  07-10-2007  P   C  P     2
YAM       AEROBICS                    06-27-2007  06-27-2007  P   C  P    16
YAM       BASKETBALL OFFICIAL         04-03-2007  06-05-2007  P   C  P     2
YAM       RPP6 BLACK HISTORY REVIEW   02-06-2007  02-28-2007  P   C  P     8
YAM       RPP2 JOB INTERVIEW          06-14-2006  07-05-2006  P   C  P     6
YAM       RPP2 JOB APPLICATION        05-17-2006  06-07-2006  P   C  P     6
YAM       RPP2 JOB SEARCH             04-24-2006  05-17-2006  P   C  P     6
YAM       YOGA                        06-28-2006  06-28-2006  P   C  P    10
YAM       RPP2 PROGRAMS MOCK JOB FAIR 12-15-2005  12-15-2005  P   C  P     4
YAM       CALISTHENICS                10-20-2005  01-05-2006  P   C  P    18
YAM       RPP1 INFECTIOUS DISEASE AWARE 06-27-2005 06-27-2005 P   C  P     1
BMM       EDUC AIDE APPRENTICE,4000 HRS 02-04-2004 06-14-2005 P   W  I  2720
BMM       HOW TO KEEP A JOB           03-23-2005  03-24-2005  P   C  P     2
BMM       HOW TO LEAVE A JOB          03-24-2005  03-25-2005  P   C  P     2
BMM       HIRING EX-OFFENDERS PART 2  03-22-2005  03-23-2005  P   C  P     2
BMM       HIRING EX-OFFENDERS PART 1  03-22-2005  03-23-2005  P   C  P     2
BMM       EX-OFFENDERS' JOB TIPS      03-21-2005  03-22-2005  P   C  P     2
BMM       TRANSITIONING BACK TO SOCIETY 03-17-2005 03-18-2005 P   C  P     2
BMM       BLACK HISTORY REVIEW        02-01-2005  02-22-2005  P   C  P     9
BMM       BASKTBALL CLINIC            02-25-2005  03-09-2005  P   C  P    12
BMM       NOW YOU HAVE A JOB KEEP IT  03-08-2005  03-09-2005  P   C  P     2
BMM       HIRING EX-OFFENDERS PART 1  10-07-2004  10-08-2004  P   C  P     2
BMM       HIRING EX-OFFENDERS PART 2  10-11-2004  10-12-2004  P   C  P     2
BMM       DEVELOPING LEADERSHIP SKILLS 1 10-19-2004 10-20-2004 P  C  P     2
BMM       ACE GEOMETRY                08-09-2004  09-24-2004  P   C  P    16
BMM       MOCK JOB FAIR               10-14-2004  10-14-2004  P   C  P     7
BMM       JOB INTERVIEWING            08-31-2004  10-14-2004  P   C  P     8
BMM       RESUME WRITING CLASS        09-02-2004  09-02-2004  P   C  P     2
BMM       FOOTBALL CLINICS;SAT 7:30A  09-02-2004  09-25-2004  P   C  P    12
BMM       PERSONAL SUCCESS STORIES    08-05-2004  08-06-2004  P   C  P     2
BMM       HOW TO LEAVE A JOB          08-04-2004  08-05-2004  P   C  P     2
BMM       HOW TO GET AHEAD ON THE JOB 08-03-2004  08-04-2004  P   C  P     2
BMM       HOW TO KEEP A JOB           08-02-2004  08-03-2004  P   C  P     2
BMM       HIRING EX-OFFENDERS PART 2  07-15-2004  07-16-2004  P   C  P     2
BMM       HIRING EX-OFFENDERS PART 1  07-14-2004  07-15-2004  P   C  P     2
BMM       EX-OFFENDERS' JOB TIPS      07-13-2004  07-14-2004  P   C  P     2
BMM       PREPARATION FOR EMPLOYMENT  07-12-2004  07-13-2004  P   C  P     2
BMM       PUBLIC SPEAKING             04-29-2004  06-17-2004  P   C  P    16
BMM       WORKING WITH YOUR SUPERVISOR 05-12-2004 05-13-2004  P   C  P     2
BMM       THE CUSTOMER IS OUR BOSS    05-06-2004  05-07-2004  P   C  P     2

G0002       MORE PAGES TO FOLLOW . . .
```

```
    FORA9          *         INMATE EDUCATION DATA        *      07-01-2019
PAGE 003 OF 003 *                 TRANSCRIPT             *      14:53:07

REGISTER NO: 28332-077     NAME..: CLIFTON                   FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: FOR-FORREST CITY FCI

---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION                  START DATE STOP DATE EVNT AC LV  HRS
BMM        YOU AND YOUR CO-WORKERS      05-05-2004 05-06-2004  P   C  P    2
BMM        HEADS UP                     05-03-2004 05-04-2004  P   C  P    2
BMM        TOUGH QUESTIONS&STRAIGHT ANSWE 03-03-2004 03-04-2004 P  C  P    2
BMM        WOULD I WORK WITH ME         03-01-2004 03-02-2004  P   C  P    2
BMM        ENTER HERE                   03-02-2004 03-03-2004  P   C  P    2
BMM        BASKTBALL CLINIC;SAT 7:30A   02-10-2004 03-03-2004  P   C  P   12
BMM        THE CUSTOMER IS OUR BOSS     02-26-2004 02-27-2004  P   C  P    2
BMM        WORLD OF WORK                02-25-2004 02-26-2004  P   C  P    2
BMM        HANDBALL OFF CLASS,TH F 6-8 PM 11-02-2003 12-12-2003 P  C  P   16
BMM        FOOTBALL CLINICS;SAT 7:30A   09-09-2003 10-24-2003  P   C  P   12
BMM        PRESENTATION SKILLS          06-19-2003 06-27-2003  P   C  P   10
BMM        ADVANCED MICROCOMPUTER CLASS 02-10-2003 06-06-2003  P   C  C  240
BMM        MICROCOMPUTER VT,M-F,1230-1530 06-05-2002 09-27-2002 P  C  C  240
BMM        BASKTBALL CLINIC;SAT 7:30A   02-14-2002 03-07-2002  P   C  P   12
BMP        ADV TYPING 2:00-3:00         10-19-1998 11-17-1998  P   C  P   20
BMP        TYPING MON-FRI 1:00 - 2:00PM 09-09-1998 10-19-1998  P   C  P   20
BMP        SEWING VT: M-F 12:30P-3:30PM 09-16-1997 10-16-1997  P   C  E   60
BMP        BUILDING MAINT: M-F 1230-3:30P 08-04-1997 08-29-1997 P  C  E   60




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

Name Maurice Clifton
Reg# 28332-077
Federal Prison Camp - Delta
P.O. Box 9000
Forrest City, AR 72336

MEMPHIS TN 380
02 JUL 2019 PM 1 L



"Legal Mail"

⇔28332-077⇔
David Crews - Clerk
Judge Neal Biggers
911 Jackson AVE E
Federal Building, Rm 369
Oxford, MS 38655
United States

38655-362294