```
FORA9            *         INMATE EDUCATION DATA          *    07-01-2019
PAGE 001         *              TRANSCRIPT                *      14:53:07

REGISTER NO: 28332-077      NAME..: CLIFTON                    FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: FOR-FORREST CITY FCI

------------------------------ EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
FOR  ESL HAS    ENGLISH PROFICIENT            07-22-1997 1951 CURRENT
FOR  GED HAS    COMPLETED GED OR HS DIPLOMA   07-22-1997 1953 CURRENT

------------------------------ EDUCATION COURSES -------------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
FOR        UNICOR ASQ CQIA                07-11-2017 10-26-2017   P   C  P    16
FOR        BASKETBALL OFFICIATING         06-01-2017 09-18-2017   P   C  P     1
FOR        RPP ORIENT RELRQMTS A&O CORE5  05-11-2017 05-11-2017   P   C  P     1
BEN        2 HR ANNUAL HEALTH FAIR-RPP#1  12-08-2016 12-08-2016   P   C  P     2
BEN        NCCER 2-3PM M-F/HUDSON-RPP#6   08-08-2016 12-02-2016   P   C  C   120
BEN        QTRLY MEN'S HEALTH SEM/3-RPP#1 08-04-2016 08-04-2016   P   C  P     2
BEN        NCCER GO GREEN M-F 2-3:30 P.M. 06-10-2016 06-23-2016   P   C  C   120
BEN        JOB FAIR MOK INTERVIEW MAIN    04-27-2016 04-27-2016   P   C  P     2
BEN        JOB FAIR INFORMATION RPP 2,5,6 04-27-2016 05-03-2016   P   C  P     1
BEN        EXPLORE INTERVIEW PROCESS#2/#6 04-18-2016 04-28-2016   P   C  P    16
BEN        INTRO TO RESUMES (EM#2/PG#6)   04-18-2016 04-28-2016   P   C  P    16
BEN        EMPLOYABILITY SKILLS EM#2/PG#6 04-18-2016 04-28-2016   P   C  P    16
BEN        NCCER CORE M-F HUDSON/RPP#6    12-14-2015 01-28-2016   P   C  C   180
BEN        KEYBOARDING CLASS              01-05-2016 02-09-2016   P   C  P    16
BEN        BASKETBALL OFFICIALS-RPP#6     11-23-2015 12-11-2015   P   C  P    24
YAZ        INSIDE OUT DAD 1-PARENT SEMINR 06-16-2014 06-17-2014   P   C  P     2
YAZ        THEOLOGY THROUGH FILM CLASS    05-01-2014 06-04-2014   P   C  P    14
YAZ        INTRODUCTION TO TOASTMASTERS   01-16-2014 03-14-2014   P   C  P    16
YAZ        RPP5 RECOVERY MAINTENANCE      03-06-2014 03-06-2014   P   C  P     1
YAZ        RPP2 DRESS FOR SUCCESS         01-07-2014 01-07-2014   P   C  P     1
YAZ        RPP2 FROM PRISON TO PAYCHECK   01-07-2014 01-07-2014   P   C  P     1
YAZ        PARENTING LOW T 1:00-3:00      08-08-2013 10-18-2013   P   C  P    16
YAZ        RPP6-POSTIVE PARENTING         10-30-2013 10-30-2013   P   C  P     1
YAZ        RPP2 FROM PRISON TO PAYCHECK   10-29-2013 10-29-2013   P   C  P     1
YAZ        RPP2 DRESS FOR SUCCESS         10-29-2013 10-29-2013   P   C  P     1
YAZ        HEALTH SEMINAR                 05-23-2012 07-12-2013   P   C  P     2
YAZ        CALISTHENICS I AM-LOW          04-26-2013 05-25-2013   P   C  P     2
YAZ        SERVE SAFE MGMNT, M-F, 1-3     02-06-2013 03-01-2013   P   C  C   100
YAZ        RESTAURANT MGT, M-F,1:00-3:00  08-25-2012 02-05-2013   P   C  C   300
YAZ        JUMP ROPE I-LOW                03-27-2012 04-23-2012   P   C  P     2
YAZ        CHALLENGE FOR CHANGE 2         09-13-2011 09-13-2011   P   C  P     2
YAZ        BETHESDA PARENTING SEM 1       09-29-2011 09-29-2011   P   C  P     2
YAZ        BUSINESS SEMINAR-LOW           08-23-2011 08-23-2011   P   C  P     2
YAZ        CAREER SEMINAR-LOW             08-10-2011 08-10-2011   P   C  P     2
YAZ        TEACHER AID APPRENTICESHIP-LOW 02-25-2011 09-07-2011   P   C  A  1000
YAZ        INSIDE OUT DAD 4-PARENT SEMINR 08-01-2011 08-03-2011   P   C  P     2
YAZ        CAREER RESOURCE SEMINAR        04-01-2011 04-01-2011   P   C  P     2
YAZ        INSIDE OUT DAD 2-PARENT SEMINR 12-29-2010 12-29-2010   P   C  P     2
YAZ        JOB FAIR INTERVIEW             12-09-2010 12-09-2010   P   C  P     4
YAZ        JOB SKILLS, THUR 1:00-3:00     10-06-2010 12-01-2010   P   C  P    16

G0002      MORE PAGES TO FOLLOW . . .
```

*Handwritten annotations:*
- "7 Actors To be Considered under 3553(a), as evidence of Rehabilitation."
- "Given to inmate Pendergrass for 1/3 pgs"

```
FORA9          *          INMATE EDUCATION DATA          *     07-01-2019
PAGE 002       *                TRANSCRIPT               *     14:53:07

REGISTER NO: 28332-077   NAME..: CLIFTON                 FUNC: PRT
FORMAT.....: TRANSCRIPT  RSP OF: FOR-FORREST CITY FCI

--------------------------- EDUCATION COURSES -------------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV   HRS
YAZ        JOB FAIR INTERVIEW             12-04-2009  12-04-2009  P   C  P      4
YAZ        JOB SKILLS, THUR 1:00-3:00     10-02-2009  12-03-2009  P   C  P     16
YAZ        ISO INTERNAL QUALITY AUDITING  11-19-2007  01-12-2009  P   C  P     15
YAZ        RPP1 STRESS MANAGEMENT         09-22-2008  10-21-2008  P   C  P      6
YAM        CALISTHENICS                   07-29-2007  09-09-2007  P   C  P      6
YAM        BASKETBALL OFFICIAL            07-08-2007  07-10-2007  P   C  P      2
YAM        AEROBICS                       06-27-2007  06-27-2007  P   C  P     16
YAM        BASKETBALL OFFICIAL            04-03-2007  06-05-2007  P   C  P      2
YAM        RPP6 BLACK HISTORY REVIEW      02-06-2007  02-28-2007  P   C  P      8
YAM        RPP2 JOB INTERVIEW             06-14-2006  07-05-2006  P   C  P      6
YAM        RPP2 JOB APPLICATION           05-17-2006  06-07-2006  P   C  P      6
YAM        RPP2 JOB SEARCH                04-24-2006  05-17-2006  P   C  P      6
YAM        YOGA                           06-28-2006  06-28-2006  P   C  P     10
YAM        RPP2 PROGRAMS MOCK JOB FAIR    12-15-2005  12-15-2005  P   C  P      4
YAM        CALISTHENICS                   10-20-2005  01-05-2006  P   C  P     18
YAM        RPP1 INFECTIOUS DISEASE AWARE  06-27-2005  06-27-2005  P   C  P      1
BMM        EDUC AIDE APPRENTICE,4000 HRS  02-04-2004  06-14-2005  P   W  I   2720
BMM        HOW TO KEEP A JOB              03-23-2005  03-24-2005  P   C  P      2
BMM        HOW TO LEAVE A JOB             03-24-2005  03-25-2005  P   C  P      2
BMM        HIRING EX-OFFENDERS PART 2     03-22-2005  03-23-2005  P   C  P      2
BMM        HIRING EX-OFFENDERS PART 1     03-22-2005  03-23-2005  P   C  P      2
BMM        EX-OFFENDERS' JOB TIPS         03-21-2005  03-22-2005  P   C  P      2
BMM        TRANSITIONING BACK TO SOCIETY  03-17-2005  03-18-2005  P   C  P      2
BMM        BLACK HISTORY REVIEW           02-01-2005  02-22-2005  P   C  P      9
BMM        BASKTBALL CLINIC               02-25-2005  03-09-2005  P   C  P     12
BMM        NOW YOU HAVE A JOB KEEP IT     03-08-2005  03-09-2005  P   C  P      2
BMM        HIRING EX-OFFENDERS PART 1     10-07-2004  10-08-2004  P   C  P      2
BMM        HIRING EX-OFFENDERS PART 2     10-11-2004  10-12-2004  P   C  P      2
BMM        DEVELOPING LEADERSHIP SKILLS 1 10-19-2004  10-20-2004  P   C  P      2
BMM        ACE GEOMETRY                   08-09-2004  09-24-2004  P   C  P     16
BMM        MOCK JOB FAIR                  10-14-2004  10-14-2004  P   C  P      7
BMM        JOB INTERVIEWING               08-31-2004  10-14-2004  P   C  P      8
BMM        RESUME WRITING CLASS           09-02-2004  09-02-2004  P   C  P      2
BMM        FOOTBALL CLINICS;SAT 7:30A     09-02-2004  09-25-2004  P   C  P     12
BMM        PERSONAL SUCCESS STORIES       08-05-2004  08-06-2004  P   C  P      2
BMM        HOW TO LEAVE A JOB             08-04-2004  08-05-2004  P   C  P      2
BMM        HOW TO GET AHEAD ON THE JOB    08-03-2004  08-04-2004  P   C  P      2
BMM        HOW TO KEEP A JOB              08-02-2004  08-03-2004  P   C  P      2
BMM        HIRING EX-OFFENDERS PART 2     07-15-2004  07-16-2004  P   C  P      2
BMM        HIRING EX-OFFENDERS PART 1     07-14-2004  07-15-2004  P   C  P      2
BMM        EX-OFFENDERS' JOB TIPS         07-13-2004  07-14-2004  P   C  P      2
BMM        PREPARATION FOR EMPLOYMENT     07-12-2004  07-13-2004  P   C  P      2
BMM        PUBLIC SPEAKING                04-29-2004  06-17-2004  P   C  P     16
BMM        WORKING WITH YOUR SUPERVISOR   05-12-2004  05-13-2004  P   C  P      2
BMM        THE CUSTOMER IS OUR BOSS       05-06-2004  05-07-2004  P   C  P      2

G0002      MORE PAGES TO FOLLOW . . .
```

```
 FORA9              *         INMATE EDUCATION DATA         *      07-01-2019
 PAGE 003 OF 003 *                  TRANSCRIPT              *       14:53:07

 REGISTER NO: 28332-077    NAME..: CLIFTON              FUNC: PRT
 FORMAT.....: TRANSCRIPT   RSP OF: FOR-FORREST CITY FCI

 ---------------------------- EDUCATION COURSES -----------------------------
 SUB-FACL    DESCRIPTION                   START DATE  STOP DATE  EVNT AC LV  HRS
 BMM         YOU AND YOUR CO-WORKERS       05-05-2004 05-06-2004   P   C  P    2
 BMM         HEADS UP                      05-03-2004 05-04-2004   P   C  P    2
 BMM         TOUGH QUESTIONS&STRAIGHT ANSWE 03-03-2004 03-04-2004   P   C  P    2
 BMM         WOULD I WORK WITH ME          03-01-2004 03-02-2004   P   C  P    2
 BMM         ENTER HERE                    03-02-2004 03-03-2004   P   C  P    2
 BMM         BASKTBALL CLINIC;SAT 7:30A    02-10-2004 03-03-2004   P   C  P   12
 BMM         THE CUSTOMER IS OUR BOSS      02-26-2004 02-27-2004   P   C  P    2
 BMM         WORLD OF WORK                 02-25-2004 02-26-2004   P   C  P    2
 BMM         HANDBALL OFF CLASS,TH F 6-8 PM 11-02-2003 12-12-2003  P   C  P   16
 BMM         FOOTBALL CLINICS;SAT 7:30A    09-09-2003 10-24-2003   P   C  P   12
 BMM         PRESENTATION SKILLS           06-19-2003 06-27-2003   P   C  P   10
 BMM         ADVANCED MICROCOMPUTER CLASS  02-10-2003 06-06-2003   P   C  C  240
 BMM         MICROCOMPUTER VT,M-F,1230-1530 06-05-2002 09-27-2002  P   C  C  240
 BMM         BASKTBALL CLINIC;SAT 7:30A    02-14-2002 03-07-2002   P   C  P   12
 BMP         ADV TYPING 2:00-3:00          10-19-1998 11-17-1998   P   C  P   20
 BMP         TYPING MON-FRI 1:00 - 2:00PM  09-09-1998 10-19-1998   P   C  P   20
 BMP         SEWING VT: M-F 12:30P-3:30PM  09-16-1997 10-16-1997   P   C  E   60
 BMP         BUILDING MAINT: M-F 1230-3:30P 08-04-1997 08-29-1997  P   C  E   60




 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# Certificate of Appreciation

Is hereby presented to:

## Maurice Clifton

For your Outstanding Service, Dedication, and Patience in
In Exemplifying True Character, Courage and Commitment
to the Organization & Facilitation of the

## "Women's History Program"

Here at Federal Correctional Complex Yazoo City

Given on this 20th day of March, 2014

*Sylvester Jenkins, AWI&E*

*Bonita Mosley, Warden-Low*

**CELEBRATING**
**Women of Character**
**Courage & Commitment**

# ServSafe CERTIFICATION

**ServSafe** — National Restaurant Association

EXAM FORM NO. 4804
CERTIFICATE NO. 9819134

TO **MAURICE CLIFTON SR**

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

DATE OF EXAM: 08/29/2013
DATE OF EXPIRATION: 02/28/2018

Local laws apply. Check for recertification requirements.

ACCREDITED PROGRAM — ANSI
American National Standards Institute and the Conference for Food Protection
#0655

© 2012 National Restaurant Association. The logo appears as a trademark of the NRAEF, used under license by National Restaurant Association Solutions, LLC.





ASQ
The Global Voice of Quality

December 6, 2017

65638428
Maurice Clifton
UNICOR
PO Box 7000
Forrest City, AR 72336-7000

Dear Maurice Clifton:

CONGRATULATIONS! The Certification Board is pleased to announce that you have passed the written examination for the ASQ Certified Quality Improvement Associate Certificate. You have reached an important milestone in your professional development.

Certification is not a license. It is peer recognition of proficiency in the prescribed body of knowledge. Please refer to your certification in terms which are consistent with the legal requirements found in many states. We recommend that you refer to yourself as an "ASQ Certified Quality Improvement Associate." It is very important that you associate the Society with your certification.

Enclosed are your certificate and wallet card. Please review this information and call ASQ Headquarters if there are any discrepancies. As a certified individual, the ASQ Code of Ethics should serve as your professional guide.

You can be rightfully proud of your certification as recognition of your professional knowledge by your peers in a professional society. Your name will be given to the Chair of your ASQ section for recognition through the Section.

We look forward to your continued participation in the Society.

Sincerely,


Michael R. Villa, Chair
ASQ Certification Board

Enclosures

600 N. Plankinton Ave. | Milwaukee, WI 53203-2914 | 800-248-1946 | www.asq.org

# American Society for Quality

## Maurice Clifton

has satisfactorily fulfilled the requirements established by the Society for professional attainment in

## Quality Improvement

and is, therefore, certified by the Society as a

## Certified Quality Improvement Associate

Certification Number  12931
Certification Date  10/26/2017



_____  Chair

_____  Chair, Certification Board






Case: 3:97-cr-00006-NBB Doc #: 112 Filed: 01/10/19 21 of 23 PageID #: 507

# MISSISSIPPI HOSPITALITY & RESTAURANT ASSOCIATION

THIS CERTIFIES THAT

## Maurice Clifton

has successfully completed the Restaurant Management Program and therefore awarded this certificate of completion

Given this 5th day of February, 2013

_Instructor_

Grady Griffin - Director of Education

Case: 3:97-cr-00006-NBB Doc #: 112 Filed: 01/10/19 22 of 23 PageID #: 508

# Toastmasters International

certifies

## Maurice Clifton

as a

## Charter Member

of an officially chartered Toastmasters club with privileges and responsibilities of active membership



Daniel Rex
Executive Director

3281098
Club Number

October 1, 2013
Date