MAURICE Clifton #25332-077
Federal Prison CAMP-Delta
P.O. Box 8000
FORREST City, AR 72336

October 22, 2019

Honorable SHARION Aycock,

Chief Judge          CS No: 3:97 CR 0006-

United States District Court

Northern District of Mississippi

203 Gilmer DR.

Amory, MS 38821

IN RE: Motion Under Section 404 of "Fair Sentencing Act"

Dear Honorable Judge Aycock,

    I'm writing in regards to The above referenced case Number, and my Pending Motion under the Fair Sentencing Act. IN January You appointed the Public Defenders, office to represent me; A motion, Was filed on my behalf on April 26, 2019.

    Judge Aycock, Under the New law I'm eligible for Immediate, release; and reasons being are as follows; 1) I went to trial for Aiding Abetting the Sale of 64 grams of Cocaine Base, and held responsible for at least 1.5 kilograms, both under the New Law takes The Statutory Maximum back to 20 years. (I have served 22 yrs and 10 months)

    2) I have been a Model inmate, who has mentored other inmates, Completed Numerous Vocational and Rehabilitation Classes, and I've work my way down From the Penitentiary to a Camp. (See Attachment) So I've obtained the Necessary skills to become gainfully employed.

    3) I'm still under the 100:1 Ratio sentence, and each day I serve over 20 years is categorically unjust;

→

page II

" October 22, 2019

4) I have numerous family members and friends who will assist me in making the transition back into society.

Judge Aycock, I humbly apologize for disturbing you, but I have had several motions pending that would have given me relief, to include, "2-Point Reduction Motion-2012", a rule 36 Motion, which I successfully removed two Misdemeanor charges that would put me back into a category I, and would have made me eligible for the safety valve; and my second "crack motion" of 2010.

My District Court Case was not finalized before Apprendi, and I should have went back to twenty years then. (2000) Your Honor, you can contact any Warden at any institution I've been incarcerated at, and they will attest to the positive impact I've made, ie Warden Mosley @ FCI Edgefield; Warden Bragg @ FCI Bennettsville; Warden Constance Reece (Retired).

Thank you for your time and humble patience in this matter, Again, I apologize for any inconvenience
God Bless You.

Respectfully,
Maurice Clifton SR. #28332-077

Maurice Clifton Sr

Profile:
Maurice Clifton SR
Arrested: January 15, 1997
D.O.B: June 24, 1965
USM: 28332-07N·10590·0
            PSI TJ
File now | File Then

```
     FOR87          *        INMATE EDUCATION DATA        *      07-17-2018
     PAGE 001        *           TRANSCRIPT               *      13:06:30

     REGISTER NO: 28332-077    NAME..: CLIFTON                FUNC: PRT
     FORMAT.....: TRANSCRIPT   RSP OF: FOR-FORREST CITY FCI
```

```
------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
FOR  ESL HAS    ENGLISH PROFICIENT       07-22-1997 1951 CURRENT
FOR  GED HAS    COMPLETED GED OR HS DIPLOMA 07-22-1997 1953 CURRENT
```

```
------------------------- EDUCATION COURSES -------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
FOR        UNICOR ASQ CQIA                07-11-2017 10-26-2017   P   C  P    16
FOR        BASKETBALL OFFICIATING         06-01-2017 09-18-2017   P   C  P     1
FOR        RPP ORIENT RELRQMTS A&O CORE5  05-11-2017 05-11-2017   P   C  P     1
BEN        2 HR ANNUAL HEALTH FAIR-RPP#1  12-08-2016 12-08-2016   P   C  P     2
BEN        NCCER 2-3PM M-F/HUDSON-RPP#6   08-08-2016 12-02-2016   P   C  C   120
BEN        QTRLY MEN'S HEALTH SEM/3-RPP#1 08-04-2016 08-04-2016   P   C  P     2
BEN        NCCER GO GREEN M-F 2-3:30 P.M. 06-10-2016 06-23-2016   P   C  C   120
BEN        JOB FAIR MOK INTERVIEW MAIN    04-27-2016 04-27-2016   P   C  P     2
BEN        JOB FAIR INFORMATION RPP 2,5,6 04-27-2016 05-03-2016   P   C  P     1
BEN        EXPLORE INTERVIEW PROCESS#2/#6 04-18-2016 04-28-2016   P   C  P    16
BEN        INTRO TO RESUMES (EM#2/PG#6)   04-18-2016 04-28-2016   P   C  P    16
BEN        EMPLOYABILITY SKILLS EM#2/PG#6 04-18-2016 04-28-2016   P   C  P    16
BEN        NCCER CORE M-F HUDSON/RPP#6    12-14-2015 01-28-2016   P   C  C   180
BEN        KEYBOARDING CLASS              01-05-2016 02-09-2016   P   C  P    16
BEN        BASKETBALL OFFICIALS-RPP#6     11-23-2015 12-11-2015   P   C  P    24
YAZ        INSIDE OUT DAD 1-PARENT SEMINR 06-16-2014 06-17-2014   P   C  P     2
YAZ        THEOLOGY THROUGH FILM CLASS    05-01-2014 06-04-2014   P   C  P    14
YAZ        INTRODUCTION TO TOASTMASTERS   01-16-2014 03-14-2014   P   C  P    16
YAZ        RPP5 RECOVERY MAINTENANCE      03-06-2014 03-06-2014   P   C  P     1
YAZ        RPP2 DRESS FOR SUCCESS         01-07-2014 01-07-2014   P   C  P     1
YAZ        RPP2 FROM PRISON TO PAYCHECK   01-07-2014 01-07-2014   P   C  P     1
YAZ        PARENTING LOW T 1:00-3:00      08-08-2013 10-18-2013   P   C  P    16
YAZ        RPP6-POSTIVE PARENTING         10-30-2013 10-30-2013   P   C  P     1
YAZ        RPP2 FROM PRISON TO PAYCHECK   10-29-2013 10-29-2013   P   C  P     1
YAZ        RPP2 DRESS FOR SUCCESS         10-29-2013 10-29-2013   P   C  P     1
YAZ        HEALTH SEMINAR                 05-23-2012 07-12-2013   P   C  P     2
YAZ        CALISTHENICS I AM-LOW          04-26-2013 05-25-2013   P   C  P     2
YAZ        SERVE SAFE MGMNT, M-F, 1-3     02-06-2013 03-01-2013   P   C  C   100
YAZ        RESTAURANT MGT, M-F,1:00-3:00  08-25-2012 02-05-2013   P   C  C   300
YAZ        JUMP ROPE I-LOW                03-27-2012 04-23-2012   P   C  P     2
YAZ        CHALLENGE FOR CHANGE 2         09-13-2011 09-13-2011   P   C  P     2
YAZ        BETHESDA PARENTING SEM 1       09-29-2011 09-29-2011   P   C  P     2
YAZ        BUSINESS SEMINAR-LOW           08-23-2011 08-23-2011   P   C  P     2
YAZ        CAREER SEMINAR-LOW             08-10-2011 08-10-2011   P   C  P     2
YAZ        TEACHER AID APPRENTICESHIP-LOW 02-25-2011 09-07-2011   P   C  A  1000
YAZ        INSIDE OUT DAD 4-PARENT SEMINR 08-01-2011 08-03-2011   P   C  P     2
YAZ        CAREER RESOURCE SEMINAR        04-01-2011 04-01-2011   P   C  P     2
YAZ        INSIDE OUT DAD 2-PARENT SEMINR 12-29-2010 12-29-2010   P   C  P     2
YAZ        JOB FAIR INTERVIEW             12-09-2010 12-09-2010   P   C  P     4
YAZ        JOB SKILLS, THUR 1:00-3:00     10-06-2010 12-01-2010   P   C  P    16

G0002      MORE PAGES TO FOLLOW . . .
```

```
FOR87            *        INMATE EDUCATION DATA        *      07-17-2018
PAGE 002         *            TRANSCRIPT               *      13:06:30

REGISTER NO: 28332-077     NAME..: CLIFTON              FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: FOR-FORREST CITY FCI
```

```
----------------------------  EDUCATION COURSES  ----------------------------
SUB-FACL    DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
YAZ         JOB FAIR INTERVIEW       12-04-2009 12-04-2009  P   C  P    4
YAZ         JOB SKILLS, THUR 1:00-3:00 10-02-2009 12-03-2009  P  C  P   16
YAZ         ISO INTERNAL QUALITY AUDITING 11-19-2007 01-12-2009  P  C  P  15
YAZ         RPP1 STRESS MANAGEMENT   09-22-2008 10-21-2008  P   C  P    6
YAM         CALISTHENICS             07-29-2007 09-09-2007  P   C  P    6
YAM         BASKETBALL OFFICIAL      07-08-2007 07-10-2007  P   C  P    2
YAM         AEROBICS                 06-27-2007 06-27-2007  P   C  P   16
YAM         BASKETBALL OFFICIAL      04-03-2007 06-05-2007  P   C  P    2
YAM         RPP6 BLACK HISTORY REVIEW 02-06-2007 02-28-2007  P  C  P    8
YAM         RPP2 JOB INTERVIEW       06-14-2006 07-05-2006  P   C  P    6
YAM         RPP2 JOB APPLICATION     05-17-2006 06-07-2006  P   C  P    6
YAM         RPP2 JOB SEARCH          04-24-2006 05-17-2006  P   C  P    6
YAM         YOGA                     06-28-2006 06-28-2006  P   C  P   10
YAM         RPP2 PROGRAMS MOCK JOB FAIR 12-15-2005 12-15-2005  P  C  P   4
YAM         CALISTHENICS             10-20-2005 01-05-2006  P   C  P   18
YAM         RPP1 INFECTIOUS DISEASE AWARE 06-27-2005 06-27-2005  P  C  P   1
BMM         EDUC AIDE APPRENTICE,4000 HRS 02-04-2004 06-14-2005  P  W  I 2720
BMM         HOW TO KEEP A JOB        03-23-2005 03-24-2005  P   C  P    2
BMM         HOW TO LEAVE A JOB       03-24-2005 03-25-2005  P   C  P    2
BMM         HIRING EX-OFFENDERS PART 2 03-22-2005 03-23-2005  P  C  P    2
BMM         HIRING EX-OFFENDERS PART 1 03-22-2005 03-23-2005  P  C  P    2
BMM         EX-OFFENDERS' JOB TIPS   03-21-2005 03-22-2005  P   C  P    2
BMM         TRANSITIONING BACK TO SOCIETY 03-17-2005 03-18-2005  P  C  P   2
BMM         BLACK HISTORY REVIEW     02-01-2005 02-22-2005  P   C  P    9
BMM         BASKTBALL CLINIC         02-25-2005 03-09-2005  P   C  P   12
BMM         NOW YOU HAVE A JOB KEEP IT 03-08-2005 03-09-2005  P  C  P    2
BMM         HIRING EX-OFFENDERS PART 1 10-07-2004 10-08-2004  P  C  P    2
BMM         HIRING EX-OFFENDERS PART 2 10-11-2004 10-12-2004  P  C  P    2
BMM         DEVELOPING LEADERSHIP SKILLS 1 10-19-2004 10-20-2004  P  C  P  2
BMM         ACE GEOMETRY             08-09-2004 09-24-2004  P   C  P   16
BMM         MOCK JOB FAIR            10-14-2004 10-14-2004  P   C  P    7
BMM         JOB INTERVIEWING         08-31-2004 10-14-2004  P   C  P    8
BMM         RESUME WRITING CLASS     09-02-2004 09-02-2004  P   C  P    2
BMM         FOOTBALL CLINICS;SAT 7:30A 09-02-2004 09-25-2004  P  C  P   12
BMM         PERSONAL SUCCESS STORIES 08-05-2004 08-06-2004  P   C  P    2
BMM         HOW TO LEAVE A JOB       08-04-2004 08-05-2004  P   C  P    2
BMM         HOW TO GET AHEAD ON THE JOB 08-03-2004 08-04-2004  P  C  P   2
BMM         HOW TO KEEP A JOB        08-02-2004 08-03-2004  P   C  P    2
BMM         HIRING EX-OFFENDERS PART 2 07-15-2004 07-16-2004  P  C  P    2
BMM         HIRING EX-OFFENDERS PART 1 07-14-2004 07-15-2004  P  C  P    2
BMM         EX-OFFENDERS' JOB TIPS   07-13-2004 07-14-2004  P   C  P    2
BMM         PREPARATION FOR EMPLOYMENT 07-12-2004 07-13-2004  P  C  P    2
BMM         PUBLIC SPEAKING          04-29-2004 06-17-2004  P   C  P   16
BMM         WORKING WITH YOUR SUPERVISOR 05-12-2004 05-13-2004  P  C  P   2
BMM         THE CUSTOMER IS OUR BOSS 05-06-2004 05-07-2004  P   C  P    2

G0002       MORE PAGES TO FOLLOW . . .
```

```
FOR87          *         INMATE EDUCATION DATA        *      07-17-2018
PAGE 003 OF 003 *                TRANSCRIPT           *      13:06:30

REGISTER NO: 28332-077      NAME..: CLIFTON             FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: FOR-FORREST CITY FCI

-----------------------------  EDUCATION COURSES  -----------------------------
SUB-FACL   DESCRIPTION             START DATE  STOP DATE EVNT AC LV   HRS
BMM        YOU AND YOUR CO-WORKERS   05-05-2004 05-06-2004  P  C  P     2
BMM        HEADS UP                  05-03-2004 05-04-2004  P  C  P     2
BMM        TOUGH QUESTIONS&STRAIGHT ANSWE 03-03-2004 03-04-2004  P  C  P     2
BMM        WOULD I WORK WITH ME      03-01-2004 03-02-2004  P  C  P     2
BMM        ENTER HERE                03-02-2004 03-03-2004  P  C  P     2
BMM        BASKTBALL CLINIC;SAT 7:30A 02-10-2004 03-03-2004  P  C  P    12
BMM        THE CUSTOMER IS OUR BOSS  02-26-2004 02-27-2004  P  C  P     2
BMM        WORLD OF WORK             02-25-2004 02-26-2004  P  C  P     2
BMM        HANDBALL OFF CLASS,TH F 6-8 PM 11-02-2003 12-12-2003  P  C  P    16
BMM        FOOTBALL CLINICS;SAT 7:30A 09-09-2003 10-24-2003  P  C  P    12
BMM        PRESENTATION SKILLS       06-19-2003 06-27-2003  P  C  P    10
BMM        ADVANCED MICROCOMPUTER CLASS 02-10-2003 06-06-2003  P  C  C   240
BMM        MICROCOMPUTER VT,M-F,1230-1530 06-05-2002 09-27-2002  P  C  C   240
BMM        BASKTBALL CLINIC;SAT 7:30A 02-14-2002 03-07-2002  P  C  P    12
BMP        ADV TYPING 2:00-3:00      10-19-1998 11-17-1998  P  C  P    20
BMP        TYPING MON-FRI 1:00 - 2:00PM 09-09-1998 10-19-1998  P  C  P    20
BMP        SEWING VT: M-F 12:30P-3:30PM 09-16-1997 10-16-1997  P  C  E    60
BMP        BUILDING MAINT: M-F 1230-3:30P 08-04-1997 08-29-1997  P  C  E    60




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# CERTIFICATE OF APPRECIATION

Is hereby presented to:

## Maurice Clifton

For your Outstanding Service, Dedication, and Patience in
In Exemplifying True Character, Courage and Commitment
to the Organization & Facilitation of the

## "Women's History Program"

Here at Federal Correctional Complex Yazoo City

Given on this 20th day of March, 2014



Sylvester Jenkins, AW/I&E

Bonita Moseley, Warden-Low

CELEBRATING
Woman of Character
Courage & Commitment

EXAM FORM NO. 4804

CERTIFICATE NO. 9819134

# ServSafe®
## CERTIFICATION

TO **MAURICE CLIFTON SR**

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

DATE OF EXAMINATION 02/28/2013

DATE OF EXPIRATION 02/28/2018

Local laws apply. Check with your local regulatory agency for recertification requirements.

National Restaurant Association

®trademark of the NRAEF, used under license by National Restaurant Association Solutions, LLC.

**ServSafe**
National Restaurant Association

ACCREDITED PROGRAM
American National Standards Institute
and the Conference for Food Protection
#0655
©2012 National Restaurant...
The logo shown...

ANSI

## ServSafe
National Restaurant Association

| | |
|---|---|
| Student Name | MAURICE CLIFTON SR |
| Class Number | 1218666 |
| Exam Date | 02/28/2013 |
| Expiration Date | 02/28/2018 |
| Instructor Name | Danny Williams |
| Sponsor Name | Federal Bureau of Prisons |
| Exam Location | MS |
| Exam Form Name | 4804 |

| | |
|---|---|
| Overall Point Score | 75 |
| Overall % Score | 93 |
| Passing % Score | 75 |
| Status | PASSED |

| Domain Names | Perfect Point Score | Your Point Score |
|---|---|---|
| Implement Food Safety SOPs | 16 | 15 |
| Employee Hygiene and Health | 12 | 11 |
| Receipt, Storage, Transport | 13 | 12 |
| Food Prep, Display and Service | 28 | 26 |
| Compliance with Regulatory | 11 | 11 |

## American Society for Quality

Maurice Clifton

has satisfactorily fulfilled the requirements established
by the Society for professional attainment and is,
therefore, certified by the Society as a

### Certified Quality Improvement Associate

| Certification Number | Date Issued |
|---|---|
| 12931 | 10/26/2017 |

## ServSafe
National Restaurant Association

### CERTIFICATION

TO MAURICE CLIFTON SR

Exam Form No. 4804    Cert. No. 9819134

for successfully completing the requirements set forth by the National Restaurant Association Educational Foundation for the ServSafe Food Protection Manager Certification Examination.

Date of Examination: 02/28/2013

Date of Expiration: 02/28/2018

Local laws apply. Check with your local regulatory agency to confirm certification requirements.
©2012 National Restaurant Association Educational Foundation (NRAEF). All rights reserved.
ServSafe is a registered trademark of the NRAEF, used under license by National Restaurant Association Solutions, LLC. The "S" and design logo is a trademark of the National Restaurant Association.



The Global Voice of Quality™

December 6, 2017

6563&428
Maurice Clifton
UNICOR
PO Box 7000
Forrest City, AR 72336-7000

Dear Maurice Clifton:

CONGRATULATIONS! The Certification Board is pleased to announce that you have passed the written examination for the ASQ Certified Quality Improvement Associate Certificate. You have reached an important milestone in your professional development.

Certification is not a license. It is peer recognition of proficiency in the prescribed body of knowledge. Please refer to your certification in terms which are consistent with the legal requirements found in many states. We recommend that you refer to yourself as an "ASQ Certified Quality Improvement Associate." It is very important that you associate the Society with your certification.

Enclosed are your certificate and wallet card. Please review this information and call ASQ Headquarters if there are any discrepancies. As a certified individual, the ASQ Code of Ethics should serve as your professional guide.

You can be rightfully proud of your certification as recognition of your professional knowledge by your peers in a professional society. Your name will be given to the Chair of your ASQ section for recognition through the Section.

We look forward to your continued participation in the Society.

Sincerely,

Michael R. Villa, Chair
ASQ Certification Board

Enclosures

600 N. Plankinton Ave. | Milwaukee, WI 53203-2914 | 800-248-1946 | www.asq.org



# American Society for Quality

## Maurice Clifton

has satisfactorily fulfilled the requirements established by the Society for professional attainment in

## Quality Improvement

and is, therefore, certified by the Society as a

## Certified Quality Improvement Associate

Certification Number 12931
Certification Date 10/26/2017

_____
Chair

_____
Chair, Certification Board






Maurice Clifton

14310945



UNICOR INMATE WORKER

Federal Correctional Complex, Yazoo

This is to verify that the following inmate is enrolled in
the UNICOR program

Name: Clifton, Maurice

BOP#: 28332-077

Work Details: HFO

Issue Date: 11/20/2017

Certifying Official: _____

UNICOR



CERTIFICATION CARD

ASQ
The Global Voice of Quality™

600 North Plankinton Avenue
P.O. Box 3005
Milwaukee, WI 53201-3005
414-272-8575  Fax 414-272-1734
800-248-1946 (USA, CANADA)
001-877-442-8726 (MEXICO)
+01-414-272-8575 (INTERNATIONAL)

asq.org

# Holmes Community College
## Workforce Development Center

Certificate of Completion

This certifies that

# Maurice Clifton

Successfully completed the requirements for 300 hours

**Restaurant Management**

2/05/2013
Date of Class

_Eulric R. Smith_
Workforce Program Manager



# MISSISSIPPI HOSPITALITY & RESTAURANT ASSOCIATION

THIS CERTIFIES THAT

## Maurice Clifton

has successfully completed the Restaurant Management Program and therefore awarded this certificate of completion

Given this 5th day of February, 2013

Instructor

Grady Griffin - Director of Education

December 28, 2018

Honorable Chad Lamar
United States Attorney
Northern District of Mississippi
911 Jefferson Ave.
Oxford, MS 38655

**RE: Case No. 3:97 CR006-001**

Dear Sir,

I am writing in regards to the above case, which was tried in March of 1997. My name is Maurice Clifton Sr. and I am serving a 400 month sentence, for aiding and abetting the sale of cocaine, in September of 1996. On March 20, 1997, I was sentenced to 400 months, after IRS-CID Harry Bostic, testified at sentencing, that he had information that guys provided him out of court statement; that they worked for me, and the names of these individuals have never been made available to me.

Agent Bostic was arrested for felony DUI, and vehicular homicide, after being pardoned by Governor Haley Barbour. Also the head of the task force that investigated me was arrested, found guilty and served time in Texarkana for bribery and extortion. Both these men testified under oath at my trial and sentencing, thus casting a dark cloud over any information that was provided by them.

But that is hind-sight; because I am not writing in an attempt to re-argue my case, but to simply ask for a review of my crack motions, and two-point reductions. Judge Biggers made an oral pronouncement, of his finding me responsible for 1.5 kilograms, after several back and forth debates about the 6.4 grams that I was found guilty of coming into question. "SEE Attachment".

Congress recently passed H.R. 5682 – First Step Act, which made the "Fair Sentencing Act" of 2010 retroactive for those individuals sentenced before 2010. This is essence, effects my sentence greatly in that it makes me eligible for immediate release.

Mr. Lamar, I don't know what kind of picture Harry Bostic, or any of your agents painted for you, but I am not or ever was that person. I have always been a hard worker, and an advocate for change in my community. I am not saying I am totally innocent, but that I am not guilty of the amounts I am held responsible for (1.5 kilograms). I was never offered a plea, and I was not even the principal in the above case. The principal in my case received 31 months.

I have served 22 years, and have taken numerous educational classes to rehabilitate myself. "SEE Attachment". You can call any institution and ask the staff in the Education Department and the FPI Industries called UNICOR, where I have been employed since October 1997.

Maurice Clifton, Sr. Page 2

Basically, what I am trying to say is that I have been a model prisoner, who has sought, since day one, to prepare for his release someday. I have lost my mother, two brothers, and two sisters and a host of other relatives and friends.

I pray that you would consider urging the Public Defender's Office and you have them file the necessary motion on my behalf. I apologize for any misunderstanding that may have occurred over the years, and I just want an opportunity to be a productive citizen in society.

Thank you in advance for your time, patience and assistance in this matter.


Respectfully,


Maurice Clifton, Sr.

USA VS. MAURICE CLIFTON

**FILED**

JAN 5 - 1998

NORMAN L. GILLESPIE, CLERK

By _____

Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
CRIMINAL DIVISION

-------------------------------------------------

UNITED STATES OF AMERICA                    GOVERNMENT

VS.                          NO. 3:97CR006

MAURICE CLIFTON                             DEFENDANT

-------------------------------------------------

WHEREUPON, the following proceedings were held
before the Honorable NEAL B. BIGGERS, JR., District
Judge, presiding.

-------------------------------------------------

SENTENCING
MAY 20, 1997
FEDERAL BUILDING
COURTROOM NO. I
OXFORD, MISSISSIPPI

*ORIGINAL*

APPEARANCES:

FOR THE GOVERNMENT:          HON. CHADWICK LAMAR
                             ASST. U.S. ATTORNEY
                             OXFORD, MISSISSIPPI

FOR THE DEFENDANT:           HON. NATE ADAMS
                             GREENVILLE, MISSISSIPPI

MARILYN C. REA, CSR, RPR
P O BOX 1437
OXFORD, MS    38655-1437   (601) 236-7674

24

AGENT BOSTICK - DIRECT

```
 1   of thing of Wyatt Williams.  Knowing that he is a
 2   convicted felon, Mr. Williams has worked on several
 3   undercover operations that we have had ongoing for
 4   over a two year period of time, worn numerous wires
 5   for us in the investigation of numerous
 6   individuals, which have pled guilty, been
 7   sentenced.  Part of them -- one of them right now,
 8   I believe, is still under indictment.  He
 9   purchased -- he has purchased cocaine for us
10   through other drug dealers.  His credibility as far
11   as wearing a wire, his testimony where he has
12   testified, not only before grand jury but in other
13   trials, has been completely honest and forth right
14   and is one of the most credible individuals as far
15   as being an informant that I have ever worked with
16   in my 20 years or 19 years of conducting
17   investigations.
18        THE COURT:  Mr. Adams, in regard to the
19   amount, the statute provides that this defendant
20   was convicted of selling or distributing whatever
21   it was, more than 5 grams.  That is all that needs
22   to be shown to the Court's satisfaction, and in the
23   trial of the case, he bought 6.4 grams from a CI
24   and it was submitted to the Mississippi Crime Lab
25   and weighed and total weight was 6.4 grams.  That
```

25

AGENT BOSTICK - DIRECT

1   in itself satisfies the statute.

2           MR. ADAMS:  Judge, I understand that is

3   what the testimony is, but the Government has run

4   this thing up where it is 50 plus kilograms.

5           THE COURT:  Well, does that enhance the

6   guidelines in any way?

7           MR. ADAMS:  It enhances the guidelines,

8   yes, sir.

9           MR. LAMAR:  Your Honor, the trial

10  testimony did definitely establish this in excess

11  of 6 grams.  However, under relevant conduct, the

12  United States Probation Service has determined that

13  he is responsible for distributing in excess of 1.5

14  kilograms, that is of crack cocaine.  That is the

15  upper end of the guideline range.  The guideline

16  range goes no higher than 1.5 kilograms.  The trial

17  testimony established that, the grand jury

18  testimony established that, the memorandum from the

19  interviews of Mr. Bostick established that.  The

20  precise amount is irrelevant once it exceeds 1.5

21  kilograms.

22          THE COURT:  Okay.  All right.  You may

23  continue.

24          MR. ADAMS:

25  Q    All right, sir.  Now, with respect to this

38

ARGUMENT

1   but to the prove the elements of the offense;
2   number one, he is a dope dealer, and, number two,
3   the Government had to prove the proceeds of the
4   money laundering charge.  Mr. Clifton was charged
5   with wire transferring the proceeds of his drug
6   distribution to California.
7          And pursuant to the Fifth Circuit case
8   law and across the country, you may show that by
9   showing that he had no legitimate source of income,
10  he was a drug dealer of a large magnitude --.
11         THE COURT:  But basically what I asked
12  was whether or not they testified at trial that
13  they had been supplying him certain amounts of
14  drugs over certain periods of time?
15         MR. LAMAR:  Your Honor, they did say
16  enough that would exceed 1.5 kilograms, and that is
17  the only relevant portion of the argument.
18         THE COURT:  That's my question.
19         MR. LAMAR:  The other part of the
20  argument is a jury believed these people.  The
21  argument that counsel is making is a closing
22  argument.  He made that argument.  He said don't
23  believe them.  The Court instructed them, be
24  careful when you consider the testimony of these
25  men.  They considered that.  They convicted Mr.

39

ARGUMENT

1    Clifton.  Mr. Clifton got a fair trial.  He got a

2    trial by a jury of his peers and, unfortunately for

3    Mr. Clifton, he was found guilty and --.

4           THE COURT:  It sounds like you are making

5    a closing argument.

6           MR. LAMAR:  Yes, sir, and I will sit

7    down.

8           THE COURT:  All right.  One minute.

9           MR. ADAMS:  Sir?

10          THE COURT:  One minute.

11          MR. ADAMS:  If Your Honor, please, the

12   thing about the jury finding this man guilty, they

13   did find him guilty, but, Judge, under the

14   sentencing guidelines, under the sentencing rules

15   and regulations that we now have, the Court makes

16   the determination as to the quantity of drugs, not

17   the jury.  The jury finds whether the man is guilty

18   of distribution or not, but the judge makes the

19   factual determination of what he, in fact, sold or

20   did not sell or what the relevant conduct consists

21   of.

22          THE COURT:  That's correct.  As counsel

23   has stated, the amount -- the maximum that is --

24   that can be charged that has any relevance, the

25   maximum amount that has any relevance to this

40

RULING

1  particular statute is 1.5 kilograms, not the 50

2  kilograms that the presentence report charges him

3  with.

4          So the Court need only determine that at

5  least 1.5 kilograms were involved in this

6  defendant's transactions, and the Court finds that

7  to be the case.

8          That's a minimum amount that was involved

9  based on the testimony at trial from these

10  individuals who worked for him for a number of

11  years in rather large amounts.

12          All right.  That objection will be

13  overruled concerning the amount involved.

14          And the Court also heard testimony

15  concerning the number of people that were involved

16  that worked for this defendant, and that objection

17  is overruled also.

18          Any other -- Anything else that you want

19  to speak to, Mr. Adams?

20          MR. ADAMS:  No, Your Honor.

21          THE COURT:  All right.  Let your client

22  come up.

23          All right.

24          MR. ADAMS:  The Defendant has written a

25  letter addressed to Your Honor that he has asked me

# Toastmasters International

certifies

*Maurice Clifton*

as a

## Charter Member

of an officially chartered Toastmasters club with privileges
and responsibilities of active membership



Daniel Rex
Executive Director

3281098

Club Number

October 1, 2013

Date

Item 503

Maurice Clifton Sr.
28332-077
Federal Correctional Institution Complex
P.O. Box 5000
Forest City, AC 72336

"LEGAL MAIL"

RECEIVED

OCT 25 2019

United States District Court
Northern District of Mississippi

⟨⟩28332-077⟨⟩
Judge S Aycock
Chief Judge's Chambers
203 Gilmore DR
Northern District of Miss
Amory, MS 38821
United States

