IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE OF HEARING

UNITED STATES OF AMERICA

vs.                  CASE NO. 3:97CR006-NBB

MAURICE CLIFTON

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date and time set forth below:

**Place**
UNITED STATES FEDERAL BUILDING
911 JACKSON AVENUE
OXFORD, MISSISSIPPI

**Room No.**
COURTROOM 3 WEST

**Date and Time**
MONDAY, DECEMBER 16, 2019, 2:30 PM

**Type of Proceeding:**

HEARING ON MOTION FOR SENTENCE REDUCTION UNDER
THE FIRST STEP ACT – ORAL ARGUMENT ONLY
BEFORE U.S. DISTRICT JUDGE NEAL B. BIGGERS, JR.

DAVID CREWS, Clerk of Court

/s/ Karen Tidwell
(By) Karen Tidwell, Courtroom Deputy

Date: November 26, 2019

To:     Gregory S. Park (electronic notice only)
        Paul D. Roberts (electronic notice only)
        Robert H. Norman (electronic notice only)

**CONTACT KAREN TIDWELL AT (662)281-3002 OR (662)234-3401
IF YOU HAVE ANY QUESTIONS**