IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

V.                                                              CAUSE NO. 3:97CR006

MAURICE CLIFTON

## NOTICE OF ATTORNEY APPEARANCE

Kiger Lee Sigh, Research and Writing Attorney, hereby enters his appearance as additional counsel of record for Defendant Maurice Clifton in the above-styled and numbered cause.

Respectfully submitted, this the 7th day of December, 2019.

                                                    */s/ Kiger Lee Sigh*
                                                    Kiger Lee Sigh, MSB No. 103540
                                                    Research and Writing Attorney
                                                    1200 Jefferson Avenue, Suite 100
                                                    Oxford, Mississippi 38655
                                                    Telephone: (662) 236-2889
                                                    Fax: (662) 234-0428
                                                    kiger_sigh@fd.org

CERTIFICATE OF SERVICE

I, Kiger Lee Sigh, attorney for Defendant Maurice Clifton, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that the following parties will be notified electronically of filing:

>Hon. Paul D. Roberts, AUSA
>paul.roberts@usdoj.gov

Dated this the 7th day of December, 2019.

>*/s/ Kiger Lee Sigh*
>Kiger Lee Sigh
>Research and Writing Attorney