UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

CRIMINAL MINUTES – MOTION HEARING

**USA**

**v.**                                         **CASE NO. 3:97cr006-NBB**

**MAURICE CLIFTON**

    Date and Time Began:   December 16, 2019 - 2:32 PM
    Date and Time Ended:   December 16, 2019 - 2:52 PM

                                               **TOTAL TIME: 20 minutes**

**PRESENT:**

**HONORABLE NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**

Karen Tidwell                                      Phyllis McLarty
**Courtroom Deputy Clerk**                    **Official Court Reporter**

**ATTORNEY FOR GOVERNMENT:**         **ATTORNEY FOR DEFENDANT:**
Paul D. Roberts                                 Kiger Lee Sigh
                                                            Gregory S. Park

**PROCEEDINGS:**  Hearing on Motion for Sentence Reduction Under the First Step Act.

**ENTRY TO BE MADE ON DOCKET:**  Hearing held on Motion for Sentence Reduction Under the First Step Act.  Arguments presented.  Motion taken under advisement.  Order to follow.

                                                     **DAVID CREWS**

                                                 By /s/ Karen Tidwell
                                                    Courtroom Deputy Clerk