RECEIVED
JUN 10 2021
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA )
)
VS. )   CRIM. NO. : 3:97CR0006 B-B
)
MAURICE CLIFTON)

## MOTION UNDER 18 USC 3583(e)
## FOR EARLY TERMINATION OF SUPERVISED RELEASE

Comes now Maurice Clifton, proceeding through pro-se representation, and is asking this Honorable Court to grant this motion for early Termination of supervised release pursuant to Rule 32.1(b) of the federal rules of criminal procedure, 18 USC 3583(e) and 18 USC 3564(c). The said statue 18 USC 3583(e), provides that "the court may terminate a term of supervised release and discharge a defendant at any time after one year of supervised release if it is satisfied that such actions is warranted by the conduct of the defendant released and in the matter of justice."

On January 10th, 2020, Maurice Clifton was released from federal prison due to the retroactivity of the First Step Act. Maurice Clifton served 23 years of incarceration. Clifton never received any reduction for the two point reduction as his motion was still pending; nor did Clifton receive his days for good time under the Sentencing Guideline correction of the seven days. The total amount of days that were to be afforded to Clifton were 1,356 days also totaling three years(45.2 months). After release Clifton started to serve a three year term of supervised release with the U.S. Probation Department. Records will show that Clifton has met all of the conditions of his supervised release thus far. Under the First Step Act, the maximum years that a defendant could receive was twenty years under the new Sentencing Guidelines with a term of three years Supervised Release. Clifton's 23 years of incarceration along with the seventeen months of Supervision has served is ample enough time to satisfy the statue.

Clifton hasn't wasted any time transitioning back into society as a constructive and positive citizen. On June 22nd, 2020, he obtained his driver's license and on August 24th, 2020 he became gainfully employed with the Mississippi Department of Correction as a Chaplain/Reentry Coordinator. Clifton decided then to further his education within this trade by enrolling in New Orleans Baptist Seminary College to obtain his Bachelor's Degree in Theology.

Within his personal life Clifton got engaged on February 6th, 2021, further showing his ability to maintain positive transition. He has maintained a stable and suitable living arrangement. Clifton and his fiancée (Jessica O'Banner) are looking to purchase a home after getting married on December 04, 2021. Clifton has actively volunteered his time with Life On Life Fellowship, a non-profit organization that supports Community Activism. He has also dedicated time to his own non-profit, Sippi's Advocacy Initiative & Leadership which helps returning incarcerated citizens readjust back to society by partnering them with other organizations that helps with housing and clothing and employment needs. Just as he did in prison Clifton continues to display impeccable conduct.

Clifton has kept a clear conduct from the moment of his release from federal prison and shows he plans to keep up this much healthier lifestyle moving forward. Clifton shows that he meets the criteria for early termination of supervised release based on his good conduct under 18 USC 3583 (e). Wherefore, he request that the Honorable Court grants him early termination of supervised release.

Respectfully Submitted,

---

Maurice Clifton - Pro-se

## CERTIFICATE OF SERVICE

On this 5th day of June, 2021, I, Maurice Clifton, hereby certify that I placed a true and correct copy of this motion for early termination of supervised release under 18 USC 3583 in the U.S. Postal Mailbox affixed to the United States District Court for the Northern District of Mississippi and to the U.S. Probation Department.

Maurice Clifton #28332-077
Maurice Clifton

Maurice Clifton
5381 Edwards Ave
Mound Bayou, Ms 38762

"LEGAL MAIL"

JACKSON MS 390
8 JUN 2021 PM 1

U.S. POSTAGE >> PITNEY BOWES
ZIP 38738 $ 000.51⁰
02 4W
0000356601 JUN 08 2021

X-RAYED

Clerk of The Court
Northern District of Mississippi
911 Jackson Avenue East
Oxford, MS 38655

38655-362294